## ATTACHMENT A

| COURT | ADMISSION DATE | ACTIVE OR INACTIVE |
|---|---|---|
| Georgia State Bar | 10/31/2001 | Active |
| Georgia Court of Appeals | 04/29/2002 | Active |
| Georgia Supreme Court | 04/29/2002 | Active |
| USDC NDGA | 04/29/2002 | Active |
| USDC MDGA | 10/22/2008 | Active |
| USDC CO | 06/11/2009 | Active |
| USDC NDIL | 08/24/2018 | Active |
| USDC MD | 08/15/2018 | Active |
| 1st Circuit Court of Appeals | 07/02/2015 | Active |
| 2nd Circuit Court of Appeals | 06/30/2010 | Active |
| 4th Circuit Court of Appeals | 04/13/2017 | Active |
| 10th Circuit Court of Appeals | 11/06/2017 | Active |
| 11th Circuit Court of Appeals | 11/10/2009 | Active |
| U.S. Supreme Court | 05/26/2009 | Active |