IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § § § § § § § § § | Case No. 1:21-cv-751-RP |
| Plaintiff, | | |
| v. | | |
| CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN AND MICHAEL MARSMAN | | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Notice is hereby given that Claudia Wilson Frost of Orrick, Herrington & Sutcliffe LLP enters her appearance in this matter as counsel on behalf of Defendants Cassava Sciences, Inc., Remi Barbier, Eric J. Schoen, James W. Kupiec, Nadav Friedmann, and Michael Marsman.

Claudia Wilson Frost may receive all communications from the Court and other parties at Orrick, Herrington & Sutcliffe LLP, 609 Main, 40th Floor, Houston, Texas 77002, Telephone: 713.658.6400, Email: cfrost@orrick.com.

Respectfully submitted,

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone:  713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com

ATTORNEY FOR DEFENDANTS CASSAVA SCIENCES, INC., REMIBARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, AND MICHAEL MARSMAN

2

## **CERTIFICATE OF SERVICE**

    I certify that on October 15, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                    */s/ Claudia Wilson Frost*
                                                    Claudia Wilson Frost