IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br>　　　　　Defendants. | Case No. 1:21-cv-00751-RP |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br>　　　　　Defendants. | Case No. 1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br>　　　　　Defendants. | Case No. 1:21-cv-856-RP |

**AGREED MOTION REGARDING ACCEPTANCE OF
SERVICE, CONSOLIDATION OF RELATED ACTIONS, AND
<u>DEFENDANTS' TIME TO RESPOND TO COMPLAINT</u>**

　　　Defendants Cassava Sciences, Inc., Remi Barbier, Eric J. Shoen, James W. Kupiec, Nadav

Friedmann and Michael Marsman ("Defendants") and Plaintiffs Pierre Brazeau ("Brazeau"),

Wanda Newell ("Newell"), and Katlyn K. Rein ("Rein," and together with Brazeau and Newell,

"Plaintiffs") submit this agreed motion regarding the acceptance of service, the consolidation of related actions, and Defendants' time to respond to the complaints, and stipulate as follows:

1. Plaintiff Brazeau filed his Complaint for Violations of the Federal Securities Laws on August 27, 2021 (Case No. 1:21-cv-00751-RP) on behalf of a purported class of purchasers of securities of Cassava Sciences, Inc.  ECF No. 1.

2. Plaintiff Newell filed her Class Action Complaint for Violations of the Federal Securities Laws on August 30, 2021 (Case No. 1:21-cv-00760-RP) on behalf of a purported class of purchasers of securities of Cassava Sciences, Inc.  ECF No. 1.

3. Plaintiff Rein filed her Class Action Complaint for Violations of the Federal Securities Laws on September 24, 2021 (Case No. 1:21-cv-00856-RP) on behalf of a purported class of purchasers of securities of Cassava Sciences, Inc.  ECF No. 1.

4. Defendants' counsel hereby accepts service of the pending complaint in *Brazeau v. Cassava Sciences, Inc., et al.*, Case No. 1:21-cv-00751-RP, effective October 25, 2021, having been authorized to do so by each of the Defendants.

5. The parties agree that the following cases are related and should be consolidated into one action (the "Consolidated Action") for all purposes, including but not limited to discovery, pretrial proceedings and trial proceedings, because they arise from the same alleged transactions or occurrences:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Brazeau v. Cassava Sciences, Inc., et al.* | 1:21-cv-00751-RP | 08/27/2021 |
| *Newell v. Cassava Sciences, Inc., et al.* | 1:21-cv-00760-RP | 08/30/2021 |
| *Rein v. Cassava Sciences, Inc., et al.* | 1:21-cv-00856-RP | 09/24/2021 |

6. The parties agree that the consolidated cases should be identified as *In re Cassava Sciences, Inc. Securities Litigation*, Case No. 1:21-cv-00751-RP, and the files of this action should be maintained in one file under Master File No. 1:21-cv-00751-RP. The other above-referenced actions should be closed for administrative purposes.

7. The parties agree that any other actions now pending or hereafter filed in this District that arise out of the same facts and claims as alleged in the above-listed related actions should be consolidated into the Consolidated Action for all purposes once the Court is informed of them. The parties shall notify the Court of any other action that is pending or filed outside of this District that may be related to this Consolidated Action when they become aware of such actions.

8. The parties agree that every pleading filed in this Consolidated Action should bear the following caption:

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE WESTERN DISTRICT OF TEXAS<br>
AUSTIN DIVISION

| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § | Master File No. 1:21-cv-00751-RP |
|---|---|---|
| This Document Relates To: | | CLASS ACTION |

9. The parties agree that when a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" should appear immediately after the words "This Document Relates To:" in the caption above. When a pleading is intended to be applicable only to some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first-

3

named plaintiff in said action should appear immediately after the words "This Document Relates To:" in the caption described above.

10. The Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of Lead Plaintiff(s) to oversee class actions brought under the federal securities laws and directs this Court to consider any motions brought by class members seeking to be appointed as Lead Plaintiff(s).

11. Upon the Court's appointment of Lead Plaintiff(s), the parties anticipate that the Lead Plaintiff(s) appointed by the Court will file a consolidated amended complaint.

12. The parties also agree that it would serve the interests of judicial economy and efficiency to extend Defendants' time to respond to Plaintiffs' complaints until after the consolidation of these related cases, appointment of Lead Plaintiff(s) and Lead Counsel, and filing of a consolidated amended complaint.

