IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br>          Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br>          Defendants. | Case No.  1:21-cv-00751-RP |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br>          Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br>          Defendants. | Case No.  1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br>          Plaintiff,<br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br>          Defendants. | Case No.  1:21-cv-856-RP |

**ORDER GRANTING AGREED MOTION REGARDING ACCEPTANCE
OF SERVICE, CONSOLIDATION OF RELATED ACTIONS, AND
<u>DEFENDANTS' TIME TO RESPOND TO COMPLAINT</u>**

This Court, having considered the Agreed Motion Regarding Acceptance of Service, Consolidation of Related Actions, and Defendants' Time to Respond to Complaint hereby GRANTS the motion and ORDERS the following:

1. Defendants are deemed to have accepted service of the pending complaint in *Brazeau v. Cassava Sciences, Inc., et al.*, Case No. 1:21-cv-00751-RP as of October 25, 2021.

2. The above-referenced cases are consolidated into a single consolidated action for all purposes, including but not limited to discovery, pretrial proceedings and trial proceedings, which shall be identified as *In re Cassava Sciences, Inc. Securities Litigation*, Case No. 1:21-cv-00751-RP, and the files of this action should be maintained in one file under Master File No. 1:21-cv-00751-RP.  The Clerk of the Court is directed to file a copy of this Order in the separate file for each of the other-above referenced actions and then close the 1:21-cv-760-RP and 1:21-cv-856-RP actions for administrative purposes.

3. Every pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § | Master File No. 1:21-cv-00751-RP |
|---|---|---|
| This Document Relates To: | § § § § § | CLASS ACTION |

4. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption above.  When a pleading is intended to be applicable only to some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

5.      Any other actions now pending or hereafter filed in this District that arise out of the same facts and claims as alleged in the above-listed related actions shall be consolidated into the Consolidated Action for all purposes once the Court is informed of them.  The parties shall notify the Court of any other action that is pending or filed outside of this District that may be related to this Consolidated Action when they become aware of such actions.

6.      Defendants are not required to answer, move or otherwise respond to the initial complaints filed in any of the actions identified above or any subsequently-filed related action. Within fourteen (14) days of the Court's appointment of Lead Plaintiff(s), respective counsel for Defendants and Lead Plaintiff(s) shall:  (a) confer regarding a mutually agreeable schedule and dates by which Lead Plaintiff(s) will file a consolidated amended complaint (or designate a complaint as the operative complaint) and a briefing schedule on Defendants' anticipated motion(s) to dismiss; and (b) file a proposed briefing schedule for approval by the Court.

SIGNED this _____ day of _____ 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE