IN THE UNITED STATES DISTRICT COURT
FOR THE WESTEN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:21-cv-751-RP |
| CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN AND MICHAEL MARSMAN | § § § § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that William B. Federman, Federman & Sherwood enters his appearance in this matter as liaison counsel on behalf of Movant Dr. John Barsa.

William B. Federman may receive all communications from the Court and other parties at Federman & Sherwood, 212 w. Spring Valley Road, Richardson, Texas 75081, Telephone: 405-235-1560, Email: wbf@federmanlaw.com.

Respectfully Submitted,

*/s/ William B. Federman*
William B. Federman
State Bar No. 794935
FEDERMAN & SHERWOOD
212 W. Spring Valley Road
Richardson, Texas 75081
Telephone: (405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com
*Liaison Counsel for Movant Dr. John Barsa*

## **CERTIFICATE OF SERVICE**

  I certify that on October 26, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

            *s/s William B. Federman*
            William B. Federman