# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>                     Defendants. | **Civil Action No.:** 1:21-cv-00751-RP<br><br>**MOTION OF DR. JOHN BARSA FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>                     Defendants. | **Civil Action No.:** 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>                     Defendants. | **Civil Action No.:** 1:21-cv-00856-RP |

Movant Dr. John Barsa, through his counsel, hereby moves the Court pursuant to Section 21D of the Securities and Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(1) Consolidating similar PSLRA actions; and

(2) Appointing Dr. Barsa as Lead Plaintiff in this action; and

(3) Approving Dr. Barsa's selection of Block & Leviton LLP as Lead Counsel and Federman & Sherwood as Liaison Counsel for the litigation and all subsequently filed related actions.

In support of this Motion, Dr. Barsa submits: (a) a Memorandum of Law dated October 26, 2021; (b) Declaration of Jeffrey C. Block dated October 26, 2021 and (c) a [Proposed] Order.

**COMPLIANCE WITH LOCAL RULE CV–7(i)**

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Dr. Barsa has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Dr. Barsa has been unable to conference with opposing counsel as prescribed in LR 7.1D, and respectfully requests that the conference requirement of Local Rule CV-7(i) be waived for this motion. Pursuant to § 77u-4(a)(3)(B)(iii)(II), defendants do not have standing to oppose the appointment of Dr. Barsa as lead plaintiff. *In re Waste Management, Inc. Secs. Litig.*, 128 F. Supp. 2d 401, 410 (S.D. Tex. 2000) (collecting cases).

Dated: October 26, 2021                     Respectfully submitted,

**FEDERMAN & SHERWOOD**
William B. Federman

Texas Bar No. 00794935
212 W. Spring Valley Road
Richardson, Texas 75081
Telephone: (405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com

*Liaison Counsel for Movant Dr. John Barsa*

            AND

**BLOCK & LEVITON LLP**
Jeffrey C. Block, Esq. (*pro hac vice to be filed*)
Jacob Walker, Esq. (*pro hac vice to be filed*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com
Email: jake@blockleviton.com

*Counsel for Movant Dr. John Barsa and*
*Proposed Lead Counsel for the Class*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this on the 26th day of October, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                    /s/ *William B Federman*
                                                    William B. Federman