## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN, <br><br> Defendants. | **Civil Action No.:** 1:21-cv-00751-RP <br><br><br> **CLASS ACTION** |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN, <br><br> Defendants. | **Civil Action No.:** 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN, <br><br> Defendants. | **Civil Action No.:** 1:21-cv-00856-RP |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF DR. JOHN BARSA'S MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am a partner at the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Dr. John Barsa to consolidate PSLRA cases, for appointment as lead plaintiff, and for approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Robins Geller Rudman & Dowd LLP, dated August 28, 2021, announcing the filing of a class action, with a class period of February 2, 2021 to August 24, 2021, and noticing that the filing date for appointment as Lead Plaintiff is October 26, 2021.

3. Attached hereto as Exhibit B is a copy of the press release issued by Glancy Prongay & Murray LLP, alerting investors to the extended Class Period of September 14, 2020 to August 27, 2021.

4. Attached hereto as Exhibit C is Dr. Barsa's PSLRA Certification.

5. Attached hereto as Exhibit D is a chart reflecting Dr. Barsa's losses in the relevant securities.

6. Attached hereto as Exhibit E is Dr. Barsa's Declaration.

7. Attached hereto as Exhibit F is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

8. Attached hereto as Exhibit G is a true and accurate copy of the firm resume of Federman & Sherwood, proposed Liaison Counsel.

Dated: October 26, 2021          /s/ Jeffrey C. Block
                                  Jeffrey C. Block