# EXHIBIT C

## PLAINTIFF'S CERTIFICATION

I, Dr. John Barsa, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaints on file in these actions against Cassava Sciences Inc. (the "Company") and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on my behalf.

2. I did not purchase the securities that are the subject of this lawsuit at the direction of counsel, or to participate in any private action arising under the federal securities laws.

3. My transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction | Shares | Price per Share |
|---|---|---|---|
| 8/12/21 | Buy | 600 | $ 124.0600 |
| 8/12/21 | Buy | 400 | $ 124.1419 |
| 8/12/21 | Buy | 500 | $ 123.0000 |
| 8/12/21 | Buy | 1000 | $ 121.9133 |
| 8/12/21 | Buy | 995 | $ 118.0000 |
| 8/12/21 | Buy | 1000 | $ 122.0936 |
| 8/12/21 | Buy | 1000 | $ 122.2510 |
| 8/12/21 | Buy | 500 | $ 122.9312 |
| 8/13/21 | Buy | 1505 | $ 118.0000 |
| 8/27/21 | Sell | 2500 | $ 51.1900 |
| 8/27/21 | Sell | 2500 | $ 51.1900 |
| 8/27/21 | Sell | 2500 | $ 51.1900 |

4. I am willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaints, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered and approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____10 / 25 / 2021_____.

_____
Dr. John Barsa

Doc ID: 697bfc324b7edc021fa6ecd4f90709c9de064c29