# EXHIBIT D

**Dr. John Barsa**
**Cassava Losses**

| Date | Transaction | Shares | Price per Share | Total |
|---|---|---|---|---|
| 8/12/21 | Buy | 600 | $ 124.0600 | $ 74,436.00 |
| 8/12/21 | Buy | 400 | $ 124.1419 | $ 49,656.76 |
| 8/12/21 | Buy | 500 | $ 123.0000 | $ 61,500.00 |
| 8/12/21 | Buy | 1000 | $ 121.9133 | $ 121,913.30 |
| 8/12/21 | Buy | 995 | $ 118.0000 | $ 117,410.00 |
| 8/12/21 | Buy | 1000 | $ 122.0936 | $ 122,093.60 |
| 8/12/21 | Buy | 1000 | $ 122.2510 | $ 122,251.00 |
| 8/12/21 | Buy | 500 | $ 122.9312 | $ 61,465.60 |
| 8/13/21 | Buy | 1505 | $ 118.0000 | $ 177,590.00 |
| 8/27/21 | Sell | -2500 | $ 51.1900 | $ (127,975.00) |
| 8/27/21 | Sell | -2500 | $ 51.1900 | $ (127,975.00) |
| 8/27/21 | Sell | -2500 | $ 51.1900 | $ (127,975.00) |

**Total Realized Losses**           **$ (524,391.26)**