### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br>**DECLARATION OF SAMMY FORD IV IN SUPPORT OF THE MOTION OF MANOHAR K. RAO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00856-RP |
| MANOHAR K. RAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00971 |

I, Sammy Ford IV, hereby declare as follows:

1.      I am an attorney with the law firm Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., liaison counsel for Lead Plaintiff movant Manohar K. Rao ("Rao") and proposed Liaison Counsel for the Class in the above-captioned actions. I make this declaration in support of the Motion of Rao for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     Press release published August 27, 2021 on *PR Newswire*, announcing the pendency of the first-filed securities class action against the defendants herein;

Exhibit B:     Rao's Signed PSLRA Certification;

Exhibit C:     Analysis of Rao's financial interest as a result of transactions in Cassava Sciences, Inc. securities;

Exhibit D:     Declaration of Manohar K. Rao in Support of His Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel;

Exhibit E:     Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit F:     Firm résumé of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of October 2021.

*/s/* Sammy Ford IV
Sammy Ford IV

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 26, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/* Sammy Ford IV
Sammy Ford IV