# EXHIBIT B

# SWORN CERTIFICATION OF PLAINTIFF

## CASSAVA SCIENCES, INC. SECURITIES LITIGATION

I, Manohar K. Rao, individually, and as assignee of the claims of Jyothi Rao and Shyamala Rambhotla, certify that:

1. Jyothi Rao and Shyamala Rambhotla have assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with her purchase or acquisition of Cassava Sciences, Inc. securities.

2. I have reviewed the complaint in this action and authorize its filing and the filing of a Lead Plaintiff motion on my behalf.

3. The Cassava Sciences, Inc. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions, including the transactions related to claims assigned to me, in Cassava Sciences, Inc. securities that are the subject of the complaint during the class period specified in the complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

10/25/2021                                     *Manohar Rao*
_____           _____
Date                                              Manohar K. Rao

**Manohar K. Rao's Transactions in Cassava Sciences, Inc. (SAVA)**
**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/6/2021 | Bought | 50 | $92.6950 |
| 7/6/2021 | Bought | 50 | $90.7708 |
| 7/9/2021 | Sold | -100 | $99.1621 |
| 7/19/2021 | Bought | 5,100 | $85.0000 |
| 7/19/2021 | Bought | 1,200 | $100.0000 |
| 7/23/2021 | Sold | -200 | $121.3800 |
| 7/28/2021 | Sold | -1 | $140.5200 |
| 7/28/2021 | Sold | -10 | $140.7350 |
| 7/28/2021 | Sold | -100 | $140.5320 |
| 7/28/2021 | Sold | -100 | $140.5600 |
| 7/28/2021 | Sold | -100 | $130.5500 |
| 7/28/2021 | Sold | -100 | $140.5300 |
| 7/28/2021 | Sold | -103 | $140.5500 |
| 7/28/2021 | Sold | -125 | $130.5400 |
| 7/28/2021 | Sold | -125 | $130.5000 |
| 7/28/2021 | Sold | -194 | $130.4800 |
| 7/28/2021 | Sold | -200 | $130.5340 |
| 7/28/2021 | Sold | -200 | $130.5300 |
| 7/28/2021 | Sold | -240 | $140.5400 |
| 7/28/2021 | Sold | -250 | $140.3700 |
| 7/28/2021 | Sold | -379 | $140.4763 |
| 7/28/2021 | Sold | -578 | $140.7900 |
| 7/28/2021 | Sold | -856 | $130.6000 |
| 7/28/2021 | Sold | -2,439 | $140.3600 |
| 8/16/2021 | Bought | 100 | $119.3300 |
| 8/20/2021 | Bought | 10 | $101.3100 |
| 8/23/2021 | Bought | 60 | $108.0600 |
| 8/24/2021 | Bought | 130 | $117.0000 |
| 8/27/2021 | Sold | -300 | $53.2200 |

