# EXHIBIT C

Financial Interest Analysis

| Cassava Sciences Securities Litigation | |
|---|---:|
| Manohar K Rao Account 1: | -$552,608.66 |
| Manohar K Rao Account 2: | -$6,984.26 |
| Manohar K Rao Account 3: | -$6,965.20 |
| Jyothi Rao: | -$6,235.90 |
| Shyamala Rambhotla: | -$29,598.87 |
| **Loss Total:** | **-$602,392.89** |

# Financial Interest Analysis

**Company Name:** Cassava Sciences, Inc.
**Ticker:** SAVA
**Class Period:** 09/14/2020 - 08/27/2021

**Name:** Manohar K. Rao

### Account 1 - Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/6/2021 | 50 | $92.6950 | -$4,634.7500 | | $0.0000 | -$4,634.75 |
| 7/6/2021 | 50 | $90.7708 | -$4,538.5400 | | $0.0000 | -$4,538.54 |
| 7/9/2021 | -100 | | $0.0000 | $99.1621 | $9,916.2100 | $9,916.21 |
| 7/19/2021 | 5,100 | $85.0000 | -$433,500.0000 | | $0.0000 | -$433,500.00 |
| 7/19/2021 | 1,200 | $100.0000 | -$120,000.0000 | | $0.0000 | -$120,000.00 |
| 7/23/2021 | -200 | | $0.0000 | $121.3800 | $24,276.0000 | $24,276.00 |
| 7/28/2021 | -1 | | $0.0000 | $140.5200 | $140.5200 | $140.52 |
| 7/28/2021 | -10 | | $0.0000 | $140.7350 | $1,407.3500 | $1,407.35 |
| 7/28/2021 | -100 | | $0.0000 | $140.5320 | $14,053.2000 | $14,053.20 |
| 7/28/2021 | -100 | | $0.0000 | $140.5600 | $14,056.0000 | $14,056.00 |
| 7/28/2021 | -100 | | $0.0000 | $130.5500 | $13,055.0000 | $13,055.00 |
| 7/28/2021 | -100 | | $0.0000 | $140.5300 | $14,053.0000 | $14,053.00 |
| 7/28/2021 | -103 | | $0.0000 | $140.5500 | $14,476.6500 | $14,476.65 |
| 7/28/2021 | -125 | | $0.0000 | $130.5400 | $16,317.5000 | $16,317.50 |
| 7/28/2021 | -125 | | $0.0000 | $130.5000 | $16,312.5000 | $16,312.50 |
| 7/28/2021 | -194 | | $0.0000 | $130.4800 | $25,313.1200 | $25,313.12 |
| 7/28/2021 | -200 | | $0.0000 | $130.5340 | $26,106.8000 | $26,106.80 |
| 7/28/2021 | -200 | | $0.0000 | $130.5300 | $26,106.0000 | $26,106.00 |
| 7/28/2021 | -240 | | $0.0000 | $140.5400 | $33,729.6000 | $33,729.60 |
| 7/28/2021 | -250 | | $0.0000 | $140.3700 | $35,092.5000 | $35,092.50 |
| 7/28/2021 | -379 | | $0.0000 | $140.4763 | $53,240.5177 | $53,240.52 |
| 7/28/2021 | -578 | | $0.0000 | $140.7900 | $81,376.6200 | $81,376.62 |
| 7/28/2021 | -856 | | $0.0000 | $130.6000 | $111,793.6000 | $111,793.60 |
| 7/28/2021 | -2,439 | | $0.0000 | $140.3600 | $342,338.0400 | $342,338.04 |
| 8/16/2021 | 100 | $119.3300 | -$11,933.0000 | | $0.0000 | -$11,933.00 |
| 8/20/2021 | 10 | $101.3100 | -$1,013.1000 | | $0.0000 | -$1,013.10 |
| 8/23/2021 | 60 | $108.0600 | -$6,483.6000 | | $0.0000 | -$6,483.60 |
| 8/24/2021 | 130 | $117.0000 | -$15,210.0000 | | $0.0000 | -$15,210.00 |
| 8/27/2021 | -300 | | $0.0000 | $53.2200 | $15,966.0000 | $15,966.00 |
| 8/30/2021 | 20,100 | $95.0000 | -$1,909,500.0000 | | $0.0000 | -$1,909,500.00 |
| 8/30/2021 | -7,460 | | $0.0000 | $53.7400 | $400,900.4000 | $400,900.40 |
| 8/30/2021 | -12,240 | | $0.0000 | $53.6300 | $656,431.2000 | $656,431.20 |
| 9/7/2021 | -200 | | $0.0000 | $52.4100 | $10,481.9998 | $10,482.00 |
| 9/7/2021 | -200 | | $0.0000 | $52.4100 | $10,481.9998 | $10,482.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | **Subtotal:** | -$539,390.66 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $52.3647 | 0 | **Account 1 Common Stock Total:** | -$539,390.66 |

