# EXHIBIT F




# Sammy Ford IV
Partner

P: 713-600-4965
F: 713-655-0062
sford@azalaw.com (mailto:sford@azalaw.com)
vCard (https://azalaw.com/wp-content/uploads/2011/09/Sammy-Ford-IV.vcf)

Sammy Ford IV has tried over 20 cases before judges, juries, and arbitrators in his career. He represents companies and individuals around the country in all manner of civil matters, including complex commercial litigation, business torts, securities and consumer class actions, and catastrophic personal injury cases. He is board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization.

In 2021, he successfully represented emergency room physicians in obtaining a $19.1 million Houston jury verdict against a large insurance company in the first case in the nation to litigate emergency room physicians' out-of-network pay from private insurance companies under the Affordable Care Act. In 2017, he served as second chair in a trial for an energy client suing an insurance company that refused to pay for damage to an offshore well caused by Hurricane Rita. He played an instrumental role in the presentation of the evidence over the course of the six-week trial that ended in a $41.6 million jury verdict that included $27.3 million in punitive damages. The case was one of the top 100 2017 verdicts in the nation according to the National Law Journal.

He graduated with honors from the University of Texas School of Law in 2007. While there, he served as Development Editor of The Review of Litigation and as Chair of the Career Services Committee of the Thurgood Marshall Legal Society. He participated in the school's first Supreme Court Clinic and was

on a team that convinced the U.S. Supreme Court to review a client's case during a term in which the Court agreed to hear only 78 of the 8,517 cases filed. Mr. Ford clerked for the Honorable Jerry E. Smith of the U.S. Court of Appeals for the Fifth Circuit.

He was elected to the prestigious American Board of Trial Advocates (ABOTA), an elite group of the country's leading trial lawyers. He has been recognized by attorneys across the United States, making the list of the *Best Lawyers in America* 2020-2022 for commercial litigation and in 2022 for both plaintiff and defendant personal injury litigation. He was also named a 2017-2021 "Top 100 Texas Up & Coming" lawyer on the Texas Rising Stars list for his business litigation skills. Rising Stars, which has listed Mr. Ford since 2013, honors leading attorneys age 40 and younger and those who have been in practice no more than 10 years. He was cited for his business litigation acumen on their 2021 Super Lawyers list as well.

Mr. Ford is a native Houstonian who attended St. Thomas High School where he currently serves on the board. He attended Harvard University and graduated with high honors, magna cum laude, in 2004. At Harvard, he served as Historian of the Harvard Political Union, the College's debating society, and as Secretary of Harvard CHANCE, a group dedicated to mentoring and tutoring students from Cambridge Rindge and Latin School.

He is active in the community as a member of the local and state bar associations and the local, state, and national trial lawyer associations. Mr. Ford is a member of the State Bar's Computer and Technology Section Council, and numerous committees of the Houston Bar Association.

### EDUCATION

- **The University of Texas School of Law, Austin, Texas**
    - J.D. – 2007
    - Thurgood Marshall Legal Society, Chair: Career Services Committee, 2005-2006
    - Review of Litigation (Volume 26), Development Editor, 2006 – 2007
    - Review of Litigation (Volume 25), Staff Member, 2005 – 2006
- **Harvard College**
    - A.B. (*Magna cum laude*) – 2004

### CERTIFIED LEGAL SPECIALTIES

- Board Certified Personal Injury Trial Law, Texas Board of Legal Specialization

### BAR ADMISSIONS

- Texas, 2008
- U.S. District Court Northern District of Texas
- U.S. District Court Southern District of Texas
- U.S. District Court Western District of Texas
- U.S. Court of Appeals 5th Circuit
- U.S. Court of Appeals 10th Circuit

