# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br>**[PROPOSED] ORDER** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00856-RP |
| MANOHAR K. RAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00971 |

Having considered the Motion of Manohar K. Rao for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Cassava Sciences, Inc. Securities Litigation*, Master File No.: 1:21-cv-00751-RP;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Manohar K. Rao as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. as Liaison Counsel for the class.

**SO ORDERED.**

Dated: _____, 2021

                                                         HON. ROBERT PITMAN
                                                         UNITED STATES DISTRICT JUDGE