**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br><br><u>CLASS ACTION</u> |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Civil Action No. 1:21-cv-000760-RP<br><br><br><u>CLASS ACTION</u> |

(*caption continues on following page*)

**DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF THE MOTION OF REZA BLOURCHIAN FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF <u>RELATED ACTIONS</u>**

| | |
|---|---|
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>              Defendants. | Civil Action No. 1:21-cv-000856-RP<br><br>CLASS ACTION |

I, John A. Yanchunis, declare as follows:

1. I am a member in good standing of the bar of the State of Texas and of this Court. I am an attorney with Morgan & Morgan. I submit this declaration in support of the Motion filed by Reza Blourchian for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

| | | |
|---|---|---|
| EXHIBIT A: | | Declaration of Blourchian; |
| EXHIBIT B: | | Notice of pendency of *Brazeau v. Cassava Sciences, Inc.*, 1:21-cv-00751 (W.D. Tex.) published on August 28, 2021; |
| EXHIBIT C: | | Notice of pendency of *Newell v. Cassava Sciences, Inc.*, 1:21-cv-00760 (W.D. Tex.) published on August 30, 2021; |
| EXHIBIT D: | | Certification of Blourchian; |
| EXHIBIT E: | | Chart reflecting the financial interest of Blourchian; |
| EXHIBIT F: | | Firm Resume of Bleichmar Fonti & Auld LLP. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of October 2021.

                                                                    */s/ John A. Yanchunis*
                                                                    John A. Yanchunis