# EXHIBIT A

**DECLARATION OF REZA BLOURCHIAN IN SUPPORT
OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF,
<u>APPROVAL OF HIS SELECTION OF LEAD COUNSEL</u>**

I, Reza Blourchian, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff, approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel, and consolidation of the related actions in the securities class action against Cassava Sciences, Inc. ("Cassava") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In addition to BFA, I am also represented by The Schall Law Firm ("Schall") in this action. I have personal knowledge about the information in this Declaration and could and would testify competently to the facts stated below.

2. I am 75 years old and I reside in Laguna Nigel, California. I earned a Bachelor of Science degree from California State University, Los Angeles. I am currently retired after working as an engineer. I have been investing in the securities markets for approximately 30 years.

3. As shown in the certification filed with my motion to serve as Lead Plaintiff, I bought a significant amount of Cassava securities, and I suffered substantial losses as a result of the federal securities law violations alleged in this case. As a result, I am intent on prosecuting this action and maximizing the recovery for myself and others like me.

4. I've engaged in several communications with my attorneys in order to have a full understanding of this action and the PSLRA process. I've discussed, among other things, the merits of this action, the procedure for appointing Lead Plaintiff, the duties imposed on a Lead Plaintiff by the PSLRA, and how BFA and Schall will divide responsibilities, with BFA as Lead Counsel responsible for controlling the day-to-day prosecution of the action. I believe that the merits of the case are strong, I am aware of the current status of the litigation, and how the case might proceed over the coming months and potentially years.

5. I understand that in addition to myself, other investors in Cassava securities may file motions seeking appointment as Lead Plaintiff in this action. I also understand that I do not need to act as Lead Plaintiff in this case to participate in any potential recovery and I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.

6. After discussing the case with my attorneys, I approved the filing of a motion on my behalf seeking appointment as Lead Plaintiff and approval of BFA as Lead Counsel. I have

chosen to seek appointment as Lead Plaintiff because I am highly motivated to actively supervise the litigation, oversee counsel, and ensure that this case is prosecuted zealously and in the best interests of the Class, and maximize the recovery for myself and others like me.

7. I am informed of, understand, and accept the duties and requirements imposed by the PSLRA, including the duties to select and retain counsel and oversee the vigorous and efficient prosecution of the action. I have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action and see it through to its complete resolution. I am committed to securing the best possible result for all affected Cassava investors from all potentially culpable parties.

8. I understand that I may choose any qualified counsel to represent me in this case and to serve as Lead Counsel for the Class, subject to the Court's approval. I selected BFA to represent me and to serve as Lead Counsel for the Class should I be appointed Lead Plaintiff based on the firm's long track record and proven success prosecuting securities class actions. I also approved of Schall to represent me as additional counsel given its successful track record and the level of client attention and service provided. Based on my review of these firms' credentials, I believe that they will provide Cassava investors like myself with the best possible representation and will litigate this case vigorously, efficiently, and without unnecessary duplication of work or costs. I understand these attorneys have experience successfully litigating this type of case and have the resources to litigate this one successfully.

9. I understand that on October 26, 2021, my counsel will file my motion to be appointed Lead Plaintiff, along with a memorandum of law in support of my motion. I understand that this Declaration and other supporting submissions prepared by my counsel will be filed concurrently with my motion.

10. Should the court appoint me as Lead Plaintiff, I will continue to confer with counsel regarding the litigation strategy, settlement, and other matters that may arise, attend court proceedings and hearings if needed, be available for deposition, and review and authorize the filing of important litigation documents. I am committed to satisfying these obligations if appointed

Lead Plaintiff and reaffirm that I will ensure that his case is litigated in the best interests of the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.

Executed this day of 10/26/2021.

DocuSigned by:

*Reza Blourchian*
4050EB62D89B4F1...

Reza Blourchian

4