# EXHIBIT E

Financial Interest Analysis for Reza Blourchian

Class Period: September 14, 2020 - August 27, 2021

**FIFO/LIFO - Cassava Sciences, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 9/14/2020 | 0.00 | | |
| Purchase | 8/25/2021 | 12,500.00 | $80.0000 | ($1,000,000.00) |
| Total Class Period Purchases | | 12,500.00 | | ($1,000,000.00) |
| None | | | | |
| Total Class Period Sales Matching to Class Period Purchases | | 0.00 | | $0.00 |
| Retained Shares [1] | | 12,500.00 | $52.3833 | $654,791.67 |

**FIFO/LIFO Gain/(Loss): ($345,208.33)**

Dura [2] **FIFO/LIFO - Cassava Sciences, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 9/14/2020 | 0.00 | | |
| Purchase | 8/25/2021 | 12,500.00 | $80.0000 | ($1,000,000.00) |
| Class Period Purchases Retained Through 7/29/2021, 8/24/2021, 8/25/2021 and/or 8/27/2021 Disclosures and Matching Sales (if any) | | 12,500.00 | | ($1,000,000.00) |
| Retained Shares [1] | | 12,500.00 | $52.3833 | $654,791.67 |

**Dura FIFO/LIFO Gain/(Loss): ($345,208.33)**

---

[1] Shares retained at the end of the Class Period are valued at the average price from August 27, 2021 to October 26, 2021.

[2] Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average. The pled disclosures during the Class Period occurred on 7/29/2021, 8/24/2021, 8/25/2021 and 8/27/2021.