**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br><br>CLASS ACTION |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-000760-RP<br><br><br>CLASS ACTION |

(*caption continues on following page*)

**[PROPOSED] ORDER APPOINTING REZA BLOURCHIAN AS LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

| | |
|---|---|
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>             Defendants. | Civil Action No. 1:21-cv-000856-RP<br><br>CLASS ACTION |

Upon consideration of (1) the Motion of Reza Blourchian for appointment as Lead Plaintiff, approval of his selection of counsel, and for consolidation of all related actions; (2) the Declaration of John A. Yanchunis submitted herewith; and (3) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Reza Blourchian's Motion is **GRANTED.**

2. Reza Blourchian is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Reza Blourchian's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5. The consolidated action shall be captioned "*In re Cassava Sciences, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:21-cv-00751.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE