UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>            Defendants. | Case No. 1:21-cv-00751-RP |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>            Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>            Defendants. | Case No. 1:21-cv-00856 |

## NOTICE OF APPEARANCE

Notice is hereby given that Warren T. Burns of Burns Charest LLP enters his appearance in this matter as counsel on behalf of Proposed Lead Plaintiff, Warren Choi, Kevin Otto, and Ken Van Ho (collectively the "Cassava Securities Group" or "Movant").

Warren T. Burns may receive all communication from the Court and other parties at Burns Charest LLP, 900 Jackson Street, Suite 500 Dallas, Texas, 75202, Telephone: 469-904-4550, Email: wburns@burnscharest.com.

Dated: October 26, 2021

Respectfully submitted,

/s/ *Warren T. Burns*
BURNS CHAREST, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

Sherrie R. Savett
*(pro hac vice motion to be submitted)*
Michael Dell'Angelo
*(pro hac vice motion to be submitted)*
Barbara Podell
*(pro hac vice motion to be submitted)*
Andrew Abramowitz
*(pro hac vice motion to be submitted)*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
          mdellangelo@bm.net
          bpodell@bm.net
          aabramowitz@bm.net

***Attorneys for Lead Plaintiff Movant and Proposed Lead Counsel for the Class***

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Warren T. Burns*
Warren T. Burns