BURNS CHAREST, LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
　　　　mdellangelo@bm.net
　　　　bpodell@bm.net
　　　　aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>　　　　Defendants. | Case No. 1:21-cv-00751-RP |

| | |
|---|---|
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00856 |

**MOTION OF THE CASSAVA SECURITIES GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed Lead Plaintiff, Warren Choi, Kevin Otto, and Ken Van Ho, investors in Cassava securities including common stock and options, (collectively the "Cassava Securities Group" or "Movant"), hereby moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for entry of an order consolidating the above-captioned related securities class actions (the "Actions").

Movant respectfully requests, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), that the Court appoint it as the Lead Plaintiff in the Actions and approve its

2

selection of Berger Montague PC as lead counsel and Burns Charest LLP as Local Counsel. The Court should appoint Movant as Lead Plaintiff because it has demonstrated the "largest financial interest in the litigation," and because it otherwise meets the typicality and adequacy prongs of Fed. R. Civ. P. 23. See 15 U.S.C. 78u-4(a)(3)(B). As demonstrated in its supporting Memorandum of Law, filed herewith, Movant has sustained losses of $435,416 in its investment in the securities of Cassava Sciences, Inc. during the period of September 14, 2020 through and including August 27, 2021 (the "Class Period"). Berger Montague PC has extensive experience successfully litigating securities class actions and possesses the resources necessary to vigorously pursue this litigation on behalf of the putative class.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law supported by the Declaration of Warren T. Burns and the exhibits attached thereto, Movant respectfully requests that the Court enter an Order consolidating the Actions, appointing Movant as Lead Plaintiff, and approving Berger Montague PC as Lead Counsel and Burns Charest LLP as Local Counsel.

## CERTIFICATE OF CONFERENCE

Local Rule CV-7(i) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule CV-7(i) be waived.

Dated: October 26, 2021                          Respectfully submitted,

                                                 /s/ *Warren T. Burns*

BURNS CHAREST, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
         mdellangelo@bm.net
         bpodell@bm.net
         aabramowitz@bm.net

*Attorneys for Lead Plaintiff Movant and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Warren T. Burns*
Warren T. Burns