# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN, <br><br> Defendants. | Case No. 1:21-cv-00751-RP |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN, <br><br> Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN, <br><br> Defendants. | Case No. 1:21-cv-00856-RP |

# DECLARATION OF STUART L. COCHRAN IN SUPPORT OF THI HUYEN VU, QING YANG, RONALD L. SELMAN, AND VINOD THUKRAL'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL

I, Stuart L. Cochran hereby declare as follows:

1. I am a managing partner of Steckler Wayne Cochran Cherry PLLC ("Steckler Law"), liaison counsel for lead plaintiff movants Thi Huyen Vu, Qing Yang, Ronald L. Selman, and Vinod Thukral ("Movants"), and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion to consolidate the above-captioned actions (the "Actions"), appoint them to serve as Lead Plaintiffs on behalf of the putative Class in the Actions, and to approve Movants' selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Steckler Law as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**: Certifications of Movants attaching their transactions made in Cassava Sciences, Inc. ("Cassava" or the "Company") during the Class Period.

**Exhibit B**: Table of the calculated losses incurred by Movants as a result of their transactions in Cassava securities.

**Exhibit C**: Press release published August 27, 2021 on *PRNewswire*, announcing the pendency of the first-filed Action.

**Exhibit D**: Joint Declaration signed by Movants in support of their lead plaintiff motion.

**Exhibit E**: Firm résumés of Levi & Korsinsky and Steckler Law.

Dated: October 26, 2021                    By: */s/ Stuart L. Cochran*
                                                Stuart L. Cochran

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 26, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

> */s/ Stuart L. Cochran*
> Stuart L. Cochran