# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Thi Huyen Vu, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Cassava Sciences, Inc. (SAVA) which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____10/25/2021_____.

Name:   Thi Huyen Vu

Signed:   _____
744E2473ED614FB...

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Client Name |
|---|
| Thi Huyen Vu |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-09-2021 | P | 1 | $ 67.2100 |
| 06-09-2021 | P | 80 | $ 67.0700 |
| 06-09-2021 | P | 18 | $ 67.0700 |
| 06-09-2021 | P | 2 | $ 67.0700 |
| 06-09-2021 | P | 20 | $ 67.0200 |
| 06-09-2021 | P | 68 | $ 67.1000 |
| 06-10-2021 | P | 65 | $ 67.1400 |
| 06-10-2021 | P | 2 | $ 66.8300 |
| 06-10-2021 | S | -200 | $ 66.1600 |
| 06-10-2021 | S | -56 | $ 66.1600 |
| 06-15-2021 | P | 1 | $ 72.6900 |
| 06-15-2021 | P | 373 | $ 72.7000 |
| 06-15-2021 | P | 27 | $ 72.7000 |
| 06-15-2021 | P | 100 | $ 72.4200 |
| 06-16-2021 | S | -500 | $ 80.4400 |
| 06-30-2021 | P | 226 | $ 85.3400 |
| 06-30-2021 | P | 974 | $ 85.3400 |
| 07-02-2021 | P | 46 | $ 91.6100 |
| 07-02-2021 | P | 37 | $ 91.6100 |
| 07-02-2021 | P | 10 | $ 91.6100 |
| 07-02-2021 | P | 6 | $ 91.6100 |
| 07-02-2021 | P | 100 | $ 91.6100 |
| 07-02-2021 | P | 2 | $ 91.6100 |
| 07-02-2021 | P | 99 | $ 91.6100 |
| 07-02-2021 | P | 500 | $ 91.7000 |
| 07-02-2021 | S | -100 | $ 89.1700 |
| 07-02-2021 | S | -400 | $ 89.1700 |
| 07-02-2021 | S | -17 | $ 89.9200 |
| 07-02-2021 | S | -177 | $ 89.9200 |
| 07-02-2021 | S | -56 | $ 89.9200 |
| 07-02-2021 | S | -140 | $ 90.1300 |
| 07-06-2021 | P | 100 | $ 91.7400 |
| 07-06-2021 | P | 60 | $ 91.6698 |
| 07-06-2021 | P | 11 | $ 91.6500 |
| 07-08-2021 | P | 100 | $ 101.4100 |
| 07-08-2021 | P | 66 | $ 101.4800 |
| 07-08-2021 | P | 34 | $ 101.4800 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-08-2021 | P | 28 | $ 101.4500 |
| 07-08-2021 | P | 62 | $ 101.4500 |
| 07-08-2021 | P | 100 | $ 101.0600 |
| 07-08-2021 | P | 13 | $ 101.0300 |
| 07-08-2021 | P | 55 | $ 101.0300 |
| 07-08-2021 | P | 32 | $ 101.0300 |
| 07-08-2021 | P | 10 | $ 101.0000 |
| 07-08-2021 | P | 6 | $ 100.9537 |
| 07-08-2021 | P | 100 | $ 101.9480 |
| 07-08-2021 | P | 63 | $ 101.1000 |
| 07-08-2021 | P | 37 | $ 101.1000 |
| 07-08-2021 | P | 300 | $ 102.2300 |
| 07-08-2021 | P | 32 | $ 102.2000 |
| 07-08-2021 | P | 40 | $ 102.2000 |
| 07-08-2021 | P | 20 | $ 102.2000 |
| 07-08-2021 | P | 8 | $ 102.2000 |
| 07-08-2021 | P | 200 | $ 102.2000 |
| 07-08-2021 | P | 100 | $ 102.7800 |
| 07-08-2021 | P | 90 | $ 102.8000 |
| 07-08-2021 | P | 6 | $ 102.6000 |
| 07-08-2021 | P | 1 | $ 102.6500 |
| 07-08-2021 | P | 200 | $ 102.9800 |
| 07-08-2021 | P | 100 | $ 103.2900 |
| 07-12-2021 | S | -100 | $ 102.8100 |
| 07-12-2021 | S | -100 | $ 102.8300 |
| 07-12-2021 | S | -100 | $ 102.8500 |
| 07-12-2021 | S | -100 | $ 102.8200 |
| 07-12-2021 | S | -1600 | $ 102.6000 |
| 07-12-2021 | S | -169 | $ 104.6200 |
| 07-12-2021 | S | -71 | $ 104.6200 |
| 07-12-2021 | S | -168 | $ 104.6200 |
| 07-12-2021 | S | -169 | $ 104.6200 |
| 07-12-2021 | S | -169 | $ 104.6200 |
| 07-12-2021 | S | -169 | $ 104.6200 |
| 07-12-2021 | S | -169 | $ 104.6200 |
| 07-12-2021 | P | 2 | $ 98.5800 |
| 07-12-2021 | P | 46 | $ 98.5800 |
| 07-12-2021 | P | 100 | $ 98.5800 |
| 07-12-2021 | P | 90 | $ 98.5800 |
| 07-12-2021 | P | 13 | $ 98.5800 |
| 07-12-2021 | P | 36 | $ 98.5800 |
| 07-12-2021 | P | 5 | $ 98.5800 |
| 07-12-2021 | P | 7 | $ 98.5800 |
| 07-12-2021 | P | 13 | $ 98.5800 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-12-2021 | P | 188 | $ 98.5800 |
| 07-12-2021 | P | 400 | $ 98.5800 |
| 07-12-2021 | P | 100 | $ 98.6300 |
| 07-12-2021 | P | 68 | $ 98.6300 |
| 07-12-2021 | P | 7 | $ 98.6300 |
| 07-12-2021 | P | 20 | $ 98.6300 |
| 07-12-2021 | P | 5 | $ 98.6300 |
| 07-12-2021 | P | 1 | $ 98.6400 |
| 07-12-2021 | P | 28 | $ 98.6400 |
| 07-12-2021 | P | 356 | $ 98.6400 |
| 07-12-2021 | P | 115 | $ 98.6400 |
| 07-12-2021 | P | 100 | $ 98.6400 |
| 07-13-2021 | P | 65 | $ 102.9700 |
| 07-13-2021 | P | 100 | $ 102.9698 |
| 07-13-2021 | P | 100 | $ 102.9600 |
| 07-13-2021 | P | 29 | $ 102.9500 |
