# EXHIBIT A

## CASSAVA SCIENCES, INC. (NASDAQ: SAVA)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Warren Choi, make this declaration as to the claims asserted under the federal securities laws, that:

1. I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the securities of Cassava Sciences, Inc. during the proposed Class Period of September 14, 2020 through and including August 27, 2021, are attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/23/2021
La Canada, CA

Warren Choi
(DocuSigned: 003FE7BC6266470...)

# EXHIBIT A

| Warren Choi's Transactions in Cassava Sciences ("SAVA") Common Stock During the Class Period of September 14, 2020 Through and Including August 27, 2021 | | | | |
|---|---|---|---|---|
| Date | Transaction | Security | Shares | Price |
| **Purchases:** | | | | |
| 07/26/21 | BUY | SAVA | 500 | $ 123.00 |
| 07/26/21 | BUY | SAVA | 500 | $ 120.12 |
| 07/26/21 | BUY | SAVA | 500 | $ 120.20 |
| 07/29/21 | BUY | SAVA | 500 | $ 112.50 |
| 07/29/21 | BUY | SAVA | 1,000 | $ 112.50 |
| 07/29/21 | BUY | SAVA | 1,000 | $ 119.88 |
| 08/20/21 | BUY | SAVA | 500 | $ 100.00 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 82.00 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 86.72 |
| 08/25/21 | BUY | SAVA | 1,900 | $ 81.48 |
| 08/25/21 | BUY | SAVA | 1 | $ 79.68 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 86.91 |
| 08/25/21 | BUY | SAVA | 1 | $ 86.32 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 86.94 |
| 08/25/21 | BUY | SAVA | 1 | $ 85.99 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 82.00 |
| 08/25/21 | BUY | SAVA | 1,900 | $ 88.08 |
| 08/25/21 | BUY | SAVA | 100 | $ 87.82 |
| 08/25/21 | BUY | SAVA | 2,000 | $ 81.39 |
| 08/25/21 | BUY | SAVA | 1 | $ 79.29 |
| 08/25/21 | BUY | SAVA | 1,000 | $ 94.50 |
| 08/26/21 | BUY | SAVA | 1,000 | $ 72.50 |
| 08/26/21 | BUY | SAVA | 200 | $ 81.55 |
| 08/26/21 | BUY | SAVA | 2,000 | $ 71.50 |
| 08/26/21 | BUY | SAVA | 2,000 | $ 74.50 |
| 08/26/21 | BUY | SAVA | 2,000 | $ 75.00 |
| 08/26/21 | BUY | SAVA | 1 | $ 76.70 |
| 08/26/21 | BUY | SAVA | 1,000 | $ 72.50 |
| 08/26/21 | BUY | SAVA | 2,000 | $ 71.50 |
| 08/26/21 | BUY | SAVA | 2,000 | $ 75.00 |
| 08/26/21 | BUY | SAVA | 1 | $ 76.20 |

# EXHIBIT A

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| Sales: | | | | |
| 07/27/21 | SELL | SAVA | 500 | $ 114.75 |
| 07/27/21 | SELL | SAVA | 1,000 | $ 115.56 |
| 07/30/21 | SELL | SAVA | 1,500 | $ 89.77 |
| 07/30/21 | SELL | SAVA | 1,000 | $ 92.64 |
| 08/20/21 | SELL | SAVA | 500 | $ 102.50 |
| 08/25/21 | SELL | SAVA | 2,000 | $ 83.00 |
| 08/25/21 | SELL | SAVA | 2,001 | $ 79.27 |
| 08/25/21 | SELL | SAVA | 2,000 | $ 86.75 |
| 08/25/21 | SELL | SAVA | 2,000 | $ 86.80 |
| 08/25/21 | SELL | SAVA | 2,000 | $ 82.69 |
| 08/25/21 | SELL | SAVA | 2,001 | $ 79.40 |
| 08/25/21 | SELL | SAVA | 200 | $ 91.36 |
| 08/25/21 | SELL | SAVA | 200 | $ 91.35 |
| 08/25/21 | SELL | SAVA | 200 | $ 91.35 |
| 08/25/21 | SELL | SAVA | 100 | $ 91.35 |
| 08/25/21 | SELL | SAVA | 300 | $ 91.34 |
| 08/26/21 | SELL | SAVA | 2,000 | $ 69.25 |
| 08/26/21 | SELL | SAVA | 2,000 | $ 72.03 |
| 08/26/21 | SELL | SAVA | 2,000 | $ 75.00 |
| 08/26/21 | SELL | SAVA | 2,101 | $ 76.71 |
| 08/26/21 | SELL | SAVA | 2,000 | $ 69.25 |
| 08/26/21 | SELL | SAVA | 2,000 | $ 71.77 |
| 08/26/21 | SELL | SAVA | 2,001 | $ 76.60 |
| 08/27/21 | SELL | SAVA | 1,000 | $ 53.00 |
| 08/27/21 | SELL | SAVA | 1,000 | $ 53.00 |

