# EXHIBIT B



# SAVA ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Cassava Sciences, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Case

August 28, 2021 09:05 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** announces that it filed a class action lawsuit charging Cassava Sciences, Inc. (NASDAQ: SAVA) and certain of its executives with violations of the Securities Exchange Act of 1934 and seeking to represent purchasers of Cassava Sciences common stock between February 2, 2021 and August 24, 2021, inclusive (the "Class Period"). The *Cassava Sciences* class action lawsuit was commenced on August 27, 2021 in the Western District of Texas and is captioned *Brazeau v. Cassava Sciences, Inc.*, No. 21-cv-00751.

**If you wish to serve as lead plaintiff of the *Cassava Sciences* class action lawsuit, please provide your information by clicking here. You can also contact attorney Mary K. Blasy of Robbins Geller by calling 800/449-4900 or via e-mail at mblasy@rgrdlaw.com. Lead plaintiff motions for the *Cassava Sciences* class action lawsuit must be filed with the court no later than October 26, 2021.**

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**CASE ALLEGATIONS**: Cassava Sciences' lead therapeutic product candidate during the Class Period was simufilam, a small molecule drug designed to treat Alzheimer's disease. On February 2, 2021, Cassava Sciences announced results from its interim analysis of an open-label study of simufilam, which purportedly demonstrated that patients' cognition and behavior scores both improved following six months of simufilam treatment, with no safety issues. As the market digested this ostensibly great news, the market price of Cassava Sciences common stock increased and Cassava Sciences immediately cashed in on the stock price inflation, issuing and selling more than four million shares of its common stock at $49 per share on February 12, 2021 through an underwritten follow-on public stock offering and reaping more than $200 million in gross proceeds.

The *Cassava Sciences* class action lawsuit alleges that, throughout the Class Period, defendants made false and misleading statements and failed to disclose that: (i) the quality and integrity of the scientific data supporting Cassava Sciences' claims for simufilam's efficacy had been overstated; (ii) the scientific data supporting Cassava Sciences' claims for simufilam's efficacy were biased; and (iii) as a result, defendants' positive statements during the Class Period about Cassava Sciences' business metrics and financial prospects and the likelihood of U.S. Food Drug Administration ("FDA") approval were false and misleading and/or lacked a reasonable basis.

On August 24, 2021, it was disclosed that the FDA had received a so-called Citizen Petition commencing an administrative action to "halt two ongoing trials of the drug [s]imufilam . . . pending a thorough audit by the FDA." As detailed in the Citizen Petition, "[i]nformation available to the petitioner . . . raises grave concerns about the quality and integrity of the

laboratory-based studies surrounding this drug candidate and supporting the claims for its efficacy. After summarizing its findings, the Citizen Petition went on to conclude that "the extensive evidence set forth in the enclosed report, which presents grave concerns about the quality and integrity of the scientific data supporting Cassava [Sciences'] claims for [simulfilam]'s efficacy, provides compelling grounds for pausing the ongoing clinical trials until the FDA can conduct and complete a rigorous audit of Cassava [Sciences'] research." On this news, the price of Cassava Sciences common stock fell approximately 32%, damaging investors.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Cassava Sciences common stock during the Class Period to seek appointment as lead plaintiff in the *Cassava Sciences* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Cassava Sciences* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Cassava Sciences* class action lawsuit. An investor's ability to share in any potential future recovery of the *Cassava Sciences* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER RUDMAN & DOWD LLP**: With 200 lawyers in 9 offices nationwide, Robbins Geller Rudman & Dowd LLP is the largest U.S. law firm representing investors in securities class actions. Robbins Geller attorneys have obtained many of the largest shareholder recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig*. The 2020 ISS Securities Class Action Services Top 50 Report ranked Robbins Geller first for recovering $1.6 billion for investors last year, more than double the amount recovered by any other securities plaintiffs' firm. Please visit http://www.rgrdlaw.com for more information.

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

Contacts
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, San Diego, CA 92101
Mary K. Blasy, 800-449-4900
mblasy@rgrdlaw.com

#Hashtags

#SAVAstock   #Cassavafraud   #Cassavastock   #Cassavasecuritieslawsuit

#Cassavaclassactionlawsuit   #Cassavanews   #Cassavainformation   #Cassavacase

#Cassavasecuritiesclassactionlawsuit   #Cassavalawsuit   #Cassavaclassaction