# EXHIBIT C

Prepared by Berger|Montague

## Warren Choi LIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21)

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Pd. Holdings [1]:** | | 0 | | | | | | | | 0 | 0 |
| 07/26/21 | BUY | 500 | $ 123.000 | $61,500 | | | | | | 500 | 500 |
| 07/26/21 | BUY | 500 | $ 120.120 | $60,060 | | | | | | 1,000 | 1,000 |
| 07/26/21 | BUY | 500 | $ 120.200 | $60,100 | | | | | | 1,500 | 1,500 |
| 07/27/21 | SELL | | | | 500 | $ 114.750 | | $57,375 | YES | 1,000 | 1,000 |
| 07/27/21 | SELL | | | | 1,000 | $ 115.560 | | $115,560 | YES | - | - |
| 07/29/21 | BUY | 500 | $ 112.500 | $56,250 | | | | | | 500 | 500 |
| 07/29/21 | BUY | 1,000 | $ 112.500 | $112,500 | | | | | | 1,500 | 1,500 |
| 07/29/21 | BUY | 1,000 | $ 119.880 | $119,880 | | | | | | 2,500 | 2,500 |
| 07/30/21 | SELL | | | | 1,500 | $ 89.770 | | $134,655 | YES | 1,000 | 1,000 |
| 07/30/21 | SELL | | | | 1,000 | $ 92.640 | | $92,640 | YES | - | - |
| 08/20/21 | BUY | 500 | $ 100.000 | $50,000 | | | | | | 500 | 500 |
| 08/20/21 | SELL | | | | 500 | $ 102.500 | | $51,250 | YES | - | - |
| 08/25/21 | BUY | 2,000 | $ 82.000 | $164,000 | | | | | | 2,000 | 2,000 |
| 08/25/21 | BUY | 2,000 | $ 86.720 | $173,440 | | | | | | 4,000 | 4,000 |
| 08/25/21 | BUY | 1,900 | $ 81.480 | $154,812 | | | | | | 5,900 | 5,900 |
| 08/25/21 | BUY | 1 | $ 79.680 | $80 | | | | | | 5,901 | 5,901 |
| 08/25/21 | BUY | 2,000 | $ 86.910 | $173,820 | | | | | | 7,901 | 7,901 |
| 08/25/21 | BUY | 1 | $ 86.320 | $86 | | | | | | 7,902 | 7,902 |
| 08/25/21 | BUY | 2,000 | $ 86.940 | $173,880 | | | | | | 9,902 | 9,902 |
| 08/25/21 | BUY | 1 | $ 85.990 | $86 | | | | | | 9,903 | 9,903 |
| 08/25/21 | BUY | 2,000 | $ 82.000 | $164,000 | | | | | | 11,903 | 11,903 |
| 08/25/21 | BUY | 1,900 | $ 88.080 | $167,352 | | | | | | 13,803 | 13,803 |
| 08/25/21 | BUY | 100 | $ 87.820 | $8,782 | | | | | | 13,903 | 13,903 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| <td colspan="12">**Warren Choi LIFO Losses in Cassava Sciences ("SAVA")**<br>**During The Class Period (9/14/20 – 8/27/21)**</td> |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| 08/25/21 | BUY  | 2,000 | $ 81.390 | $162,780 | | | | | | 15,903 | 15,903 |
| 08/25/21 | BUY  | 1 | $ 79.290 | $79 | | | | | | 15,904 | 15,904 |
| 08/25/21 | BUY  | 1,000 | $ 94.500 | $94,500 | | | | | | 16,904 | 16,904 |
| 08/25/21 | SELL | | | | 2,000 | $ 83.000 | | $166,000 | **YES** | 14,904 | 14,904 |
| 08/25/21 | SELL | | | | 2,001 | $ 79.270 | | $158,619 | **YES** | 12,903 | 12,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 86.750 | | $173,500 | **YES** | 10,903 | 10,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 86.800 | | $173,600 | **YES** | 8,903 | 8,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 82.690 | | $165,380 | **YES** | 6,903 | 6,903 |
| 08/25/21 | SELL | | | | 2,001 | $ 79.400 | | $158,879 | **YES** | 4,902 | 4,902 |
| 08/25/21 | SELL | | | | 200 | $ 91.360 | | $18,272 | **YES** | 4,702 | 4,702 |
| 08/25/21 | SELL | | | | 200 | $ 91.350 | | $18,270 | **YES** | 4,502 | 4,502 |
| 08/25/21 | SELL | | | | 200 | $ 91.350 | | $18,270 | **YES** | 4,302 | 4,302 |
| 08/25/21 | SELL | | | | 100 | $ 91.350 | | $9,135 | **YES** | 4,202 | 4,202 |
| 08/25/21 | SELL | | | | 300 | $ 91.340 | | $27,402 | **YES** | 3,902 | 3,902 |
| 08/26/21 | BUY  | 1,000 | $ 72.500 | $72,500 | | | | | | 4,902 | 4,902 |
| 08/26/21 | BUY  | 200 | $ 81.550 | $16,310 | | | | | | 5,102 | 5,102 |
| 08/26/21 | BUY  | 2,000 | $ 71.500 | $143,000 | | | | | | 7,102 | 7,102 |
| 08/26/21 | BUY  | 2,000 | $ 74.500 | $149,000 | | | | | | 9,102 | 9,102 |
| 08/26/21 | BUY  | 2,000 | $ 75.000 | $150,000 | | | | | | 11,102 | 11,102 |
| 08/26/21 | BUY  | 1 | $ 76.700 | $77 | | | | | | 11,103 | 11,103 |
| 08/26/21 | BUY  | 1,000 | $ 72.500 | $72,500 | | | | | | 12,103 | 12,103 |
| 08/26/21 | BUY  | 2,000 | $ 71.500 | $143,000 | | | | | | 14,103 | 14,103 |
| 08/26/21 | BUY  | 2,000 | $ 75.000 | $150,000 | | | | | | 16,103 | 16,103 |
| 08/26/21 | BUY  | 1 | $ 76.200 | $76 | | | | | | 16,104 | 16,104 |
| 08/26/21 | SELL | | | | 2,000 | $ 69.250 | | $138,500 | **YES** | 14,104 | 14,104 |
| 08/26/21 | SELL | | | | 2,000 | $ 72.030 | | $144,060 | **YES** | 12,104 | 12,104 |

