# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856 |
**JOINT DECLARATION IN SUPPORT OF MOTION
TO CONSOLIDATE RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

We, Warren Choi, Kevin Otto, and Ken Van Ho, pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this joint declaration in support of our motion: (1) consolidating the above-captioned Related Actions; (2) appointing us as Lead Plaintiff in the Related Actions pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving our selection of Berger Montague PC as Lead Counsel and Burns Charest LLP as Local Counsel for the class. We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2. I, Warren Choi, suffered substantial losses as a result of my transactions in the securities of Cassava Sciences, Inc. ("Cassava") between September 14, 2020 and August 27, 2021 (the "Class Period") and am motivated to obtain the best possible result for myself and the class. I recently retired after 20 years as a business owner in the garment industry. I understand the requirements of serving as Lead Plaintiff pursuant to the PSLRA and am willing to serve in this capacity on behalf of the other Cassava investors harmed by defendants' alleged misconduct.

3. I, Kevin Otto, suffered substantial losses as a result of my transactions in Cassava securities during the Class Period and am motivated to obtain the best possible result for myself and the class. I have approximately 35 years of investing experience, in stock and options, and have been a business owner in the field of electronics for 28 years. I understand the requirements of serving as Lead Plaintiff pursuant to the PSLRA and am willing to serve in this capacity on behalf of the other Cassava investors harmed by defendants' alleged misconduct.

4. I, Ken Van Ho, suffered substantial losses as a result of my transactions in Cassava securities during the Class Period and am motivated to obtain the best possible result for myself

and the class. I understand the requirements of serving as Lead Plaintiff pursuant to the PSLRA and am willing to serve in this capacity on behalf of the other Cassava investors harmed by defendants' alleged misconduct.

5. As investors who suffered substantial losses in Cassava securities during the Class Period by trading in both common shares and options, we believe it is in the class' best interest that we jointly seek appointment as lead plaintiff in this case. Because of the substantial losses suffered as a result of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the Class. Sharing responsibilities will ensure continuous and comprehensive representation of the putative class throughout the case and will ensure vigorous representation of investors in all Cassava securities.

6. Before filing our motion, we convened a conference call to discuss our oversight of this litigation and direction of counsel. We discussed, among other things, the strategy for prosecuting the case, the strengths of seeking appointment together as investors with substantial losses, the lead plaintiff's responsibilities, our oversight of counsel, our commitment to act in the class's best interests, and the lead plaintiff motion process. We are committed and willing to reconvene additional conference calls, in person meetings, or other communications – with and without counsel present – as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed lead plaintiff.

7. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware of the requirements and responsibilities of being a lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any

potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Berger Montague PC as Lead Counsel based on its securities litigation experience in this Circuit and around the country, and its recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary. We believe that the case will benefit from the efficiency of a single firm serving as Lead Counsel.

9. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of counsel will result in an optimal outcome for the putative class.

I, Warren Choi, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on 10/26/2021.

DocuSigned by:
003FE7BC6266470...
WARREN CHOI

I, Kevin Otto, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on ________________________.

KEVIN OTTO

I, Ken Van Ho, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on ________________________.

potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Berger Montague PC as Lead Counsel based on its securities litigation experience in this Circuit and around the country, and its recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary. We believe that the case will benefit from the efficiency of a single firm serving as Lead Counsel.

9. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of counsel will result in an optimal outcome for the putative class.

I, Warren Choi, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on __________________________.

____________________________________
WARREN CHOI

I, Kevin Otto, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on 10/26/2021.

KEVIN OTTO

I, Ken Van Ho, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on __________________________.

potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Berger Montague PC as Lead Counsel based on its securities litigation experience in this Circuit and around the country, and its recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary. We believe that the case will benefit from the efficiency of a single firm serving as Lead Counsel.

9. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of counsel will result in an optimal outcome for the putative class.

I, Warren Choi, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on ___________________________.

___________________________
WARREN CHOI

I, Kevin Otto, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on ___________________________.

___________________________
KEVIN OTTO

I, Ken Van Ho, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on 10/26/2021.

DocuSigned by:

72EC165FFADE438...

KEN VAN HO