- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>　　　　　　　　　Defendants. | § § § § § § § § § § § § | Civil Action No. 1:21-cv-00751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>　　　　　　　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00760-RP<br><br>CLASS ACTION |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>　　　　　　　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00856-RP<br><br>CLASS ACTION |

**APPENDIX OF EXHIBITS IN SUPPORT OF MOHAMMAD BOZORGI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4861-3115-9552.v1

- 2 -

| DOCUMENT | TAB |
|---|---|
| Affidavit of Joe Kendall in Support of Mohammad Bozorgi's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel | 1 |

DATED:  October 26, 2021

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)


            *s/ Joe Kendall*
            JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for [Proposed] Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document and attached exhibits through the Court's CM/ECF system on October 26, 2021, which will serve all counsel of record.

*/s/ Joe Kendall*
JOE KENDALL
