# TAB 1

- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 1:21-cv-00751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 1:21-cv-00760-RP<br><br>CLASS ACTION |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 1:21-cv-00856-RP<br><br>CLASS ACTION |

**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF MOHAMMAD BOZORGI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

- 1 -

4870-0653-7729.v1

- 2 -

I, Joe Kendall, declare, under penalty of perjury:

1. I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas, this Court, and am local counsel for proposed lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Mr. Bozorgi's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of first-filed class action published on *PRNewswire*, a national business-oriented publication, dated August 27, 2021;

Exhibit B:   Mr. Bozorgi's Certification;

Exhibit C:   Chart of Mr. Bozorgi's loss estimate, prepared by counsel; and

Exhibit A:   Declaration of Mohammad Bozorgi.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2021.

>   */s/ Joe Kendall*
>   JOE KENDALL

4870-0653-7729.v1