AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| PIERRE BRAZEAU, et al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:21-cv-00751-RP |
| Cassava Sciences, Inc., et al., | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steve Burmeister.

Date: 10/26/2021

/s/ Matthew R. McCarley
*Attorney's signature*

Matthew R. McCarley, Bar No.: 24041426
*Printed name and bar number*

Fears | Nachawati, PLLC
5473 Blair Road
Dallas, TX 75231
*Address*

mccarley@fnlawfirm.com
*E-mail address*

(214) 890-0711
*Telephone number*

(214) 890-0712
*FAX number*