AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| PIERRE BRAZEAU, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00751-RP |
| Cassava Sciences, Inc., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steve Burmeister

Date:   10/26/2021

/s/ C. Bryan Fears
*Attorney's signature*

C. Bryan Fears, Bar No.: 24040886
*Printed name and bar number*

Fears | Nachawati, PLLC
5473 Blair Road
Dallas, TX 75231

*Address*

fears@fnlawfirm.com
*E-mail address*

(214) 890-0711
*Telephone number*

(214) 890-0712
*FAX number*