UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PIERRE BRAZEAU, Individually and on Behalf Of All Others Similarly Situated,

-vs-

CASSAVA SCIENCES, INC., et al

Case No.: 1:21-cv-00751-RP

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Ramzi Abadou**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Steve Burmeister** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Kahn Swick & Foti, LLP**, with offices at

   Mailing address: 580 California Street, Suite 1200
   City, State, Zip Code: San Francisco, CA 94104
   Telephone: (415) 459-6900
   Facsimile: (504) 455-1498
   Email: ramzi.abadou@ksfcounsel.com

2. Since **2002**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**. Applicant's bar license number is **222567**.

3. Applicant has been admitted to practice before the following courts:

   Court:                                                                              Admission date:

   **See attached for all admissions**                                  _____

   _____                                  _____

   _____                                  _____

   _____                                  _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   _____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: **Matthew R. McCarley and C. Bryan Fears**

   Mailing address: **Fears | Nachawati, PLLC, 5473 Blair Road**

   City, State, Zip Code: **Dallas, TX 75231**

   Telephone: **(214) 890-0711**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Ramzi Abadou** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Ramzi Abadou**
[printed name of Applicant]

[signature of Applicant]

CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **26th** day of **October**, **2021**.

**Ramzi Abadou**
[printed name of Applicant]

[signature of Applicant]

## RAMZI ABADOU BAR & COURT MEMBERSHIPS

### (Updated 10/25/2021)

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State of California | 222567 | 12/04/2002 | Active |
| U.S. District Court - Northern District of California | NA | 12/19/2003 | Active |
| U.S. District Court - Central District of California | NA | 12/26/2002 | Active |
| U.S. District Court - Southern District of California | NA | 12/04/2008 | Active |
| U.S. District Court - Eastern District of California | NA | 12/07/2009 | Active |
| U.S. District Court - Eastern District of Michigan | NA | 02/14/2019 | Active |
| U.S. Court of Appeals – 9th Circuit | NA | 03/30/2010 | Active |
| U.S. Court of Appeals – 11th Circuit | NA | 04/15/2020 | Active |
| Supreme Court of the United States | 308415 | 02/19/2019 | Active |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PIERRE BRAZEAU, Individually and on Behalf Of All Others Similarly Situated,

-vs-

CASSAVA SCIENCES, INC., et al

Case No. 1:21-cv-00751-RP

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Ramzi Abadou** ("Applicant"), counsel for **Steve Burmeister** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Steve Burmeister** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE