UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-856-RP |

**NOTICE OF MOTION OF STEPHEN BRANCH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO:　ALL PARTIES AND THEIR COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act

of 1995, movant Stephen Branch hereby moves this Court for an Order: (a) consolidating the related Actions; (b) appointing Stephen Branch as Lead Plaintiff; and (c) approving Stephen Branch's selection of Bernstein Liebhard LLP as Lead Counsel and The Bilek Law Firm, L.L.P. as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Thomas E. Bilek, the pleadings and other filings in these actions, and such other written or oral argument as may be permitted by the Court.

DATED:  October 26, 2021.

                                          Respectfully submitted,

                                          */s/ Thomas E. Bilek*
                                        Thomas E. Bilek
                                        TX Bar No. 02313525
                                        **THE BILEK LAW FIRM, L.L.P.**
                                        700 Louisiana, Suite 3950
                                        Houston, TX  77002
                                        (713) 227-7720

                                        *Liaison Counsel for Movant and Proposed Liaison*
                                        *Counsel for the Proposed Class*

                                        Laurence J. Hasson
                                        Joseph R. Seidman, Jr.
                                        **BERNSTEIN LIEBHARD LLP**
                                        10 East 40th Street
                                        New York, NY  10016
                                        Telephone: (212) 779-1414
                                        Facsimile: (212) 779-3218
                                        Email:  lhasson@bernlieb.com
                                                      Seidman@bernlieb.com

                                        *Counsel for Movant and Proposed Lead Counsel for*
                                        *the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing was filed by CM/ECF, which will automatically serve all counsel of record.

                                           */s/ Thomas E. Bilek*
                                           Thomas E. Bilek