UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>    Defendants. | Case No.: 1:21-cv-751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>    Defendants. | Case No.: 1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br>    Defendants. | Case No.: 1:21-cv-856-RP |

**ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL**

Upon good cause shown, IT IS HEREBY ORDERED THAT:

I.   The above-captioned, and any subsequently-filed, related actions are hereby consolidated.

2

II. Stephen Branch is hereby appointed as Lead Plaintiff for the proposed class, pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

III. Bernstein Liebhard LLP is hereby appointed as Lead Counsel and The Bilek Law Firm, L.L.P. is hereby appointed as Liaison Counsel for the proposed class.

SO ORDERED, the _____ day of _____, 2021.

_____
ROBERT L. PITMAN
United States District Judge