**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DIVISION OF AUSTIN**

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MATTHEW R. MCCARLEY IN SUPPORT OF MR. BURMEISTER'S MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856-RP |

I, Matthew R. McCarley, hereby declare as follows:

1. I am an attorney at The Fears Nachawati Law Firm ("Fears | Nachawati"), Proposed Liaison Counsel for this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Texas and admitted before this Court. I make this Declaration in support of the Motion of Steve Burmeister ("Movant") to consolidate related actions, appoint him as Lead Plaintiff, and approve his selection of Kahn Swick & Foti, LLC as Lead Counsel and Fears | Nachawati as Liaison Counsel.

2. Attached hereto as **Exhibit A** is a true and correct copy of Movant's PSLRA certification.

3. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart evidencing Movant's losses in this action.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Steve Burmeister in Support of His Motion to Appoint Lead Plaintiff and Approve His Selection of Lead Counsel.

5. Attached hereto as **Exhibit D** are true and correct copies of: (i) the August 27, 2021 Notice published on *PRNewswire*; and (ii) the August 30, 2021 Notice published on *Business Wire*.

6. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

7. Attached hereto as **Exhibit F** is a true and correct copy of Fears | Nachawati's firm résumé.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 26, 2021         */s/ Matthew R. McCarley*
                                MATTHEW R. McCARLEY