# EXHIBIT B

**Cassava Securities Litigation**
**Loss Chart for Steve Burmeister**

| | |
|---|---|
| **Class Period Begins:** | 9/14/2020 |
| **Class Period Ends:** | 8/27/2021 |
| **90-Day Lookback Ends:** | 11/25/2021 |
| **Mean Trading Price:** | **52.36474975** |

| Date | Transaction | Quantity | Price | Total (Cost) | Date | Transaction | Quantity | Price | Total Proceeds | Total Gain or (Loss) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2021 | Bought | 10,000 | $ 62.2549 | $ (622,549.30) | | | | | | | |
| | | | | | 2/8/2021 | Sold | (1,000) | $ 58.7501 | $ 58,748.68 | | |
| | | | | | 2/8/2021 | Sold | (1,000) | $ 57.8108 | $ 57,809.40 | | |
| | | | | | 2/8/2021 | Sold | (4,878) | $ 59.5000 | $ 290,234.00 | | |
| | | | | | 2/8/2021 | Sold | (22) | $ 59.5900 | $ 1,310.95 | | |
| | | | | | 2/8/2021 | Sold | (100) | $ 59.5600 | $ 5,955.85 | | |
| | | | | | 2/8/2021 | Sold | (3,000) | $ 66.0101 | $ 198,025.56 | $ (10,464.86) | |
| 7/30/2021 | Bought | 1,000 | $ 75.2350 | $ (75,235.00) | | | | | | | |
| 7/30/2021 | Bought | 1,000 | $ 76.0500 | $ (76,050.00) | | | | | | | |
| | | | | | 8/25/2021 | Sold | (1,000) | $ 81.6900 | $ 81,689.46 | | |
| | | | | | 8/25/2021 | Sold | (1,000) | $ 80.5180 | $ 80,517.46 | 10,921.92 | **(A)** |
| 8/25/2021 | Bought | 5,000 | $ 89.1800 | $ (445,900.00) | | | | | | | |
| 8/25/2021 | Bought | 5,000 | $ 81.5251 | $ (407,625.50) | | | | | | | |
| | | | | | 8/27/2021 | Sold | (5,000) | $ 54.7450 | $ 273,723.00 | | |
| | | | | | 8/27/2021 | Sold | (5,000) | $ 52.9800 | $ 264,898.04 | $ (314,904.46) | **(A)** |

| | |
|---|---|
| **Overall Losses** | $ (314,447.40) |
| ***Dura* Losses (Net of Class Period Gains)** | $ (303,982.54) |

To compute losses, transactions have been matched on a last-in-first-out (LIFO) basis.

**(A)** = Gains or (Losses) marked with **(A)** are reflected in the "*Dura* Loss" figure, reflecting losses related to the alleged correctve disclosures in the related actions. See *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005).