# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION OF AUSTIN

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEVE BURMEISTER IN SUPPORT OF HIS MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE HIS SELECTION OF LEAD COUNSEL** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760 |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856 |

I, Steve Burmeister, hereby declare as follows:

1. I respectfully submit this Declaration in further support of my motion for appointment as Lead Plaintiff and for approval of my selection of Lead Counsel on behalf of investors in Cassava Sciences, Inc. ("Cassava" or the "Company") securities between September 14, 2020 and August 27, 2021, inclusive, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. I understand the responsibilities and duties of serving as a Lead Plaintiff pursuant to the PSLRA, including the obligation to act as a fiduciary for the class.

3. I am a resident of Missouri and am an attorney in good standing with the Missouri State Bar. Over the course of my career, I have represented numerous clients in high stakes litigation involving serious personal injury and wrongful death matters, tractor-trailer accidents, defective products, medical malpractice, and investment fraud. I currently practice in Independence, Missouri, and have spent several years investing in the capital markets.

4. I believe that the above-captioned securities class actions against Cassava are meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investment in Cassava securities. For this reason, I decided to seek appointment as a Lead Plaintiff in this action.

5. An important decision in the Lead Plaintiff role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation – Kahn Swick & Foti, LLC ("KSF").

6. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe that KSF is well-qualified to represent the Class. As part of my due

diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF's Managing Partner.

7. If selected as Lead Plaintiff, I will direct KSF to prosecute this action in an efficient and cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

8. I understand that a Lead Plaintiff's share of recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 10/25/2021

DocuSigned by:
Steve Burmeister
1F3A25E21BE54D7...
Steve Burmeister

2