UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>　　　　　　　　Defendants. | Case No.: 1:21-cv-751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>　　　　　　　　Defendants. | Case No.: 1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>　　　　　　　　Defendants. | Case No.: 1:21-cv-856-RP |

**DECLARATION OF THOMAS E. BILEK IN SUPPORT OF
STEPHEN BRANCH'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Thomas E. Bilek, hereby declare under penalty of perjury that:

1. I am a partner with The Bilek Law Firm, L.L.P. As Liaison Counsel for Movant, I make this declaration in Support of Stephen Branch's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Stephen Branch's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Stephen Branch's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E: Firm Résumé of The Bilek Law Firm, L.L.P.

Executed October 26, 2021.

                                                  */s/ Thomas E. Bilek*
                                                  THOMAS E. BILEK