UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP<br><br>NOTICE OF FILING OF MOTION OF SHAMSHER AHLUWALIA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856-RP |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on October 26, 2021, the statutory deadline to file a motion for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel in the above-captioned related actions (the "Related Actions") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), Shamsher Ahluwalia ("Ahluwalia"), by and through his counsel, filed a motion in the third-filed of the Related Actions, styled *Rein v. Cassava Sciences, Inc. et al.*, No. 1:21-cv-00856 (the "*Rein* Action"), pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the PSLRA, for the entry of an Order: (1) consolidating the Related Actions; (2) appointing Ahluwalia as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Cassava Sciences, Inc. securities between September 14, 2020 and August 27, 2021, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel, and The Briscoe Law Firm, PLLC as Liaison Counsel, for the Class (*Rein* Action, Dkt. No. 15) (the "Lead Plaintiff Motion").

Attached hereto as Exhibit A is a true and correct copy of the as-filed Lead Plaintiff Motion, including the supporting Declaration of Willie C. Briscoe (*Id.*, Dkt. No. 16) and all exhibits appended thereto (*Id.*, Dkt. Nos. 16-1 - 16-6), and a [Proposed] Order to grant the Lead Plaintiff Motion (*Id.*, Dkt. No. 15-1).

2

Dated:  October 29, 2021						Respectfully submitted,

							*/s/ Willie C. Briscoe*
							WILLIE C. BRISCOE
							State Bar Number 24001788
							THE BRISCOE LAW FIRM, PLLC
							12700 Park Central Drive, Suite 520
							Dallas, TX 75251
							Telephone: 972-521-6868
							Facsimile: 346-214-7463
							wbriscoe@thebriscoelawfirm.com

							*Counsel for Shamsher Ahluwalia and Proposed Liaison Counsel for the Class*

							POMERANTZ LLP
							Jeremy A. Lieberman
							J. Alexander Hood II
							600 Third Avenue, 20th Floor
							New York, New York 10016
							Telephone: (212) 661-1100
							Facsimile: (212) 661-8665
							jalieberman@pomlaw.com
							ahood@pomlaw.com

							*Counsel for Shamsher Ahluwalia and Proposed Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

This is to certify that on October 29, 2021, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

> */s/ Willie C. Briscoe*
> WILLIE C. BRISCOE