UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>        Defendants. | Case No.: 1:21-cv-00751-RP<br><br><u>CLASS ACTION</u> |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>        Defendants. | Case No.: 1:21-cv-760-RP |
| KATLYN K. REIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>        Defendants. | Case No.: 1:21-cv-856-RP |

**NOTICE OF NON-OPPOSITION OF STEPHEN BRANCH TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT <u>AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.

On October 26, 2021, pursuant to Fed. R. Civ. P. 42 and § 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), Stephen Branch ("Branch") timely filed a motion for consolidation, appointment as lead plaintiff and approval of his selection of lead counsel in connection with the above-captioned securities fraud class actions.  ECF Nos. 31-32 and 34-35.  Eight similar motions were filed by other putative Class members.  ECF Nos. 14, 17, 18, 20, 21, 24, 25, 33.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Branch does not have the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the class in this litigation, Branch remains willing and able to serve as lead plaintiff or as a named class representative.

DATED:  October 29, 2021.

Respectfully submitted,

  /s/ Thomas E. Bilek
Thomas E. Bilek
TX Bar No. 02313525
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

*Liaison Counsel for Stephen Branch*

>Laurence J. Hasson
>Joseph R. Seidman, Jr.
>**BERNSTEIN LIEBHARD LLP**
>10 East 40th Street
>New York, NY  10016
>Telephone: (212) 779-1414
>Facsimile: (212) 779-3218
>Email:  lhasson@bernlieb.com
>              Seidman@bernlieb.com
>
>*Counsel for Stephen Branch*

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2021, a true and correct copy of the foregoing was filed by CM/ECF, which will automatically serve all counsel of record.

>    */s/ Thomas E. Bilek*
>Thomas E. Bilek