UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION OF AUSTIN

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION BY STEVE BURMEISTER** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856-RP |

| | |
|---|---|
| MANOHAR K. RAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00971-RP |

On October 26, 2021, Steve Burmeister filed a motion pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, to: (i) consolidate the related actions; (ii) appoint him as lead plaintiff; and (iii) approve his selection of counsel. See ECF No. 33.

The PSLRA establishes a presumption that the "most adequate plaintiff" is the movant who: (i) possesses the "largest financial interest in the relief sought by the class"; and (ii) otherwise satisfies the adequacy and typicality requirements of FED. R. CIV. P. 23 ("Rule 23"). See 15 U.S.C. § 78u-4(a)(3)(B)(iii). Here, Mohammad Bozorgi possesses the "largest financial interest in the relief sought by the class" pursuant to the PSLRA. See ECF No. 26-4. Mr. Bozorgi also appears to satisfy Rule 23's adequacy and typicality requirements. Accordingly, Mr. Burmeister supports Mr. Bozorgi's motion for appointment as lead plaintiff and approval of his selection of lead counsel.

Mr. Burmeister remains willing and able to serve as a representative party in this matter and his notice of non-opposition is submitted without prejudice to Mr. Burmeister's right to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Respectfully submitted,

Dated: November 3, 2021      By:   /s/ Matthew R. McCarley

1

**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**C. Bryan Fears**
Texas Bar No. 2400886
fears@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**FEARS NACHAWATI, PLLC**
401 Congress Avenue
Suite 1540
Austin, TX 78701
Tel. (512) 535-2206

*Proposed Liaison Counsel*

-and-

Ramzi Abadou (SBN 222567)
(*pro hac vice to be submitted*)
ramzi.abadou@ksfcounsel.com
**KAHN SWICK & FOTI, LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
(*pro hac vice to be submitted*)
Alexander L. Burns
(*pro hac vice to be submitted)*
Morgan M. Embleton
(*pro hac vice to be submitted)*
**KAHN SWICK & FOTI, LLC**
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com

2

morgan.embleton@ksfcounsel.com

*Counsel for Movant Mr. Burmeister, and Proposed Lead Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Michael I. Fistel Jr.**<br>Johnson Fistel, LLP<br>40 Powder Springs Rd.<br>Marietta, GA 30064<br>(470) 632-6000<br>(770) 200-3101 (fax)<br>michaelf@johnsonfistel.com<br><br>**Joe Kendall**<br>Kendall Law Group, PLLC<br>3811 Turtle Creek Blvd., Suite 1450<br>Dallas, TX 75219<br>(214) 744-3000<br>(214) 744-3015 (fax)<br>jkendall@kendalllawgroup.com<br><br>**Mary K. Blasy**<br>**Samuel H. Rudman**<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>(631) 367-1173 (fax)<br>mblasy@rgrdlaw.com<br>srudman@rgrdlaw.com<br><br>*Counsel for Plaintiff, Pierre Brazeau* | **John A. Yanchunis**<br>Morgan & Morgan, PA<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>(813) 223-5505<br>(813) 223-5402 (fax)<br>Jyanchunis@forthepeople.com<br><br>*Counsel for Plaintiff, Reza Blourchian* |
| **B. Russell Horton** | **William J. Foley** |

3

| | |
|---|---|
| George, Brothers, Kincaid & Horton, L.L.P.<br>114 West 7th Street, Suite 1100<br>Austin, TX 78701<br>(512) 495-1400<br>(512) 499-0094<br>Rhorton@gbkh.com<br><br>*Counsel for Plaintiff, Thibault Magnin* | Orrick, Herrington & Sutcliffe LLP,<br>51 West 52nd St.<br>New York, NY 10019<br>(212) 506-5000<br>(212) 506-5151 (fax)<br>wfoley@orrick.com<br><br>**Claudia Wilson Frost**<br>Orrick, Herrington & Sutcliffe LLP<br>609 Main, 40th Floor<br>Houston, TX 77002<br>713-658-6460<br>713-658-6401 (fax)<br>cfrost@orrick.com<br><br>**James N. Kramer**<br>**Alexander K. Talarides**<br>Orrick, Herrington & Sutcliffe LLP,<br>405 Howard St.<br>San Francisco, CA 94105<br>(415) 773-5700<br>(415) 773-5759 (fax)<br>jkramer@orrick.com<br>atalarides@orrick.com<br><br>*Counsel for Defendants Cassava Sciences, Inc., Remi Barbier, Nadav Friedmann, James W. Kupiec, Michael Marsman, and Eric J. Schoen* |
| **William B. Federman**<br>Federman & Sherwood<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>(405) 235-1560<br>(405) 239-2112 (fax)<br>wbf@federmanlaw.com<br><br>**Jeffrey C. Block, Esq.**<br>**Jacob Walker, Esq.**<br>Block & Leviton LLP<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600<br>(617) 507-6020 (fax)<br>jeff@blockleviton.com | **Jordan Lyn Warshauer**<br>**Sammy Ford, IV**<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.<br>1221 Mckinney St., Suite 2500<br>Houston, TX 77010<br>(713) 655-1101<br>(713) 6550062 (fax)<br>Jwarshauer@azalaw.com<br>Sford@azalaw.com<br><br>*Counsel for Movant, Manohar Rao* |

4

| | |
|---|---|
| jake@blockleviton.com<br><br>*Counsel for Movant, Dr. John Barsa* | |
| **Warren T. Burns**<br>Burns Charest LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>(469) 904-4550<br>(469) 444-5002 (fax)<br>Wburns@burnscharest.com<br><br>*Counsel for Movants, Warren Choi, Kevin Otto, and Ken Van Ho* | **Braden Michael Wayne**<br>**Stuart L. Cochran**<br>Steckler Wayne Cochran Cherry PLLC<br>12720 Hillcrest Rd., Suite 1045<br>Dallas, TX 75230<br>(972) 387-4040<br>(972) 387-4041 (fax)<br>Braden@swclaw.com<br>Braden@swclaw.com<br><br>*Counsel for Movants, Thi Huyen Vu, Qing Yang, Ronald L. Selman, and Vinod K. Thukral* |
| **Joe Kendall**<br>Kendall Law Group, PLLC<br>3811 Turtle Creek Blvd., Suite 1450<br>Dallas, TX 75219<br>(214) 744-3000<br>(214) 744-3015 (fax)<br>Jkendall@kendalllawgroup.com<br><br>*Counsel for Movant, Mohammad Bozorgi* | **Thomas E. Bilek**<br>The Bilek Law Firm, LLP<br>700 Louisiana, Suite 3950<br>Houston, TX 77002<br>(713) 227-7720<br>Tbilek@bileklaw.com<br><br>*Counsel for Movant, Stephen Branch* |
| **Willie C. Briscoe**<br>The Brisco Law Firm<br>12700 Park Central Drive, Suite 520<br>Dallas, TX 75251<br>(972) 521-6868<br>(281) 254-7789 (fax)<br>Wbriscoe@thebriscoelawfirm.com<br><br>*Counsel for Movant, Shamsher Ahluwalia* | |

            */s/ Matthew R. McCarley*
            MATTHEW R. McCARLEY