**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP<br><br>**CLASS ACTION** |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP<br><br>**CLASS ACTION** |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856-RP<br><br>**CLASS ACTION** |

**NOTICE OF THIBAULT MAGNIN
CONCERNING NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

Lead Plaintiff Movant Thibault Magnin ("Magnin") respectfully submits this notice with respect to the pending motions for appointment of Lead Plaintiff, approval of selection of counsel, and consolidation. On October 26, 2021, Magnin filed a motion to be appointed Lead Plaintiff, to have his counsel appointed as Lead Counsel, and for consolidation of the above-captioned actions. ECF No. 24.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing Lead Plaintiff motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that Magnin does not have the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the class in this litigation, Magnin remains ready, willing and able to serve as Lead Plaintiff and/or as a named class representative.

Mr. Magnin reserves any and all rights to share in any recovery in this action.

Dated: November 8, 2021

Respectfully submitted,

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**

By:   /s/ B. Russell Horton
          B. Russell Horton
          State Bar No. 10014450

1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
Email: rhorton@gbkh.com

*Liaison Counsel for Proposed Lead Plaintiff Thibault Magnin*

                Leslie R. Stern
                Steven J. Buttacavoli
                **BERMAN TABACCO**
                One Liberty Square
                Boston, MA 02109
                Telephone: (617) 542-8300
                Facsimile: (617) 542-1194
                Email: lstern@bermantabacco.com
                        sbuttacavoli@bermantabacco.com

*Counsel for Proposed Lead Plaintiff Thibault Magnin and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                /s/ B. Russell Horton
                B. Russell Horton