BURNS CHAREST, LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
       mdellangelo@bm.net
       bpodell@bm.net
       aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00751-RP |

| | |
|---|---|
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>Defendants. | Case No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN and MICHAEL MARSMAN,<br><br>Defendants. | Case No. 1:21-cv-00856 |

**NOTICE OF NON-OPPOSITION OF THE CASSAVA SECURITIES GROUP TO COMPETING LEAD PLAINTIFF MOTIONS**

Movant Warren Choi, Kevin Otto, and Ken Van Ho (collectively the "Cassava Securities Group" or "Movant") hereby submits this notice of non-opposition to the competing motions for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel, and states as follows:

On October 26, 2021, Movant timely filed its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. Having carefully analyzed and evaluated the competing motions for lead plaintiff appointment filed by other purchasers of Cassava Sciences, Inc. ("Cassava") securities, Movant no longer believe it has "the largest

2

financial interest in the relief sought by the Class." Rather, movant Mohammad Bozorgi, claiming losses of in excess of $1.5 million, has "the largest financial interest in the relief sought by the Class" and should be appointed Lead Plaintiff. Movant thus does not oppose Mr. Bozorgi's motion for appointment as Lead Plaintiff and for approval of his counsel, Robbins, Geller, Rudman & Dowd, LLP, as Lead Counsel.

Should the Court decide that all the other movants claiming greater losses than the Cassava Securities Group are unfit, deficient or otherwise should not be appointed Lead Plaintiff for any other reason, Movant stands ready and willing to serve as Lead Plaintiff on behalf of the class of Cassava investors in this Action.

Moreover, as the Cassava Securities Group includes an investor whose losses arise from trading in Cassava options (Kevin Otto), should the Court deem it appropriate to appoint an options trader to have a more comprehensive representation of Cassava investors serving as lead plaintiffs, Mr. Otto, individually and apart from the Cassava Securities Group, stands ready and willing to serve as a lead or co-lead plaintiff in this Action.

Dated: November 9, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Warren T. Burns*
　　　　　　　　　　　　　　　　　　　　BURNS CHAREST, LLP
　　　　　　　　　　　　　　　　　　　　900 Jackson Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　　Tel: (469) 904-4550
　　　　　　　　　　　　　　　　　　　　Email: wburns@burnscharest.com

　　　　　　　　　　　　　　　　　　　　Sherrie R. Savett
　　　　　　　　　　　　　　　　　　　　Michael Dell'Angelo
　　　　　　　　　　　　　　　　　　　　Barbara Podell
　　　　　　　　　　　　　　　　　　　　Andrew Abramowitz
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Tel: (215) 875-3000

Email: ssavett@bm.net
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

***Attorneys for Lead Plaintiff Movant and Proposed Lead Counsel for the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Warren T. Burns*
Warren T. Burns