UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>        Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br>CLASS ACTION |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, and ERIC J. SCHOEN,<br><br>        Defendants. | Civil Action No. 1:21-cv-000760-RP<br><br>CLASS ACTION |

(*caption continues on following page*)

**NOTICE OF NON-OPPOSITION OF REZA BLOURCHIAN**

| | |
|---|---|
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>CASSAVA SCIENCES, INC., REMI BARBIER, ERIC J. SCHOEN, JAMES W. KUPIEC, NADAV FRIEDMANN, and MICHAEL MARSMAN,<br><br>    Defendants. | Civil Action No. 1:21-cv-000856-RP<br><br>CLASS ACTION |

Reza Blourchian ("Blourchian") respectfully submits this notice with respect to the pending motions for appointment of Lead Plaintiff, approval of selection of Lead Counsel, and consolidation.

On October 26, 2021, Blourchian filed a Motion to be appointed Lead Plaintiff, to have his counsel appointed as Lead Counsel, and for consolidation of the related actions. *See* ECF No. 18. Blourchian has reviewed the competing Lead Plaintiff motions pending before the Court and has determined that he does not have the largest financial interest in this case. Nevertheless, Blourchian remains ready, willing and able to serve as Lead Plaintiff and/or as a class representative. Blourchian reserves any and all rights to share in any recovery in this action.

DATED: November 9, 2021                    Respectfully Submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

*/s/ John A. Yanchunis*
John A. Yanchunis (Texas Bar No. 22121300)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4702
jyanchunis@forthepeople.com

*Local Counsel for Proposed Lead Plaintiff*
*Reza Blourchian*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

*Counsel for Proposed Lead Plaintiff Reza Blourchian, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com

*Additional Counsel for Reza Blourchian*

## **CERTIFICATE OF SERVICE**

I certify that on November 9, 2021, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *John A. Yanchunis*

John A. Yanchunis