# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00751-RP<br><br>**MANOHAR K. RAO'S NOTICE OF NON-OPPOSITION TO THE MOTION OF MOHAMMAD BOZORGIS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| WANDA NEWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-00760-RP |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00856-RP |
| MANOHAR K. RAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | Civil Action No. 1:21-cv-00971 |

Manohar K. Rao ("Rao") hereby submits this notice to inform the Court that he does not oppose the lead plaintiff motion of Mohammad Bozorgis (Dkt. No. 25). Mr. Rao, however, remains willing and able to serve as lead plaintiff if the Court denies Mr. Bozorgis' motion.

On October 26, 2021, Mr. Rao. filed a timely motion for consolidation, appointment as lead plaintiff, and approval of his selection of counsel. Dkt. No. 17. Eight similar motions were filed by other putative class members in this action, including Mr. Bozorgis. Dkt. No. 25.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Bozorgis has the largest financial interest. *See* Dkt. No. 26-4 (claiming a loss of $1,539,508.17). Mr. Rao appears to have the second largest financial interest of the remaining movants. *See* Dkt. No. 17-4 (claiming a loss of $602,392.89). As such, Mr. Rao does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA, and does not oppose the lead plaintiff motion of Mr. Bozorgis.

However, if the Court determines that Mr. Bozorgis is incapable or inadequate to represent the class in this litigation, Rao remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Rao does not waive his rights to participate and recover as a class member in this litigation.

| | |
|---|---|
| Dated: November 9, 2021 | Respectfully submitted, |

                                        **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**

                                        */s/ Sammy Ford IV*
Sammy Ford IV
State Bar No. 24061331
Jordan Warshauer
State Bar No. 24086613
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
Email:  sford@azalaw.com
        jwarshauer@azalaw.com

*Liaison Counsel for Manohar K. Rao*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Manohar K. Rao*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 9, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sammy Ford IV*
Sammy Ford IV