UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 1:21-cv-00751-RP<br><br><u>CLASS ACTION</u> |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00760-RP<br><br><u>CLASS ACTION</u> |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00856-RP<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

**APPENDIX OF EXHIBITS IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOHAMMAD BOZORGI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

- 2 -

| | | |
|---|---|---|
| MANOHAR K. RAO, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 1:21-cv-00971-RP |
| Plaintiff, | § § § | |
| vs. | § § | |
| CASSAVA SCIENCES, INC., et al., | § § § | |
| Defendants. | § § § | |

- 2 -

| DOCUMENT | TAB |
|---|---|
| Affidavit of Joe Kendall in Support of Reply Memorandum of Law in Further Support of Mohammad Bozorgi's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel | 1 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document and attached exhibits through the Court's CM/ECF system on November 16, 2021, which will serve all counsel of record.

*/s/ Joe Kendall*
JOE KENDALL