# TAB 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>   Defendants. | § § § § § § § § § § § § | Civil Action No. 1:21-cv-00751-RP<br><br><u>CLASS ACTION</u> |
| WANDA NEWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>   Defendants. | § § § § § § § § § § § § | Civil Action No. 1:21-cv-00760-RP<br><br><u>CLASS ACTION</u> |
| KATLYN K. REIN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.<br><br>   Defendants. | § § § § § § § § § § § § | Civil Action No. 1:21-cv-00856-RP<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOHAMMAD BOZORGI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

- 1 -

4893-6760-3204.v1

- 2 -

| | | |
|---|---|---|
| MANOHAR K. RAO, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 1:21-cv-00971-RP |
| Plaintiff, | § § § | |
| vs. | § § | |
| CASSAVA SCIENCES, INC., et al., | § § | |
| Defendants. | § § | |

4893-6760-3204.v1

- 3 -

I, Joe Kendall, declare, under penalty of perjury:

1.  I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas, this Court, and am local counsel for proposed lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Mr. Bozorgi's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

2.  Attached is a true and correct copy of the following exhibit:

Exhibit 1:   Mr. Bozorgi's Supplemental Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2021.

s/ Joe Kendall<br>
JOE KENDALL