# EXHIBIT 1

## SUPPLEMENTAL DECLARATION OF MOHAMMAD BOZORGI

I, Mohammad Bozorgi, submit this declaration in further support of my lead plaintiff application. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1. I am not a day-trader or an investor that executes premeditated intraday strategies to profit off of price changes. I did not trade in Cassava Sciences, Inc. common stock in response to any non-public information or technical analysis.

2. As reflected in my Certification, beginning with my first Class Period purchase on February 3, 2021, I held a continuous net long position between 4,400 shares and 29,400 shares every day through the end of the Class Period, and therefore never liquidated my entire position.

3. Five times during the Class Period when I was net long on at least 4,400 shares of Cassava common stock, I made *additional* purchases of Cassava common stock and subsequently sold those *additional* shares later that day when I saw that the price of these shares increased and I wanted to lock in a profit. At all relevant times, I retained a net long position of at least 4,400 shares even after each of these sales, had a bullish view on Cassava's common stock, and relied on both the market price of Cassava's common stock and the accuracy of Cassava's representations to investors.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 16 day of November, 2021.

                                                                    DocuSigned by:
                                                         [signature]
                                                     A1D62A44F5674DE...
                                            MOHAMMAD BOZORGI

4893-2886-0419.v1