IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PIERRE BRAZEAU, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-751-RP |
| CASSAVA SCIENCES, INC., et al., | § § § | |
| Defendants. | § § | |

**ORDER**

**IT IS ORDERED** that this action is **TRANSFERRED** to the docket of the Honorable David Ezra, United States District Judge for the Western District of Texas.

**SIGNED** on April 11, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE