- 1 -

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | § § § § § § § |

**AGREED MOTION FOR FILING CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**

Lead Plaintiff Mohammad Bozorgi ("Lead Plaintiff") and defendants Cassava Sciences, Inc., Remi Barbier, Eric J. Schoen, James W. Kupiec, Nadav Friedmann, and Michael Marsman (collectively, "Defendants") (together with Lead Plaintiff, the "Parties"), hereby jointly agree, subject to the Court's approval, to a proposed schedule for: (1) the filing of Lead Plaintiff's consolidated complaint; and (2) briefing on Defendants' motion to dismiss the consolidated complaint.

WHEREAS:

1. The first complaint in this consolidated action was filed by Pierre Brazeau on August 27, 2021 (No. 1:21-cv-00751-RP) on behalf of a purported class of purchasers of securities of Cassava Sciences, Inc.;

2. On June 30, 2022, the Court consolidated all related actions and ordered the Parties to, among other things, confer within 14 days of the Court's appointment of Lead Plaintiff and propose a schedule for: (1) Lead Plaintiff to file a consolidated complaint; and (2) briefing on Defendants' motion to dismiss the consolidated complaint (ECF 58);

3. On June 30, 2022, the Court also appointed Mohammad Bozorgi as Lead Plaintiff and approved his selection of counsel, Robbins Geller Rudman & Dowd LLP, as Lead Counsel (ECF 59); and

4. The Parties have agreed to the following proposed schedule for the filing of the consolidated complaint and related motion to dismiss briefing.

IT IS HEREBY AGREED TO, by and between the undersigned Parties, and respectfully submitted for the Court's approval, as follows:

1. Lead Plaintiff shall file a consolidated complaint no later than August 18, 2022;

2. Defendants shall file a motion to dismiss the consolidated complaint no later than October 17, 2022;

3. Lead Plaintiff shall file an opposition to the motion to dismiss the consolidated complaint no later than December 16, 2022; and

4. Defendants shall file a reply in support of the motion to dismiss the consolidated complaint no later than January 16, 2023.

This Agreed Motion will serve the interests of justice and the Parties agree that the proposed Order filed herewith may be entered without further notice.

DATED: July 14, 2022                                KENDALL LAW GROUP, PLLC
                                                    JOE KENDALL (Texas Bar No. 11260700)


                                                    *s/ Joe Kendall*
                                                    JOE KENDALL

                                                    3811 Turtle Creek Blvd., Suite 1450
                                                    Dallas, TX  75219
                                                    Telephone:  214/744-3000
                                                    214/744-3015 (fax)
                                                    jkendall@kendalllawgroup.com

                                                    Local Counsel for Lead Plaintiff

                                                    ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                                    DANIEL S. DROSMAN (CA Bar No. 200643)
                                                    (*admitted pro hac vice*)
                                                    KEVIN A. LAVELLE (CA Bar No. 292442)
                                                    (*admitted pro hac vice*)
                                                    NATALIE F. LAKOSIL (CA Bar No 322836)
                                                    (*admitted pro hac vice*)
                                                    655 West Broadway, Suite 1900
                                                    San Diego, CA  92101
                                                    Telephone:  619/231-1058
                                                    619/231-7423 (fax)
                                                    dand@rgrdlaw.com
                                                    klavelle@rgrdlaw.com
                                                    nlakosil@rgrdlaw.com

                                                    Lead Counsel for Lead Plaintiff

DATED:  July 14, 2022               ORRICK, HERRINGTON &SUTCLIFFE LLP
                                    WILLIAM J. FOLEY (NY Bar No. 4797536)
                                    (*admitted pro hac vice*)
                                    CLAUDIA WILSON FROST (Texas State Bar
                                    No. 21671300)


                                           *s/ William J. Foley*
                                    WILLIAM J. FOLEY

                                    609 Main, 40th Floor
                                    Houston, TX 77002
                                    Telephone: 713-658.6400
                                    713/658.6401 (fax)
                                    wfoley@orrick.com
                                    cfrost@orrick.com

                                    ORRICK, HERRINGTON &SUTCLIFFE LLP
                                    JAMES N. KRAMER (CA Bar No. 154709)
                                    (*admitted pro hac vice*)
                                    ALEXANDER K. TALARIDES (CA Bar No.
                                    268068) (*admitted pro hac vice*)
                                    405 Howard Street
                                    San Francisco, CA 94105
                                    Telephone: 415/773-5700
                                    415/773-5759 (fax)
                                    atalarides@orrick.com
                                    jkramer@orrick.com

- 4 -

ORRICK, HERRINGTON &SUTCLIFFE LLP
WILLIAM J. FOLEY (NY Bar No. 4797536)
(*admitted pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: 212/506.5000
212/506-5151 (fax)
wfoley@orrick.com

Attorneys for Defendants Cassava Sciences, Inc., Remi Barbier, Eric J. Schoen, James W. Kupiec, Nadav Friedmann, and Michael Marsman

### CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that he has conferred by email on July 13 and 14, 2022 with Alexander K. Talarides, counsel for Defendants, who confirmed that each Defendant agreed to this motion.

                                         */s/ Kevin A. Lavelle*
                                         KEVIN A. LAVELLE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Joe Kendall*
JOE KENDALL

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

4883-3785-0153.v2