- 1 -

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

ORDER GRANTING AGREED MOTION FOR FILING CONSOLIDATED COMPLAINT
AND MOTION TO DISMISS BRIEFING

- 1 -

4884-9345-0025.v1

- 2 -

This Court, having considered the Agreed Motion for Filing Consolidated Complaint and Motion to Dismiss Briefing hereby GRANTS the motion and ORDERS the following:

1. Lead Plaintiff shall file a consolidated complaint no later than August 18, 2022;

2. Defendants shall file a motion to dismiss the consolidated complaint no later than October 17, 2022;

3. Lead Plaintiff shall file an opposition to the motion to dismiss the consolidated complaint no later than December 16, 2022; and

4. Defendants shall file a reply in support of the motion to dismiss the consolidated complaint no later than January 16, 2023.

SIGNED this _____ day of _____ 2022.

_____
THE HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE