## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION**

_____

Case No.:   **1:21-cv-00751-DAE**

**This Document Relates To: All Actions**

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Megan A. Rossi**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____**Mohammad Bozorgi**_____ in this case, and would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

**Robbins Geller Rudman & Dowd LLP**_____.

with offices at

Mailing address:   **655 West Broadway, Suite 1900**

City, State, Zip Code:   **San Diego, CA 92101**

Telephone:   **619/231.1058**

Facsimile:   **619/231.7423**

Email:   **mrossi@rgrdlaw.com**

2.      Since _____ **2017** _____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____ **California** _____.

Applicant's bar license number is _____ **318643** _____.

3.      Applicant has been admitted to practice before the following courts:

Court:                                              Admission date:

**Central District of California**                  **1/17/2018**

_____                    _____

_____                    _____

_____                    _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**N/A**

_____

5.      Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/A**

_____

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and
     will comply with the standards of practice set out therein.

8.   Select one:

     ☐   Applicant has on file an application for admission to practice before the United
         States District Court for the Western District of Texas.

     ☑   Applicant has co-counsel in this case who is admitted to practice before the United
         States District Court for the Western District of Texas.

         Co-counsel:            **Joe Kendall, Kendall Law Group,  PLLC**

         Mailing address:       **3811 Turtle Creek Blvd., Suite 1450**

         City, State, Zip Code:   **Dallas, TX 75219**

         Telephone:             **214/744.3000**

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00
     *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable
     to: **Clerk, U.S. District Court**].

10.  Should the Court grant applicant's motion, Applicant shall register as a filing user within 10
     days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing
     in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Megan A. Rossi** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Megan A. Rossi** _____
[printed name of Applicant]

_____ _____
[signature of Applicant]

CERTIFICATE OF SERVICE

   I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ___22___ day of _____ **August** _____, ___**2022**___.

_____ **Megan A. Rossi** _____
[printed name of Applicant]

_____ _____
[signature of Applicant]

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**In re CASSAVA SCIENCES, INC. SECURITIES
LITIGATION**

-vs-

Case No.   **1:21-cv-00751-DAE**

**This Document Relates To: All Actions**

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Megan A. Rossi**_____ ("Applicant"), counsel for _____**Mohammad Bozorgi**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Mohammad Bozorgi**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE