UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION | § §<br>§ Master File No. 1:21-cv-00751-DAE<br>§<br>§ CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

**[PROPOSED] ORDER GRANTING OPPOSED MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY**

4870-3920-1843.v1

- 1 -

This Court, having considered Plaintiffs' Opposed Motion for Partial Relief from the PSLRA Discovery Stay, and all papers and argument provided in connection with the motion, hereby GRANTS the motion and ORDERS the following:

1. The discovery stay imposed by the Private Securities Litigation Reform Act of 1995 is partially lifted for the limited purpose of allowing Plaintiffs in this action to obtain: (i) the documents produced to plaintiffs in the shareholder derivative action filed in the Delaware Court of Chancery, *Jeanne M. Calamore, et al. v. Remi Barbier, et al.*, No. 2022-0737-MTZ (Del. Ch. filed Aug. 19, 2022), pursuant to an 8 Del. C. §220 books and records demand; and (ii) all documents, interviews and information produced or otherwise provided to the United States Securities and Exchange Commission, United States Department of Justice, and/or the National Institutes of Health pursuant to those agencies' investigations related to Cassava Sciences, Inc.  No other discovery shall be permitted at this time.

SIGNED this _____ day of _____ 2022.

_____
THE HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE