# TAB 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:21-cv-00751-DAE |
| | § | CLASS ACTION |
| This Document Relates To: | § § | |
| ALL ACTIONS | § § § § § | |

**AFFIDAVIT OF KEVIN LAVELLE IN SUPPORT OF OPPOSED MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY**

- 1-

I, Kevin Lavelle, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi.  I submit this affidavit in support of the Opposed Motion for Partial Relief from the PSLRA Discovery Stay.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:      Verified Stockholder Derivative Complaint.

Exhibit B:      August 4, 2022 Form 10-Q.

Exhibit C:      September 13, 2022 Corporate Presentation titled: We Focus on Alzheimer's disease.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 30, 2022.

s/ Kevin Lavelle
KEVIN LAVELLE

4869-7232-8246.v1