IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**UNOPPOSED MOTION FOR EXTENSIONS TO BRIEFING SCHEDULE**

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively, "Defendants") respectfully move the Court for an extension of time for the briefing schedule regarding the Opposed Motion for Partial Relief from the PSLRA Discovery Stay (ECF No. 72) and would show the Court as follows:

1. On September 30, 2022, Lead Plaintiff Mohammad Bozorgi and additional Plaintiffs Ken Calderone and Manohar K. Rao ("Plaintiffs" and, together with Defendants, the "Parties") filed an Opposed Motion for Partial Relief from the PSLRA Discovery Stay (ECF No. 72).

2. Defendants' response is currently due on October 7, 2022.

3. Plaintiffs' reply is currently due on October 14, 2022.

4. On October 4 and 5, 2022, the Parties conferred by email and Plaintiffs do not oppose Defendants' request for an extension of time to file their response on October 25, 2022, provided that Plaintiffs' reply is due on November 4, 2022, as reflected in the following proposed briefing schedule:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' Response | October 7, 2022 | October 25, 2022 |
| Plaintiffs' Reply | October 14, 2022 | November 4, 2022 |

5. This brief extension will not affect any deadlines or the trial date.

               Respectfully submitted

               */s/ Claudia Wilson Frost*
               Claudia Wilson Frost
               State Bar No. 21671300
               **ORRICK, HERRINGTON & SUTCLIFFE LLP**
               609 Main, 40th Floor
               Houston, TX 77002
               Telephone: 713.658.6400
               Facsimile:  713.658.6401
               cfrost@orrick.com

               William J. Foley (admitted *pro hac vice*)
               **ORRICK, HERRINGTON & SUTCLIFFE LLP**
               51 West 52nd St.
               New York, NY 10019
               Telephone: 212.506.5000
               Facsimile:  212.506.5151
               wfoley@orrick.com

               James N. Kramer (admitted *pro hac vice*)
               Alexander K. Talarides (admitted *pro hac vice*)
               **ORRICK, HERRINGTON & SUTCLIFFE LLP**
               405 Howard St.
               San Francisco, CA 94105
               Telephone: 415.773.5700
               Facsimile:  415.773.5759
               jkramer@orrick.com
               atalarides@orrick.com

               ATTORNEYS FOR CASSAVA SCIENCES,
               INC., REMI BARBIER, LINDSAY BURNS,
               NADAV FRIEDMANN, AND ERIC J.
               SCHOEN

/s/ *Kevin A. Lavelle*
Daniel S. Drosman (admitted *pro hac vice*)
Kevin A. Lavelle (admitted *pro hac vice*)
Natalie F. Lakosil (admitted *pro hac vice*)
Megan A. Rossi (admitted *pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
Facsimile: 619.231.7423
dand@rgrdlaw.com
klavelle@rgrdlaw.com
nlakosil@rgrdlaw.com
mrossi@rgrdlaw.com

Joe Kendall
State Bar No. 11260700
Kendall Law Group, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214.744.3000
Facsimile: 214.744.3015
jkendall@kendalllawgroup.com

ATTORNEYS FOR LEAD PLAINTIFF
MOHAMMAD BOZORGI AND
ADDITIONAL PLAINTIFF KEN
CALDERONE

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 4 and 5, 2022, the Parties' counsel conferred by email and Plaintiffs do not oppose the relief sought in this Motion.

/s/ *William J. Foley*
William J. Foley

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2022, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

/s/ *Claudia Wilson Frost*
Claudia Wilson Frost