IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSIONS TO BRIEFING SCHEDULE

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen ("Defendants") Unopposed Motion for Extensions to Briefing Schedule ("Motion") regarding the Opposed Motion for Partial Relief from the PSLRA Discovery Stay (ECF No. 72). Having reviewed the Motion, the Court concludes that the Motion should be **GRANTED**. Accordingly, the Court amends the briefing schedule for the Opposed Motion for Partial Relief from the PSLRA Discovery Stay as follows:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' Response | October 7, 2022 | October 25, 2022 |
| Plaintiffs' Reply | October 14, 2022 | November 4, 2022 |

SIGNED this 6th day of October 2022.

_____
The Honorable David Alan Ezra