IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

### UNOPPOSED MOTION FOR EXTENSIONS TO BRIEFING SCHEDULE

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively, "Defendants") respectfully move the Court for an extension of time for the briefing schedule regarding a motion to dismiss the consolidated complaint to be filed and would show the Court as follows:

1. On July 14, 2022, Lead Plaintiff Mohammad Bozorgi ("Lead Plaintiff") filed an Agreed Motion for Filing Consolidated Complaint and Motion to Dismiss Briefing (ECF No. 66).

2. On August 10, 2022, the Court signed the Order Granting Agreed Motion for Filing Consolidated Complaint and Motion to Dismiss Briefing (ECF No. 67) allowing (i) Defendants to file a motion to dismiss the consolidated complaint no later than October 17, 2022, (ii) Lead Plaintiff to file a response in opposition to the motion to dismiss the consolidated complaint no later than December 16, 2022, and (iii) Defendants to file a reply in support of the motion to dismiss the consolidated complaint no later than January 16, 2023.

3. On October 5 and 7, 2022, the Defendants' counsel and Lead Plaintiff's counsel conferred by email and have agreed on the following briefing schedule:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' Motion to Dismiss | October 17, 2022 | October 24, 2022 |
| Lead Plaintiff's Response | December 16, 2022 | December 23, 2022 |
| Defendants' Reply | January 16, 2023 | January 23, 2023 |

4. This brief extension will not affect any deadlines or the trial date.

        Respectfully submitted

        */s/ Claudia Wilson Frost*
        Claudia Wilson Frost
        State Bar No. 21671300
        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        609 Main, 40th Floor
        Houston, TX 77002
        Telephone: 713.658.6400
        Facsimile: 713.658.6401
        cfrost@orrick.com

        William J. Foley (admitted *pro hac vice*)
        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        51 West 52nd St.
        New York, NY 10019
        Telephone: 212.506.5000
        Facsimile: 212.506.5151
        wfoley@orrick.com

        James N. Kramer (admitted *pro hac vice*)
        Alexander K. Talarides (admitted *pro hac vice*)
        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        405 Howard St.
        San Francisco, CA 94105
        Telephone: 415.773.5700
        Facsimile: 415.773.5759
        jkramer@orrick.com
        atalarides@orrick.com

        ATTORNEYS FOR CASSAVA SCIENCES,
        INC., REMI BARBIER, LINDSAY BURNS,
        NADAV FRIEDMANN, AND ERIC J.
        SCHOEN

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that on October 5 and 7, 2022, the Parties' counsel conferred by email and Lead Plaintiff does not oppose the relief sought in this Motion.

*/s/ William J. Foley*
William J. Foley

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 10, 2022, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost