IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION § § § § This Document Relates to: § § ALL ACTIONS § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSIONS TO BRIEFING SCHEDULE

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen ("Defendants") Unopposed Motion for Extensions to Briefing Schedule ("Motion") regarding a motion to dismiss the consolidated complaint to be filed. Having reviewed the Motion, the Court concludes that the Motion should be **GRANTED**. Accordingly, the Court amends the briefing schedule for the motion to dismiss the consolidated complaint as follows:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' Motion to Dismiss | October 17, 2022 | October 24, 2022 |
| Lead Plaintiff's Response | December 16, 2022 | December 23, 2022 |
| Defendants' Reply | January 16, 2023 | January 23, 2023 |

SIGNED this 11 day of October 2022.

The Honorable David Alan Ezra