IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS OF PAGE LIMITS OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively "Defendants") hereby move for leave to file the attached Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities in excess of the page limit set by local rule CV-7(C). Specifically, Defendants request a page limit of 35 pages, exclusive of the caption, the signature block, any certificate, and any accompanying documents. Plaintiffs do not oppose this motion.  Defendants respectfully show the Court the following:

1. This is a complex class action securities lawsuit where Plaintiffs have filed a 170-page Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint") that asserts dozens of alleged misstatements spanning 526 paragraphs. Plaintiffs allege these statements were made during a putative class period spanning almost two years, September 14, 2020, through July 26, 2022.

2. In order to appropriately address the numerous allegations raised in the 170-page, 526 paragraph Consolidated Complaint, Defendants seek to file a Motion to Dismiss the Consolidated Complaint in excess of the 20 pages permitted by local rule CV-7(C). Accordingly, Defendants request the Court's leave to file a 35-page Motion to Dismiss the Consolidated

Complaint.

3.      Defendants conferred with Plaintiffs regarding this motion on October 7, 2022, and

Plaintiffs do not oppose a page extension, provided that Defendants agree that Plaintiffs are entitled

to an equal number of pages for their response.  Defendants agree that, should the Court grant this

request, that Plaintiffs are entitled to an equal number of pages for their response.

Dated:  October 24, 2022                              Respectfully submitted,

                                                      /s/ James N. Kramer
                                                      James N. Kramer (admitted *pro hac vice*)
                                                      Alexander K. Talarides (admitted *pro hac vice*)
                                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                      405 Howard Street
                                                      San Francisco, CA 94105
                                                      Telephone: 415.773.5700
                                                      Facsimile:  415.773.5759
                                                      jkramer@orrick.com
                                                      atalarides@orrick.com

                                                      Claudia Wilson Frost
                                                      State Bar No. 21671300
                                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                      609 Main, 40th Floor
                                                      Houston, TX 77002
                                                      Telephone: 713.658.6400
                                                      Facsimile:  713.658.6401
                                                      cfrost@orrick.com

                                                      William J. Foley (admitted *pro hac vice*)
                                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                      51 West 52nd Street
                                                      New York, NY 10019
                                                      Telephone: 212.506.5000
                                                      Facsimile:  212.506.5151
                                                      wfoley@orrick.com

                                                      *Attorneys for Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 7, 2022, the Parties' counsel conferred by email and Lead Plaintiff does not oppose the relief sought in this Motion.

*/s/ William J. Foley*
William J. Foley

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2022, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/ James N. Kramer*
James N. Kramer