IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION §§§§§§§§§§§ | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS OF PAGE LIMITS OF MOTION
TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen's Unopposed Motion for Leave to File Excess of Page Limits (the "Motion") regarding their contemporaneously filed motion to dismiss the consolidated complaint. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

**IT SO ORDERED.**

Dated: _____ 2022.

_____
THE HONORABLE DAVID ALAN EZRA