# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

**AFFIDAVIT OF ALEXANDER K. TALARIDES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Alexander K. Talarides, declare as follows under the penalty of perjury:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Cassava Sciences, Inc. ("Cassava" or the "Company"), Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively, "Defendants"). I submit this declaration in support of Cassava's Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the initial Citizen Petition and the accompanying Statement of Concern filed with the Federal Drug Administration and available on the public FDA nonruling docket, dated August 18, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of a press release disclosing the short positions in Cassava held by the authors of the Citizen Petition, dated August 25, 2021.

4. Attached hereto as Exhibit 3 is an excerpt of Cassava Sciences, Inc.'s Stock Price chart from August 18, 2021 to August 26, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of the FDA Response Letter denying the Citizen Petition, dated February 10, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of the 2021 *Molecular Neurodegeneration* Retraction Note, dated February 4, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of the *Neurobiology of Aging* Expression of Concern, available online March 22, 2022.

8. Attached hereto as Exhibit 7 is an excerpted copy of Cassava's 2021 quarterly report for Q3 on Form 10-Q, containing Cassava's disclosure that certain government agencies had requested information and documents from Cassava, dated November 15, 2021.

9. Attached hereto as Exhibit 8 is a true and correct copy of a transcript of the Q&A B. Riley Securities' 2022 Virtual Neurology & Ophthalmology Conference Transcript, containing Remi Barbier's statements regarding the FDA's denial of the Citizen Petition, dated April 27, 2022.

10. Attached hereto as Exhibit 9 is an excerpted copy of Cassava's 2021 proxy statement disclosing Defendants' stock ownership, dated March 31, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California on October 24, 2022.

*/s/ Alexander K. Talarides*
Alexander K. Talarides