# EXHIBIT 3

# CASSAVA SCIENCES, INC.
## HISTORICAL STOCK PRICE FOR AUGUST 18-26, 2021

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|------|-------|-----------|--------|
| 8/18/2021 | 102.309998 | 113.889999 | 102.169998 | 106.169998 | 106.169998 | 3561800 |
| 8/19/2021 | 106 | 107.040001 | 99.040001 | 101.230003 | 101.230003 | 2779600 |
| 8/20/2021 | 102.040001 | 107.199997 | 99.559998 | 104.059998 | 104.059998 | 3043100 |
| 8/23/2021 | 104.989998 | 116.870003 | 103.199997 | 115.610001 | 115.610001 | 3372600 |
| 8/24/2021 | 122.410004 | 123.370003 | 115.529999 | 117.830002 | 117.830002 | 5134800 |
| 8/25/2021 | 83.470001 | 96.629997 | 78.510002 | 80.860001 | 80.860001 | 29062700 |
| 8/26/2021 | 84.010002 | 86.360001 | 67.599998 | 70.849998 | 70.849998 | 25023100 |