# EXHIBIT 5

Wang *et al. Molecular Neurodegeneration* (2022) 17:14
https://doi.org/10.1186/s13024-022-00519-x

Molecular Neurodegeneration



# RETRACTION NOTE

**Open Access**

# Retraction Note: Calcium-dependent cytosolic phospholipase A2 activation is implicated in neuroinflammation and oxidative stress associated with ApoE4

Shaowei Wang[1], Boyang Li[1], Victoria Solomon[1], Alfred Fonteh[2], Stanley I. Rapoport[3], David A. Bennett[4], Zoe Arvanitakis[4], Helena C. Chui[1], Carol Miller[1], Patrick M. Sullivan[5], Hoau-Yan Wang[6,7] and Hussein N. Yassine[1*]

**Retraction Note: Mol Neurodegener 16, 26 (2021)**
**https://doi.org/10.1186/s13024-021-00438-3**

The authors have retracted this article because concerns have been raised regarding the data presented in Fig. 9. The authors are collecting new data and intend to submit a new manuscript for peer review in due course.

Authors Shaowei Wang, Boyang Li, Victoria Solomon, Alfred Fonteh, Stanley I. Rapoport, David A. Bennett, Zoe Arvanitakis, Helena C. Chui, Patrick M. Sullivan, Hoau-Yan Wang & Hussein N. Yassine agree to this retraction.

Author Carol Miller has not responded to any correspondence from the editor or publisher about this retraction.

**Author details**
[1]Departments of Medicine and Neurology, Keck School of Medicine, University of Southern California, Los Angeles, CA, USA. [2]Huntington Medical Research Institutes, Pasadena, CA, USA. [3]National Institute on Alcohol Abuse and Alcoholism, Bethesda, MD, USA. [4]Rush Alzheimer's Disease Center, Rush University Medical Center, Chicago, IL, USA. [5]Department of Medicine, Duke University Medical Center, Durham Veterans Health Administration Medical Center's Geriatric Research, Education and Clinical Center, Durham, NC, USA. [6]The City University of New York School of Medicine, New York, NY, USA. [7]Graduate School of The City University of New York, New York, USA.

Published online: 04 February 2022

**Publisher's Note**
Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

The original article can be found online at https://doi.org/10.1186/s13024-021-00438-3.

*Correspondence:  hyassine@usc.edu
[1] Departments of Medicine and Neurology, Keck School of Medicine, University of Southern California, Los Angeles, CA, USA
Full list of author information is available at the end of the article



© The Author(s) 2022. **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.