# EXHIBIT 6

Neurobiology of Aging 113 (2022) 152




Contents lists available at ScienceDirect

# Neurobiology of Aging

journal homepage: www.elsevier.com/locate/neuaging.org

# Expression of Concern: Wang et al., (2017) PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol. Aging, 55:99-114

A reader has made the editors aware of concerns regarding the above-referenced report published at Neurobiology of Aging. These issues were conveyed to the authors, who provided a detailed response, including images of relevant uncropped western blots and photomicrographs, as the editor requested. The material was evaluated by an independent expert with relevant methodological expertise, the manuscript was scanned by AI-based figure proofing software (i.e., Proofig), and all available input was considered by the handling editor and Editor-in-Chief. Overall, the editors did not find compelling evidence of data manipulation intended to misrepresent the results. However, the following errors in the published report were identified during the course of the evaluation:

- The commercial catalog number listed for the primary antibody against $\alpha 7$ nicotinic receptor is incorrect.
- The specific activity of the $C^{14}$-PTI-125 is incorrect.
- The filamin A (FLNA) concentration in the binding assay is incorrect.
- The scintillation counter used to assay $C^{14}$ was not properly calibrated or configured for the $C^{14}$ radioisotope, and the absolute values reported are not reliable.
- In Figure 7, the 10-month-old HP panel for the WT - PTI-125 group is duplicated as the 6-month-old HP panel for the WT - vehicle group.
- Labeling in the key to Figure 12, lane 8, is incorrect.
- NR1 loading controls in Figure 12 were not measured from stripped re-probed gels as indicated in the published report; they were run on separate gels and one lane was omitted in Figure 12.
- Whereas the composition of Figure 12 suggests that all conditions were run on the same gel, conditions were in fact split across two gels (without internal controls or repeats).

The authors have requested a corrigendum to correct these issues. However, Neurobiology of Aging is aware of an ongoing inquiry of these and other concerns by the sponsoring institution, the City University of New York (CUNY), and will make a final decision as to appropriate corrective action once that inquiry has been concluded.

https://doi.org/10.1016/j.neurobiolaging.2022.03.012