IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § This Document Relates To: § § ALL ACTIONS. § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |

**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively, "Defendants") Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws ("Motion"). Having considered the papers and arguments of counsel, the Court is of the opinion that Defendants' Motion should be GRANTED.

It is therefore ORDERED that Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws is GRANTED.

SIGNED this _____ day of _____ 2022.

_____
The Honorable David Alan Ezra