IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | § § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS OF PAGE LIMITS OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT

Before the Court is Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen's Unopposed Motion for Leave to File Excess of Page Limits (the "Motion") regarding their contemporaneously filed motion to dismiss the consolidated complaint. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

**IT SO ORDERED.**

Dated: October 25, 2022.

THE HONORABLE DAVID ALAN EZRA