UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT IN EXCESS OF PAGE LIMITS**

Before the Court is Plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao Unopposed Motion for Leave to File Excess of Page Limits regarding their contemporaneously filed opposition to Defendants' motion to dismiss the consolidated complaint. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

\* \* \*

### O R D E R

IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE