UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § § |  Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT IN EXCESS OF PAGE LIMITS**

Before the Court is Plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao Unopposed Motion for Leave to File Excess of Page Limits regarding their contemporaneously filed opposition to Defendants' motion to dismiss the consolidated complaint. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED:  December 27, 2022

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE