IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
EXCESS OF PAGE LIMITS OF REPLY IN SUPPORT OF MOTION
TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Defendants hereby move for leave to file the attached Reply in Support of their Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws in excess of the page limit set by local rule CV-7(f). Specifically, Defendants request a page limit of 18 pages, exclusive of the caption, the signature block, any certificate, and any accompanying documents. Plaintiffs do not oppose this motion. Defendants respectfully show the Court the following:

1. This is a complex class action securities lawsuit where Plaintiffs have filed a 170-page Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint") that asserts dozens of alleged misstatements spanning 526 paragraphs. Plaintiffs allege these statements were made during a putative class period spanning almost two years, September 14, 2020, through July 26, 2022.

2. Defendants previously requested the Court's leave to file a 35-page Motion to Dismiss Plaintiffs' Consolidated Complaint and the Court granted that motion. Dkt. Nos. 78, 80. Plaintiffs subsequently requested the Court's leave to file a 35-page Opposition to Defendants' Motion to Dismiss and the Court granted that motion. Dkt. Nos. 84, 85.

3. Accordingly, Defendants seek to file an 18-page Reply in Support of their Motion to Dismiss the Consolidated Complaint, i.e., eight pages in excess of the 10 pages permitted by local rule CV-7(f).

4. Defendants conferred with Plaintiffs regarding this motion on January 18-19, 2023, and Plaintiffs do not oppose this page extension, which is proportional to the previous page extensions that the Court has granted.

Dated:  January 23, 2023

Respectfully submitted,

*/s/ James N. Kramer*
James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile:  415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com

William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: 212.506.5000
Facsimile:  212.506.5151
wfoley@orrick.com

*Attorneys for Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 18-19, 2023, the Parties' counsel conferred by email and Lead Plaintiff does not oppose the relief sought in this Motion.

*/s/ William J. Foley*
William J. Foley

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 23, 2023, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/James N. Kramer*
James N. Kramer