IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS OF PAGE LIMITS OF REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Before the Court is Defendants' Unopposed Motion for Leave to File Excess of Page Limits (the "Motion") regarding their contemporaneously filed Reply in Support of their Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

   **IT SO ORDERED.**


Dated: _____ 2023.


                                             _____
                                             THE HONORABLE DAVID ALAN EZRA