IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS OF PAGE LIMITS OF REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Before the Court is Defendants' Unopposed Motion for Leave to File Excess of Page Limits (the "Motion") regarding their contemporaneously filed Reply in Support of their Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws. Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

**IT SO ORDERED.**

Dated: Austin, Texas, January 24, 2023.

THE HONORABLE DAVID ALAN EZRA