IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**AFFIDAVIT OF ALEXANDER K. TALARIDES IN SUPPORT
OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
DISMISS THE CONSOLIDATED COMPLAINT FOR
<u>VIOLATIONS OF THE FEDERAL SECURITIES LAWS</u>**

I, Alexander K. Talarides, declare as follows under the penalty of perjury:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Cassava Sciences, Inc. ("Cassava" or the "Company"), Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen (collectively, "Defendants"). I submit this declaration in support of Defendants' Reply in Support of their Motion to Dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached hereto as Exhibit 10 is a true and correct copy of defendants David Bredt and Geoffrey Pitt's Memorandum of Law in Support of their Motion to Dismiss filed in *Cassava Sciences, Inc. v. Bredt, et al.*, 1:22-cv-09409, which is presently pending in the U.S. District Court for the Southern District of New York, dated January 6, 2023.

3. Attached hereto as Exhibit 11 is a true and correct copy of Cassava's current report on Form 8-K filed with the Securities and Exchange Commission, dated May 15, 2020.

2

4.      Attached hereto as Exhibit 12 is an excerpted copy of Cassava's 2022 quarterly report for Q3 on Form 10-Q filed with the Securities and Exchange Commission, dated November 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in San Francisco, California on January 23, 2023.

                                      */s/ Alexander K. Talarides*
                                      Alexander K. Talarides