IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § | Master File No. 1:21-cv-00751-DAE |
| § | |
| This Document Relates To: § § | CLASS ACTION |
| ALL ACTIONS. § § § | |

## SUGGESTION OF DEATH OF DEFENDANT NADAV FRIEDMANN

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Defendants Cassava Sciences, Inc., Remi Barbier, Eric Schoen, James Kupiec, Michael Marsman and Lindsay Burns hereby notify the Court and all parties that Defendant Nadav Friedmann has died.

Dated:  January 27, 2023

Respectfully submitted,

*/s/ James N. Kramer*
James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile:  415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com

William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: 212.506.5000
Facsimile:  212.506.5151
wfoley@orrick.com

*Attorneys for Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen*

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 27, 2023, a true and correct copy of this notice was served upon each attorney of record through the Court's CM/ECF system.

*/s/ James N. Kramer*
James N. Kramer