UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Pierre Brazeau, et al. | § § § | |
| Plaintiffs, | § | NO: AU:21-CV-00751-DAE |
| vs. | § § | |
| Cassava Sciences, Inc., et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** hearing on the pending MOTION to Dismiss (Dkt no. 81) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, April 26, 2023 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas March 22, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE