IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |
| This Document Relates to: <br><br> ALL ACTIONS | | |

## ORDER

BE IT REMEMBERED on this the _____ day of _____ 2023, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Adam Miller ("Applicant"), counsel for Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen and the Court, having reviewed the motion, enters the following order:

IT IS ORDERD that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Nadav Friedmann, and Eric J. Schoen in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with the Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE