IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC.<br>SECURITIES LITIGATION | §<br>§<br>§ | Master File No. 1:21-cv-00751-DAE |
| This Document Relates to:<br><br>ALL ACTIONS | §<br>§<br>§<br>§<br>§ | CLASS ACTION |

**ORDER GRANTING MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT
FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

This Court, having considered Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, hereby GRANTS the Motion and ORDERS the following:

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's deadline to respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws is extended to June 26, 2023.

IT IS SO ORDERED.

DATED:  Austin, Texas, _____, 2023.

_____
David Alan Ezra
Senior United States District Judge