IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

### ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

This Court, having considered Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, hereby GRANTS the Motion and ORDERS the following:

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's deadline to respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws is extended to **June 26, 2023**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, May 24, 2023.

_____
David Alan Ezra
Senior United States District Judge