IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

### DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") hereby move the Court for an order extending the time for Defendant to respond to Plaintiff's Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint").

1. Plaintiffs filed their Consolidated Complaint on August 18, 2022 (ECF No. 68).

2. Defendants filed their Motion to Dismiss on October 25, 2022 (ECF No. 81).

3. Plaintiffs' opposition to Defendant's Motion to Dismiss Consolidated Complaint was filed on December 27, 2022 (ECF No. 86).

4. Defendants' reply in support of their Motion to Dismiss was filed on January 24, 2023 (ECF No. 90).

5. On May 11, 2023, the Court granted in part and denied in part Defendants' Motion to Dismiss (ECF No. 104).

6. On May 23, 2023, Defendants filed an Unopposed Motion for Extension of Time requesting a 30-day extension to respond to Plaintiffs' Consolidated Complaint (ECF No. 105).

7.  On May 24, 2023, the Court granted Defendants' extension request (ECF No. 106) wherein Defendants' answer to Plaintiffs' Consolidated Complaint is due June 26, 2023.

8.  Defendants request an additional seven days to respond to Plaintiffs' Consolidated Complaint, which will make the response due on July 3, 2023.

9.  Plaintiffs do not oppose this request for an extension of time to respond to Plaintiffs' Consolidated Complaint.

10. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to respond to Plaintiffs' Consolidated Complaint until July 3, 2023.

Respectfully submitted

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com

William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd St.
New York, NY 10019
Telephone: 212.506.5000
Facsimile:  212.506.5151
wfoley@orrick.com

James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, CA 94105
Telephone: 415.773.5700

Facsimile:  415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Adam Miller (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: 202.349.7958
Facsimile:  202.349.8080
adam.miller@orrick.com

ATTORNEYS FOR CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 20, 2023, he conferred by telephone with Kevin Lavelle, counsel for Plaintiffs, who subsequently confirmed by email that Plaintiffs are not opposed to this motion.

*/s/ Adam Miller*
Adam Miller

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 23, 2023, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost