IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates to: ALL ACTIONS | | |

**ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT
FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

This Court, having considered Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen Second Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, hereby GRANTS the Motion and ORDERS the following:

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's deadline to respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws is extended to July 3, 2023.

IT IS SO ORDERED.

DATED:  Austin, Texas, _____, 2023.

_____
David Alan Ezra
Senior United States District Judge