UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § <br> §    Master File No. 1:21-cv-00751-DAE <br> § <br> §    CLASS ACTION <br> § <br> § <br> § <br> § <br> § <br> § |

**AGREED MOTION REGARDING EXTENSION OF TIME TO FILE A RULE 12(F) MOTION REGARDING DEFENDANTS' ANSWER**

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") and Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") (together with Plaintiffs, the "Parties") submit this agreed motion regarding an extension of time to file a potential motion under Federal Rule of Civil Procedure 12(f) to strike certain defenses from Defendants' Answer to the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 108) ("Answer") and stipulate as follows:

1. On May 11, 2023, the Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint (ECF 104).

2. On May 23, 2023, Defendants filed the Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint (ECF 105).

3. On May 24, 2023, the Court granted Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint, setting June 26, 2023 as the deadline (ECF 106).

4. On June 23, 2023, Defendants filed the Second Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint (ECF 107).

5. On June 26, 2023, the Court granted Defendants' Second Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint, setting July 3, 2023 as the deadline (Text Order GRANTING [107] dated July 26, 2023).

6. On July 3, 2023, Defendants filed the Answer (ECF 108).

7. Rule 12(f) of the Federal Rules of Civil Procedure provides that a motion to strike defenses from the Answer be made within 21 days after the Answer was served on Plaintiffs, by July 24, 2023.

8. The Parties continue to meet-and-confer regarding the propriety of certain defenses raised in the Answer.

9. Therefore, the Parties request that the time for Plaintiffs to file a motion to strike defenses from the Answer, if any, shall be extended to August 31, 2023.

10. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the Parties respectfully request that the Court extend the deadline for Plaintiffs to file a motion to strike defenses from the Answer, if any, until August 31, 2023.

DATED: July 21, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

4864-1303-1793.v2

|  |  |
|---|---|
|  | GLANCY PRONGAY & MURRAY LLP<br>CHARLES H. LINEHAN (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax)<br>clinehan@glancylaw.com<br><br>Counsel for Additional Plaintiff Manohar K. Rao |
| DATED:  July 21, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>CLAUDIA WILSON FROST (21671300)<br><br>        /s/ Claudia Wilson Frost (by permission)        <br>CLAUDIA WILSON FROST<br><br>609 Main, 40th Floor<br>Houston, TX 77002<br>Telephone: 713/658.6400<br>Facsimile: 713/658.6401<br>cfrost@orrick.com<br><br>William J. Foley (admitted *pro hac vice*)<br>ORRICK, HERRINGTON &SUTCLIFFE LLP<br>51 West 52nd St.<br>New York, NY 10019<br>Telephone: 212/506.5000<br>Facsimile: 212/506.5151<br>wfoley@orrick.com<br><br>James N. Kramer (admitted *pro hac vice*)<br>Alexander K. Talarides (admitted *pro hac vice*)<br>ORRICK, HERRINGTON &SUTCLIFFE LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>Telephone: 415/773.5700<br>Facsimile: 415/773.5759<br>jkramer@orrick.com<br>atalarides@orrick.com |

- 3 -

        Adam Miller (admitted *pro hac vice*)
        ORRICK, HERRINGTON &SUTCLIFFE LLP
        2001 M Street NW, Suite 500
        Washington, DC 20036
        Telephone: 202/349.7958
        Facsimile: 202/349.8080
        adam.miller@orrick.com

        ATTORNEYS FOR CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN

## **CERTIFICATE OF CONFERENCE**

    The undersigned certifies that on July 20, 2023, he conferred by email with Adam Miller, counsel for Defendants, who confirmed that Defendants are not opposed to this motion.

        */s/ Kevin Lavelle*
        Kevin Lavelle

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 21, 2023, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

        */s/ Kevin Lavelle*
        Kevin Lavelle

- 4 -

# Mailing Information for a Case 1:21-cv-00751-DAE In Re Cassava Sciences, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Michael Albert**
  malbert@rgrdlaw.com

- **Thomas E. Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Willie C. Briscoe**
  wbriscoe@thebriscoelawfirm.com,tsims@thebriscoelawfirm.com

- **Warren T. Burns**
  wburns@burnscharest.com,mkweik@burnscharest.com,jgravois@burnscharest.com,mvaleriano@burnscharest.com,twhiteside@burnscharest.com

- **Stuart L. Cochran**
  stuart@scochranlaw.com,lisa@scochranlaw.com

- **Michael Dell'Angelo**
  mdellangelo@bm.net,csimon@bm.net,jgionnette@bm.net

- **Daniel S. Drosman**
  dand@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bryan Fears**
  fears@fnlawfirm.com,pcox@fnlawfirm.com,nprola@maceybankruptcylaw.com

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **William J. Foley**
  wfoley@orrick.com,lpatts@orrick.com

- **Sammy Ford , IV**
  sford@azalaw.com,rperez@azalaw.com,tzamora@azalaw.com,jwarshauer@azalaw.com

- **Claudia Wilson Frost**
  cfrost@orrick.com,PATeam5@orrick.com,phowell@orrick.com,dcmanagingattorneysoffice@ecf.courtdrive.com,srenfro@orrick.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **B. Russell Horton**
  rhorton@gbkh.com,kseabolt@gbkh.com,tmanassian@gbkh.com

- **Lewis S. Kahn**
  lewis.kahn@ksfcounsel.com,ecf.filings@ksfcounsel.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **James N. Kramer**
  jkramer@orrick.com

- **Natalie F. Lakosil**
  nlakosil@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles H. Linehan**
  CLinehan@glancylaw.com,info@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Matthew Ryan McCarley**
  mccarley@fnlawfirm.com,mccmat2000@yahoo.com,desireet@fnlawfirm.com

- **Adam B. Miller**
  adam.miller@orrick.com

- **Megan A. Rossi**
  mrossi@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **Jordan Lyn Warshauer**
  jwarshauer@azalaw.com,mrivers@azalaw.com,akeniston@azalaw.com

- **Braden Michael Wayne**
  braden@swclaw.com,lisa@swclaw.com,jamie@swclaw.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,jcabezas@forthepeople.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`