IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS | | |

**JOINT MOTION TO AMEND SCHEDULING RECOMMENDATIONS**

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (collectively, "Plaintiffs") and defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Eric Schoen (collectively, "Defendants") respectfully move the Court to extend certain deadlines, including deadlines set out in the parties' jointly submitted scheduling recommendations, and would show the Court as follows:

1. On August 18, 2022, Plaintiffs filed a Consolidated Amended Complaint ("Amended Complaint") alleging violations of the federal securities laws by Defendants and Nadav Friedmann.

2. Defendants moved to dismiss the Amended Complaint on October 25, 2022 (the "Motion to Dismiss"), and following briefing and oral argument, the Court ordered on May 10, 2023, that Plaintiffs' claims against defendant Nadav Friedmann were dismissed and that the Motion to Dismiss was denied as to the claims against all other Defendants.

3. On May 9, 2023, the parties jointly submitted scheduling recommendations that, among other things, set out proposed dates for the substantial completion of document production, the completion of fact discovery, expert reports and discovery, and class certification briefing (the

"Scheduling Recommendations," *see* attached as Exhibit 1). The Court has not yet ruled on the Scheduling Recommendations.

4. Defendants answered the Amended Complaint on July 3, 2023.

5. On July 21, 2023, the parties submitted an Agreed Motion Regarding Extension of Time to File a Rule 12(f) Motion Regarding Defendants' Answer. On July 24, 2023, the Court granted that motion, extending the deadline for Plaintiffs to file a Rule 12(f) Motion until August 31, 2023. *See* ECF No. 109.

6. The parties are currently in discussions regarding the potential resolution of the claims set forth in the Amended Complaint and, to that end, have scheduled a mediation before a private mediator for November 7, 2023.

7. In light of the scheduled mediation, and in the interests of economy and efficiency, the parties wish to extend several of the deadlines contained in the Scheduling Recommendations as follows:

| Event | Initial Recommendation | New Recommendation |
|---|---|---|
| Substantial completion of document production (¶ 4) | December 15, 2023 | April 15, 2024 |
| Completion of fact discovery (¶ 5) | May 17, 2024 | September 17, 2024 |
| Opening expert reports (¶ 6) | July 1, 2024 | November 1, 2024 |
| Rebuttal expert reports (¶ 6) | August 15, 2024 | December 15, 2024 |
| Motion for class certification (¶ 9) | November 13, 2023 | March 13, 2024 |
| Opposition to motion for class certification (¶ 9) | December 28, 2023 | April 28, 2024 |
| Reply in support of motion for class certification (¶ 9) | February 12, 2024 | June 12, 2024 |

8. In addition, the parties wish to extend the deadline for the plaintiffs to file a Rule 12(f) motion from August 31, 2023 to January 5, 2024.

9. These proposed modifications to the case schedule will not affect any other deadlines.

DATED: August 3, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)

*/s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

*/s/ Claudia Wilson Frost*
James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile:  415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Claudia Wilson Frost
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com

William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: 212.506.5000
Facsimile:  212.506.5151
wfoley@orrick.com

*Attorneys for Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties' counsel conferred by email.

*/s/ William J. Foley*
William J. Foley

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2023, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/ Pam Howell*
Pam Howell