IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § This Document Relates To: § § ALL ACTIONS § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |

**ORDER GRANTING JOINT MOTION TO
AMEND SCHEDULING RECOMMENDATIONS**

Before the Court is Lead Plaintiff Mohammad Bozorgi additional plaintiffs Ken Calderone and Manohar Rao and Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, Eric Schoen's Joint Motion to Amend Scheduling Recommendations, ECF No. 102 ("Motion"). Having reviewed the Motion, the Court concludes that the Motion should be **GRANTED**. Accordingly, the Court amends the parties' previously filed Scheduling Recommendations and orders that the following schedule be adopted:

| Event | Initial Recommendation | New Recommendation |
|---|---|---|
| Substantial completion of document production (¶ 4) | December 15, 2023 | April 15, 2024 |
| Completion of fact discovery (¶ 5) | May 17, 2024 | September 17, 2024 |
| Opening expert reports (¶ 6) | July 1, 2024 | November 1, 2024 |
| Rebuttal expert reports (¶ 6) | August 15, 2024 | December 15, 2024 |
| Motion for class certification (¶ 9) | November 13, 2023 | March 13, 2024 |
| Opposition to motion for class certification (¶ 9) | December 28, 2023 | April 28, 2024 |
| Reply in support of motion for class certification (¶ 9) | February 12, 2024 | June 12, 2024 |

2

The Court also extends the deadline for the plaintiffs to file a Rule 12(f) motion from August 31, 2023 to January 5, 2024.

SIGNED this _____ day of _____ 2023.

_____
The Honorable David Alan Ezra