UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

**JOINT MOTION FOR [PROPOSED] CONFIDENTIALITY AND PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule CV-26(c) of the Local Civil Rules, the parties in the above-captioned action respectfully request that the Court enter the accompanying [Proposed] Confidentiality and Protective Order, which the parties have agreed to and which is adapted, in part, from the form set out in Appendix H-2 to the Local Civil Rules.

DATED: August 8, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL L. JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER G. GEIGER (admitted *pro hac vice*)

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

- 1 -

- 2 -

|  |  |
|---|---|
|  | GLANCY PRONGAY & MURRAY LLP<br>CHARLES H. LINEHAN (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax)<br>clinehan@glancylaw.com<br><br>Counsel for Additional Plaintiff Manohar K. Rao |
| DATED:  August 8, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>CLAUDIA WILSON FROST (21671300)<br><br>_____/s/ Adam Miller (by permission)_____<br>CLAUDIA WILSON FROST<br><br>609 Main, 40th Floor<br>Houston, TX 77002<br>Telephone: 713/658.6400<br>Facsimile: 713/658.6401<br>cfrost@orrick.com<br><br>William J. Foley (admitted *pro hac vice*)<br>ORRICK, HERRINGTON &SUTCLIFFE LLP<br>51 West 52nd St.<br>New York, NY 10019<br>Telephone: 212/506.5000<br>Facsimile: 212/506.5151<br>wfoley@orrick.com<br><br>James N. Kramer (admitted *pro hac vice*)<br>Alexander K. Talarides (admitted *pro hac vice*)<br>ORRICK, HERRINGTON &SUTCLIFFE LLP<br>405 Howard St.<br>San Francisco, CA 94105<br>Telephone: 415/773.5700<br>Facsimile: 415/773.5759<br>jkramer@orrick.com<br>atalarides@orrick.com |

Adam Miller (admitted *pro hac vice*)
ORRICK, HERRINGTON &SUTCLIFFE LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: 202/349.7958
Facsimile: 202/349.8080
adam.miller@orrick.com

ATTORNEYS FOR CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred by email and telephone with Adam Miller, counsel for Defendants, who confirmed that Defendants are not opposed to this motion.

*/s/ Kevin Lavelle*
Kevin Lavelle

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2023, a true and correct copy of this motion was served upon each attorney of record through the Court's CM/ECF system.

*/s/ Kevin Lavelle*
Kevin Lavelle

- 3 -

# Mailing Information for a Case 1:21-cv-00751-DAE In Re Cassava Sciences, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Michael Albert**
  malbert@rgrdlaw.com

- **Thomas E. Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Willie C. Briscoe**
  wbriscoe@thebriscoelawfirm.com,tsims@thebriscoelawfirm.com

- **Warren T. Burns**
  wburns@burnscharest.com,mkweik@burnscharest.com,jgravois@burnscharest.com,mvaleriano@burnscharest.com,twhiteside@burnscharest.com

- **Stuart L. Cochran**
  stuart@scochranlaw.com,lisa@scochranlaw.com

- **Michael Dell'Angelo**
  mdellangelo@bm.net,csimon@bm.net,jgionnette@bm.net

- **Daniel S. Drosman**
  dand@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bryan Fears**
  fears@fnlawfirm.com,pcox@fnlawfirm.com,nprola@maceybankruptcylaw.com

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **William J. Foley**
  wfoley@orrick.com,lpatts@orrick.com

- **Sammy Ford , IV**
  sford@azalaw.com,rperez@azalaw.com,tzamora@azalaw.com,jwarshauer@azalaw.com

- **Claudia Wilson Frost**
  cfrost@orrick.com,PATeam5@orrick.com,phowell@orrick.com,dcmanagingattorneysoffice@ecf.courtdrive.com,srenfro@orrick.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **B. Russell Horton**
  rhorton@gbkh.com,kseabolt@gbkh.com,tmanassian@gbkh.com

- **Lewis S. Kahn**
  lewis.kahn@ksfcounsel.com,ecf.filings@ksfcounsel.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **James N. Kramer**
  jkramer@orrick.com

- **Natalie F. Lakosil**
  nlakosil@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles H. Linehan**
  CLinehan@glancylaw.com,info@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Matthew Ryan McCarley**
  mccarley@fnlawfirm.com,mccmat2000@yahoo.com,desireet@fnlawfirm.com

- **Adam B. Miller**
  adam.miller@orrick.com,jcygnor@orrick.com

- **Megan A. Rossi**
  mrossi@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **Jordan Lyn Warshauer**
  jwarshauer@azalaw.com,mrivers@azalaw.com,akeniston@azalaw.com

- **Braden Michael Wayne**
  braden@swclaw.com,lisa@swclaw.com,jamie@swclaw.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,jcabezas@forthepeople.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Heather           Geiger
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Rachel            Jensen
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
```