IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § This Document Relates To: § § ALL ACTIONS § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**ORDER GRANTING JOINT MOTION TO
AMEND SCHEDULING RECOMMENDATIONS**

Before the Court is a Joint Motion to Amend Scheduling Recommendations filed by Lead Plaintiff Mohammad Bozorgis, additional plaintiffs Ken Calderone and Manohar Rao, and Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric Schoen. (Dkt. # 114.) Having reviewed the Motion, the Court concludes that the Motion should be **GRANTED**. Accordingly, the Court amends the parties' previously filed Scheduling Recommendations as follows:

| Event | Initial Recommendation | New Recommendation |
|---|---|---|
| Substantial completion of document production (¶ 4) | December 15, 2023 | April 15, 2024 |
| Completion of fact discovery (¶ 5) | May 17, 2024 | September 17, 2024 |
| Opening expert reports (¶ 6) | July 1, 2024 | November 1, 2024 |
| Rebuttal expert reports (¶ 6) | August 15, 2024 | December 15, 2024 |
| Motion for class certification (¶ 9) | November 13, 2023 | March 13, 2024 |
| Opposition to motion for class certification (¶ 9) | December 28, 2023 | April 28, 2024 |
| Reply in support of motion for class certification (¶ 9) | February 12, 2024 | June 12, 2024 |

2

The Court also extends the deadline for Plaintiffs to file a Rule 12(f) motion from August 31, 2023 to January 5, 2024.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 14, 2023.

_____
David Alan Ezra
Senior United States District Judge