UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | | |

**AGREED MOTION REGARDING EXTENSION OF TIME TO FILE A RULE 12(f) MOTION REGARDING DEFENDANTS' ANSWER**

4883-7406-1465.v2

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") and defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") (together with Plaintiffs, the "Parties") submit this agreed motion regarding an extension of time to file a potential motion under Federal Rule of Civil Procedure 12(f) to strike certain defenses from Defendants' Answer to the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 108) ("Answer") and stipulate as follows:

1. On May 11, 2023, the Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint (ECF 104).

2. On May 23, 2023, Defendants filed the Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws (ECF 105).

3. On May 24, 2023, the Court granted Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, setting June 26, 2023 as the deadline (ECF 106).

4. On June 23, 2023, Defendants filed the Second Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws (ECF 107).

5. On June 26, 2023, the Court granted Defendants' Second Unopposed Motion to Extend Time to Respond to Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, setting July 3, 2023 as the deadline (Text Order GRANTING [107], dated June 26, 2023).

6. On July 3, 2023, Defendants filed the Answer (ECF 108).

7. On July 21, 2023, Plaintiffs filed the Agreed Motion Regarding Extension of Time to File a Rule 12(f) Motion Regarding Defendants' Answer (ECF 109).

- 2 -

8.     On July 24, 2023, the Court granted the Agreed Motion Regarding Extension of Time to File a Rule 12(f) Motion Regarding Defendants' Answer, setting August 31, 2023 as the deadline (Text Order GRANTING [109], dated July 24, 2023).

9.     On August 3, 2023, Plaintiffs filed the Joint Motion to Amend Scheduling Recommendations (ECF 114).

10.    On August 14, 2023, the Court granted Plaintiffs' Joint Motion to Amend Scheduling Recommendations, which included a January 5, 2024 deadline for Plaintiffs to file a motion to strike defenses from the Answer.  (ECF 117).

11.    The Parties continue to meet-and-confer regarding the propriety of certain defenses raised in the Answer.

12.    Therefore, the Parties request that the time for Plaintiffs to file a motion to strike defenses from the Answer, if any, shall be extended to January 31, 2024.

13.    The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the Parties respectfully request that the Court extend the deadline for Plaintiffs to file a motion to strike defenses from the Answer, if any, until January 31, 2024.

DATED:  January 2, 2024          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)


                           *s/ Kevin A. Lavelle*
                           KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

DATED:  January 2, 2024        ORRICK, HERRINGTON & SUTCLIFFE LLP
CLAUDIA WILSON FROST (21671300)

*s/ Claudia Wilson Frost (by permission)*
CLAUDIA WILSON FROST

609 Main, 40th Floor
Houston, TX  77002
Telephone: 713/658-6400
713/658-6401 (fax)
cfrost@orrick.com

- 3 -

William J. Foley (admitted *pro hac vice*)
ORRICK, HERRINGTON &SUTCLIFFE LLP
51 West 52nd St.
New York, NY  10019
Telephone: 212/506-5000
212/506-5151 (fax)
wfoley@orrick.com

James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
ORRICK, HERRINGTON &SUTCLIFFE LLP
405 Howard St.
San Francisco, CA  94105
Telephone: 415/773-5700
415/773-5759 (fax)
jkramer@orrick.com
atalarides@orrick.com

Adam Miller (admitted *pro hac vice*)
ORRICK, HERRINGTON &SUTCLIFFE LLP
2001 M Street NW, Suite 500
Washington, DC  20036
Telephone: 202/349-7958
202/349-8080 (fax)
adam.miller@orrick.com

ATTORNEYS FOR CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties' counsel conferred by email.

*s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January ', I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  klavelle@rgrdlaw.com

4883-7406-1465.v2

# Mailing Information for a Case 1:21-cv-00751-DAE In Re Cassava Sciences, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Michael Albert**
  malbert@rgrdlaw.com

- **Thomas E. Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Willie C. Briscoe**
  wbriscoe@thebriscoelawfirm.com,tsims@thebriscoelawfirm.com

- **Warren T. Burns**
  wburns@burnscharest.com,mkweik@burnscharest.com,jgravois@burnscharest.com,mvaleriano@burnscharest.com,twhiteside@burnscharest.com

- **Stuart L. Cochran**
  scochran@condontobin.com,lmedeles@condontobin.com

- **Michael Dell'Angelo**
  mdellangelo@bm.net,csimon@bm.net,jgionnette@bm.net

- **Daniel S. Drosman**
  dand@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bryan Fears**
  fears@fnlawfirm.com,pcox@fnlawfirm.com,nprola@maceybankruptcylaw.com

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **William J. Foley**
  wfoley@orrick.com,lpatts@orrick.com

- **Sammy Ford , IV**
  sford@azalaw.com,rperez@azalaw.com,tzamora@azalaw.com,jwarshauer@azalaw.com

- **Claudia Wilson Frost**
  cfrost@orrick.com,casestream@ecf.courtdrive.com,phowell@orrick.com,dcmanagingattorneysoffice@ecf.courtdrive.com,srenfro@orrick.com

- **Heather Geiger**
  hschlesier@rgrdlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **B. Russell Horton**
  rhorton@gbkh.com,kseabolt@gbkh.com,tmanassian@gbkh.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com

- **Lewis S. Kahn**
  lewis.kahn@ksfcounsel.com,ecf.filings@ksfcounsel.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **James N. Kramer**
  jkramer@orrick.com

- **Natalie F. Lakosil**
  nlakosil@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Charles H. Linehan**
  CLinehan@glancylaw.com,info@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Matthew Ryan McCarley**
  mccarley@fnlawfirm.com,mccmat2000@yahoo.com,desireet@fnlawfirm.com

- **Adam B. Miller**
  adam.miller@orrick.com,jcygnor@orrick.com

- **Megan A. Rossi**
  mrossi@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **Jordan Lyn Warshauer**
  jwarshauer@azalaw.com,mrivers@azalaw.com,akeniston@azalaw.com

- **Braden Michael Wayne**
  braden@swclaw.com,lisa@swclaw.com,jamie@swclaw.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,jcabezas@forthepeople.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`