UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § § |  Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING AGREED MOTION REGARDING EXTENSION OF TIME TO FILE A RULE 12(f) MOTION REGARDING DEFENDANTS' ANSWER**

4869-6392-3353.v2

- 1 -

This Court, having considered the Agreed Motion Regarding Extension of Time to File a Rule 12(f) Motion Regarding Defendants' Answer, hereby GRANTS the motion and ORDERS the following:

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") deadline to respond to Defendants' Answer is extended to January 31, 2024.

IT IS SO ORDERED.

DATED:  Austin, Texas, _____, 2024  _____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE