UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § § § § § § |  Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**ORDER GRANTING AGREED MOTION REGARDING EXTENSION OF TIME TO FILE A RULE 12(f) MOTION REGARDING DEFENDANTS' ANSWER**

This Court, having considered the Agreed Motion Regarding Extension of Time to File a Rule 12(f) Motion Regarding Defendants' Answer, hereby **GRANTS** the motion and **ORDERS** the following:

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") deadline to respond to Defendants' Answer is extended to January 31, 2024.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, January 3, 2024

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

4869-6392-3353.v2