UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Pierre Brazeau, et al.<br>   *Plaintiffs,*<br>vs.<br><br>Cassava Sciences, Inc., et al.<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | NO: AU:21-CV-00751-DAE |

## **ORDER OF REFERRAL**

This cause is referred to the Honorable Hightower, United States Magistrate Judge, to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order <u>with dates</u> to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, February 21, 2024.

                                                                                             _____
                                                                                             DAVID A. EZRA
                                                                                             SENIOR U.S. DISTRICT JUDGE