AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| In re Cassava Sciences, Inc. Securities Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-751-DAE |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cassava Sciences, Inc.

Date: 02/22/2024

*Attorney's signature*

Trey Cox, #24003722 (Texas)
*Printed name and bar number*

2001 Ross Ave.
Suite 2100
Dallas, TX 75201

*Address*

TCox@Gibsondunn.com
*E-mail address*

(214) 698-3256
*Telephone number*

(214) 571-2923
*FAX number*