IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |
| This Document Relates to: ALL ACTIONS | | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

In accordance with W.D. Local Rule AT-3, the undersigned counsel for Defendants respectfully move to withdraw as counsel for Defendants in this matter. Defendants will continue to be represented by counsel from Gibson, Dunn & Crutcher LLP. Counsel for Plaintiffs has indicated that they do not oppose this motion to withdraw.

February 22, 2024

Respectfully submitted,

*/s/ Adam Miller*
William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd St.
New York, NY 10019
Telephone: 212.506.5000
Facsimile:  212.506.5151
wfoley@orrick.com

James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile:  415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Adam Miller (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: 202.349.7958
Facsimile:  202.349.8080
adam.miller@orrick.com

ATTORNEYS FOR CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN

## **CERTIFICATE OF SERVICE**

The undersigned certifies that February 22, 2024, a true and correct copy of this document was delivered electronically to all counsel of record through the Court's electronic filing system.

*/s/ Adam Miller*
Adam Miller