IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

## **ORDER**

The Court, having considered Defendants' Unopposed Motion to Withdraw as Counsel, hereby GRANTS the motion. Attorneys William J. Foley, James N. Kramer, Alexander K. Talarides, and Adam Miller are terminated as counsel for Defendants.

IT IS SO ORDERED.

SIGNED this ____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE