UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § § § § | |
| ALL ACTIONS | § § | |

**AFFIDAVIT OF KEVIN LAVELLE IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Kevin A. Lavelle, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi.  I submit this affidavit in support of the Plaintiffs' Opposed Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:      [Proposed] Supplement to the Consolidated Complaint for Violations of the Federal Securities Laws.

Exhibit B:      Email conversation between Kevin Lavelle and Adam Miller RE: Supplementing the Complaint.

Exhibit C:      Proposed Supplemented Complaint, including the supplemental paragraphs in Exhibit A and updates to the putative Class Period and the Plaintiffs' transactions and alleged losses during the updated Class Period.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2024.

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

- 1 -

4859-3725-3028.v2