IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

## ORDER

The Court, having considered Defendants' Unopposed Motion to Withdraw as Counsel, hereby **GRANTS** the motion. Attorneys William J. Foley, James N. Kramer, Alexander K. Talarides, and Adam Miller are terminated as counsel for Defendants.

IT IS SO ORDERED.

SIGNED this 23rd day of February, 2024.

_____
David Alan Ezra
Senior United States District Judge