AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| In re Cassava Sciences, Inc. Securities Litigation   )<br>*Plaintiff*   )<br>v.   )<br>   )<br>*Defendant*   ) | Case No. | 1:21-CV-751-DAE |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier, Eric J. Schoen, and Lindsay Burns                                                                                .

Date:   02/26/2024

*Attorney's signature*

Trey Cox, #24003722 (Texas)
*Printed name and bar number*

2001 Ross Ave.
Suite 2100
Dallas, TX 75201

*Address*

TCox@Gibsondunn.com
*E-mail address*

(214) 698-3256
*Telephone number*

(214) 571-2923
*FAX number*