AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| In re Cassava Sciences, Inc. Securities Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-751-DAE |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier, Eric J. Schoen, and Lindsay Burns.

Date: 2/26/2024

*Attorney's signature*

Gregg J. Costa, #24028160 (Texas)
*Printed name and bar number*

811 Main Street, #3000
Houston, TX 77002
*Address*

GCosta@gibsondunn.com
*E-mail address*

(346) 718-6969
*Telephone number*

(346) 718-6979
*FAX number*