AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| In re Cassava Sciences, Inc. Securities Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-CV-751-DAE |
|  | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier, Eric J. Schoen, and Lindsay Burns.

Date: 02/26/2024

*/s/ Mary Beth Maloney*
*Attorney's signature*

Mary Beth Maloney
*Printed name and bar number*

200 Park Ave.
New York, NY 10166

*Address*

MMaloney@gibsondunn.com
*E-mail address*

(212) 351-2315
*Telephone number*

(212) 351-6315
*FAX number*