AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| In re Cassava Sciences, Inc. Securities Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-751-DAE |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier, Eric J. Schoen, and Lindsay Burns.

Date: 02/26/2024

*Attorney's signature*

Monica Loseman, #34119 (Colorado)
*Printed name and bar number*

1801 California Street, #4200
Denver, CO 80202
*Address*

MLoseman@gibsondunn.com
*E-mail address*

(303) 298-5784
*Telephone number*

(303) 313-2828
*FAX number*