UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS. | § § § § § § § § § <br><br> Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

## ORDER

On February 21, 2024, the Honorable David A. Ezra, Senior United States District Judge, referred this case to this Magistrate Judge to enter a scheduling order. Dkt. 121.

The Court **ORDERS** the parties to file a Joint Advisory by **March 8, 2024**, setting forth their agreed or proposed deadlines for:

(1) Motions to amend or supplement pleadings or to join additional parties (Dkt. 102 at 5), and

(2) Reply expert reports, if any (*id.* at 5-6).

After the Joint Advisory is filed, the Court will set a hearing by videoconference if the parties cannot reach agreement on these dates and enter an amended scheduling order to control this case that includes a date for the dispositive motion deadline 45 days after the close of expert discovery. *Id.* at 4.

**SIGNED** on February 27, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1