IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC.<br>SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**DECLARATION OF JOHN TURQUET BRAVARD IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE CONSOLIDATED
COMPLAINT**

I, JOHN TURQUET BRAVARD, hereby declare as follows:

1. I am an attorney licensed to practice law in the States of Colorado and the District of Columbia. I am an associate at the law firm Gibson, Dunn & Crutcher LLP, and counsel for Defendants in the above-captioned action. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Supplement.

2. I am over eighteen years of age and competent to testify to the matter set forth in this Declaration.

3. Attached as **Exhibit A** is a true and correct copy of the October 12, 2023 *Science* magazine article referred to by Plaintiffs' in their proposed supplemental allegations, ECF 129-3.

4. Attached as **Exhibit B** is a true and correct copy of CUNY's October 27, 2023 statement regarding the publication of the *Science* article (i.e. Exhibit A).

5. The Court may find at https://shorturl.at/ipB79 a true and correct copy of the purported CUNY document that the aforementioned *Science* article was predicated on. That document could be accessed using a link embedded in the aforementioned *Science* article on October 12, 2023 (also found at https://shorturl.at/fGNQ).

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2024.

_____
JOHN TURQUET BRAVARD