# Exhibit B

Statement from The City University of New York – CUNY Newswire



Home » The University

# Statement from The City University of New York

October 27, 2023

"On October 12, 2023, Science Magazine published an article – that later appeared in other publications – regarding The City University of New York's investigation into allegations of misconduct related to certain research conducted by Dr. Hoau-Yan Wang, a faculty member at the City College of New York. Consistent with its policy, CUNY will not comment on the accuracy of the investigation referenced in the articles because no final action as to this investigation has been taken.

## NEWS SPOTLIGHT



**CUNY Chancellor Matos Rodríguez Announces Designation of Eid al-Fitr, Eid al-Adha, Lunar New Year and Diwali as Official Holidays**

"CUNY is committed to ensuring that its investigative processes are held to the highest procedural and ethical standards and that the fairness of the proceedings is preserved for all parties.  To that end, any finding regarding allegations of research misconduct must be reliable and credible.  Because questions regarding the confidentiality and integrity of this investigation have been raised, CUNY will stay the underlying inquiry into the allegations regarding Dr. Wang's research until such time as the University completes a comprehensive investigation of the process."

###





**CUNY Chancellor Matos Rodríguez Introduces CUNY CARES, an Integrated Program to Connect Students With Essential Benefits and Community Resources**

### FOLLOW US

  +28

## RELATED POSTS



**Statement from CUNY Chancellor Félix V. Matos**



**Statement from CUNY Chancellor Félix V. Matos**



**Statement from the Board of Trustees of the City**

## INFORMATION FOR

Future Students
Current Students
Faculty & Staff
Undocumented Students
International Students
The LGBTQI+ Community
Students with Conviction Records
Students with Disabilities

## ADMISSIONS

Apply Now
Undergraduate Admissions
Graduate Studies
Reenroll at CUNY
Transfer to CUNY
Contact Us

## RESOURCES

CUNYfirst |
Blackboard
CUNY Student Guide
CUNY Citizenship Now!
Discrimination and Retaliation Reporting Portal
Professional Resources
Register to Vote
Combating Sexual Misconduct (Title IX)
CUNY Builds: CUCF Procurement
Emergency Preparedness

## QUICKLINKS

Donate | Subscribe
Find People (phone/emails)
Communications and Marketing
Freedom of Information Law (FOIL)
CUNY News
Employment at CUNY
Sell to CUNY
CUNY TV
CUNY Civics
CUNY Arts

