IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates to: ALL ACTIONS | | |

## **REQUEST TO TERMINATE ELECTRONIC NOTICES**

William J. Foley, James N. Kramer, Alexander K. Talarides, and Adam Miller of the law firm Orrick, Herrington & Sutcliffe LLP, respectfully request that the Clerk of this Court remove their names from the list of persons designated to receive electronic notices in this case. An Order granting the withdrawal of counsel was entered on February 23, 2024 (ECF No. 134).

Respectfully submitted,

*/s/ Adam Miller*
William J. Foley (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd St.
New York, NY 10019
Telephone: 212.506.5000
Facsimile: 212.506.5151
wfoley@orrick.com

James N. Kramer (admitted *pro hac vice*)
Alexander K. Talarides (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile: 415.773.5759
jkramer@orrick.com
atalarides@orrick.com

Adam Miller (admitted *pro hac vice*)  
**ORRICK, HERRINGTON & SUTCLIFFE LLP**  
2001 M Street NW, Suite 500  
Washington, DC 20036  
Telephone: 202.349.7958  
Facsimile:  202.349.8080  
adam.miller@orrick.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2024, a true and correct copy of this document was delivered electronically to all counsel of record through the Court's electronic filing system.

*/s/ Adam Miller*  
Adam Miller
