UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION §§§ ———————————————— § This Document Relates to: §§ ALL ACTIONS. §§ ———————————————— | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

SCHEDULING ORDER

The scheduling recommendations provided by the parties on March 8, 2024 (Dkt. No. 144) are adopted in part by the Court.[1] The following dates are entered to control the course of this case:

1. The parties must mediate this case on or before **June 17, 2024** and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **May 27, 2024**, prior to the mediation described in Paragraph 1, and each opposing party shall respond, in writing, by **June 10, 2024**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **July 19, 2024**.

---

[1] *See also* Dkt. Nos. 96, 102, 114, and 117.

4.  The parties' document production shall be substantially complete by **April 15, 2024**. The parties will produce documents on a rolling basis.

5.  The parties shall complete **all fact discovery** on or before **September 17, 2024**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6.  The parties shall file their designation of testifying experts and shall serve on all parties, but not file, all opening expert reports and the materials required by Fed. R. Civ. P. 26(a)(2)(B), for matters on which the party is offering affirmative expert opinions, by **November 1, 2024**. The parties shall serve any rebuttal expert reports and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, by **December 16, 2024**. Rebuttal reports must be "intended solely to contradict or rebut evidence on the same subject matter identified" by the opposing party's expert pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii).

7.  The parties shall complete all expert discovery by **January 15, 2025**.

8.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, by **February 14, 2025**.

8. Class Certification briefing shall be completed on the following schedule:

- Plaintiffs to move for class certification and serve any expert report in support by **March 13, 2024**.
- Defendants to file any opposition to Plaintiffs' motion for class certification and serve any expert report in support by **June 21, 2024**.
- Plaintiffs to file any reply in further support of their motion for class certification and serve any expert report in support of their motion by **August 16, 2024**.

9. All dispositive motions shall be filed no later than **March 3, 2025**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If the parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

10. If required, a hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

10. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.
**SIGNED** on March 11, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE