UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS. | § § § § § § § § § <br><br> Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**ORDER**

The Honorable David A. Ezra, Senior United States District Judge, referred this case to this Magistrate Judge to enter a scheduling order. Dkt. 121. By order of this Court, on March 8, 2023, the parties filed a Joint Advisory setting forth their agreed or proposed deadlines for (1) motions to amend or supplement pleadings or to join additional parties, and (2) reply expert reports. Dkt. 144. In their Joint Advisory, the parties state that they "now agree that no deadline for reply expert reports is needed at this time," and set forth their respective positions as to the deadline for motions to amend or supplement pleadings or to join additional parties. *Id.* The parties also request amendment of the class certification briefing schedule.

Having considered the parties' arguments, the Court finds that no hearing is necessary, and that Defendants' proposal to set the deadline for motions to amend or supplement pleadings or to join additional parties sixty days before the close of fact discovery will best promote efficient and expedient resolution and use of judicial resources in this case. *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Accordingly, the Court enters a Scheduling Order with dates to control this case.

It is **ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable David A. Ezra.

**SIGNED** on March 11, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE