UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

**[PROPOSED] ORDER CERTIFYING THE CLASS AND APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL**

4893-5357-1500.v3

Before the Court is Lead Plaintiff Mohammad Bozorgi's and additional plaintiffs Ken Calderone's and Manohar K. Rao's (collectively, "Plaintiffs") Opposed Motion for Class Certification (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby **GRANTED**.

Pursuant to Federal Rule of Civil Procedure ("Rule") 23(a), the Court finds that: (i) the Class (as defined below) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) the proposed Class Representatives' claims are typical of the Class; and (iv) the proposed Class Representatives and their counsel will fairly and adequately protect the interests of the Class.

Pursuant to Rule 23(b)(3), the Court finds that questions of law or fact common to members of the Class will predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

Pursuant to Rule 23(g), the Court finds that Robbins Geller Rudman & Dowd LLP ("Robbins Geller") will fairly and adequately represent the interests of the Class as Class Counsel.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. This action is hereby certified to proceed as a class action pursuant to Rule 23(a) and (b)(3) on behalf of a Class that is defined as follows:

> All purchasers or acquirers of Cassava common stock or call options on Cassava common or sellers of put options on Cassava common stock ("Cassava Securities") between September 14, 2020 and October 12, 2023, inclusive. Excluded from the Class are Defendants and their immediate families, the officers and directors of the Company and their immediate families, their legal representatives, heirs, successors or assigns, and any entity in which any of the Defendants have or had a controlling interest.

- 2 -

2. Plaintiffs are hereby appointed as Class Representatives pursuant to Rule 23(a).

3. Robbins Geller is hereby appointed as Class Counsel pursuant to Rule 23(g).

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE