UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § § | |
| ALL ACTIONS | § § § | |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR CLASS CERTIFICATION**

4854-9605-3932.v3

- 1 -

I, Kevin A. Lavelle, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Plaintiffs' Opposed Motion for Class Certification.

2. Attached is a true and correct copy of the following exhibits:

| | |
|---|---|
| Exhibit A: | Declaration of Mohammad Bozorgi in Support of Plaintiffs' Motion for Class Certification |
| Exhibit B: | Declaration of Kenneth W. Calderone in Support of Plaintiffs' Motion for Class Certification |
| Exhibit C: | Declaration of Manohar K. Rao in Support of Plaintiffs' Motion for Class Certification |
| Exhibit D: | Firm Resume of Robbins Geller Rudman & Dowd LLP |
| Exhibit E: | Expert Report of Steven Feinstein, Ph.D., CFA |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2024.

*/s/ Kevin A. Lavelle*<br>
KEVIN A. LAVELLE