UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | § § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF REPLY IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSED MOTION TO SUPPLEMENT THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

4853-3338-3853.v3

I, Kevin A. Lavelle, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi.  I submit this affidavit in support of the Reply in Further Support of Plaintiffs' Opposed Motion to Supplement the Consolidated Complaint for Violations of the Federal Securities Laws.

2. Attached is a true and correct copy of the following exhibits:

Exhibit 1: City University of New York Final Investigation Report of Associate Professor Hoau-Yan Wang, Ph.D. ("CUNY Report"), https://www.science.org/do/10.1126/science.adl3444/full/cuny_wang_final_report-1697142265780.pdf;

Exhibit 2: Press Release, Cassava Sciences, Inc., *MRI Data Suggest Simufilam is Not Associated with Amyloid-related Imaging Abnormalities (ARIA)*, (Oct. 25, 2023), https://www.cassavasciences.com/news-releases/news-release-details/mri-data-suggest-simufilam-not-associated-amyloid-related;

Exhibit 3: Cassava Sciences, Inc. Stock Price Data from October 12, 2023 to October 30, 2023, https://finance.yahoo.com/quote/SAVA/history (last visited Mar. 14, 2024).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 14, 2024.

                                                 */s/ Kevin A. Lavelle*
                                                 KEVIN A. LAVELLE