# EXHIBIT 3

SAVA

|    | A          | B     | C     | D     | E     | F         | G       |
|----|------------|-------|-------|-------|-------|-----------|---------|
| 1  | Date       | Open  | High  | Low   | Close | Adj Close | Volume  |
| 2  | 10/12/2023 | 18.46 | 18.46 | 17.34 | 17.54 | 17.54     | 2483000 |
| 3  | 10/13/2023 | 12.65 | 15.95 | 12.32 | 14.86 | 14.86     | 8651900 |
| 4  | 10/16/2023 | 14.84 | 14.86 | 12.37 | 12.64 | 12.64     | 3795000 |
| 5  | 10/17/2023 | 12.75 | 14.69 | 12.71 | 14.31 | 14.31     | 2575900 |
| 6  | 10/18/2023 | 14    | 14.26 | 13.39 | 13.53 | 13.53     | 936100  |
| 7  | 10/19/2023 | 13.72 | 15.29 | 13.67 | 14.25 | 14.25     | 1862100 |
| 8  | 10/20/2023 | 14.24 | 14.51 | 13.7  | 14.02 | 14.02     | 860000  |
| 9  | 10/23/2023 | 13.85 | 14.09 | 13.37 | 13.52 | 13.52     | 669500  |
| 10 | 10/24/2023 | 13.52 | 14.8  | 13.52 | 14.77 | 14.77     | 860900  |
| 11 | 10/25/2023 | 14.78 | 18.85 | 14.61 | 18.58 | 18.58     | 4729300 |
| 12 | 10/26/2023 | 18.38 | 21.1  | 17.45 | 20.57 | 20.57     | 3620000 |
| 13 | 10/27/2023 | 20.78 | 21.28 | 18.3  | 19.89 | 19.89     | 2284300 |
| 14 | 10/30/2023 | 19.65 | 20.29 | 17.61 | 18.94 | 18.94     | 1734800 |