IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |
| This Document Relates to:  ALL ACTIONS | | |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
MOTION TO COMPEL PRODUCTION**

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") hereby move the Court for an order extending the time for Defendants to respond to Plaintiffs' Opposed Motion to Compel Defendants to Produce Documents Disclosed to the U.S. Securities and Exchange Commission and U.S. Department of Justice ("Motion to Compel").

1. Plaintiffs filed their Motion to Compel on April 12, 2024 (ECF No. 152).

2. Defendants' response to Plaintiffs' Motion to Compel is due April 19, 2024.

3. Defendants request an addition 7 days to respond to Plaintiffs' Motion to Compel, which will make the response due on April 26, 2024.

4. Plaintiffs have agreed to this request for an extension of time to respond to Plaintiffs' Motion to Compel.

5. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, Defendants respectfully request that the Court extend their deadline to respond to Plaintiff's Motion to Compel to April 26, 2024.

Dated: April 18, 2024                               Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6979
gcosta@gibsondunn.com
tcox@gibsondunn.com

Monica K. Loseman (admitted *pro hac vice*)
Scott Campbell (admitted *pro hac vice*)
John Turquet Bravard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.6315
mmaloney@gibsondunn.com

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on April 18, 2024, he conferred by email with Kevin Lavelle, counsel for plaintiffs, who confirmed that Plaintiffs are not opposed to this motion.

                                          /s/ *Scott Campell*_____
                                          Scott Campbell

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 18, 2024, a true and correct copy of the foregoing was served upon each attorney of record through the Court's CM/ECF system.

                                            /s/ *Gregg Costa*_____
                                            Gregg Costa