IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION**

This Court, having considered the Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Compel, filed by Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants"), hereby GRANTS the Motion and ORDERS the following:

Defendants' deadline to respond to Plaintiffs' Opposed Motion to Compel Defendants to Produce Documents Disclosed to the U.S. Securities and Exchange Commission and U.S. Department of Justice is extended to April 26, 2024.

IT IS SO ORDERED.

DATED: Austin, Texas, April 19, 2024.

_____
David Alan Ezra
Senior United States District Judge

1