IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY, DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") and lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao (collectively, "Plaintiffs") hereby move the Court for an order extending by one week the time for (1) Plaintiffs to file their Opposition to Defendants' Motion to Stay, (2) Defendants to file their Opposition to Plaintiffs' Motion for Class Certification, and (3) Plaintiffs to file their Reply in Support of Plaintiffs' Motion for Class Certification.

1. Defendants filed their Motion to Stay on May 10, 2024 (ECF No. 160).

2. Plaintiffs' response to Defendants' Motion to Stay is due May 17, 2024.

3. Plaintiffs request an additional 7 days to respond to Defendants' Motion to Stay, which will make the response due May 24, 2024.

4. Defendants have agreed to Plaintiffs' request for an extension of time to respond to Defendants' Motion to Stay.

5. Plaintiffs filed their Motion for Class Certification on March 13, 2024 (ECF No. 148).

1

6. Defendants' Opposition to Plaintiffs' Motion for Class Certification is due June 21, 2024. *See* ECF No. 146.

7. Plaintiffs' Reply in Support of their Motion for Class Certification is due August 16, 2024. *See* ECF No. 146.

8. Defendants request an additional 7 days to respond to Plaintiffs' Motion for Class Certification, which will make their response due on June 28, 2024.

9. Defendants also request an additional 7 days for Plaintiffs to respond with their Reply in Support of Plaintiff's Motion for Class Certification, which will make Plaintiffs' Reply due on August 23, 2024.

10. The parties have agreed to both requests for extensions of time related to class certification briefing.

11. These requests for an extension are not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the parties respectfully and jointly request that the Court extend the deadline for (1) Plaintiffs' Opposition to Defendants' Motion to Stay until May 24, 2024; (2) Defendants' Opposition to Plaintiffs' Motion for Class Certification until June 28, 2024; and (3) Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification until August 23, 2024.

Dated: May 14, 2024                                     Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6979
gcosta@gibsondunn.com
tcox@gibsondunn.com

Monica K. Loseman (admitted *pro hac vice*)
Scott Campbell (admitted *pro hac vice*)
John Turquet Bravard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.6315
mmaloney@gibsondunn.com

*Attorneys for Defendants*

ROBBINS GELLER RUDMAN & DOWD LLP

/s/ *Kevin A. Lavelle*
Kevin A. Lavelle (admitted *pro hac vice*)
Daniel S. Drosman (admitted *pro hac vice*)
Rachel Jensen (admitted *pro hac vice*)
Megan A. Rossi (admitted *pro hac vice*)
Heather Geiger (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

*Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone*

KENDALL LAW GROUP, PLLC
Joe Kendall (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
Fax: 214/744-3015
jkendall@kendalllawgroup.com

*Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone*


GLANCY PRONGAY & MURRAY LLP
Charles H. Linehan (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
Fax: 310/201-9160
clinehan@glancylaw.com

*Counsel for Additional Plaintiff Manohar K. Rao*