IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |
| This Document Relates to:  ALL ACTIONS | | |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY, DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This Court, having considered the Joint Motion to Extend Time to File Plaintiffs' Opposition to Defendants' Motion to Stay, Defendants' Opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification, filed by Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") and lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao ("Plaintiffs"), hereby GRANTS the Motion and ORDERS the following:

Plaintiffs' deadline to respond to Defendants' Motion to Stay is extended until May 24, 2024. Defendants' deadline to respond to Plaintiffs' Motion for Class Certification is extended until June 28, 2024. Plaintiffs' deadline to reply in support of Plaintiffs' Motion for Class Certification is extended until August 23, 2024.

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2024.

_____
David Alan Ezra
Senior United States District Judge