IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC.<br>SECURITIES LITIGATION | §<br>§<br>§ | Master File No.. 1:21-cv-00751-DAE |
| | § | |
| This Document Relates to : | §<br>§ | CLASS ACTION |
| ALL ACTIONS | §<br>§<br>§ | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

In accordance with W.D. Local Rule AT-3, Claudia Wilson Frost, the undersigned counsel for Defendants (formerly at the firm of Defendants' prior counsel Orrick, Herrington & Sutcliffe, LLP) respectfully moves to withdraw as counsel for Defendants in this matter. Defendants will continue to be represented by counsel from Gibson, Dunn & Crutcher LLP. Counsel for Plaintiffs did not oppose Orrick, Herrington & Sutcliffe, LLP's prior motion to withdraw. The undersigned also requests to be removed from the service list and notifications in this case.

Respectfully submitted,

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
Federal ID No. 859
**STEPTOE LLP**
717 Texas Ave., Suite 2800
Houston, TX 77002
Tel: 713.221.2357
Fax: 713.221.2320
cfrost@steptoe.com

**ATTORNEY FOR CASSAVA SCIENCES, INC.,
REMI BARBIER, LINDSAY BURNS,
AND ERIC J. SCHOEN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2024, the foregoing document was served on all counsel of record through the Court's electronic filing system.

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost