IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION _____ This Document Relates to : ALL ACTIONS _____ | § § § § § § § § § § C.A. No. 1:21-cv-00751-DAE |

### ORDER GRANTING CLAUDIA WILSON FROST'S WITHDRAWAL AS COUNSEL

The Court, having considered Claudia Wilson Frost's Unopposed Motion to Withdraw as Counsel, hereby GRANTS the motion. Attorney Claudia Wilson Frost is hereby terminated as counsel for Defendants. The Clerk is hereby instructed to remove counsel from notifications and the service list.

IT IS SO ORDERED.

SIGNED on May 16, 2024.

_____
David Alan Ezra
Senior United States District Judge