UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | | |

**ADR REPORT**

- 1 -

Pursuant to Western District of Texas Local Rule CV-88, lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao ("Plaintiffs") along with Cassava Sciences, Inc., Remi Barbier, Eric Schoen, and Lindsay Burns ("Defendants," collectively with Plaintiffs, the "Parties") hereby notify the Court that on November 7, 2023, the Parties conducted a private mediation through Phillips ADR Enterprises with David Murphy in an attempt to resolve the civil securities class action suit styled *In re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751 (W.D. Tex.).  To date, the Parties have been unable to reach a resolution.

DATED: June 17, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)


          */s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

- 1 -

- 2 -

                                              KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

DATED:  June 17, 2024          GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN (admitted *pro hac vice*)
SCOTT CAMPBELL (admitted *pro hac vice*)
JOHN TURQUET BRAVARD (admitted *pro hac vice*)


                        */s/ Scott Campbell*
                        SCOTT CAMPBELL

1801 California Street
Denver, CO  80202-2642
Telephone: 303/298-5700
303/298-5907 (fax)
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
GREGG COSTA (TX. BAR NO. 24028160)
TREY COX (TX. BAR NO. 24003722)
811 Main Street Suite 3000
Houston, TX  77002
Telephone: 346/718-6600
346/718-6979 (fax)
gcosta@gibsondunn.com
tcox@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MARY BETH MALONEY (admitted *pro hac vice*)
200 Park Avenue
New York, NY  10166
Telephone: 212/351-4000
212/351-6315 (fax)
mmaloney@gibsondunn.com

Counsel for Defendants