IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates to: ALL ACTIONS | | |

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This Court, having considered the Unopposed Motion to Exceed Page Limit for Defendants' Opposition to Plaintiffs' Motion for Class Certification, hereby GRANTS the Motion and ORDERS the following:

The page limit for Defendants' Opposition to Plaintiffs' Motion for Class Certification is extended to 40 pages.

IT IS SO ORDERED.

DATED: Austin, Texas, July 3, 2024.

_____
David Alan Ezra
Senior United States District Judge