UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Pierre Brazeau, et al. § | |
| § | |
| Plaintiffs, § | NO: AU:21-CV-00751-DAE |
| vs. § | |
| § | |
| Cassava Sciences, Inc., et al. § | |
| § | |
| Defendant. § | |

## ORDER SETTING MOTION HEARING/STATUS HEARING

It is hereby ORDERED that the above entitled and numbered case is set for **an in person** hearing on the pending motion Motion to Stay (dkt no. 162) and Status Conference before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, August 01, 2024 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas July 09, 2024.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE