AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| In re Cassava Sciences, Inc. Securities Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-751-DAE |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier and Lindsay Burns

Date:   07/30/2024

*[signature]*
Attorney's signature

C. Shawn Cleveland (Texas Bar No. 24012433)
Printed name and bar number

2850 N. Harwood Street Suite 1100
Dallas, Texas 75201
Address

scleveland@bakerlaw.com
E-mail address

214-210-1200
Telephone number

214-210-1200
FAX number