IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC.<br>SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

In accordance with W.D. Local Rule AT-3, the undersigned counsel for Defendants at Gibson Dunn & Crutcher LLP respectfully move to withdraw as counsel for Remi Barbier and Lindsay Burns in this matter. Mr. Barbier and Dr. Burns have retained separate counsel. Undersigned counsel moves to withdraw only as to Mr. Barbier and Dr. Burns, and will continue to represent Cassava Sciences, Inc. and other individual defendants in this matter.

Mr. Barbier and Dr. Burns will be represented by C. Shawn Cleveland and Douglas W. Green from Baker & Hostetler LLP, which is located at 2850 N. Harwood St., Suite 1100, Dallas, Texas 75201. Dkt. 197 and 198.

Undersigned counsel has conferred with Plaintiffs regarding this Motion, and Plaintiffs do not oppose this Motion to Withdraw. A proposed order is attached for the Court's convenience.

Dated: July 31, 2024 		Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6979
gcosta@gibsondunn.com
tcox@gibsondunn.com

Monica K. Loseman (admitted *pro hac vice*)
Scott Campbell (admitted *pro hac vice*)
John Turquet Bravard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.6315
mmaloney@gibsondunn.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2024, a true and correct copy of the foregoing was served upon each attorney of record via email.

                                                 /s/ *Gregg Costa*
                                                 Gregg Costa