IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

This Court, having considered Defendants' Unopposed Motion to Withdraw as Counsel, hereby GRANTS the Motion and ORDERS the following:

Attorneys Gregg Costa, Trey Cox, Monica K. Loseman, Scott Campbell, John Turquet Bravard, and Mary Beth Maloney of the law firm Gibson Dunn & Crutcher LLP are terminated as counsel for Defendants Remi Barbier and Lindsay Burns.

IT IS SO ORDERED.

DATED: Austin, Texas, August 5, 2024.

_____
David Alan Ezra
Senior United States District Judge