UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | NO. 1:21-CV-751-DAE |

**ORDER SETTING VIDEO
STATUS CONFERENCE**

On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case.  (*See* Docket Entry 203.)  Consistent with this designation, it is hereby **ORDERED** that a Status Conference is set for **September 30, 2024**, at **3:30 P.M.**  The conference will be held by video teleconference using the Zoom video platform.  On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

> https://txwd-uscourts.zoomgov.com/j/16126018188
> **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties experiencing technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on August 7, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge