UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

4864-0545-8651.v1

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (together, "Plaintiffs") hereby move for leave to file the attached Reply in Further Support of Motion for Class Certification ("Reply") in excess of the page limit set by local rule CV-7(C). Specifically, Plaintiffs request a page limit of 35 pages, exclusive of the caption, the signature block, any certificate, and any accompanying documents.  Defendants do not oppose this motion.  In support of this motion, Plaintiffs state the following:

1. This is a complex class action securities lawsuit.  Defendants requested the Court's leave to file a 40-page Opposition to Plaintiffs' Motion for Class Certification.  ECF 179.  In order to appropriately address the arguments raised in Defendants' 40-page Opposition to Plaintiffs' Motion for Class Certification, Plaintiffs request a 35-page Reply.

2. Plaintiffs did not oppose Defendants' Motion for Leave to Exceed Page Limit for Defendants' Opposition to Plaintiffs' Motion for Class Certification provided that Defendants agreed that Plaintiffs were entitled to 35 pages for their Reply.  ECF 179.  Defendants agreed that Plaintiffs are entitled to 35 pages for their Reply.  *See id.*

DATED:  August 23, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

4864-0545-8651.v1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 2 -