UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

4878-8526-1531.v1

- 1 -

Before the Court is plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao's Unopposed Motion for Leave to File in Excess of Page Limit regarding their contemporaneously filed Reply in Further Support of Motion for Class Certification.  Having reviewed the motion, and good cause appearing, the Court concludes that the motion should be, and is hereby GRANTED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                              THE HONORABLE DAVID ALAN EZRA
                                              SENIOR UNITED STATES DISTRICT JUDGE

- 1 -

4878-8526-1531.v1