UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**

4873-7218-1979.v1

I, Kevin A. Lavelle, declare, under penalty of perjury:

1.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi.  I submit this affidavit in support of Plaintiffs' Reply in Further Support of Motion for Class Certification.

2.  Attached is a true and correct copy of the following exhibits:

Exhibit 1: *United States v. Wang*, 24-cr-211, ECF 1 (D. Md. June 27, 2024);

Exhibit 2: Press Release, Cassava Sciences, Inc., *Cassava Sciences Announces Changes in Executive Leadership, Enhanced Corporate Governance and Other Initiatives* (July 17, 2024), https://www.cassavasciences.com/node/17061/pdf;

Exhibit 3: Cassava Sciences, Inc., Current Report (Form 8-K) (July 1, 2024);

Exhibit 4: Excerpts from August 8, 2024 Deposition Transcript of René M. Stulz, Ph.D.;

Exhibit 5: Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA August 23, 2024;

Exhibit 6: Press Release, Cassava Sciences, Inc., *Cassava Sciences Announces Final Results of a Phase 2b Clinical Study of Sumifilam in Patients with Alzheimer's Disease* (Sept. 14, 2020), https://www.cassavasciences.com/node/14916/pdf;

Exhibit 7: Press Release, Cassava Sciences, Inc., *Cassava Sciences Announces Additional Clinical Data from a Phase 2b Study of Sumifilam in Alzheimer's Disease* (Nov. 4, 2020), https://www.cassavasciences.com/node/14971/pdf;

Exhibit 8: Press Release, Cassava Sciences, Inc., *Cassava Sciences Announces Significant Program Progress and Expected Key Milestones in 2021 for Its Clinical Program in Alzheimer's Disease* (Feb. 8, 2021), https://www.cassavasciences.com/node/15121/pdf;

Exhibit 9: Press Release, Cassava Sciences, Inc., *Cassava Sciences Announces Positive End-of-Phase 2 Meeting with FDA and Outlines Pivotal Phase 3 Program for Simufilam in Alzheimer's Disease* (Feb. 22, 2021), https://www.cassavasciences.com/node/15186/pdf;

Exhibit 10: *Bozorgi v. Cassava Scis., Inc.*, 1:24-MC-91041-AK, Sealed and Unredacted Version of ECF 20, (D. Mass. Feb. 22, 2024) [FILED UNDER SEAL];

- 1 -

- 2 -

| | |
|---|---|
| Exhibit 11: | August 28, 2021 email from Heidi Creighton to Kevin Hrusovksy RE Cease and Desist Request [BEGNO.: Quanterix_Cassava_Sec_Litig_0003303] [FILED UNDER SEAL]; |
| Exhibit 12: | Chart of Post-Comcast Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage; |
| Exhibit 13: | Excerpts from May 17, 2024 Deposition Transcript of Mohammad Bozorgi; |
| Exhibit 14: | Excerpts from May 9, 2024 Deposition Transcript of Kenneth Calderone; |
| Exhibit 15: | Excerpts from May 28, 2024 Deposition Transcript of Manohar K. Rao. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2024.

                                                                 */s/ Kevin A. Lavelle*
                                                                  KEVIN A. LAVELLE