EXHIBIT 12

**Post-*Comcast* Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage**

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| Synchrony Financial | *In re Synchrony Financial Securities Litigation* | 3:18-cv-01818-VAB | District of Connecticut | February 3, 2023 |
| EQT Corporation | *In re EQT Corporation Securities Litigation* | 2:19-cv-00754-RJC | Western District of Pennsylvania | August 11, 2022 |
| Vale S.A. | *Rauch v. Vale S.A.* | 1:19-cv-00526-RJD-SJB | Eastern District of New York | March 31, 2022 |
| AmTrust Financial Services, Inc. | *Martinek v. AmTrust Financial Services, Inc.* | 1:19-cv-08030-KPF | Southern District of New York | February 3, 2022 |
| McKesson Corporation | *Evanston Police Pension Fund v. McKesson Corporation* | 3:18-cv-06525-CRB | Northern District of California | April 8, 2021 |
| JELD-WEN Holding, Inc. | *In re JELD-WEN Holding, Inc. Securities Litigation* | 3:20-cv-00112-JAG | Eastern District of Virginia | March 29, 2021 |
| Microchip Technology Incorporated | *Jackson v. Microchip Technology Incorporated* | 2:18-cv-02914-JJT | District of Arizona | February 22, 2021 |
| BlackBerry Limited | *Pearlstein v. BlackBerry Limited* | 1:13-cv-07060-CM-KHP | Southern District of New York | January 26, 2021 |
| Novo Nordisk | *In re Novo Nordisk Securities Litigation* | 3:17-cv-00209-BRM-LHG | District of New Jersey | January 31, 2020 |

4862-1242-9530.v1

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| The Southern Company | *Monroe County Employees' Retirement System v. The Southern Company* | 1:17-cv-00241-WMR | Northern District of Georgia | August 22, 2019 |
| Corrections Corporation of America | *Grae v. Corrections Corporation of America* | 3:16-cv-02267 | Middle District of Tennessee | March 26, 2019 |
| SunEdison, Inc. | *In re SunEdison, Inc. Securities Litigation* | 1:16-md-02742 | Southern District of New York | January 7, 2019 |
| RH, Inc. | *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. RH, Inc.* | 4:17-cv-00554-YGR | Northern District of California | October 11, 2018 |
| LSB Industries, Inc. | *Wilson v. LSB Industries, Inc.* | 1:15-cv-07614-RA-GWG | Southern District of New York | August 16, 2018 |
| Twitter Inc. | *In re Twitter Inc. Securities Litigation* | 4:16-cv-05314-JST | Northern District of California | July 17, 2018 |
| El Pollo Loco Holdings, Inc. | *Turocy v. El Pollo Loco Holdings, Inc.* | 8:15-cv-01343-DOC-KES | Central District of California | July 3, 2018 |
| Resource Capital Corp. | *Levin v. Resource Capital Corp.* | 1:15-cv-07081-LLS | Southern District of New York | November 22, 2017 |
| Marvell Technology Group, Ltd. | *Luna v. Marvell Technology Group, Ltd.* | 3:15-cv-05447-WHA | Northern District of California | October 27, 2017 |
| American Realty Capital Properties, Inc. | *In re American Realty Capital Properties, Inc. Litigation* | 1:15-mc-00040-AKH | Southern District of New York | August 31, 2017 |

4862-1242-9530.v1

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| Silver Wheaton Corp. | *In re Silver Wheaton Corp. Securities Litigation* | 2:15-cv-05146-CAS-JEM | Central District of California | May 11, 2017 |
| STAAR Surgical Company | *Todd v. STAAR Surgical Company* | 2:14-cv-05263-MWF-GJS | Central District of California | January 5, 2017 |
| BancorpSouth, Inc. | *Burges v. BancorpSouth, Inc.* | 3:14-cv-01564 | Middle District of Tennessee | April 28, 2016 |
| Genworth Financial, Inc. | *In re Genworth Financial, Inc. Securities Litigation* | 1:14-cv-02392-AKH | Southern District of New York | March 7, 2016 |
| Petróleo Brasileiro S.A. – Petrobras | *In re Petrobras Securities Litigation* | 1:14-cv-09662-JSR | Southern District of New York | February 2, 2016 |
| JPMorgan Chase & Co. | *In re JPMorgan Chase & Co. Securities Litigation* | 1:12-cv-04729-GBD | Southern District of New York | September 29, 2015 |
| Prudential Financial, Inc. | *City of Sterling Heights General Employees' Retirement System v. Prudential Financial, Inc.* | 2:12-cv-05275-MCA-LDW | District of New Jersey | August 31, 2015 |
| Las Vegas Sands Corporation | *Fosbre v. Las Vegas Sands Corporation* | 2:10-cv-00765-APG-GWF | District of Nevada | June 15, 2015 |

4862-1242-9530.v1