# EXHIBIT 13

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                        AUSTIN DIVISION



In re CASSAVA SCIENCES INC.        )
SECURITIES LITIGATION,             )
                                   )
_____  ) Master File No.
                                   ) 1:21-cv-00751-DAE
This Document Relates to:          )
                                   )
           ALL ACTIONS.            )
_____  )




              VIDEOTAPED DEPOSITION OF MOHAMMAD BOZORGI

                     SAN DIEGO, CALIFORNIA

                     FRIDAY, MAY 17, 2024

                          9:14 A.M.




Stenographically reported by:

Kayla Lotstein
California CSR No. 13916, CRR, RPR, CRC
```

                                                                      60

| | | | |
|---|---|---|---|
| 1 | A | No, sir. | 10:38:08 |
| 2 | Q | Did you invest in any securities before then? | 10:38:15 |
| 3 | A | **Could you please repeat this question and** | 10:38:21 |
| 4 | | **clarify for me.** | 10:38:22 |
| 5 | Q | Sure. | 10:38:24 |
| 6 | | Have you ever bought stock in any company | 10:38:25 |
| 7 | | before you opened your HSBC account? | 10:38:27 |
| 8 | A | **No.** | 10:38:30 |
| 9 | Q | The first document of the day. | 10:38:37 |
| 10 | A | **Oh, good.** | 10:38:39 |
| 11 | | MR. CAMPBELL:  I'll mark this as Bozorgi 1. | 10:38:40 |
| 12 | | (Whereupon Exhibit 1 was marked for | 10:38:59 |
| 13 | | identification.) | 10:38:59 |
| 14 | | BY MR. CAMPBELL: | 10:38:59 |
| 15 | Q | Do you recognize this document? | 10:39:03 |
| 16 | A | **Please give me time to read it.** | 10:39:13 |
| 17 | Q | Take your time. | 10:39:14 |
| 18 | A | **Okay, sir.** | 10:41:44 |
| 19 | Q | My question was do you recognize this | 10:41:45 |
| 20 | | document? | 10:41:46 |
| 21 | A | **Yes, sir.** | 10:41:47 |
| 22 | Q | Did you draft it? | 10:41:48 |
| 23 | A | **Yes, sir.** | 10:41:49 |
| 24 | Q | In paragraph 1, it says you have over 20 years | 10:41:51 |
| 25 | | of investment experience; is that right? | 10:41:59 |

                                                                        61

| | | | |
|---|---|---|---|
| 1 | A | That is correct, sir. | 10:42:01 |
| 2 | Q | What's your 20 years of investment experience? | 10:42:02 |
| 3 | A | This is related to my construction business. | 10:42:08 |
| 4 | | Real estate, basically.  That's what I mean by that. | 10:42:12 |
| 5 | Q | What investments have you made in real estate? | 10:42:16 |
| 6 | A | I have bought some property and sold before. | 10:42:20 |
| 7 | Q | What properties have you bought and sold? | 10:42:25 |
| 8 | A | In Iran, and one property in Los Angeles I had | 10:42:27 |
| 9 | | many years before, in Malibu. | 10:42:34 |
| 10 | Q | What properties have you bought and sold in | 10:42:38 |
| 11 | | Iran? | 10:42:41 |
| 12 | A | Rental properties, mainly. | 10:42:42 |
| 13 | Q | What rental properties? | 10:42:46 |
| 14 | A | The ones we spoke about. | 10:42:48 |
| 15 | Q | The two rental properties that you own in | 10:42:52 |
| 16 | | Iran? | 10:42:54 |
| 17 | A | Correct, sir. | 10:42:55 |
| 18 | Q | You inherited those; right? | 10:42:56 |
| 19 | A | Inherited and some of them -- some also I did | 10:42:58 |
| 20 | | through the trading that I did myself.  Not all of it's | 10:43:03 |
| 21 | | inherited.  Part of it is inherited.  Part of it was my | 10:43:07 |
| 22 | | own working experience. | 10:43:12 |
| 23 | Q | You own a five-unit residential building in | 10:43:16 |
| 24 | | Tehran; right? | 10:43:20 |
| 25 | A | That is correct. | 10:43:21 |