13. Accordingly, the parties agree that Defendants should not be required to answer, move or otherwise respond to the initial complaints filed in any of the actions identified above or any subsequently-filed related action.  Within fourteen (14) days of the Court's appointment of Lead Plaintiff(s), respective counsel for Defendants and Lead Plaintiff(s) will:  (a) confer regarding a mutually agreeable schedule and dates by which Lead Plaintiff(s) will file a consolidated amended complaint (or designate a complaint as the operative complaint) and a briefing schedule on Defendants' anticipated motion(s) to dismiss and (b) file a proposed briefing schedule for approval by the Court.

This Agreed Motion will serve the interests of justice and the parties agree that the proposed Order filed herewith may be entered without further notice.

                          Respectfully submitted,

                          */s/ William J. Foley*
                          Claudia Wilson Frost
                          State Bar No. 21671300
                          **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                          609 Main, 40th Floor
                          Houston, TX 77002
                          Telephone:  713.658.6400
                          Facsimile:  713.658.6401
                          cfrost@orrick.com

                          James N. Kramer (admitted *pro hac vice*)
                          CA Bar No. 154709
                          Alexander K. Talarides (admitted *pro hac vice*)
                          CA Bar No. 268068
                          **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                          405 Howard St.
                          San Francisco, CA 94105
                          Telephone:  415.773.5700
                          Facsimile:  415.773.5759
                          atalarides@orrick.com
                          jkramer@orrick.com

                          William J. Foley (admitted *pro hac vice*)
                          NY Bar No. 4797536
                          **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                          51 West 52nd St.
                          New York, NY 10019
                          Telephone:  212.506.5000
                          Facsimile:  212.506.5151
                          wfoley@orrick.com

                          *Attorneys for Defendants Cassava Sciences, Inc., Remi Barbier, Eric J. Schoen, James W. Kupiec, Nadav Friedmann and Michael Marsman*

/s/ Mary K. Blasy
Mary K. Blasy (admitted *pro hac vice*)
NY Bar No. 5166434
Samuel H. Rudman (admitted *pro hac vice*)
NY Bar No. 2564680
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  631.367.7100
Facsimile:  631.367.1173
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

Michael I. Fistel Jr. (admitted *pro hac vice*)
GA Bar No. 262062
**JOHNSON FISTEL, LLP**
40 Powder Springs Rd.
Marietta, GA 30064
Telephone:  470.632.6000
Facsimile:  770.200.3101
michaelf@johnsonfistel.com

Joe Kendall
State Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone:  214.744.3000
Facsimile:  214.744.3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff Pierre Brazeau*

/s/ Sammy Ford IV
Sammy Ford IV
State Bar No. 24061331
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney, Suite 2500
Houston, TX 77010
Telephone:  713.655.1101
Facsimile:  713.655.0062
sford@azalaw.com

*Attorneys for Plaintiff Wanda Newell*

6

                    */s/ J. Alexander Hood II*
                    Willie C. Briscoe
                    State Bar No. 24001788
                    **THE BRISCOE LAW FIRM, PLLC**
                    12700 Park Central Dr., Suite 520
                    Dallas, TX 75251
                    Telephone:  972.521.6868
                    Facsimile:  281.254.7789
                    wbriscoe@thebriscoelawfirm.com

                    Jeremy A. Lieberman (admitted *pro hac vice*)
                    NY Bar No. 4161352
                    J. Alexander Hood II (admitted *pro hac vice*)
                    NY Bar No. 5030838
                    **POMERANTZ LLP**
                    600 Third Ave., 20th Floor
                    New York, NY 10016
                    Telephone:  212.661.1100
                    Facsimile:  917.463.1044
                    jalieberman@pomlaw.com
                    ahood@pomlaw.com

                    *Attorneys for Plaintiff Katlyn Rein*

## CERTIFICATE OF CONFERENCE

     The undersigned hereby certifies that he has conferred by email on October 20 and 22, 2021 with Mary Blazy, counsel for Plaintiff Pierre Brazeau, Sammy Ford, counsel for Plaintiff Wanda Newell, and Alex Hood, counsel for Plaintiff Katlyn K. Rein, who confirmed that each Plaintiff is not opposed to this motion.

                    */s/ William J. Foley*
                    William J. Foley

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 25, 2021.  All others will be mailed by first-class mail.

                    */s/ Pamela Howell*
                    Pamela Howell