**Manohar K. Rao's Transactions in Cassava Sciences, Inc. Options**
**Account 1**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -5 | $0.6500 |
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -3 | $0.6500 |
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -2 | $0.6500 |
| 7/6/2021 | Sold | Put | July 16, 2021 / $75 | -5 | $1.5600 |
| 7/9/2021 | Sold | Put | July 16, 2021 / $95 | -4 | $2.3000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -67 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -16 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -16 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -5 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -5 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -4 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -3 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -1 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -1 | $0.6000 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -31 | $0.9500 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -20 | $1.1200 |
| 7/12/2021 | Sold | Put | July 16, 2021 / $90 | -10 | $2.1500 |
| 7/12/2021 | Sold | Put | July 16, 2021 / $90 | -20 | $2.1400 |
| 7/12/2021 | Bought | Put | July 16, 2021 / $90 | 30 | $1.9600 |
| 7/12/2021 | Sold | Put | July 16, 2021 / $95 | -6 | $3.4800 |
| 7/14/2021 | Sold | Put | Jul 16, 2021 / $100 | -12 | $3.1800 |
| 7/14/2021 | Sold | Put | July 16, 2021 / $95 | -3 | $0.8100 |
| 7/14/2021 | Sold | Put | July 16, 2021 / $95 | 13 | $1.2400 |
| 7/15/2021 | Bought | Put | July 16, 2021 / $70 | 10 | $0.2400 |
| 7/15/2021 | Bought | Put | July 16, 2021 / $75 | 5 | $0.3700 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $80 | 118 | $0.5000 |
| 7/19/2021 | Sold | Call | Aug 20, 2021 / $100 | -63 | $13.2700 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -21 | $5.7000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -23 | $5.7000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -12 | $5.7000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -60 | $5.7000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -44 | $5.7000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -9 | $5.8000 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -6 | $5.8000 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -8 | $6.1000 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -12 | $6.1000 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -1 | $1.4500 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4700 |
| 7/23/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $33.2000 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $1.1500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $55 | 1 | $1.1300 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 100 | $1.6400 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 75 | $1.4500 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -2 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -2 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -3 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -13 | $3.9000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -17 | $3.9200 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -44 | $4.0000 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -45 | $3.9000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.2500 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 4 | $40.2700 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.3000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.3400 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 11 | $40.3600 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $45.8000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 20 | $46.2000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $46.2000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 5 | $46.2000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 5 | $46.2000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $46.2000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 4 | $46.3000 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 3 | $45.8900 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $45.9700 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 35 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 22 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 18 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.7900 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 6 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 5 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 5 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 4 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 4 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.8000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.9000 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.7500 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.7800 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.9000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.3500 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.3600 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4000 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -3 | $1.3000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -5 | $1.3500 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -8 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -9 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -12 | $1.3000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -14 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -18 | $1.3000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -25 | $1.3000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -29 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -30 | $1.3500 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -49 | $1.4000 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -53 | $1.3100 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -65 | $1.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 51 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 47 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 42 | $0.2500 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 37 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 24 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 23 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 23 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 21 | $0.2500 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 20 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 11 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 9 | $0.2500 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 7 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 5 | $0.2500 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 3 | $0.2400 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $0.2500 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $0.3000 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 1 | $0.2500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $80 | -5 | $1.0100 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -30 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -25 | $1.4000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -25 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -24 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -23 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -16 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -16 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -11 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -9 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -5 | $1.4000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -5 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -3 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -3 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -2 | $1.4100 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -2 | $1.3600 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -1 | $1.3500 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -1 | $2.1000 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -1 | $2.1000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -3 | $2.1100 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $0.6000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $0.5000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $0.6000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 1 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 2 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 9 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 19 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 26 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 35 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 51 | $0.8000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 57 | $0.8000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -3 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -4 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -4 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -6 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -6 | $0.9100 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -7 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -8 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -8 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -9 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -11 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -11 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -12 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -28 | $0.9000 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -63 | $0.9000 |
| 8/16/2021 | Sold | Call | Aug 20, 2021 / $125 | -1 | $5.9400 |
| 8/16/2021 | Sold | Put | Aug 20, 2021 / $90 | -10 | $0.6700 |
| 8/19/2021 | Bought | Call | Aug 20, 2021 / $125 | 1 | $0.3500 |
| 8/19/2021 | Bought | Put | Aug 20, 2021 / $90 | 21 | $1.4300 |
| 8/19/2021 | Sold | Put | Aug 20, 2021 / $95 | -20 | $2.2300 |
| 8/19/2021 | Sold | Call | Aug 27, 2021 / $125 | -1 | $5.3000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -4 | $0.7100 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -3 | $0.7000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -26 | $0.7000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -6 | $0.7000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -4 | $0.6600 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -2 | $0.7000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -1 | $0.6500 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -5 | $0.6500 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -1 | $0.6500 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -3 | $0.7000 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -91 | $0.6500 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -43 | $0.6500 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 121 | $0.3000 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 27 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 19 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 9 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 9 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 5 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 4 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 3 | $0.3000 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 2 | $0.2900 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 1 | $0.3000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -76 | $2.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -26 | $1.9000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -24 | $1.9700 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -18 | $2.0500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -17 | $2.0600 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -15 | $1.9000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -10 | $2.0000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -8 | $2.1000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -7 | $2.1000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -6 | $2.1100 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -4 | $2.1700 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -4 | $2.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -3 | $2.1600 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -2 | $2.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -2 | $2.1000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $1.9100 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $1.9000 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 6 | $0.9500 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 12 | $0.8500 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 15 | $0.7500 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 24 | $0.7200 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 50 | $0.8000 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 117 | $0.9000 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -87 | $1.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -72 | $1.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -39 | $1.2000 |
| 8/24/2021 | Sold | Call | Aug 27, 2021 / $125 | -2 | $3.2400 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $95 | -6 | $0.8500 |
| 8/25/2021 | Bought | Call | Aug 27, 2021 / $125 | 3 | $1.1000 |
| 8/27/2021 | Bought | Put | Aug 27, 2021 / $95 | 3 | $43.9200 |