Financial Interest Analysis

**Options - Account 1**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -5 | $0.6500 | $325.00 |
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -3 | $0.6500 | $195.00 |
| 7/6/2021 | Sold | Put | July 16, 2021 / $70 | -2 | $0.6500 | $130.00 |
| 7/15/2021 | Bought | Put | July 16, 2021 / $70 | 10 | $0.2400 | -$240.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$410.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/6/2021 | Sold | Put | July 16, 2021 / $75 | -5 | $1.5600 | $780.00 |
| 7/15/2021 | Bought | Put | July 16, 2021 / $75 | 5 | $0.3700 | -$185.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$595.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/9/2021 | Sold | Put | July 16, 2021 / $95 | -4 | $2.3000 | $920.00 |
| 7/12/2021 | Sold | Put | July 16, 2021 / $95 | -6 | $3.4800 | $2,088.00 |
| 7/14/2021 | Sold | Put | July 16, 2021 / $95 | -3 | $0.8100 | $243.00 |
| 7/14/2021 | Sold | Put | July 16, 2021 / $95 | 13 | $1.2400 | -$1,612.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,639.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | July 16, 2021 / $90 | -10 | $2.1500 | $2,150.00 |
| 7/12/2021 | Sold | Put | July 16, 2021 / $90 | -20 | $2.1400 | $4,280.00 |
| 7/12/2021 | Bought | Put | July 16, 2021 / $90 | 30 | $1.9600 | -$5,880.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$550.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -21 | $5.7000 | $11,970.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -23 | $5.7000 | $13,110.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -12 | $5.7000 | $6,840.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -60 | $5.7000 | $34,200.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -44 | $5.7000 | $25,080.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -9 | $5.8000 | $5,220.00 |
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -6 | $5.8000 | $3,480.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 100 | $1.6400 | -$16,400.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 75 | $1.4500 | -$10,875.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$83,500.00** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2021 | Sold | Call | Aug 20, 2021 / $100 | -63 | $13.2700 | $83,601.00 |
| 7/23/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $33.2000 | -$6,640.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.2500 | -$4,025.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 4 | $40.2700 | -$16,108.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.3000 | -$4,030.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $40.3400 | -$4,034.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 11 | $40.3600 | -$44,396.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $45.8000 | -$4,580.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 20 | $46.2000 | -$92,400.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 1 | $46.2000 | -$4,620.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 5 | $46.2000 | -$23,100.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 5 | $46.2000 | -$23,100.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $46.2000 | -$9,240.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 4 | $46.3000 | -$18,520.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 3 | $45.8900 | -$13,767.00 |
| 7/28/2021 | Bought | Call | Aug 20, 2021 / $100 | 2 | $45.9700 | -$9,194.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$194,153.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -1 | $1.4500 | $145.00 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4700 | $294.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $1.1500 | -$230.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $55 | 1 | $1.1300 | -$113.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.3500 | $270.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.3600 | $272.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4000 | $280.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.4000 | $280.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -3 | $1.3000 | $390.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -5 | $1.3500 | $675.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -8 | $1.4000 | $1,120.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -9 | $1.4000 | $1,260.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -12 | $1.3000 | $1,560.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -14 | $1.4000 | $1,960.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -18 | $1.3000 | $2,340.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -25 | $1.3000 | $3,250.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -29 | $1.4000 | $4,060.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -30 | $1.3500 | $4,050.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -49 | $1.4000 | $6,860.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -53 | $1.3100 | $6,943.00 |
| 8/3/2021 | Sold | Put | Aug 20, 2021 / $55 | -65 | $1.3000 | $8,450.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 51 | $0.3000 | -$1,530.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 47 | $0.3000 | -$1,410.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 42 | $0.2500 | -$1,050.00 |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 37 | $0.3000 | -$1,110.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 24 | $0.3000 | -$720.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 23 | $0.3000 | -$690.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 23 | $0.3000 | -$690.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 21 | $0.2500 | -$525.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 20 | $0.3000 | -$600.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 11 | $0.3000 | -$330.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 9 | $0.2500 | -$225.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 7 | $0.3000 | -$210.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 5 | $0.2500 | -$125.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 3 | $0.2400 | -$72.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $0.2500 | -$50.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 2 | $0.3000 | -$60.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $55 | 1 | $0.2500 | -$25.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$96.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 | $610.00 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 | $610.00 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $6.1000 | $610.00 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -8 | $6.1000 | $4,880.00 |