**CLASSES/SEMINARS**

- Top 10 Tips in Preparing for Trial, Houston Bar Association Webinar, January 8, 2021
- Trials, Depositions, Hearings, and other Remote Proceedings, State Bar of Texas Webinar, December 11, 2020
- Ethics of A.I. & the Practice of Law, ACC Houston Annual Symposium Webinar, August 19, 2020
- HBA Litigation Section's 50th Anniversary of the 189th & 190th District Courts, Diversity: Winning with Inclusion, Panel moderator, September 19, 2019
- E-Discovery Update, Harris County Civil Judges Conference, August 5, 2019
- Top 10 Mistakes at Trial, Houston Paralegal Association- Advanced Paralegal Conference, April 26, 2019
- Silver Tongues: A Mock Voir Dire, 2019 HBA Civil/Appellate Bench Bar Conference, April 11, 2019
- Technology and the Law: 30 Apps in 30 Minutes, 17th Annual Texas Minority Attorney Program, April 5, 2019
- Top 10 Mistakes at Trial, Houston Bar Association seminar, March 15, 2019
- Building a Resilient Law Office: Tips on Making Sure That Disasters and Acts of God Don't Disrupt Your Practice, State Bar of Texas Annual Meeting, June 22, 2018
- 60 Apps in 60 Minutes, State Bar of Texas Annual Meeting, June 22, 2017
- Evidentiary Update: Experts, Attorney Fees, and Net Worth, panel at 2017 Houston Bar Association Civil/Appellate Bench Bar Conference, April 6, 2017
- New Discoveries in … Discovery, Corporate Counsel Institute, April 7, 2016
- New Federal Rules of e-Discovery, Advanced Evidence and Discovery, April 8, 2016
- Embrace the Power of Difference, Panelist, Bar Leaders Conference, July 25, 2015
- Cloudy, with a Chance of Ethics, State Bar of Texas Annual Meeting , June 19, 2015
- Technology in Your Law Practice: 30 Apps in 30 Minutes, Handling Your First (Or Next) Auto Collision Case, State Bar of Texas, December 10, 2014
- 30 Apps in 30 Minutes: Turning Your Mobile Device into an Advocate, President?s Annual Meeting and Advanced Personal Injury Seminar, Texas Trial Lawyers Association, December 4, 2014
- 30 Apps in 60 Minutes for Trial and Appellate Lawyers ? Turning Your iPhone (or Android) into an Advocate, Texas Association of Civil Trial and Appellate Specialists meeting, October 16, 2014

- The Ethics of Cloud Computing, Computer and Technology Section, State Bar of Texas, January 2014
- Technology Skills for New Lawyers – What Law Students Need to Know, Houston Area Law Library Association, South Texas of Law, November 13, 2013
- 45 Apps in 45 Minutes, Eastern District of Texas Bar Foundation?s 2013 Bar Conference, October 30, 2013
- The Ethics of Cloud Computing, Law Practice Management Section, Houston Bar Association, September 11, 2013
- Mobile Applications, State Bar of Texas Annual Meeting, June 21, 2013
- Ethics of Cloud Computing, Houston Bar Association CLE, April 26, 2013
- Ethics of Cloud Computing, Houston Metropolitan Paralegal Association, March 12, 2013
- Cloud Computing and the Law, State Bar of Texas Annual Meeting, June 14, 2012
- Course Director, Personal Injury CLE, April 26, 2012

**HONORS AND AWARDS**

- American Board of Trial Advocates (ABOTA) member
- ABOTA's National Board of Representatives 2020
- Best Lawyers in America 2020-2022
- President's Award for Outstanding Service to the HBA on the Continuing Legal Education Committee
- Outstanding Pro Bono Partnership award from Chevron for 2019
- Top Lawyers List – Personal Injury, Houstonia Magazine, 2014
- Hot List, Lawyers of Color, 2014
- Top 40 Under 40, The National Trial Lawyers Association, 2013 – 2014
- Top 100 Trial Lawyers, The National Trial Lawyers Association, 2013 – 2014
- Texas Super Lawyers, a Thomson Reuters Business, 2021
- Texas Rising Star honors as presented by Super Lawyers, a Thomson Reuters Business, 2013 – 2021
- "Top 100 Texas Up & Coming" lawyer named by Texas Rising Stars 2017 – 2021

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- State Bar of Texas, Chair of the Computer & Technology Section Council 2018-2019; Council member 2011 – Present
- State Bar of Texas, Pattern Jury Charges – General Negligence committee, appointments 2016 – 2022
- St. Thomas High School, Board of Directors, 2013 – Present
- Houston Bar Association, Litigation Section, Council Member, 2019 – 2020
- Houston Bar Association, Member, Law Week Committee, 2011 – 2015
- Houston Bar Association, Member, Houston Lawyer Editorial Board, 2011 – 2015

- Houston Bar Association, Co-Chair, Golf Committee, 2012 – 2013
- Houston Bar Foundation, Member, 2013
- Texas Bar Foundation, Fellows, Member, 2013
- Houston Trial Lawyer Association, Board of Directors, 2011 – 2012
- St. Thomas High School, Member, Alumni Board, 2011 – Present
- Houston Bar Association, Member, Bench-Bar Pro Bono Committee, 2011 – 2012
- Texas Trial Lawyers Association, Member
- Houston Bar Association, Member
- Houston Young Lawyer Association, Member
- Houston Chowhounds, Member