| 07-13-2021 | P | 6 | $ 102.9600 |
| 07-13-2021 | P | 24 | $ 103.4300 |
| 07-13-2021 | P | 176 | $ 103.4300 |
| 07-13-2021 | P | 150 | $ 103.4100 |
| 07-13-2021 | P | 10 | $ 103.3800 |
| 07-13-2021 | P | 200 | $ 104.0900 |
| 07-13-2021 | P | 100 | $ 104.0800 |
| 07-13-2021 | P | 100 | $ 103.9700 |
| 07-13-2021 | P | 80 | $ 103.8000 |
| 07-13-2021 | P | 10 | $ 103.6900 |
| 07-13-2021 | P | 8 | $ 104.2100 |
| 07-13-2021 | P | 54 | $ 104.2100 |
| 07-13-2021 | P | 12 | $ 104.2100 |
| 07-13-2021 | P | 26 | $ 104.2100 |
| 07-13-2021 | P | 4 | $ 104.2100 |
| 07-13-2021 | P | 196 | $ 104.2100 |
| 07-13-2021 | P | 100 | $ 103.8600 |
| 07-13-2021 | P | 200 | $ 103.7100 |
| 07-13-2021 | P | 500 | $ 103.6600 |
| 07-13-2021 | P | 90 | $ 103.7100 |
| 07-13-2021 | P | 10 | $ 103.9000 |
| 07-13-2021 | P | 20 | $ 103.9700 |
| 07-13-2021 | P | 3 | $ 103.7800 |
| 07-15-2021 | S | -167 | $ 86.7000 |
| 07-15-2021 | S | -180 | $ 86.7000 |
| 07-15-2021 | S | -3 | $ 86.7000 |
| 07-15-2021 | S | -3 | $ 86.7000 |
| 07-15-2021 | S | -3663 | $ 86.7000 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-15-2021 | S | -57 | $ 86.7000 |
| 07-15-2021 | P | 61 | $ 86.9900 |
| 07-15-2021 | P | 52 | $ 87.2000 |
| 07-15-2021 | P | 189 | $ 87.2000 |
| 07-15-2021 | P | 759 | $ 87.2000 |
| 07-15-2021 | P | 25 | $ 87.0000 |
| 07-15-2021 | P | 28 | $ 87.0000 |
| 07-15-2021 | P | 1886 | $ 87.0000 |
| 07-15-2021 | P | 206 | $ 86.8396 |
| 07-15-2021 | P | 215 | $ 86.8396 |
| 07-15-2021 | P | 579 | $ 86.8396 |
| 07-15-2021 | P | 300 | $ 86.7000 |
| 07-16-2021 | S | -4 | $ 82.1200 |
| 07-16-2021 | S | -796 | $ 82.1200 |
| 07-16-2021 | S | -697 | $ 82.1200 |
| 07-16-2021 | S | -3 | $ 82.1200 |
| 07-16-2021 | S | -2800 | $ 82.1200 |
| 07-16-2021 | P | 1 | $ 79.7500 |
| 07-16-2021 | P | 1 | $ 79.7500 |
| 07-16-2021 | P | 1 | $ 79.7500 |
| 07-16-2021 | P | 1 | $ 79.7500 |
| 07-16-2021 | P | 100 | $ 79.7500 |
| 07-16-2021 | P | 100 | $ 79.7500 |
| 07-16-2021 | P | 25 | $ 79.7500 |
| 07-16-2021 | P | 100 | $ 79.7500 |
| 07-16-2021 | P | 198 | $ 79.7500 |
| 07-16-2021 | P | 2 | $ 79.7500 |
| 07-16-2021 | P | 46 | $ 79.7500 |
| 07-16-2021 | P | 38 | $ 79.7500 |
| 07-16-2021 | P | 484 | $ 79.7500 |
| 07-16-2021 | P | 6 | $ 79.7500 |
| 07-16-2021 | P | 33 | $ 79.7500 |
| 07-16-2021 | P | 164 | $ 79.7500 |
| 07-16-2021 | P | 1300 | $ 79.9600 |
| 07-16-2021 | P | 25 | $ 79.9300 |
| 07-16-2021 | P | 1 | $ 79.9300 |
| 07-16-2021 | P | 7 | $ 79.9300 |
| 07-16-2021 | P | 10 | $ 79.9300 |
| 07-16-2021 | P | 1 | $ 79.9300 |
| 07-16-2021 | P | 4 | $ 79.9300 |
| 07-16-2021 | P | 2 | $ 79.9300 |
| 07-16-2021 | P | 3 | $ 79.9300 |
| 07-16-2021 | P | 2 | $ 79.9300 |
| 07-16-2021 | P | 2 | $ 79.9300 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-16-2021 | P | 581 | $ 80.1300 |
| 07-16-2021 | P | 719 | $ 80.1300 |
| 07-19-2021 | S | -1957 | $ 74.4635 |
| 07-19-2021 | S | -1658 | $ 74.6400 |
| 07-19-2021 | S | -114 | $ 74.6400 |
| 07-19-2021 | S | -114 | $ 74.6400 |
| 07-19-2021 | S | -114 | $ 74.6400 |
| 07-19-2021 | P | 89 | $ 76.6200 |
| 07-19-2021 | P | 300 | $ 76.6200 |
| 07-19-2021 | P | 266 | $ 76.6200 |
| 07-19-2021 | P | 109 | $ 76.6200 |
| 07-19-2021 | P | 30 | $ 76.6200 |
| 07-19-2021 | P | 100 | $ 76.6200 |
| 07-19-2021 | P | 545 | $ 76.6200 |
| 07-19-2021 | P | 100 | $ 76.6200 |
| 07-19-2021 | P | 100 | $ 76.6200 |
| 07-19-2021 | P | 361 | $ 76.6200 |
| 07-19-2021 | P | 2000 | $ 77.2700 |
| 07-19-2021 | P | 584 | $ 77.6500 |
| 07-19-2021 | P | 156 | $ 77.6500 |
| 07-20-2021 | S | -100 | $ 85.3100 |
| 07-20-2021 | S | -98 | $ 85.2400 |
| 07-20-2021 | S | -2 | $ 85.2400 |
| 07-20-2021 | S | -100 | $ 85.2500 |
| 07-20-2021 | S | -98 | $ 85.2400 |
| 07-20-2021 | S | -100 | $ 85.2400 |
| 07-20-2021 | S | -100 | $ 85.2403 |
| 07-20-2021 | S | -200 | $ 85.2400 |
| 07-20-2021 | S | -100 | $ 85.2300 |
| 07-20-2021 | S | -100 | $ 85.2300 |
| 07-20-2021 | S | -100 | $ 85.2300 |
| 07-20-2021 | S | -1 | $ 85.2000 |
| 07-20-2021 | S | -231 | $ 85.2000 |
| 07-20-2021 | S | -971 | $ 85.2000 |
| 07-20-2021 | S | -142 | $ 85.2000 |
| 07-20-2021 | S | -297 | $ 85.2000 |
| 07-20-2021 | S | -100 | $ 85.3420 |