## CASSAVA SCIENCES, INC. (NASDAQ: SAVA)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Kevin Otto, make this declaration as to the claims asserted under the federal securities laws, that:

1. I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the securities of Cassava Sciences, Inc. during the proposed Class Period of September 14, 2020 through and including August 27, 2021, are attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/26/2021
Milwaukee, WI

Signed: Kevin Otto
AF45A46521CB4EC...
Kevin Otto

# EXHIBIT A

| Kevin Otto's Transactions in Cassava Sciences ("SAVA") Stock Options During the Class Period of September 14, 2020 Through and Including August 27, 2021 | | | | | |
|---|---|---|---|---|---|
| Date | Transaction | Security | No. of Option Contracts | No. of Underlying Option Shares | Price per Share |
| **Stock Option No. 1** | | | | | |
| 07/30/21 | Buy | SAVA Call Option Expiring 9/17/21, $100 Call Price | 20 | 2,000 | $ 10.010 |
| 08/02/21 | Sell | SAVA Call Option Expiring 9/17/21, $100 Call Price | 20 | 2,000 | $ 9.790 |
| **Stock Option No. 2** | | | | | |
| 07/29/21 | Buy | SAVA Call Option Expiring 9/17/21, $115 Call Price | 50 | 5,000 | $ 23.010 |
| 08/03/21 | Sell | SAVA Call Option Expiring 9/17/21, $115 Call Price | 50 | 5,000 | $ 9.490 |
| **Stock Option No. 3** | | | | | |
| 08/02/21 | Buy | SAVA Call Option Expiring 9/17/21, $90 Call Price | 50 | 5,000 | $ 12.483 |
| 08/04/21 | Sell | SAVA Call Option Expiring 9/17/21, $90 Call Price | 50 | 5,000 | $ 13.493 |
| **Stock Option No. 4** | | | | | |
| 07/29/21 | Buy | SAVA Put Option Expiring 9/17/21, $110 Put Price | 25 | 2,500 | $ 20.610 |
| 07/30/21 | Sell | SAVA Put Option Expiring 9/17/21, $110 Put Price | 25 | 2,500 | $ 27.990 |
| **Stock Option No. 5** | | | | | |
| 08/26/21 | Buy | SAVA Call Option Expiring 11/19/21, $100 Call Price | 100 | 10,000 | $ 25.010 |

## CASSAVA SCIENCES, INC. (NASDAQ: SAVA)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Ken Van Ho, make this declaration as to the claims asserted under the federal securities laws, that:

1. I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the securities of Cassava Sciences, Inc. during the proposed Class Period of September 14, 2020 through and including August 27, 2021, are attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/24/2021
Tampa, FL

Ken Van Ho
(DocuSigned by: 72EC165FFADE438...)

# EXHIBIT A

**Ken Van Ho's Transactions in Cassava Sciences ("SAVA") Common Stock During the Class Period of September 14, 2020 Through and Including August 27, 2021**

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| **Purchases:** | | | | |
| 08/25/21 | BUY | SAVA | 173 | $ 87.170 |
| 08/25/21 | BUY | SAVA | 201 | $ 85.000 |
| 08/25/21 | BUY | SAVA | 165 | $ 79.200 |
| 08/25/21 | BUY | SAVA | 150 | $ 83.000 |
| 08/26/21 | BUY | SAVA | 185 | $ 80.000 |
| 08/26/21 | BUY | SAVA | 5 | $ 73.180 |
| 08/26/21 | BUY | SAVA | 395 | $ 69.000 |
| 08/27/21 | BUY | SAVA | 394 | $ 59.680 |
| 08/27/21 | BUY | SAVA | 365 | $ 54.200 |
| **Sales:** | | | | |
| None | | | | |