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan="12" | **Warren Choi LIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21)** | | | | | | | | | | |
| 08/26/21 | SELL | | | | 2,000 | $ 75.000 | | $150,000 | **YES** | 10,104 | 10,104 |
| 08/26/21 | SELL | | | | 2,101 | $ 76.710 | | $161,168 | **YES** | 8,003 | 8,003 |
| 08/26/21 | SELL | | | | 2,000 | $ 69.250 | | $138,500 | **YES** | 6,003 | 6,003 |
| 08/26/21 | SELL | | | | 2,000 | $ 71.770 | | $143,540 | **YES** | 4,003 | 4,003 |
| 08/26/21 | SELL | | | | 2,001 | $ 76.600 | | $153,277 | **YES** | 2,002 | 2,002 |
| 08/27/21 | SELL | | | | 1,000 | $ 53.000 | | $53,000 | **YES** | 1,002 | 1,002 |
| 08/27/21 | SELL | | | | 1,000 | $ 53.000 | | $53,000 | **YES** | 2 | 2 |
| **Class Period Totals:** | | **33,606** | | **$2,854,450** | **33,604** | | | **$2,673,852** | | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **33,604** | | | **$2,673,852** | | | |
| **Total Held 8/27/21:** | | **2** | | | | | | | | | |
| **CLASS PD. RET:** | | 2 | (No. of Shrs. Purch in the CP & Still held on 8/27/21) | | | | | | | | |

| Post Class-Period Transactions: | No. Shares Bought | Price Per Share [2] | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/28/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shares Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | - | - |
| | | | | | | | | | - | - |
| | | | | | | | | | - | - |
| | | | | | | | | | - | - |
| | | | | | | | | | - | - |