```
 1      Q    Did you purchase that?                              10:43:22
 2      A    Well, as I told you, see, some of it was            10:43:23
 3  inheritance money I invested, and then at the end, I buy     10:43:27
 4  this five-story building.                                    10:43:31
 5           It was not all inheritance money.  Some of          10:43:34
 6  them I made investment buying and selling.  At the end,      10:43:37
 7  I buy the five-story apartment.                              10:43:40
 8      Q    So you purchased the five-story building?           10:43:45
 9      A    Yes, sir.  Yes.  See, I have -- I have              10:43:48
10  inherited, you know, some properties, my parents'            10:43:51
11  property.  I have turn them into, you know, a better         10:43:56
12  investment.                                                  10:44:00
13           In other words, I sold them.  I purchased this      10:44:02
14  property in Tehran, but the one in Shiraz is my              10:44:05
15  inheritance.                                                 10:44:10
16      Q    What properties did you inherit from your           10:44:12
17  parents?                                                     10:44:14
18      A    The one that's in Shiraz.  It was not -- it         10:44:15
19  was a land.  I built it myself.                              10:44:17
20      Q    So you inherited the land --                        10:44:20
21      A    Correct.                                            10:44:23
22      Q    -- in Shiraz?                                       10:44:23
23           And you built the building that houses the          10:44:26
24  five shops?                                                  10:44:28
25      A    Correct, sir.                                       10:44:29
```

| | | |
|---|---|---|
| 1 | right? | 02:36:08 |
| 2 | **A   That is correct, sir.** | 02:36:09 |
| 3 | Q   Okay.  So that's more than $300,000 worth of | 02:36:14 |
| 4 | Cassava stock; is that right? | 02:36:17 |
| 5 | MR. DROSMAN:  Objection.  Vague and ambiguous. | 02:36:22 |
| 6 | MR. CAMPBELL:  You don't like math.  You always | 02:36:23 |
| 7 | think it's vague. | 02:36:23 |
| 8 | MR. DROSMAN:  Well, if you want to give him a | 02:36:23 |
| 9 | calculator and do the math.  I don't think that's fair | 02:36:23 |
| 10 | to ask him whether 76.81 times, you know, 4400 is a | 02:36:27 |
| 11 | certain number.  I can't do it in my head. | 02:36:32 |
| 12 | MR. CAMPBELL:  I bet you can do 4 times 74. | 02:36:36 |
| 13 | MR. DROSMAN:  No.  I can't do it. | 02:36:39 |
| 14 | MR. CAMPBELL:  I bet he can. | 02:36:40 |
| 15 | THE WITNESS:  Let's make a bet. | 02:36:42 |
| 16 | MR. CAMPBELL:  All right. | 02:36:43 |
| 17 | MR. DROSMAN:  You'd be losing that bet.  I can't do | 02:36:43 |
| 18 | it.  I'm not kidding. | 02:36:43 |
| 19 | BY MR. CAMPBELL: | 02:36:45 |
| 20 | Q   I'll represent to you 4 times 75 is 300. | 02:36:45 |
| 21 | All right. | 02:36:49 |
| 22 | **A   Okay.** | 02:36:50 |
| 23 | Q   But the general question is why would you | 02:36:51 |
| 24 | invest more than $300,000 in Cassava stock in | 02:36:52 |
| 25 | February of 2021? | 02:36:56 |

197

| | | |
|---|---|---|
| 1 | **A**   I do not remember, sir.  It's been so long. | 02:36:58 |
| 2 | Q   Did you do any research into Cassava's | 02:37:05 |
| 3 | business before investing $300,000-plus in Cassava in | 02:37:08 |
| 4 | February of 2021? | 02:37:13 |
| 5 | **A**   Yes, sir.  Google search. | 02:37:14 |
| 6 | Q   Did you do anything besides conduct a Google | 02:37:16 |
| 7 | search of Cassava? | 02:37:18 |
| 8 | **A**   No, sir. | 02:37:20 |
| 9 | Q   Do you know how you came across the name | 02:37:21 |
| 10 | Cassava to search for? | 02:37:23 |
| 11 | **A**   **As I said, Google search.  Sometimes, you** | 02:37:27 |
| 12 | **know, when you're watching Google News, it comes up.** | 02:37:29 |
| 13 | **Like Cassava Sciences are looking for, you know, drugs,** | 02:37:32 |
| 14 | **you know.  Now I put my -- do the Google search and,** | 02:37:36 |
| 15 | **you know, different news comes up like that.** | 02:37:39 |
| 16 | Q   Do you recall what you read on Google that led | 02:37:44 |
| 17 | you to purchase the stock? | 02:37:46 |
| 18 | **A**   **Yes, some of it, not all, but that they are** | 02:37:49 |
| 19 | **looking -- at that time I believe they had started doing** | 02:37:54 |
| 20 | **some testing on Alzheimer, and I believe they had some** | 02:38:03 |
| 21 | **research group in Sweden or Switzerland -- I don't know.** | 02:38:10 |
| 22 | **I don't recall exactly -- and that it started some phase** | 02:38:15 |
| 23 | **studies, and it seemed like to be a prominent company,** | 02:38:22 |
| 24 | **so that's why I decided to go with Cassava Science.** | 02:38:27 |
| 25 | Q   You mentioned a research group in Sweden or | 02:38:41 |

| | | |
|---|---|---|
| 1 | Switzerland they had.  Who's the research group? | 02:38:43 |
| 2 | **A   I don't recall, sir.** | 02:38:47 |
| 3 | Q    What did they conduct research on? | 02:38:50 |
| 4 | **A   On Alzheimer disease, trying to find a cure.** | 02:38:52 |
| 5 | Q    So do you think that Cassava was doing | 02:38:57 |
| 6 | research in Switzerland or Sweden on finding a cure for | 02:39:00 |
| 7 | Alzheimer's? | 02:39:06 |
| 8 | **A   I think they had hired a consultant to do the** | 02:39:06 |
| 9 | **testing for them.** | 02:39:08 |
| 10 | Q    Okay.  And do you know what the consultant was | 02:39:10 |
| 11 | testing for? | 02:39:11 |
| 12 | **A   Finding a cure for Alzheimer -- Alzheimer.** | 02:39:12 |
| 13 | Q    Do you know what Cassava does? | 02:39:16 |
| 14 | **A   Looking for drug to cure Alzheimer.** | 02:39:18 |
| 15 | Q    Is there a difference between what Cassava | 02:39:23 |
| 16 | does and what the research group in Switzerland or | 02:39:25 |
| 17 | Sweden does? | 02:39:28 |
| 18 | **A   I would not know, sir.** | 02:39:29 |
| 19 | Q    You say, "It seemed to be a prominent | 02:39:41 |
| 20 | company." | 02:39:43 |
| 21 | What do you mean by that? | 02:39:43 |
| 22 | **A   Well, according to what I saw in Google, it** | 02:39:45 |
| 23 | **seemed like they might have a -- that they are** | 02:39:47 |
| 24 | **researching to get a product.  So -- and at that time,** | 02:39:52 |
| 25 | **you know, even big, big companies, pension companies,** | 02:40:00 |

                                                                          199

| | | |
|---|---|---|
| 1 | they were buying this Cassava Science as well, you know. | 02:40:03 |
| 2 | So -- and from the search that I did on | 02:40:11 |
| 3 | Cassava Science, according to the Google, like I've done | 02:40:13 |
| 4 | with all my other stock, it seemed to be a good stock to | 02:40:17 |
| 5 | buy, a good share to buy. | 02:40:21 |
| 6 | Q   Was your level of research into Cassava | 02:40:24 |
| 7 | similar to the other companies you invested in in 2021? | 02:40:26 |
| 8 | MR. DROSMAN:  Objection.  Vague and ambiguous. | 02:40:30 |
| 9 | THE WITNESS:  I do not recall, sir. | 02:40:32 |
| 10 | BY MR. CAMPBELL: | 02:40:35 |
| 11 | Q   Do you recall doing anything to research | 02:40:36 |
| 12 | Cassava differently than you did from research in the | 02:40:37 |
| 13 | other companies you invested in in 2021? | 02:40:40 |
| 14 | A   That, still I do not recall, sir. | 02:40:44 |
| 15 | Q   Anything significant about the news you read | 02:40:54 |
| 16 | about Cassava that you recall being a motivation to buy | 02:40:55 |
| 17 | 300,000-plus worth of stock in February of 2021? | 02:41:00 |
| 18 | MR. DROSMAN:  Objection.  Vague and ambiguous. | 02:41:04 |
| 19 | THE WITNESS:  Can you repeat your question, please. | 02:41:06 |
| 20 | BY MR. CAMPBELL: | 02:41:08 |
| 21 | Q   Sure. | 02:41:08 |
| 22 | Anything stick out in your mind that you | 02:41:08 |
| 23 | recall from your Google search of Cassava that caused | 02:41:10 |
| 24 | you to want to buy more than $300,000 worth of stock in | 02:41:13 |
| 25 | the company in February 2021? | 02:41:17 |