### Account 2

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -2 | $0.9100 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $85 | 2 | $1.4200 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.5300 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -1 | $1.5000 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $55 | 3 | $0.2600 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $100 | -2 | $1.7500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $90 | -2 | $2.6000 |

**Account 3**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -23 | $1.0800 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $85 | 23 | $1.5400 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -33 | $5.9000 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $50 | -2 | $1.0800 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $50 | -1 | $1.0700 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $50 | 3 | $1.1000 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 2 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 2 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 5 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 5 | $1.6500 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 7 | $1.6500 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $101 | -5 | $1.1500 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -6 | $2.5100 |

### Jyothi Rao's Transactions in Cassava Sciences, Inc. (SAVA)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/17/2021 | Bought | 150 | $103.5200 |
| 8/18/2021 | Sold | -50 | $111.3900 |
| 8/23/2021 | Bought | 60 | $112.8200 |
| 8/24/2021 | Sold | -60 | $118.2800 |
| 8/25/2021 | Bought | 50 | $91.2900 |
| 8/25/2021 | Bought | 50 | $91.6400 |
| 8/25/2021 | Bought | 40 | $81.5700 |
| 8/25/2021 | Sold | -50 | $92.5700 |

### Jyothi Rao's Transactions in Cassava Sciences, Inc. Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/17/2021 | Sold | Call | Aug 20, 2021 / $102 | -1 | $8.4000 |
| 8/18/2021 | Bought | Call | Aug 20, 2021 / $102 | 1 | $13.6000 |
| 8/18/2021 | Sold | Call | Aug 20, 2021 / $120 | -1 | $5.2000 |
| 8/20/2021 | Expired | Call | Aug 20, 2021 / $120 | 1 | $0.0000 |
| 8/23/2021 | Sold | Call | Aug 27, 2021 / $121 | -1 | $4.6000 |
| 8/25/2021 | Bought | Call | Aug 27, 2021 / $121 | 1 | $1.9000 |
| 8/25/2021 | Sold | Call | Aug 27, 2021 / $99 | -1 | $6.8000 |
| 8/27/2021 | Expired | Call | Aug 27, 2021 / $99 | 1 | $0.0000 |

**Shyamala Rambhotla's Transactions in Cassava Sciences, Inc. (SAVA)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/23/2021 | Bought | 50 | $112.8364 |
| 8/24/2021 | Sold | -50 | $117.1791 |

**Shyamala Rambhotla's Transactions in Cassava Sciences, Inc. Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/19/2021 | Sold | Put | Aug 20, 2021 / $90 | -10 | $0.9100 |
| 8/20/2021 | Expired | Put | Aug 20, 2021 / $90 | 10 | $0.0000 |
| 8/23/2021 | Sold | Put | Sept 3, 2021 / $92 | -1 | $5.3400 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -8 | $0.4000 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $0.4000 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $0.3500 |
| 8/27/2021 | Assigned | Put | Aug 27, 2021 / $85 | 10 | $0.0000 |
| 9/7/2021 | Assigned | Put | Sept 3, 2021 / $92 | 1 | $0.0000 |