| 7/21/2021 | Sold | Put | Aug 20, 2021 / $80 | -12 | $6.1000 | $7,320.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 | $400.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 | $400.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -1 | $4.0000 | $400.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -2 | $4.0000 | $800.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -2 | $4.0000 | $800.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -3 | $4.0000 | $1,200.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -13 | $3.9000 | $5,070.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -17 | $3.9200 | $6,664.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -44 | $4.0000 | $17,600.00 |
| 7/23/2021 | Sold | Put | Aug 20, 2021 / $80 | -45 | $3.9000 | $17,550.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 35 | $3.8000 | -$13,300.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 22 | $3.9000 | -$8,580.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 18 | $3.8000 | -$6,840.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.7900 | -$2,653.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 | -$2,660.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 | -$2,660.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.8000 | -$2,660.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 7 | $3.9000 | -$2,730.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 6 | $3.8000 | -$2,280.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 5 | $3.9000 | -$1,950.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 5 | $3.9000 | -$1,950.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 4 | $3.8000 | -$1,520.00 |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 4 | $3.9000 | -$1,560.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 | -$1,170.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 | -$1,170.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $3.9000 | -$1,170.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.8000 | -$760.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.8000 | -$760.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 2 | $3.9000 | -$780.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.7500 | -$375.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.7800 | -$378.00 |
| 7/28/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $3.9000 | -$390.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $80 | -5 | $1.0100 | $505.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 3 | $0.6000 | -$180.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $0.5000 | -$50.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $80 | 1 | $0.6000 | -$60.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$6,833.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -1 | $2.1000 | $210.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -1 | $2.1000 | $210.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 | $420.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 | $420.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -2 | $2.1000 | $420.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $90 | -3 | $2.1100 | $633.00 |
| 8/16/2021 | Sold | Put | Aug 20, 2021 / $90 | -10 | $0.6700 | $670.00 |
| 8/19/2021 | Bought | Put | Aug 20, 2021 / $90 | 21 | $1.4300 | -$3,003.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$20.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/16/2021 | Sold | Call | Aug 20, 2021 / $125 | -1 | $5.9400 | $594.00 |
| 8/19/2021 | Bought | Call | Aug 20, 2021 / $125 | 1 | $0.3500 | -$35.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$559.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -3 | $0.9000 | $270.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -4 | $0.9000 | $360.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -4 | $0.9000 | $360.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -6 | $0.9000 | $540.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -6 | $0.9100 | $546.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -7 | $0.9000 | $630.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -8 | $0.9000 | $720.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -8 | $0.9000 | $720.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -9 | $0.9000 | $810.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -11 | $0.9000 | $990.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -11 | $0.9000 | $990.00 |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -12 | $0.9000 | $1,080.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -28 | $0.9000 | $2,520.00 |
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $95 | -63 | $0.9000 | $5,670.00 |
| 8/19/2021 | Sold | Put | Aug 20, 2021 / $95 | -20 | $2.2300 | $4,460.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 121 | $0.3000 | -$3,630.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 27 | $0.3000 | -$810.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 19 | $0.3000 | -$570.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 9 | $0.3000 | -$270.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 9 | $0.3000 | -$270.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 5 | $0.3000 | -$150.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 4 | $0.3000 | -$120.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 3 | $0.3000 | -$90.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 2 | $0.2900 | -$58.00 |
| 8/20/2021 | Bought | Put | Aug 20, 2021 / $95 | 1 | $0.3000 | -$30.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$14,668.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -4 | $0.7100 | $284.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -3 | $0.7000 | $210.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -26 | $0.7000 | $1,820.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -6 | $0.7000 | $420.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -4 | $0.6600 | $264.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -2 | $0.7000 | $140.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -1 | $0.6500 | $65.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -5 | $0.6500 | $325.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -1 | $0.6500 | $65.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -3 | $0.7000 | $210.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -91 | $0.6500 | $5,915.00 |
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $100 | -43 | $0.6500 | $2,795.00 |
| 8/20/2021 | Expired | Put | Aug 20, 2021 / $100 | 189 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$12,513.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -87 | $1.1500 | $10,005.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -72 | $1.1500 | $8,280.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $95 | -39 | $1.2000 | $4,680.00 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $95 | -6 | $0.8500 | $510.00 |
| 8/27/2021 | Bought | Put | Aug 27, 2021 / $95 | 3 | $43.9200 | -$13,176.00 |
| 8/30/2021 | Assigned | Put | Aug 27, 2021 / $95 | 201 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$10,299.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/19/2021 | Sold | Call | Aug 27, 2021 / $125 | -1 | $5.3000 | $530.00 |
| 8/24/2021 | Sold | Call | Aug 27, 2021 / $125 | -2 | $3.2400 | $648.00 |

## Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/25/2021 | Bought | Call | Aug 27, 2021 / $125 | 3 | $1.1000 | -$330.00 |
| | | | | | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$848.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -67 | $0.6000 | $4,020.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -16 | $0.6000 | $960.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -16 | $0.6000 | $960.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -5 | $0.6000 | $300.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -5 | $0.6000 | $300.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -4 | $0.6000 | $240.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -3 | $0.6000 | $180.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -1 | $0.6000 | $60.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $80 | -1 | $0.6000 | $60.00 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $80 | 118 | $0.5000 | -$5,900.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,180.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -31 | $0.9500 | $2,945.00 |
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -20 | $1.1200 | $2,240.00 |
| 7/15/2021 | Assigned | Put | Jul 16, 2021 / $85 | 51 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,185.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/14/2021 | Sold | Put | Jul 16, 2021 / $100 | -12 | $3.1800 | $3,816.00 |
| 7/19/2021 | Assigned | Put | Jul 16, 2021 / $100 | 12 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,816.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -30 | $1.3500 | $4,050.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -25 | $1.4000 | $3,500.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -25 | $1.3500 | $3,375.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -24 | $1.3500 | $3,240.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -23 | $1.3500 | $3,105.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -16 | $1.3500 | $2,160.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -16 | $1.3500 | $2,160.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -11 | $1.3500 | $1,485.00 |
| 8/11/2021 | Bought | Put | Aug 20, 2021 / $85 | -9 | $1.3500 | $1,215.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -5 | $1.4000 | $700.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -5 | $1.3500 | $675.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -3 | $1.3500 | $405.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -3 | $1.3500 | $405.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -2 | $1.4100 | $282.00 |
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -2 | $1.3600 | $272.00 |

## Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/11/2021 | Sold | Put | Aug 20, 2021 / $85 | -1 | $1.3500 | $135.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 1 | $0.8000 | -$80.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 2 | $0.8000 | -$160.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 9 | $0.8000 | -$720.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 19 | $0.8000 | -$1,520.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 26 | $0.8000 | -$2,080.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 35 | $0.8000 | -$2,800.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 51 | $0.8000 | -$4,080.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $85 | 57 | $0.8000 | -$4,560.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$11,164.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -76 | $2.1500 | $16,340.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -26 | $1.9000 | $4,940.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -24 | $1.9700 | $4,728.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -18 | $2.0500 | $3,690.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -17 | $2.0600 | $3,502.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -15 | $1.9000 | $2,850.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -10 | $2.0000 | $2,000.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -8 | $2.1000 | $1,680.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -7 | $2.1000 | $1,470.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -6 | $2.1100 | $1,266.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -4 | $2.1700 | $868.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -4 | $2.1500 | $860.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -3 | $2.1600 | $648.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -2 | $2.1500 | $430.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -2 | $2.1000 | $420.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $1.9100 | $191.00 |
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $1.9000 | $190.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 6 | $0.9500 | -$570.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 12 | $0.8500 | -$1,020.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 15 | $0.7500 | -$1,125.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 24 | $0.7200 | -$1,728.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 50 | $0.8000 | -$4,000.00 |
| 8/23/2021 | Bought | Put | Aug 27, 2021 / $85 | 117 | $0.9000 | -$10,530.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$27,100.00** |
| | | | | | **Account 1 Options Total:** | **-$13,218.00** |