**PAST EMPLOYMENT POSITIONS**

- Abraham, Watkins, Nichols, Sorrels, Agosto & Friend, 2010-2016
- Susman Godfrey, LLP, Houston, Texas, Associate, 2008 – 2010
- Honorable Jerry E. Smith, Circuit Judge, United States Court of Appeals for the Fifth Circuit, Law Clerk, 2007 – 2008

**IN THE NEWS**

- **Ten AZA Lawyers Make Super Lawyers List; Four Rank among Top 100 (https://azalaw.com/ten-aza-lawyers-make-super-lawyers-list-four-rank-among-top-100/)**
- **Twelve AZA Lawyers Ranked among US Best for Commercial, Intellectual Property, Personal Injury Litigation and Appellate Law for 2022  (https://azalaw.com/twelve-aza-lawyers-ranked-among-us-best-for-commercial-intellectual-property-personal-injury-litigation-and-appellate-law-for-2022/)**
- **Houston Jury Sends U.S. Insurance Companies a Strong Message on Behalf of Emergency Room Doctors  (https://azalaw.com/houston-jury-sends-u-s-insurance-companies-a-strong-message-on-behalf-of-emergency-room-doctors/)**
- **Eleven AZA Lawyers Make the 2021 Texas Rising Stars List  (https://azalaw.com/eleven-aza-lawyers-make-the-2021-texas-rising-stars-list/)**
- **AZA Trial Lawyers Among Nation's Best for Commercial, Intellectual Property Litigation and Appellate Law for 2021  (https://azalaw.com/aza-trial-lawyers-among-nations-best-for-commercial-intellectual-property-litigation-and-appellate-law-for-2021/)**
- **Sammy Ford IV is Named AZA Partner  (https://azalaw.com/sammy-ford-iv-is-named-aza-partner/)**
- **Nine AZA Lawyers Earn 2020 Texas Rising Stars Accolades  (https://azalaw.com/nine-aza-lawyers-earn-2020-texas-rising-stars-accolades/)**

- **AZA Gets Turkey Leg Hut Restaurant Lawsuit Dissolved in Two Weeks (https://azalaw.com/aza-gets-turkey-leg-hut-restaurant-lawsuit-dissolved-in-two-weeks/)**
- **AZA Wins First Amendment Appellate Ruling for Client Defamed on Facebook** (https://azalaw.com/aza-wins-first-amendment-appellate-ruling-for-client-defamed-on-facebook/)
- **Ten AZA Lawyers Earn 2019 Texas Rising Stars Accolades (https://azalaw.com/ten-aza-lawyers-earn-2019-texas-rising-stars-accolades/)**
- **AZA Scores One of the Nation's Top 100 Verdicts of 2017 (https://azalaw.com/aza-scores-one-of-the-nations-top-100-verdicts-of-2017/)**
- **Fourteen AZA Lawyers Earn 2018 Texas Rising Stars Accolades (https://azalaw.com/fourteen-aza-lawyers-earn-2018-texas-rising-stars-accolades/)**
- **Prime Natural Resources Wins $41.6 Million in Wellsure Insurance Dispute (https://azalaw.com/prime-natural-resources-wins-41-6-million-wellsure-insurance-dispute/)**
- **Sammy Ford Honored by Houston Bar Association for CLE Work (https://azalaw.com/sammy-ford-honored-houston-bar-association-cle-work/)**
- **Sammy Ford Is Fourth AZA Lawyer Elected to American Board of Trial Advocates (https://azalaw.com/sammy-ford-fourth-aza-lawyer-elected-american-board-trial-advocates/)**
- **Nine from Houston's AZA Law Firm Earn 2017 Texas Rising Stars Honors (https://azalaw.com/nine-houstons-aza-law-firm-earn-2017-texas-rising-stars-honors/)**
- **AZA's Jane Langdell Robinson Earns Prestigious Civil Appellate Law Certification (https://azalaw.com/azas-jane-langdell-robinson-earns-prestigious-civil-appellate-law-certification/)**
- **New AZA Attorneys (https://azalaw.com/landing/new-aza-attorneys/)**
- **FMC Technologies, Employee Force Cameron to Drop Non-Compete Suit in Texas (https://azalaw.com/fmc-technologies-employee-force-cameron-drop-non-compete-suit-texas/)**
- **Nine from Houston's AZA Law Firm Earn 2016 Texas Rising Stars Honors (https://azalaw.com/nine-from-houstons-aza-law-firm-earn-2016-texas-rising-stars-honors/)**