| 07-20-2021 | S | -100 | $ 85.3310 |
| 07-20-2021 | S | -200 | $ 85.3310 |
| 07-20-2021 | S | -100 | $ 85.3310 |
| 07-20-2021 | S | -100 | $ 85.3310 |
| 07-20-2021 | S | -100 | $ 85.3310 |
| 07-20-2021 | S | -100 | $ 85.3310 |
| 07-20-2021 | S | -100 | $ 85.3300 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-20-2021 | S | -100 | $ 85.3300 |
| 07-20-2021 | S | -12 | $ 85.3000 |
| 07-20-2021 | S | -6 | $ 85.3000 |
| 07-20-2021 | S | -728 | $ 85.3000 |
| 07-20-2021 | S | -254 | $ 85.3000 |
| 07-20-2021 | P | 700 | $ 88.5900 |
| 07-20-2021 | P | 300 | $ 88.5900 |
| 07-20-2021 | P | 30 | $ 88.3900 |
| 07-21-2021 | S | -697 | $ 95.9800 |
| 07-21-2021 | S | -34 | $ 96.0100 |
| 07-21-2021 | S | -100 | $ 95.9800 |
| 07-21-2021 | S | -200 | $ 96.2250 |
| 07-21-2021 | P | 1 | $ 98.2500 |
| 07-21-2021 | P | 100 | $ 99.5300 |
| 07-21-2021 | P | 1000 | $ 100.4853 |
| 07-21-2021 | P | 33 | $ 100.9900 |
| 07-21-2021 | P | 100 | $ 100.9900 |
| 07-21-2021 | P | 100 | $ 100.9800 |
| 07-21-2021 | P | 200 | $ 100.9800 |
| 07-21-2021 | P | 100 | $ 100.9600 |
| 07-21-2021 | P | 100 | $ 100.9900 |
| 07-21-2021 | P | 100 | $ 100.9900 |
| 07-21-2021 | P | 267 | $ 101.0000 |
| 07-21-2021 | P | 998 | $ 101.2900 |
| 07-21-2021 | P | 2 | $ 101.2100 |
| 07-21-2021 | P | 400 | $ 101.2488 |
| 07-21-2021 | P | 500 | $ 104.8600 |
| 07-21-2021 | P | 130 | $ 103.9860 |
| 07-21-2021 | P | 100 | $ 107.7000 |
| 07-21-2021 | P | 700 | $ 107.7000 |
| 07-21-2021 | P | 120 | $ 107.5568 |
| 07-21-2021 | S | -10 | $ 107.6800 |
| 07-21-2021 | S | -200 | $ 107.6800 |
| 07-21-2021 | S | -200 | $ 107.6800 |
| 07-21-2021 | S | -300 | $ 107.8550 |
| 07-21-2021 | S | -300 | $ 107.8550 |
| 07-21-2021 | S | -500 | $ 107.8550 |
| 07-21-2021 | S | -3541 | $ 107.7310 |
| 07-21-2021 | P | 1 | $ 107.6121 |
| 07-21-2021 | P | 23 | $ 108.2900 |
| 07-21-2021 | P | 24 | $ 108.3000 |
| 07-21-2021 | P | 4 | $ 108.3400 |
| 07-21-2021 | P | 24 | $ 108.3400 |
| 07-21-2021 | P | 5 | $ 108.3400 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-21-2021 | P | 30 | $ 108.3400 |
| 07-21-2021 | P | 29 | $ 108.2900 |
| 07-21-2021 | P | 4 | $ 108.3400 |
| 07-21-2021 | P | 304 | $ 108.3400 |
| 07-21-2021 | P | 7 | $ 108.3400 |
| 07-21-2021 | P | 44 | $ 108.3400 |
| 07-21-2021 | P | 44 | $ 108.3400 |
| 07-21-2021 | P | 456 | $ 108.3400 |
| 07-21-2021 | P | 35 | $ 108.3400 |
| 07-21-2021 | P | 6 | $ 108.3400 |
| 07-21-2021 | P | 89 | $ 108.3400 |
| 07-21-2021 | P | 28 | $ 108.3400 |
| 07-21-2021 | P | 60 | $ 108.3400 |
| 07-21-2021 | P | 84 | $ 108.3400 |
| 07-21-2021 | P | 20 | $ 108.3400 |
| 07-21-2021 | P | 10 | $ 108.3400 |
| 07-21-2021 | P | 6 | $ 108.3400 |
| 07-21-2021 | P | 10 | $ 108.3400 |
| 07-21-2021 | P | 6 | $ 108.3400 |
| 07-21-2021 | P | 70 | $ 108.3400 |
| 07-21-2021 | P | 15 | $ 108.3400 |
| 07-21-2021 | P | 42 | $ 108.3400 |
| 07-21-2021 | P | 7 | $ 108.3400 |
| 07-21-2021 | P | 103 | $ 108.3400 |
| 07-21-2021 | P | 30 | $ 108.3400 |
| 07-21-2021 | P | 14 | $ 108.3400 |
| 07-21-2021 | P | 20 | $ 108.3400 |
| 07-21-2021 | P | 6 | $ 108.3400 |
| 07-21-2021 | P | 16 | $ 108.3400 |
| 07-21-2021 | P | 7 | $ 108.3400 |
| 07-21-2021 | P | 16 | $ 108.3400 |
| 07-21-2021 | P | 12 | $ 108.3400 |
| 07-21-2021 | P | 290 | $ 108.3400 |
| 07-21-2021 | P | 22 | $ 108.4100 |
| 07-21-2021 | P | 100 | $ 108.4100 |
| 07-21-2021 | P | 98 | $ 108.3800 |
| 07-21-2021 | P | 100 | $ 108.3840 |
| 07-21-2021 | P | 100 | $ 108.3800 |
| 07-21-2021 | P | 2 | $ 108.3800 |
| 07-21-2021 | P | 98 | $ 108.4100 |
| 07-21-2021 | P | 100 | $ 108.4100 |
| 07-21-2021 | P | 33 | $ 108.4100 |
| 07-21-2021 | P | 100 | $ 108.4097 |
| 07-21-2021 | P | 255 | $ 108.4800 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-21-2021 | P | 268 | $ 108.4800 |
| 07-21-2021 | P | 499 | $ 108.4800 |
| 07-21-2021 | P | 140 | $ 108.4800 |
| 07-21-2021 | P | 85 | $ 108.4800 |
| 07-21-2021 | P | 1000 | $ 109.0000 |
| 07-21-2021 | P | 25 | $ 107.7900 |
| 07-21-2021 | S | -5026 | $ 106.4431 |
| 07-21-2021 | P | 1 | $ 106.4700 |
| 07-21-2021 | P | 30 | $ 112.8300 |
| 07-21-2021 | P | 870 | $ 112.8300 |
| 07-21-2021 | P | 1100 | $ 112.8300 |