Prepared by Berger|Montague

| Warren Choi LIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21) ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| **Subtotal of Post-Class Period Trades:** | | 0 | | $0 | 0 | | | $0 | | | |
| **Less sale of shares matched to pre-class period holdings:** | | 0 | | $0 | 0 | | | $0 | | | |
| **Total of Post-Class Period Trades [2]:** | | 0 | | $0.00 | 0 | | | $0 | | | |
| Retained Shares Valued at Average Closing Price from 8/28/2021 to 10/20/2021 [3] [4] ||||||||||||
| | | | | | 2 | | $52.824 | $106 | | | |
| **CLASS PD. TOTALS:** | | 33,606 | | $2,854,450 | 33,606 | | | $2,673,958 | | | |
| | | | | | **LIFO NET GAIN (LOSS):** | | | **($180,493)** | | | |
| **Footnotes:** ||||||||||||
| [1] Client held 0 shares of common stock pre-class. ||||||||||||
| [2] Under LIFO, post class period sales (if any) occurring before post class period buys (if any) are matched against class period buys. ||||||||||||
| [3] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period. ||||||||||||
| [4] The average closing price from 8/28/2021 to 10/20/2021 is $52.824. Pursuant to the PSLRA, 2 retained shares are valued at $52.824. ||||||||||||

| Warren Choi FIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
| **Pre-Class Pd. Holdings [1]:** | | 0 | | | | | | | | 0 |
| | | | | | | | | | | |
| 07/26/21 | BUY | 500 | $ 123.000 | $61,500 | | | | | | 500 |
| 07/26/21 | BUY | 500 | $ 120.120 | $60,060 | | | | | | 1,000 |
| 07/26/21 | BUY | 500 | $ 120.200 | $60,100 | | | | | | 1,500 |
| 07/27/21 | SELL | | | | 500 | $ 114.750 | | $57,375 | **NO** | 1,000 |
| 07/27/21 | SELL | | | | 1,000 | $ 115.560 | | $115,560 | **NO** | - |
| 07/29/21 | BUY | 500 | $ 112.500 | $56,250 | | | | | | 500 |
| 07/29/21 | BUY | 1,000 | $ 112.500 | $112,500 | | | | | | 1,500 |
| 07/29/21 | BUY | 1,000 | $ 119.880 | $119,880 | | | | | | 2,500 |
| 07/30/21 | SELL | | | | 1,500 | $ 89.770 | | $134,655 | **NO** | 1,000 |
| 07/30/21 | SELL | | | | 1,000 | $ 92.640 | | $92,640 | **NO** | - |
| 08/20/21 | BUY | 500 | $ 100.000 | $50,000 | | | | | | 500 |
| 08/20/21 | SELL | | | | 500 | $ 102.500 | | $51,250 | **NO** | - |
| 08/25/21 | BUY | 2,000 | $ 82.000 | $164,000 | | | | | | 2,000 |
| 08/25/21 | BUY | 2,000 | $ 86.720 | $173,440 | | | | | | 4,000 |
| 08/25/21 | BUY | 1,900 | $ 81.480 | $154,812 | | | | | | 5,900 |
| 08/25/21 | BUY | 1 | $ 79.680 | $80 | | | | | | 5,901 |
| 08/25/21 | BUY | 2,000 | $ 86.910 | $173,820 | | | | | | 7,901 |
| 08/25/21 | BUY | 1 | $ 86.320 | $86 | | | | | | 7,902 |
| 08/25/21 | BUY | 2,000 | $ 86.940 | $173,880 | | | | | | 9,902 |
| 08/25/21 | BUY | 1 | $ 85.990 | $86 | | | | | | 9,903 |
| 08/25/21 | BUY | 2,000 | $ 82.000 | $164,000 | | | | | | 11,903 |
| 08/25/21 | BUY | 1,900 | $ 88.080 | $167,352 | | | | | | 13,803 |
| 08/25/21 | BUY | 100 | $ 87.820 | $8,782 | | | | | | 13,903 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| <td colspan="11">**Warren Choi FIFO Losses in Cassava Sciences ("SAVA")**<br>**During The Class Period (9/14/20 – 8/27/21)**</td> |
| **Trans. Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purch. Cost (Excl. Fees & Comms.)** | **No. Shares Sold** | **Price Per Share** | **Average Closing Price from 8/28/2021 to Day of Sale** | **Sale Proceeds (Excl. Fees & Comms.)** | **FIFO - Matched to Pre-Class Holdings?** | **Actual No. of Shares Held** |
| 08/25/21 | BUY | 2,000 | $ 81.390 | $162,780 | | | | | | 15,903 |
| 08/25/21 | BUY | 1 | $ 79.290 | $79 | | | | | | 15,904 |
| 08/25/21 | BUY | 1,000 | $ 94.500 | $94,500 | | | | | | 16,904 |
| 08/25/21 | SELL | | | | 2,000 | $ 83.000 | | $166,000 | NO | 14,904 |
| 08/25/21 | SELL | | | | 2,001 | $ 79.270 | | $158,619 | NO | 12,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 86.750 | | $173,500 | NO | 10,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 86.800 | | $173,600 | NO | 8,903 |
| 08/25/21 | SELL | | | | 2,000 | $ 82.690 | | $165,380 | NO | 6,903 |
| 08/25/21 | SELL | | | | 2,001 | $ 79.400 | | $158,879 | NO | 4,902 |
| 08/25/21 | SELL | | | | 200 | $ 91.360 | | $18,272 | NO | 4,702 |
| 08/25/21 | SELL | | | | 200 | $ 91.350 | | $18,270 | NO | 4,502 |
| 08/25/21 | SELL | | | | 200 | $ 91.350 | | $18,270 | NO | 4,302 |
| 08/25/21 | SELL | | | | 100 | $ 91.350 | | $9,135 | NO | 4,202 |
| 08/25/21 | SELL | | | | 300 | $ 91.340 | | $27,402 | NO | 3,902 |
| 08/26/21 | BUY | 1,000 | $ 72.500 | $72,500 | | | | | | 4,902 |
| 08/26/21 | BUY | 200 | $ 81.550 | $16,310 | | | | | | 5,102 |
| 08/26/21 | BUY | 2,000 | $ 71.500 | $143,000 | | | | | | 7,102 |
| 08/26/21 | BUY | 2,000 | $ 74.500 | $149,000 | | | | | | 9,102 |
| 08/26/21 | BUY | 2,000 | $ 75.000 | $150,000 | | | | | | 11,102 |
| 08/26/21 | BUY | 1 | $ 76.700 | $77 | | | | | | 11,103 |
| 08/26/21 | BUY | 1,000 | $ 72.500 | $72,500 | | | | | | 12,103 |
| 08/26/21 | BUY | 2,000 | $ 71.500 | $143,000 | | | | | | 14,103 |
| 08/26/21 | BUY | 2,000 | $ 75.000 | $150,000 | | | | | | 16,103 |
| 08/26/21 | BUY | 1 | $ 76.200 | $76 | | | | | | 16,104 |
| 08/26/21 | SELL | | | | 2,000 | $ 69.250 | | $138,500 | NO | 14,104 |
| 08/26/21 | SELL | | | | 2,000 | $ 72.030 | | $144,060 | NO | 12,104 |