```
                                                                    200
 1       A    I still don't understand your question.         02:41:29
 2            You're asking why I buy the stock?  Is that     02:41:30
 3   what you're saying?                                      02:41:32
 4       Q    Yes.                                            02:41:34
 5       MR. DROSMAN:  Objection.  Asked and answered.        02:41:35
 6       THE WITNESS:  I do not recall, sir.                  02:41:41
 7   BY MR. CAMPBELL:                                         02:41:45
 8       Q    Anything -- any reason to believe Cassava was   02:41:48
 9   better than any other Alzheimer's company?               02:41:50
10       MR. DROSMAN:  Objection.  Vague and ambiguous.       02:41:53
11       THE WITNESS:  That also, sir, I do not know.         02:41:58
12   BY MR. CAMPBELL:                                         02:42:02
13       Q    Do you know the name of Cassava's product?      02:42:02
14       A    PT-125.                                         02:42:05
15       Q    Do you know what PT-125 is?                     02:42:12
16       A    No, sir.  I just know the name.  I don't know   02:42:15
17   if I've passed the quiz or not, but I think it's PT-125. 02:42:17
18       Q    Do you have an understanding of what PT-125     02:42:28
19   stands for?                                              02:42:30
20       MR. DROSMAN:  Objection.  Asked and answered.        02:42:31
21       THE WITNESS:  No, sir.                               02:42:32
22   BY MR. CAMPBELL:                                         02:42:32
23       Q    Do you know anything about Cassava's history    02:42:33
24   as a company?                                            02:42:34
25       MR. DROSMAN:  Objection.  Vague and ambiguous.       02:42:35
```