# Financial Interest Analysis

## Account 2 - Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/30/2021 | 200 | $90.0000 | -$18,000.0000 | | $0.0000 | -$18,000.00 |
| 9/7/2021 | -200 | | $0.0000 | $49.3487 | $9,869.7400 | $9,869.74 |

| Shares Retained: | 0 | | | | Subtotal: | -$8,130.26 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $52.3647 | 0 | Account 2 Common Stock: | -$8,130.26 |

## Options - Account 2

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -2 | $0.9100 | $182.00 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $85 | 2 | $1.4200 | -$284.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | -$102.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -2 | $1.5300 | $306.00 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $55 | -1 | $1.5000 | $150.00 |
| 8/13/2021 | Bought | Put | Aug 20, 2021 / $55 | 3 | $0.2600 | -$78.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $378.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/13/2021 | Sold | Put | Aug 20, 2021 / $100 | -2 | $1.7500 | $350.00 |
| 8/20/2021 | Expired | Put | Aug 20, 2021 / $100 | 2 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $350.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $90 | -2 | $2.6000 | $520.00 |
| 8/30/2021 | Assigned | Put | Aug 27, 2021 / $90 | 2 | $0.0000 | $0.00 |
| | | | Contracts Remaining: | 0 | Subtotal: | $520.00 |

| | | | | | Account 2 Options: | **$1,146.00** |
|---|---|---|---|---|---|---|

## Account 3 - Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/30/2021 | 600 | $85.0000 | -$51,000.0000 | | $0.0000 | -$51,000.00 |
| 9/7/2021 | -600 | | $0.0000 | $48.3230 | $28,993.8000 | $28,993.80 |

| Shares Retained: | 0 | | | | Subtotal: | -$22,006.20 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $52.3647 | 0 | Account 3 Common Stock: | -$22,006.20 |

## Financial Interest Analysis

**Options - Account 3**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/12/2021 | Sold | Put | Jul 16, 2021 / $85 | -23 | $1.0800 | $2,484.00 |
| 7/16/2021 | Bought | Put | Jul 16, 2021 / $85 | 23 | $1.5400 | -$3,542.00 |
|  |  |  |  |  |  | $0.00 |
|  |  |  | **Contracts Remaining:** | **0** | **Subtotal:** | **-$1,058.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $50 | -2 | $1.0800 | $216.00 |
| 7/22/2021 | Sold | Put | Aug 20, 2021 / $50 | -1 | $1.0700 | $107.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $50 | 3 | $1.1000 | -$330.00 |
|  |  |  | **Contracts Remaining:** | **0** | **Subtotal:** | **-$7.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/19/2021 | Sold | Put | Aug 20, 2021 / $60 | -33 | $5.9000 | $19,470.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 2 | $1.6500 | -$330.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 2 | $1.6500 | -$330.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 | -$495.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 | -$495.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 | -$495.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 3 | $1.6500 | -$495.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 5 | $1.6500 | -$825.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 5 | $1.6500 | -$825.00 |
| 7/23/2021 | Bought | Put | Aug 20, 2021 / $60 | 7 | $1.6500 | -$1,155.00 |
|  |  |  | **Contracts Remaining:** | **0** | **Subtotal:** | **$14,025.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/20/2021 | Sold | Put | Aug 20, 2021 / $101 | -5 | $1.1500 | $575.00 |
| 8/20/2021 | Expired | Put | Aug 20, 2021 / $101 | 5 | $0.0000 | $0.00 |
|  |  |  | **Contracts Remaining:** | **0** | **Subtotal:** | **$575.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Put | Aug 27, 2021 / $85 | -6 | $2.5100 | $1,506.00 |
| 8/30/2021 | Assigned | Put | Aug 27, 2021 / $85 | 6 | $0.0000 | $0.00 |
|  |  |  | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,506.00** |