## AZA DISTINCTIONS

**We aren't the shy types - whether in court or in communicating our successes.**

• Prestigious Chambers USA yet again ranks AZA the firm, and individual lawyers, as among the best in Texas for both commercial litigation and intellectual property in 2021

• AZA named one of 21 National Elite Trial Law Firm 2021 award winners for practice-based excellence by the National Law Journal

• Nationally top-ranked by Vault 2022 for mid-sized firms, AZA is again among top in nation in many categories

• Texas Lawyer twice named AZA as Litigation Department of the Year and gave a Specialty Practice Award a third year

• AZA named both "Most Feared Law Firms" and "Awesome Opponents" by BTI National Corporate Counsel Survey

• AZA listed by Law360 among 10 Boutiques "Giving BigLaw a Run for its Money"

• U.S. News/Best Law Firms - AZA Tier 1 in Commercial Litigation (9th year)

• Best Lawyers in America - twelve AZA Best Lawyers (many years)

• Benchmark Litigation - Houston's AZA law firm, three name partners earn Litigation Stars honors

• AZA selected to Texas Verdicts Hall of Fame - Texas Lawyer

• AZA and its IP lawyers named among Top U.S. Patent Firms in IAM's acclaimed international IP Guide - (7th year)

• AZA named 7th best performing IPR law firm in the country in Patexia Inc.'s 2018 IPR Intelligence Report

• Top 100 Super Lawyers in Texas/Houston - four AZA lawyers (most recent years)

• Texas Super Lawyers 2021 - ten AZA lawyers named to Texas Super Lawyers (since 2003 for some)

• Texas Super Lawyers - eleven AZA lawyers named to 2021 Rising Stars list

• Three AZA attorneys named to "Who's Who in Energy" list Houston Business Journal

• AZA named Texas Intellectual Property Law Firm of the Year by the firm's clients and the publishers of Global Law Experts (2014)

• AZA on BTI Client Service All-Star Team, and BTI Client Service A-Team in BTI National Corporate Counsel Survey

AHMAD
ZAVITSANOS
ANAIPAKOS
ALAVI
MENSING

AZA

*Tough Name.  Tougher Opponent.*

1221 McKinney, Suite 2500  |  Houston, Texas 77010  |  azalaw.com

# Commercial Litigation

A major portion of AZA's practice is dedicated to commercial litigation. We have litigated and tried numerous breach of contract and business tort cases, corporate governance matters, officer and director disputes, shareholder claims, accounting malpractice cases, class action suits, and partnership cases. AZA also represents a variety of national companies in intellectual property matters. Our commercial clients include some of the most prominent companies, business leaders and families in the country, in matters in which eight and nine figure damages are at stake. Some of our current business clients are our former adversaries.

Unlike many commercial litigation firms, we routinely try such cases. Our eight partners have collectively tried over 200 cases. Our attorneys graduated from the top universities in the country. As a result, we provide exceptional representation during all phases of complex commercial litigation, whether presenting our client's position through effective written motions and briefs, oral advocacy to the court, or trial to a jury.

AZA has special expertise in oil and gas/energy cases and in intellectual property cases. We can handle both sides of any case and in 2011 we had three of the top verdicts in Texas as reported by Verdict Search and Texas Lawyer – including victories for plaintiffs in an IP case and in a defamation case and one large financial fee win for a defendant in a trade secret case. All our name partners are board certified. Our IP prowess includes wins up to $391 million and a stable with an attorney/engineer, an attorney/chemist and a patent special master licensed by the U.S. Patent and Trademark Office.

We have been recognized by members of the bar as leading trial lawyers in other ways as well. AZA is recognized by *Chambers USA* among the best in Texas commercial law; by *U.S. News – Best Lawyers' Best Law Firms* as one of the country's best commercial litigation firms; by *Law360* as a Texas Powerhouse law firm; and by *Texas Lawyer* as a top litigation department. National corporate counsel named AZA one of the country's best in client service among law firms serving the Fortune 1000. AZA lawyers have been individually recognized by *Chambers, Best Lawyers, Benchmark Litigation,* the *Texas Super Lawyers* list and more.

 [(/#facebook)](/#facebook)    [(/#twitter)](/#twitter)    [(/#linkedin)](/#linkedin)  [(/#email)](/#email)