| 07-21-2021 | P | 50 | $ 113.1100 |
| 07-21-2021 | P | 950 | $ 113.2000 |
| 07-21-2021 | P | 1000 | $ 113.7500 |
| 07-21-2021 | P | 500 | $ 112.7500 |
| 07-21-2021 | P | 100 | $ 112.7900 |
| 07-21-2021 | P | 100 | $ 113.1600 |
| 07-21-2021 | P | 28 | $ 112.9205 |
| 07-21-2021 | P | 4 | $ 112.7100 |
| 07-21-2021 | P | 5 | $ 111.6000 |
| 07-23-2021 | S | -815 | $ 123.3500 |
| 07-26-2021 | P | 51 | $ 131.8500 |
| 07-26-2021 | P | 12 | $ 131.8500 |
| 07-26-2021 | P | 17 | $ 131.8500 |
| 07-26-2021 | P | 100 | $ 129.2300 |
| 07-26-2021 | P | 25 | $ 129.1600 |
| 07-26-2021 | P | 2 | $ 129.1600 |
| 07-26-2021 | P | 473 | $ 129.1600 |
| 07-26-2021 | P | 1 | $ 129.5400 |
| 07-26-2021 | P | 39 | $ 129.5400 |
| 07-27-2021 | P | 200 | $ 117.8024 |
| 07-27-2021 | P | 20 | $ 117.0500 |
| 07-27-2021 | P | 80 | $ 117.0500 |
| 07-27-2021 | P | 50 | $ 116.5900 |
| 07-27-2021 | P | 50 | $ 116.7800 |
| 07-27-2021 | P | 2 | $ 117.0100 |
| 07-28-2021 | P | 5 | $ 135.0800 |
| 07-30-2021 | S | -50 | $ 88.9200 |
| 07-30-2021 | S | -40 | $ 88.9600 |
| 07-30-2021 | S | -100 | $ 88.9300 |
| 07-30-2021 | S | -100 | $ 88.9100 |
| 07-30-2021 | S | -40 | $ 88.9200 |
| 07-30-2021 | S | -100 | $ 88.9100 |
| 07-30-2021 | S | -100 | $ 88.9120 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-30-2021 | S | -25 | $ 89.0000 |
| 07-30-2021 | S | -100 | $ 88.9100 |
| 07-30-2021 | S | -40 | $ 88.9100 |
| 07-30-2021 | S | -35 | $ 88.9100 |
| 07-30-2021 | S | -40 | $ 88.9400 |
| 07-30-2021 | S | -40 | $ 88.9300 |
| 07-30-2021 | S | -100 | $ 88.9200 |
| 07-30-2021 | S | -100 | $ 88.9000 |
| 07-30-2021 | S | -100 | $ 88.9000 |
| 07-30-2021 | S | -52 | $ 88.9000 |
| 07-30-2021 | S | -100 | $ 88.9000 |
| 07-30-2021 | S | -100 | $ 88.9000 |
| 07-30-2021 | S | -900 | $ 88.9000 |
| 07-30-2021 | S | -100 | $ 88.6700 |
| 07-30-2021 | S | -31 | $ 88.6800 |
| 07-30-2021 | S | -200 | $ 88.6600 |
| 07-30-2021 | S | -50 | $ 88.6800 |
| 07-30-2021 | S | -100 | $ 88.6900 |
| 07-30-2021 | S | -50 | $ 88.6800 |
| 07-30-2021 | S | -50 | $ 88.6800 |
| 07-30-2021 | S | -100 | $ 88.6700 |
| 07-30-2021 | S | -100 | $ 88.6700 |
| 07-30-2021 | S | -100 | $ 88.6600 |
| 07-30-2021 | S | -200 | $ 88.6500 |
| 07-30-2021 | S | -400 | $ 88.6500 |
| 07-30-2021 | S | -915 | $ 88.6500 |
| 07-30-2021 | S | -66 | $ 88.6500 |
| 07-30-2021 | S | -326 | $ 88.7233 |
| 07-30-2021 | P | 1 | $ 86.9890 |
| 07-30-2021 | P | 40 | $ 89.1600 |
| 07-30-2021 | P | 100 | $ 89.2960 |
| 07-30-2021 | P | 40 | $ 89.3060 |
| 07-30-2021 | P | 40 | $ 89.3020 |
| 07-30-2021 | P | 100 | $ 89.3200 |
| 07-30-2021 | P | 100 | $ 89.3100 |
| 07-30-2021 | P | 100 | $ 89.3080 |
| 07-30-2021 | P | 40 | $ 89.3140 |
| 07-30-2021 | P | 40 | $ 89.2600 |
| 07-30-2021 | P | 100 | $ 89.3000 |
| 07-30-2021 | P | 100 | $ 89.3200 |
| 07-30-2021 | P | 40 | $ 89.3290 |
| 07-30-2021 | P | 40 | $ 89.2700 |
| 07-30-2021 | P | 120 | $ 89.3290 |
| 07-30-2021 | P | 1000 | $ 89.1900 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-30-2021 | P | 1000 | $ 89.1700 |
| 07-30-2021 | P | 1 | $ 89.6000 |
| 07-30-2021 | P | 200 | $ 89.6300 |
| 07-30-2021 | P | 200 | $ 89.6300 |
| 07-30-2021 | P | 80 | $ 89.6300 |
| 07-30-2021 | P | 19 | $ 89.6300 |
| 07-30-2021 | P | 300 | $ 89.4700 |
| 07-30-2021 | P | 40 | $ 89.1900 |
| 07-30-2021 | P | 160 | $ 89.0630 |
| 07-30-2021 | P | 25 | $ 93.2000 |
| 07-30-2021 | P | 3 | $ 93.0100 |
| 07-30-2021 | S | -45 | $ 70.0800 |
| 07-30-2021 | S | -50 | $ 70.0840 |
| 07-30-2021 | S | -10 | $ 70.0800 |
| 07-30-2021 | S | -100 | $ 70.0700 |
| 07-30-2021 | S | -50 | $ 70.0800 |
| 07-30-2021 | S | -100 | $ 70.0700 |
| 07-30-2021 | S | -100 | $ 70.0700 |
| 07-30-2021 | S | -100 | $ 70.0800 |
| 07-30-2021 | S | -50 | $ 70.0700 |
| 07-30-2021 | S | -100 | $ 70.0600 |
| 07-30-2021 | S | -95 | $ 70.0500 |
| 07-30-2021 | P | 96 | $ 66.7700 |
| 07-30-2021 | P | 4 | $ 66.7700 |
| 07-30-2021 | P | 100 | $ 67.0300 |
| 07-30-2021 | P | 100 | $ 66.6200 |
| 07-30-2021 | P | 27 | $ 66.6200 |
| 07-30-2021 | P | 66 | $ 66.6200 |
| 07-30-2021 | P | 7 | $ 66.6200 |
| 07-30-2021 | P | 100 | $ 66.5790 |
| 07-30-2021 | P | 7 | $ 66.3550 |
| 07-30-2021 | P | 193 | $ 66.3550 |