Prepared by Berger|Montague

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Warren Choi FIFO Losses in Cassava Sciences ("SAVA")** <br> **During The Class Period (9/14/20 – 8/27/21)** | | | | | | | | | | |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
| 08/26/21 | SELL | | | | 2,000 | $ 75.000 | | $150,000 | **NO** | 10,104 |
| 08/26/21 | SELL | | | | 2,101 | $ 76.710 | | $161,168 | **NO** | 8,003 |
| 08/26/21 | SELL | | | | 2,000 | $ 69.250 | | $138,500 | **NO** | 6,003 |
| 08/26/21 | SELL | | | | 2,000 | $ 71.770 | | $143,540 | **NO** | 4,003 |
| 08/26/21 | SELL | | | | 2,001 | $ 76.600 | | $153,277 | **NO** | 2,002 |
| 08/27/21 | SELL | | | | 1,000 | $ 53.000 | | $53,000 | **NO** | 1,002 |
| 08/27/21 | SELL | | | | 1,000 | $ 53.000 | | $53,000 | **NO** | 2 |
| | | | | | | | | | | |
| **Class Period Totals:** | | **33,606** | | **$2,854,450** | **33,604** | | | **$2,673,852** | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **33,604** | | | **$2,673,852** | | |
| **Total Held 8/27/21:** | | **2** | | | | | | | | |
| **CLASS PD. RET:** | | **2** | (No. of Shrs. Purch in the CP & Still held on 8/27/21) | | | | | | | |
| **Post Class-Period Transactions:** | | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/28/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |

Prepared by Berger|Montague

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| colspan: Warren Choi FIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21) ||||||||||||
| **Subtotal of Post-Class Period Trades:** | | 0 | | $0 | 0 | | | $0 | | |
| **Less sale of shares matched to pre-class period holdings:** | | 0 | | $0 | 0 | | | $0 | | |
| **Total of Post-Class Period Trades [2]:** | | 0 | | $0.00 | 0 | | | $0 | | |
| Retained Shares Valued at Average Closing Price from 8/28/2021 to 10/20/2021 [3] [4] ||||||||||||
| | | | | | 2 | | $52.824 | $106 | | |
| **CLASS PD. TOTALS:** | | 33,606 | | $2,854,450 | 33,606 | | | $2,673,958 | | |
| | | | | | **FIFO NET GAIN (LOSS):** | | | **($180,493)** | | |
| **Footnotes:** | | | | | | | | | | |
| [1] Client held 0 shares of common stock pre-class. ||||||||||||
| [2] Under FIFO, post class period buys are not included in the class period totals and do not impact the FIFO loss calculation. ||||||||||||
| [3] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period. ||||||||||||
| [4] The average closing price from 8/28/2021 to 10/20/2021 is $52.824. Pursuant to the PSLRA, 2 retained shares are valued at $52.824. ||||||||||||

## Kevin Otto Losses in Cassava Sciences ("SAVA") Stock Options
## During The Class Period (9/14/20 – 8/27/21)

### 1) SAVA Call Option Expiring 9/17/21, $100 Call Price

| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | No. of Underlying Option Shares Bought [1] | Price Per Share | Purchase Cost (Excl. Fees & Comms.) | No. of Contracts Sold | No. of Underlying Option Shares Sold [1] | Price Per Share | Average Closing Price from 8/28/2021 to Day of Trans. [3] | Sale Proceeds (Excl. Fees & Comms.) | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre Class Period Holdings [2]:** | | | 0 | | | | | | | | | |
| **CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 7/30/2021 | Buy | SAVA Call Option Expiring 9/17/21, $100 Call Price | 20 | 2,000 | $10.010 | $20,020.00 | | | | | | |
| 8/2/2021 | Sell | SAVA Call Option Expiring 9/17/21, $100 Call Price | | | | | 20 | 2,000 | $9.790 | | $19,579.90 | |
| **Class Period Totals:** | | | 20 | 2,000 | | $20,020.00 | 20 | 2,000 | | | $19,579.90 | |
| **Options Retained at End of Class Period:** | | | 0 | | | | | | | | | |
| **POST CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Post Class Period Totals:** | | | - | - | | $0.00 | - | - | | | $0.00 | |
| **Totals from Class Period and Post-Class Period:** | | | 20 | | | $20,020.00 | 20 | | | | $19,579.90 | |
| **NET GAIN (LOSS) ON STOCK OPTION:** | | | | | | | | | | | **($440.10)** | **($440.10)** |

| 2) SAVA Call Option Expiring 9/17/21, $115 Call Price | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | No. of Underlying Option Shares Bought [1] | Price Per Share | Purchase Cost (Excl. Fees & Comms.) | No. of Contracts Sold | No. of Underlying Option Shares Sold [1] | Price Per Share | Average Closing Price from 8/28/2021 to Day of Trans. [3] | Sale Proceeds (Excl. Fees & Comms.) | Gain/(Loss) |
| **Pre Class Period Holdings [2]:** | | | 0 | | | | | | | | | |
| **CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 7/29/2021 | Buy | SAVA Call Option Expiring 9/17/21, $115 Call Price | 50 | 5,000 | $23.010 | $115,050.00 | | | | | | |
| 8/3/2021 | Sell | SAVA Call Option Expiring 9/17/21, $115 Call Price | | | | | 50 | 5,000 | $9.490 | | $47,449.76 | |
| **Class Period Totals:** | | | 50 | 5,000 | | $115,050.00 | 50 | 5,000 | | | $47,449.76 | |
| **Options Retained at End of Class Period:** | | | 0 | | | | | | | | | |
| **POST CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| **Post Class Period Totals:** | | | - | - | | $0.00 | - | - | | | $0.00 | |
| **Totals from Class Period and Post-Class Period:** | | | 50 | 5,000 | | $115,050.00 | 50 | 5,000 | | | $47,449.76 | |
| **NET GAIN (LOSS) ON STOCK OPTION:** | | | | | | | | | | | **($67,600.24)** | **($67,600.24)** |