|  |  |  |  |  | **Account 3 Total:** | **$15,041.00** |

**Name:** Jyothi Rao

**Common Stock**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/17/2021 | 150 | $103.5200 | -$15,528.0000 |  | $0.0000 | -$15,528.00 |
| 8/18/2021 | -50 |  | $0.0000 | $111.3900 | $5,569.5000 | $5,569.50 |
| 8/23/2021 | 60 | $112.8200 | -$6,769.2000 |  | $0.0000 | -$6,769.20 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/24/2021 | -60 | | $0.0000 | $118.2800 | $7,096.8000 | $7,096.80 |
| 8/25/2021 | 50 | $91.2900 | -$4,564.5000 | | $0.0000 | -$4,564.50 |
| 8/25/2021 | 50 | $91.6400 | -$4,582.0000 | | $0.0000 | -$4,582.00 |
| 8/25/2021 | 40 | $81.5700 | -$3,262.8000 | | $0.0000 | -$3,262.80 |
| 8/25/2021 | -50 | | $0.0000 | $92.5700 | $4,628.5000 | $4,628.50 |
| 8/30/2021 | -190 | | $0.0000 | $53.8200 | $10,225.8000 | $10,225.80 |

**Shares Retained:** 0    **Subtotal:** -$7,185.90
90-Day Average Price: $52.3647    Shares Retained: 0    **90-Day Average:** $0.00    **Common Stock Total:** -$7,185.90

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/17/2021 | Sold | Call | Aug 20, 2021 / $102 | -1 | $8.4000 | $840.00 |
| 8/18/2021 | Bought | Call | Aug 20, 2021 / $102 | 1 | $13.6000 | -$1,360.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | -$520.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/18/2021 | Sold | Call | Aug 20, 2021 / $120 | -1 | $5.2000 | $520.00 |
| 8/20/2021 | Expired | Call | Aug 20, 2021 / $120 | 1 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | $520.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Call | Aug 27, 2021 / $121 | -1 | $4.6000 | $460.00 |
| 8/25/2021 | Bought | Call | Aug 27, 2021 / $121 | 1 | $1.9000 | -$190.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | $270.00 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/25/2021 | Sold | Call | Aug 27, 2021 / $99 | -1 | $6.8000 | $680.00 |
| 8/27/2021 | Expired | Call | Aug 27, 2021 / $99 | 1 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | 0 | **Subtotal:** | $680.00 |

**Options Total:** $950.00

**Name:** Shyamala Rambhotla

### Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | 50 | $112.8364 | -$5,641.8200 | | $0.0000 | -$5,641.82 |
| 8/24/2021 | -50 | | $0.0000 | $117.1791 | $5,858.9550 | $5,858.96 |
| 8/30/2021 | 1,000 | $85.0000 | -$85,000.0000 | | $0.0000 | -$85,000.00 |
| 8/30/2021 | -1,000 | | $0.0000 | $53.3450 | $53,345.0000 | $53,345.00 |

**Shares Retained:** 0    **Subtotal:** -$31,437.87
90-Day Average Price: $52.3647    Shares Retained: 0    **90-Day Average:** $0.00    **Common Stock Total:** -$31,437.87

## Financial Interest Analysis

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/23/2021 | Sold | Put | Sept 3, 2021 / $92 | -1 | $5.3400 | $534.00 |
| 9/7/2021 | Assigned | Put | Sept 3, 2021 / $92 | 1 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$534.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -8 | $0.4000 | $320.00 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $0.4000 | $40.00 |
| 8/24/2021 | Sold | Put | Aug 27, 2021 / $85 | -1 | $0.3500 | $35.00 |
| 8/27/2021 | Assigned | Put | Aug 27, 2021 / $85 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$395.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/19/2021 | Sold | Put | Aug 20, 2021 / $90 | -10 | $0.9100 | $910.00 |
| 8/20/2021 | Expired | Put | Aug 20, 2021 / $90 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$910.00** |

| | | | | | **Options Total:** | **$1,839.00** |
|---|---|---|---|---|---|---|

**Notes**

The 90-Day Average Price used in this loss chart is the average closing price between August 30, 2021 and October 25, 2021. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

Post Class-Period purchases are pursuant to assignment of put options opened during the Class Period.