| 07-30-2021 | P | 100 | $ 66.5500 |
| 07-30-2021 | P | 40 | $ 66.4590 |
| 08-02-2021 | P | 3 | $ 80.3750 |
| 08-02-2021 | P | 3 | $ 81.0190 |
| 08-02-2021 | P | 1 | $ 80.9900 |
| 08-03-2021 | S | -50 | $ 83.4500 |
| 08-03-2021 | S | -50 | $ 83.4500 |
| 08-03-2021 | S | -100 | $ 83.4600 |
| 08-03-2021 | S | -100 | $ 83.4600 |
| 08-03-2021 | S | -100 | $ 83.4600 |
| 08-03-2021 | S | -100 | $ 83.4800 |
| 08-03-2021 | S | -100 | $ 83.4600 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-03-2021 | S | -62 | $ 83.4400 |
| 08-03-2021 | S | -107 | $ 83.4400 |
| 08-03-2021 | S | -2 | $ 83.4400 |
| 08-03-2021 | S | -103 | $ 83.4400 |
| 08-03-2021 | S | -44 | $ 83.4400 |
| 08-03-2021 | S | -69 | $ 83.4400 |
| 08-03-2021 | S | -39 | $ 83.3900 |
| 08-03-2021 | S | -29 | $ 83.3300 |
| 08-03-2021 | S | -100 | $ 83.3300 |
| 08-03-2021 | S | -200 | $ 83.2400 |
| 08-03-2021 | S | -51 | $ 83.2400 |
| 08-03-2021 | S | -100 | $ 83.2400 |
| 08-03-2021 | S | -10 | $ 83.2100 |
| 08-03-2021 | S | -100 | $ 83.2100 |
| 08-03-2021 | S | -50 | $ 83.2100 |
| 08-03-2021 | S | -159 | $ 83.2100 |
| 08-03-2021 | S | -200 | $ 83.2100 |
| 08-03-2021 | S | -30 | $ 83.2100 |
| 08-03-2021 | S | -10 | $ 83.2100 |
| 08-03-2021 | S | -1 | $ 83.2100 |
| 08-03-2021 | S | -638 | $ 83.2100 |
| 08-03-2021 | S | -388 | $ 83.2100 |
| 08-03-2021 | S | -388 | $ 83.2100 |
| 08-03-2021 | S | -582 | $ 83.2100 |
| 08-03-2021 | S | -14 | $ 83.2100 |
| 08-03-2021 | P | 1 | $ 83.8490 |
| 08-03-2021 | P | 1543 | $ 89.2500 |
| 08-03-2021 | P | 457 | $ 89.2500 |
| 08-03-2021 | P | 2000 | $ 89.4500 |
| 08-03-2021 | P | 500 | $ 89.2200 |
| 08-03-2021 | P | 149 | $ 88.8100 |
| 08-03-2021 | P | 151 | $ 88.8100 |
| 08-03-2021 | P | 50 | $ 88.2200 |
| 08-03-2021 | P | 3 | $ 87.8100 |
| 08-03-2021 | P | 20 | $ 88.2500 |
| 08-03-2021 | P | 6 | $ 88.0000 |
| 08-04-2021 | P | 200 | $ 81.5000 |
| 08-04-2021 | P | 98 | $ 85.7200 |
| 08-04-2021 | P | 2 | $ 85.7200 |
| 08-04-2021 | P | 8 | $ 84.5500 |
| 08-04-2021 | P | 1 | $ 84.5900 |
| 08-06-2021 | P | 300 | $ 100.3500 |
| 08-06-2021 | P | 100 | $ 100.3000 |
| 08-06-2021 | P | 100 | $ 100.8600 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-06-2021 | P | 100 | $ 100.5200 |
| 08-06-2021 | P | 100 | $ 100.6000 |
| 08-06-2021 | P | 14 | $ 100.3100 |
| 08-06-2021 | P | 6 | $ 100.3100 |
| 08-06-2021 | P | 5 | $ 99.8490 |
| 08-06-2021 | P | 1 | $ 98.0490 |
| 08-10-2021 | S | -47 | $ 105.1900 |
| 08-10-2021 | S | -2 | $ 105.1900 |
| 08-10-2021 | S | -384 | $ 105.1900 |
| 08-10-2021 | S | -100 | $ 105.1900 |
| 08-10-2021 | S | -192 | $ 105.1900 |
| 08-10-2021 | S | -100 | $ 105.1900 |
| 08-10-2021 | S | -75 | $ 105.1900 |
| 08-10-2021 | S | -100 | $ 105.1900 |
| 08-10-2021 | S | -89 | $ 106.6600 |
| 08-10-2021 | S | -28 | $ 106.6600 |
| 08-10-2021 | S | -41 | $ 106.6600 |
| 08-10-2021 | S | -842 | $ 106.6600 |
| 08-10-2021 | P | 500 | $ 106.4200 |
| 08-10-2021 | P | 100 | $ 106.8300 |
| 08-10-2021 | P | 10 | $ 106.7000 |
| 08-10-2021 | P | 80 | $ 106.7590 |
| 08-10-2021 | P | 1 | $ 106.8200 |
| 08-10-2021 | P | 4 | $ 106.5000 |
| 08-10-2021 | S | -89 | $ 107.8500 |
| 08-10-2021 | S | -439 | $ 107.8500 |
| 08-10-2021 | S | -159 | $ 107.8500 |
| 08-10-2021 | S | -192 | $ 107.8500 |
| 08-10-2021 | S | -25 | $ 107.8500 |
| 08-10-2021 | S | -96 | $ 107.8500 |
| 08-11-2021 | P | 19 | $ 108.5700 |
| 08-11-2021 | P | 86 | $ 108.5000 |
| 08-11-2021 | P | 76 | $ 108.5000 |
| 08-11-2021 | P | 38 | $ 108.5000 |
| 08-11-2021 | P | 181 | $ 108.5700 |
| 08-11-2021 | P | 37 | $ 109.0000 |
| 08-11-2021 | P | 235 | $ 109.0000 |
| 08-11-2021 | P | 28 | $ 109.0000 |
| 08-11-2021 | P | 75 | $ 108.9800 |
| 08-11-2021 | P | 25 | $ 108.9800 |
| 08-11-2021 | P | 110 | $ 108.9000 |
| 08-11-2021 | P | 90 | $ 108.9000 |
| 08-11-2021 | P | 1 | $ 108.8200 |
| 08-11-2021 | P | 19 | $ 108.8200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-11-2021 | P | 10 | $ 108.7000 |
| 08-13-2021 | P | 200 | $ 118.7100 |
| 08-13-2021 | P | 66 | $ 119.2300 |
| 08-13-2021 | P | 34 | $ 119.2300 |
| 08-13-2021 | P | 100 | $ 118.7290 |
| 08-13-2021 | P | 100 | $ 118.5300 |