| 3) SAVA Call Option Expiring 9/17/21, $90 Call Price | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | No. of Underlying Option Shares Bought [1] | Price Per Share | Purchase Cost (Excl. Fees & Comms.) | No. of Contracts Sold | No. of Underlying Option Shares Sold [1] | Price Per Share | Average Closing Price from 8/28/2021 to Day of Trans. [3] | Sale Proceeds (Excl. Fees & Comms.) | Gain/(Loss) |
| **Pre Class Period Holdings [2]:** | | | 0 | | | | | | | | | |
| **CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 8/2/2021 | Buy | SAVA Call Option Expiring 9/17/21, $90 Call Price | 50 | 5,000 | $12.483 | $62,417.00 | | | | | | |
| 8/4/2021 | Sell | SAVA Call Option Expiring 9/17/21, $90 Call Price | | | | | 50 | 5,000 | $13.493 | | $67,464.00 | |
| **Class Period Totals:** | | | 50 | 5,000 | | $62,417.00 | 50 | 5,000 | | | $67,464.00 | |
| **Options Retained at End of Class Period:** | | | 0 | | | | | | | | | |
| **POST CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| **Post Class Period Totals:** | | | - | - | | $0.00 | - | - | | | $0.00 | |
| **Totals from Class Period and Post-Class Period:** | | | 50 | 5,000 | | $62,417.00 | 50 | 5,000 | | | $67,464.00 | |
| **NET GAIN (LOSS) ON STOCK OPTION:** | | | | | | | | | | | $5,047.00 | $5,047.00 |

| 4) SAVA Put Option Expiring 9/17/21, $110 Put Price | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | No. of Underlying Option Shares Bought [1] | Price Per Share | Purchase Cost (Excl. Fees & Comms.) | No. of Contracts Sold | No. of Underlying Option Shares Sold [1] | Price Per Share | Average Closing Price from 8/28/2021 to Day of Trans. [3] | Sale Proceeds (Excl. Fees & Comms.) | Gain/(Loss) |
| **Preclass Period Holdings [2]:** | | | 0 | | | | | | | | | |
| **CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 7/29/2021 | Buy | SAVA Put Option Expiring 9/17/21, $110 Put Price | 25 | 2,500 | $20.610 | $51,525.00 | | | | | | |
| 7/30/2021 | Sell | SAVA Put Option Expiring 9/17/21, $110 Put Price | | | | | 25 | 2,500 | $27.990 | | $69,974.64 | |
| **Class Period Totals:** | | | 25 | 2,500 | | $51,525.00 | 25 | 2,500 | | | $69,974.64 | |
| **Options Retained at End of Class Period:** | | | 0 | | | | | | | | | |
| **POST CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| **Post Class Period Totals:** | | | - | - | | $0.00 | - | - | | | $0.00 | |
| **Totals from Class Period and Post-Class Period:** | | | 25 | 2,500 | | $51,525.00 | 25 | 2,500 | | | $69,974.64 | |
| **NET GAIN (LOSS) ON STOCK OPTION:** | | | | | | | | | | | $18,449.64 | $18,449.64 |