| 08-13-2021 | P | 50 | $ 117.8890 |
| 08-13-2021 | P | 5 | $ 117.9190 |
| 08-17-2021 | P | 200 | $ 104.0000 |
| 08-17-2021 | P | 100 | $ 104.0000 |
| 08-17-2021 | P | 55 | $ 103.5000 |
| 08-17-2021 | P | 3 | $ 102.8990 |
| 08-19-2021 | S | -5552 | $ 105.2500 |
| 08-19-2021 | P | 1000 | $ 105.0000 |
| 08-19-2021 | P | 900 | $ 104.8000 |
| 08-19-2021 | P | 100 | $ 104.8000 |
| 08-19-2021 | P | 1000 | $ 104.8000 |
| 08-19-2021 | P | 52 | $ 103.0000 |
| 08-19-2021 | P | 10 | $ 103.0000 |
| 08-19-2021 | P | 73 | $ 103.0000 |
| 08-19-2021 | P | 100 | $ 102.6000 |
| 08-19-2021 | P | 357 | $ 102.6000 |
| 08-19-2021 | P | 43 | $ 102.6000 |
| 08-19-2021 | S | -56 | $ 102.2800 |
| 08-19-2021 | S | -40 | $ 102.2800 |
| 08-19-2021 | S | -234 | $ 102.2800 |
| 08-19-2021 | S | -650 | $ 102.2800 |
| 08-23-2021 | P | 68 | $ 111.8500 |
| 08-23-2021 | P | 432 | $ 111.8500 |
| 08-23-2021 | P | 3 | $ 112.2800 |
| 08-23-2021 | P | 127 | $ 112.2800 |
| 08-23-2021 | P | 4 | $ 112.2800 |
| 08-23-2021 | P | 66 | $ 112.2800 |
| 08-23-2021 | P | 200 | $ 111.9750 |
| 08-23-2021 | P | 10 | $ 112.0100 |
| 08-24-2021 | P | 100 | $ 121.6750 |
| 08-24-2021 | P | 200 | $ 121.8100 |
| 08-24-2021 | P | 300 | $ 121.0800 |
| 08-24-2021 | P | 300 | $ 120.0000 |
| 08-24-2021 | P | 20 | $ 119.8190 |
| 08-24-2021 | P | 63 | $ 118.4500 |
| 08-24-2021 | P | 437 | $ 118.4500 |
| 08-24-2021 | P | 4 | $ 118.0000 |
| 08-24-2021 | P | 104 | $ 118.0000 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-24-2021 | P | 80 | $ 118.0000 |
| 08-24-2021 | P | 112 | $ 118.0000 |
| 08-24-2021 | P | 50 | $ 117.8390 |
| 08-24-2021 | S | -344 | $ 117.9700 |
| 08-24-2021 | S | -52 | $ 117.9700 |
| 08-24-2021 | S | -52 | $ 117.9700 |
| 08-24-2021 | S | -52 | $ 117.9700 |
| 08-24-2021 | S | -396 | $ 118.1800 |
| 08-24-2021 | S | -104 | $ 118.1800 |
| 08-24-2021 | P | 10 | $ 118.2500 |
| 08-24-2021 | P | 10 | $ 118.2100 |
| 08-24-2021 | S | -50 | $ 116.9900 |
| 08-24-2021 | S | -17 | $ 116.9900 |
| 08-24-2021 | S | -162 | $ 116.9900 |
| 08-24-2021 | S | -71 | $ 116.9900 |
| 08-25-2021 | P | 500 | $ 83.1100 |
| 08-25-2021 | P | 55 | $ 82.7900 |
| 08-25-2021 | P | 77 | $ 82.7900 |
| 08-25-2021 | P | 68 | $ 82.7900 |
| 08-25-2021 | P | 27 | $ 82.4700 |
| 08-25-2021 | P | 273 | $ 82.4700 |
| 08-25-2021 | P | 113 | $ 81.6850 |
| 08-25-2021 | P | 200 | $ 81.8200 |
| 08-25-2021 | P | 187 | $ 81.8200 |
| 08-25-2021 | P | 300 | $ 81.3507 |
| 08-25-2021 | P | 100 | $ 80.6190 |
| 08-25-2021 | P | 2 | $ 80.7000 |
| 08-25-2021 | P | 8 | $ 80.7000 |
| 08-25-2021 | P | 10 | $ 87.0100 |
| 08-25-2021 | S | -6 | $ 89.3500 |
| 08-25-2021 | S | -1 | $ 89.3100 |
| 08-25-2021 | S | -4 | $ 89.3100 |
| 08-27-2021 | S | -3 | $ 52.8200 |
| 08-27-2021 | S | -30 | $ 52.8400 |
| 08-27-2021 | S | -50 | $ 52.8200 |
| 08-27-2021 | S | -133 | $ 52.7800 |
| 08-27-2021 | S | -3663 | $ 52.7800 |
| 08-27-2021 | S | -89 | $ 52.7800 |
| 08-27-2021 | S | -34 | $ 52.7800 |
| 08-27-2021 | S | -1 | $ 52.7800 |
| 08-27-2021 | S | -1883 | $ 52.7800 |
| 08-27-2021 | S | -76 | $ 52.7800 |
| 08-27-2021 | S | -2 | $ 52.7800 |
| 08-27-2021 | P | 300 | $ 61.0400 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-27-2021 | P | 100 | $ 61.0400 |
| 08-27-2021 | P | 400 | $ 61.0400 |
| 08-27-2021 | P | 200 | $ 61.0400 |
| 08-27-2021 | P | 100 | $ 61.0000 |
| 08-27-2021 | P | 71 | $ 61.0000 |
| 08-27-2021 | P | 68 | $ 61.0000 |
| 08-27-2021 | P | 22 | $ 61.0000 |
| 08-27-2021 | P | 72 | $ 61.0000 |
| 08-27-2021 | P | 43 | $ 61.0000 |
| 08-27-2021 | P | 324 | $ 61.0000 |
| 08-27-2021 | P | 300 | $ 61.0000 |
| 08-27-2021 | P | 1000 | $ 60.8600 |
| 08-27-2021 | P | 1000 | $ 61.2200 |
| 08-27-2021 | P | 160 | $ 61.0000 |
| 08-27-2021 | P | 400 | $ 60.9500 |
| 08-27-2021 | P | 200 | $ 60.9500 |
| 08-27-2021 | P | 200 | $ 60.9500 |
| 08-27-2021 | P | 100 | $ 60.9500 |
| 08-27-2021 | P | 100 | $ 60.9500 |
| 08-27-2021 | S | -2000 | $ 58.0012 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Qing Yang, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Cassava Sciences, Inc. (SAVA) which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____ 10/20/2021 _____.