| 5) SAVA Call Option Expiring 11/19/21, $100 Call Price | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | No. of Underlying Option Shares Bought [1] | Price Per Share | Purchase Cost (Excl. Fees & Comms.) | No. of Contracts Sold | No. of Underlying Option Shares Sold [1] | Price Per Share | Average Closing Price from 8/28/2021 to Day of Trans. [3] | Sale Proceeds (Excl. Fees & Comms.) | Gain/(Loss) |
| **Preclass Period Holdings [2]:** | | | 0 | | | | | | | | | |
| **CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 8/26/2021 | Buy | SAVA Call Option Expiring 11/19/21, $100 Call Price | 50 | 5,000 | $25.010 | $125,050.00 | | | | | | |
| 8/26/2021 | Buy | SAVA Call Option Expiring 11/19/21, $100 Call Price | 1 | 100 | $25.010 | $2,501.00 | | | | | | |
| 8/26/2021 | Buy | SAVA Call Option Expiring 11/19/21, $100 Call Price | 49 | 4,900 | $25.010 | $122,549.00 | | | | | | |
| **Class Period Totals:** | | | 100 | 10,000 | | $250,100.00 | 0 | 0 | | | $0.00 | |
| **Options Retained at End of Class Period:** | | | 100 | | | | | | | | | |
| **POST CLASS PERIOD TRANSACTIONS:** | | | | | | | | | | | | |
| 8/31/2021 | Sell | SAVA Call Option Expiring 11/19/21, $100 Call Price | | | | | 50 | 5,000 | $10.364 | $10.140 | $51,819.74 | |
| 10/6/2021 | Sell | SAVA Call Option Expiring 11/19/21, $100 Call Price | | | | | 1 | 100 | $2.550 | $4.901 | $490.11 | |
| 10/7/2021 | Sell | SAVA Call Option Expiring 11/19/21, $100 Call Price | | | | | 49 | 4,900 | $1.340 | $4.780 | $23,420.25 | |
| **Post Class Period Totals:** | | | - | - | | $0.00 | 100 | 10,000 | | | $75,730.10 | |
| **Totals from Class Period and Post-Class Period:** | | | 100 | | | $250,100.00 | 100 | | | | $75,730.10 | |
| **NET GAIN (LOSS) ON STOCK OPTION:** | | | | | | | | | | | **($174,369.90)** | **($174,369.90)** |

**Total Net Gain (Loss):** **($218,913.60)**

<pre>
</pre>

<pre>
</pre>

<pre>
</pre>

<pre>
</pre>

<pre>
</pre>

**Footnotes:**

[1] Number of underlying option shares equals number of option contracts multiplied by 100.

[2] Client did not hold stock options prior to class period.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90 days after the end of the Class Period.

Prepared by Berger|Montague

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ken Van Ho LIFO Losses in Cassava Sciences ("SAVA")** ||||||||||||
| **During The Class Period (9/14/20 – 8/27/21)** ||||||||||||
| **Pre-Class Pd. Holdings [1]:** | | 0 | | | | | | | | 0 | 0 |
| 08/25/21 | BUY | 173 | $ 87.170 | $15,080 | | | | | | 173 | 173 |
| 08/25/21 | BUY | 201 | $ 85.000 | $17,085 | | | | | | 374 | 374 |
| 08/25/21 | BUY | 165 | $ 79.200 | $13,068 | | | | | | 539 | 539 |
| 08/25/21 | BUY | 150 | $ 83.000 | $12,450 | | | | | | 689 | 689 |
| 08/26/21 | BUY | 185 | $ 80.000 | $14,800 | | | | | | 874 | 874 |
| 08/26/21 | BUY | 5 | $ 73.180 | $366 | | | | | | 879 | 879 |
| 08/26/21 | BUY | 395 | $ 69.000 | $27,255 | | | | | | 1,274 | 1,274 |
| 08/27/21 | BUY | 394 | $ 59.680 | $23,514 | | | | | | 1,668 | 1,668 |
| 08/27/21 | BUY | 365 | $ 54.200 | $19,783 | | | | | | 2,033 | 2,033 |
| **Class Period Totals:** | | **2,033** | | **$143,401** | 0 | | | $0 | | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | 0 | | | $0 | | | |
| **Total Held 8/27/21:** | | **2,033** | | | | | | | | | |
| **CLASS PD. RET:** | | **2,033** | (No. of Shrs. Purch in the CP & Still held on 8/27/21) ||||||||| |

| Post Class-Period Transactions: | | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/28/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shares Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/21 | BUY | 390 | $ 52.400 | $20,436 | | | | | | 2,423 | 2,423 |
| 09/03/21 | BUY | 200 | $ 52.050 | $10,410 | | | | | | 2,623 | 2,623 |