Name:   Qing Yang

Signed:

FD528B039F3147F

*Qing Yang*

DocuSigned By: Qing Yang

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Client Name |
|---|
| Qing Yang |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-25-2021 | P | 3000 | $ 89.4300 |
| 08-25-2021 | P | 3000 | $ 91.1900 |
| 08-26-2021 | S | -835 | $ 72.1450 |
| 08-27-2021 | S | -641 | $ 55.7110 |
| 08-27-2021 | S | -109 | $ 55.8900 |
| 08-27-2021 | S | -16 | $ 55.8500 |
| 08-27-2021 | S | -265 | $ 55.8000 |
| 08-27-2021 | S | -400 | $ 55.7600 |
| 08-27-2021 | S | -102 | $ 55.7400 |
| 08-27-2021 | S | -201 | $ 55.7500 |
| 08-27-2021 | S | -100 | $ 55.8700 |
| 08-27-2021 | S | -100 | $ 55.7300 |
| 08-27-2021 | S | -10 | $ 55.8100 |
| 08-27-2021 | S | -21 | $ 55.8300 |
| 08-27-2021 | S | -100 | $ 55.8800 |
| 08-27-2021 | S | -100 | $ 55.7660 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Ronald L. Selman, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Cassava Sciences, Inc. (SAVA) which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____8/31/2021_____.