Prepared by Berger|Montague

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{12}{c}{**Ken Van Ho LIFO Losses in Cassava Sciences ("SAVA")** <br> **During The Class Period (9/14/20 – 8/27/21)**} |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| **Subtotal of Post-Class Period Trades:** | | 590 | | $30,846.00 | 0 | | | $0.00 | | | |
| **Less sale of shares matched to pre-class period holdings:** | | 0 | | $0 | 0 | | | $0 | | | |
| **Total of Post-Class Period Trades [2]:** | | 590 | | $30,846.00 | 0 | | | $0.00 | | | |
| Retained Shares Valued at Average Closing Price from 8/28/2021 to 10/20/2021 **[3] [4]** | | | | | | | | | | | |
| | | | | | 2,033 | $52.824 | | $107,391.19 | | | |
| **CLASS PD. TOTALS:** | | 2,033 | | $143,401.23 | 2,033 | | | $107,391.19 | | | |
| | | | | **LIFO NET GAIN (LOSS):** | | | | **($36,010)** | | | |
| **Footnotes:** | | | | | | | | | | | |
| [1] Client held 0 shares of common stock pre-class. | | | | | | | | | | | |
| [2] Under LIFO, post class period sales (if any) occurring before the post class period buys are matched against class period buys. | | | | | | | | | | | |
| [3] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period. | | | | | | | | | | | |
| [4] The average closing price from 8/28/2021 to 10/20/2021 is $52.824. Pursuant to the PSLRA, 2,033 retained shares are valued at $52.824. | | | | | | | | | | | |

### Ken Van Ho FIFO Losses in Cassava Sciences ("SAVA")
### During The Class Period (9/14/20 – 8/27/21)

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Pd. Holdings [1]:** | | 0 | | | | | | | | 0 |
| | | | | | | | | | | |
| 08/25/21 | BUY | 173 | $ 87.170 | $15,080 | | | | | | 173 |
| 08/25/21 | BUY | 201 | $ 85.000 | $17,085 | | | | | | 374 |
| 08/25/21 | BUY | 165 | $ 79.200 | $13,068 | | | | | | 539 |
| 08/25/21 | BUY | 150 | $ 83.000 | $12,450 | | | | | | 689 |
| 08/26/21 | BUY | 185 | $ 80.000 | $14,800 | | | | | | 874 |
| 08/26/21 | BUY | 5 | $ 73.180 | $366 | | | | | | 879 |
| 08/26/21 | BUY | 395 | $ 69.000 | $27,255 | | | | | | 1,274 |
| 08/27/21 | BUY | 394 | $ 59.680 | $23,514 | | | | | | 1,668 |
| 08/27/21 | BUY | 365 | $ 54.200 | $19,783 | | | | | | 2,033 |
| | | | | | | | | | | |
| **Class Period Totals:** | | **2,033** | | **$143,401** | **0** | | | **$0** | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **0** | | | **$0** | | |
| **Total Held 8/27/21:** | | **2,033** | | | | | | | | |
| **CLASS PD. RET:** | | **2,033** | (No. of Shrs. Purch in the CP & Still held on 8/27/21) | | | | | | | |
| **Post Class-Period Transactions:** | | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/28/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
| | | | | | | | | | | |
| 08/30/21 | BUY | 390 | $ 52.400 | $20,436 | | | | | | 2,423 |
| 09/03/21 | BUY | 200 | $ 52.050 | $10,410 | | | | | | 2,623 |

Prepared by Berger|Montague

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/28/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| colspan header | | | | | | | | | | |

**Ken Van Ho FIFO Losses in Cassava Sciences ("SAVA") During The Class Period (9/14/20 – 8/27/21)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal of Post-Class Period Trades:** | | 590 | | $30,846.00 | 0 | | | $0.00 | | |
| **Less sale of shares matched to pre-class period holdings:** | | 0 | | $0 | 0 | | | $0 | | |
| **Total of Post-Class Period Trades [2]:** | | 590 | | $30,846.00 | 0 | | | $0.00 | | |
| Retained Shares Valued at Average Closing Price from 8/28/2021 to 10/20/2021 **[3] [4]** | | | | | | | | | | |
| | | | | | 2,033 | $52.824 | | $107,391.19 | | |
| **CLASS PD. TOTALS:** | | 2,033 | | $143,401.23 | 2,033 | | | $107,391.19 | | |
| | | | | | **FIFO NET GAIN (LOSS):** | | | **($36,010)** | | |

**Footnotes:**

**[1]** Client held 0 shares of common stock pre-class.

**[2]** Under FIFO, post class period buys are not included in the class period totals and do not impact the FIFO loss calculation.

**[3]** Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period.

**[4]** The average closing price from 8/28/2021 to 10/20/2021 is $52.824. Pursuant to the PSLRA, 2,033 retained shares are valued at $52.824.