Name:    Ronald L. Selman

Signed:

**DocuSigned by:**

# Ronald L. Selman

3F69FF80FD8A45F...

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Account 1 |
|---|
| **Client Name** |
| Ronald L. Selman |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-22-2021 | P | 1000 | $ 126.3703100 |
| 07-22-2021 | P | 1000 | $ 126.3400000 |
| 07-22-2021 | P | 1000 | $ 126.3400000 |
| 07-22-2021 | S | -200 | $ 127.9400000 |
| 07-22-2021 | S | -200 | $ 129.0000000 |
| 07-22-2021 | S | -200 | $ 128.8200000 |
| 07-22-2021 | S | -200 | $ 128.3200000 |
| 07-22-2021 | S | -200 | $ 128.7600000 |
| 07-22-2021 | S | -200 | $ 129.4700000 |
| 07-22-2021 | S | -200 | $ 129.6900000 |
| 07-22-2021 | S | -110 | $ 129.8200000 |
| 07-22-2021 | S | -200 | $ 128.3500000 |
| 07-22-2021 | S | -200 | $ 128.7100000 |
| 07-22-2021 | S | -200 | $ 128.7800000 |
| 07-22-2021 | S | -200 | $ 128.3000000 |
| 07-22-2021 | S | -200 | $ 128.0800000 |
| 07-22-2021 | S | -200 | $ 128.1200000 |
| 07-23-2021 | S | -290 | $ 122.4592414 |
| 07-26-2021 | P | 1000 | $ 129.6900000 |
| 07-26-2021 | P | 1000 | $ 129.5721500 |
| 07-26-2021 | P | 1000 | $ 129.7700000 |
| 07-27-2021 | S | -1000 | $ 114.8000000 |
| 07-27-2021 | S | -1000 | $ 114.4400000 |
| 07-27-2021 | S | -1000 | $ 114.9000000 |
| 07-27-2021 | P | 1000 | $ 117.1900000 |
| 07-27-2021 | P | 1000 | $ 117.4200000 |
| 07-27-2021 | P | 1000 | $ 117.3500000 |
| 07-28-2021 | S | -1000 | $ 136.7500000 |
| 07-28-2021 | S | -1000 | $ 136.7100000 |
| 07-28-2021 | P | 500 | $ 134.8300000 |
| 07-28-2021 | S | -500 | $ 137.4600000 |
| 07-28-2021 | S | -500 | $ 138.0400000 |
| 07-29-2021 | P | 500 | $ 140.1300000 |
| 07-29-2021 | P | 500 | $ 128.0900000 |
| 07-29-2021 | P | 500 | $ 121.5800000 |
| 07-29-2021 | P | 500 | $ 108.9800000 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-29-2021 | P | 500 | $ 105.3700000 |
| 07-29-2021 | P | 137 | $ 108.5900000 |
| 07-29-2021 | P | 163 | $ 111.8663190 |
| 08-05-2021 | P | 100 | $ 96.0600000 |
| 08-05-2021 | P | 100 | $ 95.4800000 |
| 08-16-2021 | S | -500 | $ 118.3100000 |
| 08-16-2021 | S | -100 | $ 118.0800000 |
| 08-16-2021 | S | -100 | $ 118.2300000 |
| 08-16-2021 | S | -100 | $ 116.9600000 |
| 08-16-2021 | S | -100 | $ 117.3973500 |

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Account 2 |
|---|
| **Client Name** |
| Ronald L. Selman |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 01-29-2021 | P | 100 | $ 19.0000000 |
| 02-01-2021 | S | -100 | $ 19.8800000 |
| 07-29-2021 | P | 900 | $ 128.0141111 |
| 07-29-2021 | P | 100 | $ 128.4500000 |
| 08-06-2021 | P | 62 | $ 103.6200000 |
| 08-06-2021 | P | 100 | $ 103.7200000 |
| 08-06-2021 | P | 38 | $ 103.6784211 |
| 08-27-2021 | P | 100 | $ 56.8400000 |
| 08-27-2021 | S | -100 | $ 52.1000000 |
| 08-27-2021 | P | 100 | $ 51.7100000 |
| 08-27-2021 | S | -100 | $ 53.5400000 |
| 08-27-2021 | P | 100 | $ 54.7600000 |
| 08-27-2021 | S | -100 | $ 56.7400000 |
| 08-27-2021 | P | 100 | $ 56.5200000 |
| 08-27-2021 | S | -100 | $ 62.8700000 |
| 08-27-2021 | P | 100 | $ 62.7800000 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Vinod Thukral, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Cassava Sciences, Inc. (SAVA) which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _____10/23/2021_____.

Name:     Vinod Thukral

Signed:

DocuSigned by:

EED9202F8C5A40C...

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Account 1 |
|---|
| **Client Name** |
| Vinod Thukral |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 06-25-2021 | P | 118 | $ 80.0300 |
| 07-08-2021 | P | 150 | $ 99.6000 |
| 07-09-2021 | P | 163 | $ 105.0000 |
| 07-09-2021 | P | 2140 | $ 110.0000 |

| Case Name | Cassava Sciences, Inc. |
|---|---|
| Ticker | SAVA |
| Class Period | 09-14-2020 to 08-27-2021 |

| Account 2 |
|---|
| **Client Name** |
| Vinod Thukral |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-09-2021 | P | 527 | $ 110.0000 |