EXHIBIT 14

1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

- - - - - - - - - - - - - - - - -x

In re CASSAVA SCIENCES INC.                Master File No.
                                           1:21-CV-00751-DAE
SECURITIES LITIGATION

- - - - - - - - - - - - - - - - -x

VIDEO-RECORDED DEPOSITION OF KENNETH CALDERONE

New York, New York

Thursday, May 9, 2024

Reported by:
Jeffrey Benz, CRR, RMR
Job No. 55434

Calderone, Kenneth                                    May 9, 2024

135

1   **very, very knowledgeable what they were doing with**
2   **that company.**
3         Q.   So there was a lot of news circulating
4   on the Internet platforms you would look at about
5   automated?
6         A.   **Like I said, the -- I don't really look**
7   **at all the Internet platforms with a -- about the**
8   **stocks that I traded.  I could have seen it on**
9   **IBD, or read about it on IBD.**
10        Q.   No, I wasn't being specific.  You just
11   said there --
12        A.   **Yeah.**
13        Q.   -- you didn't see much news about Intel
14   but you were seeing a lot of discussion about AMD.
15   Is that right?
16        A.   **That sounds correct, yes.**
17        Q.   Okay.  And I -- and the discussion you
18   were looking at is in the places you noted at the
19   outset where you would look online, Fidelity and
20   IBD, and those websites, about AMD stock.
21        A.   **Yes.**
22        Q.   Was there a lot of discussion online
23   about Cassava?
24             MR. LAVELLE:  Objection to form.
25        A.   **I'm trying to remember.  My wife**

Calderone, Kenneth                                    May 9, 2024

136

1    actually mentioned it to me, about Cassava.  She

2    was on this blog called SmartTrader, and he was

3    talking about Cassava and what they had -- what

4    they were developing, and I thought that was

5    interesting.

6              My mother had and passed away from

7    Alzheimer's.  And I thought, this might be a good

8    stock to invest in.  It had a -- a lot of

9    positive -- a lot of pov-- positive reviews on it.

10   So yes.

11        Q.   We'll come back.

12             You said you also talked to your wife

13   about Johnson Controls?

14        A.   Yes.

15        Q.   What did you talk to her about with

16   regard to Johnson Controls?

17        A.   Well, we -- we use Johnson Controls in

18   the company that I work for, and most of our

19   buildings use Johnson Controls, and I thought, you

20   know, we're a big company, maybe it would be a

21   good -- good investment to look into Johnson

22   Controls.  So we -- we bought some shares in it.

23        Q.   And with regard to stop-losses, if I

24   understand your clarification, it's just you

25   didn't always have a stop-loss in place when you

Calderone, Kenneth                                May 9, 2024

137

1   would buy a stock; is that right?

2       **A.   Yes.**

3       Q.   Okay.  Was it your general practice when

4   you bought a stock to put in a stop-loss?

5       **A.   Some stocks, yes.  Sometimes I would**

6   **forget to put it in.**

7       Q.   If you didn't put in a stop-loss, was it

8   just because you forgot?

9       **A.   Pretty much, yes.**

10      Q.   Did you have a practice for where you

11  would set your stop-loss?

12      **A.   Yes.**

13      Q.   What was it?

14      **A.   8 percent.**

15      Q.   8 percent.

16      **A.   Yes.**

17      Q.   So if you remembered, your practice was

18  when you would buy a stock, you would set a

19  stop-loss, so that if it went down 8 percent, it

20  would automatically sell?

21      **A.   Yes.**

22      Q.   And if you didn't have that stop-loss in

23  place, it was just a mistake?

24      **A.   It would just keep going until either I**

25  **noticed it or -- yes -- or just let it go.**

Calderone, Kenneth                                    May 9, 2024

168

1  purchases of stock that you made after 2022?

2       A.   Yes.

3       Q.   So we look at the next page, Schedule A.

4            There are, it looks like, two columns.

5  Right?  Or two groups.  There's the "Shares

6  Acquired" section and the "Shares Disposed" of

7  section.

8            Do you see that?

9       A.   Yes.

10      Q.   Is that equivalent to shares bought and

11 sold?

12      A.   Yes.

13      Q.   Okay.

14           And there are three in the "Bought"

15 group, if you will, dated 9/26/2022, 9/26/2022,

16 and 5/11/2023 --

17      A.   Yes.

18      Q.   -- is that right?

19           Each for purchases of 100 shares of

20 Cassava stock; is that right?

21      A.   Yes.

22      Q.   And those are marked "SD."  Right?

23      A.   Yes.

24      Q.   What is SD?

25      A.   I don't know.

Calderone, Kenneth                                   May 9, 2024

169

1      Q.   Did you put this together?

2      **A.   No.  I did not.**

3      Q.   Did you certify this as accurate?

4      **A.   Yes.**

5      Q.   What is your understanding of what's

6  reflected in the columns marked "SD"?

7      **A.   Those are the -- the trades that I**

8  **added, when I thought the stock was moving up, to**

9  **cost average down, hoping that the stock was going**

10 **to pop.**

11     Q.   Okay.  Sorry.  There's a few things

12 there.

13          So, first -- first of all, just on

14 9/22/22, SD100, price 43.71.  What does that

15 reflect?

16     **A.   The cost of Cassava Science at -- at**

17 **that -- on that day that I purchased the stock.**

18     Q.   So you bought 100 shares of Cassava

19 stock on September 26 for $43.71 a share?

20     **A.   Yes.**

21     Q.   And that same day, you also bought

22 100 shares for $44.85 a share, is that right?

23     **A.   Yes.**

24     Q.   So that's about 47-, $4,800 worth of

25 stock?

Calderone, Kenneth                                    May 9, 2024

170

1              Oh, sorry.   No.   87- or $8,800 worth of

2      stock.

3          A.    Yes.

4          Q.    Okay.   And then on May 11, you bought

5      another $2,600 worth of stock.

6          A.    Yes.

7          Q.    In 2023.

8          A.    Yes.

9          Q.    Okay.   And you said you bought those

10     because the stock was moving up.   Is that right?

11         A.    Yeah -- the first two were.   Yes.

12         Q.    What do you mean by that?

13         A.    Well, the first two that you see in

14     September, the -- when I was tracking the stock,

15     it had started moving up.   I think it was at a low

16     of actually in the teens.   And, like, you know

17     what?   Let me -- let me see if I can get in here,

18     because I'd look to cost average down, and that's

19     what I did.

20         Q.    And what does cost average down mean?

21         A.    It means if -- let's say I bought a

22     stock at $100 a share, then I bought a stock at --

23     the same stock, it went down to $50 a share.   Then

24     my -- my net -- well, the cost of average would be

25     $75 a share, instead of 100.

Calderone, Kenneth                                          May 9, 2024

171

1        Q.    Doesn't a lower price on the stock lower

2   your cost average?

3        A.    Yes, it does.

4        Q.    So why would you wait for the stock to

5   move up to cost average down?

6        A.    Because a year later, when it -- I think

7   it had gone up to as high as in the 50s, and then

8   it -- it did what SAVA does, it just started

9   crashing again.

10             And then it went all the way, I think,

11  down to almost $12 a share, and then it started to

12  go up again, and then I'm like, You know what?

13  I'm going to purchase another hundred shares.

14       Q.    You said it did what -- "did what SAVA

15  does."  What do you mean by that?

16       A.    I'm being sarcastic.  It just never --

17  it -- it never -- never goes any higher than --

18  just -- it just doesn't go anywhere.

19       Q.    You mentioned that it went up and then

20  crashed again.  Is that right?

21       A.    Yeah.  Yes.

22       Q.    Is that what SAVA stock does?

23             MR. LAVELLE:  Objection to form.

24       A.    Out of emotion, that comment was made

25  that way.  I have no control over what the stock

Calderone, Kenneth                                    May 9, 2024

212

1   business trading day is --

2       **A.   Yes.**

3       Q.   -- you would have exited your position

4   in Cassava?

5       **A.   Yes.**

6           MR. LAVELLE:   Objection to the form.

7       Misstates his testimony.

8       Q.   I'm not looking to state your testimony,

9   I'm asking you right now --

10      **A.   Yes.**

11      Q.   -- on the next trading day after

12  July 29, would you have exited your position in

13  Cassava?

14          MR. LAVELLE:   Objection to the form.

15      **A.   Yes.**

16      Q.   Okay.  And you believe you had a

17  stop-loss in place?

18      **A.   Yes.**

19      Q.   So what happened on July 30, 2021?

20      **A.   I woke up and saw a huge loss in**

21  **Cassava Science.**

22      Q.   And is that the loss that caused your

23  damage in this case?

24      **A.   Yes.**

25      Q.   And what caused that damage?

Calderone, Kenneth                                  May 9, 2024

213

1          A.    The citizen's petition.

2          Q.    And so, if Cassava stock -- well, let me

3    ask you this.

4                Did you have an opportunity to cure that

5    damage by selling Cassava stock later?

6                MR. LAVELLE:   Objection to form.

7          A.    It was down so much, and what I -- what

8    I remember was that Cassava was going to rebut the

9    claim.

10               And so I -- I didn't sell it at -- I

11   think it was at 60 now.  I held on to it thinking

12   that it would get a pop and that what they were

13   saying was going to be true.

14         Q.    Did it get a pop?

15         A.    No.

16         Q.    If it had popped, would you have

17   sold it?

18         A.    At this time -- you know what?  I don't

19   recall.  I don't know if -- I -- I don't recall if

20   I would or -- or I wouldn't have.

21         Q.    But the reason you didn't sell it on

22   the 30th is because it had dropped to $60 a share?

23         A.    Or --

24               MR. LAVELLE:   Objection to form.

25         A.    Or lower, yes.

Calderone, Kenneth                                    May 9, 2024

214

1         Q.   So the purchase price that you bought

2    those shares on July 26 and July 29, those are the

3    prices that you bought the stock that you

4    continued to hold on to, right?

5         A.   Yes.

6              MR. LAVELLE:  Objection to form.

7         Q.   And that's what's reflected in

8    Exhibit 6; is that right?

9         A.   Yes.

10        Q.   Okay.  After July 30, 2021, did the

11   stock price ever approach $125 again?

12        A.   I believe -- I believe it did.

13        Q.   Could you have exited your position at

14   that point with no loss?

15             MR. LAVELLE:  Objection to form.

16        A.   Yes.

17        Q.   Did you do so?

18        A.   No.

19        Q.   Why not?

20        A.   Because I believed that Cassava re--

21   rebutted the claims, and I -- I still believed in

22   the stock.  I held on to it.

23        Q.   Setting aside whether Cassava had

24   rebutted the claims, if -- if none of this would

25   have happened at the end of July, and on July 30,

Calderone, Kenneth                                      May 9, 2024

216

1    results, I wouldn't get rid of the stock at all.
2    And that's why I -- I still have the sock.  I
3    still believe in the stock.
4           But if there -- if -- if nothing was
5    coming out of it, I think eventually, I -- I
6    probably would have sold the stock at a -- at a
7    high cost, made a nice profit on it, and might
8    have looked somewhere else, but I don't know if I
9    would have done that.
10          It all depends on what the drug would
11   have done.
12     Q.   Well -- so, if the -- if the drug is
13   doing well, you would continue to hold the stock.
14   Is that right?
15     A.   Eventually -- you know, let's
16   hypothetically.  If the stock and the drug came
17   out that it does cure can-- does cure Alzheimer's
18   or slows it down, and the stock shot up to like
19   250 or 300, I would get out.
20     Q.   Okay.  You would have made enough money,
21   you'd get out at that point?
22     A.   Correct.
23     Q.   Okay.  And if the drug -- if the
24   evidence shows the drug doesn't work, do you think
25   you'd be able to exit at a high price?

Calderone, Kenneth                                           May 9, 2024

217

1     A.    No.  You know, I'm going to probably

2  hold on to the stock until it does what it does

3  because I believe in the stock.  I'm in a

4  conundrum, you know.  I -- I understand, I took a

5  huge loss, and that's on me.

6          But if what Cassava is stating, that the

7  drug does work, then, you know, I'm going to ride

8  it out.

9     Q.    And that's why you still hold

10 1400 shares?

11    A.    Yes, I still -- I still believe in this

12 stock.

13    Q.    And that's why you continued to buy

14 stock in the company, even after filing the

15 complaint in this case.

16    A.    I only bought three times.  Just to cost

17 average down, just in case it -- it did have a

18 pop.  I think -- I don't think I could stomach --

19 stomach this again.  And I would get out if there

20 was a -- if there was big pop.

21    Q.    Okay.  So if the stock went up to

22 hundred dollars a share, you would sell out?

23    A.    I would.

24    Q.    And you think there's still a chance

25 that will happen?

Calderone, Kenneth                                    May 9, 2024

218

1          **A.   Yes, I do.  I think that it will go**
2    **higher.  But, you know, we'll see what happens.**
3          Q.   And why do you think it will go higher?
4          **A.   I believe in -- I believe -- I believe**
5    **in the stock.  I believe in what they're -- what**
6    **they're saying about the stock.**
7          Q.   Because you think the drug may work?
8          **A.   Yes.**
9          Q.   Okay.
10              MR. CAMPBELL:  Take a break?
11              MR. LAVELLE:  Sure.
12              THE VIDEOGRAPHER:  Thank you.  The time
13         is 1:54.  We're going off the record.  It's
14         the end of the Media 4.
15              (A recess was taken from 1:54 to
16         2:11.)
17              THE VIDEOGRAPHER:  And the time is
18         approximately 2:11 p.m., we are back on the
19         record.  It's the beginning of Media 5.
20         Q.   Mr. Calderone, before we went on break,
21    we were discussing your transactions in Cassava
22    stock, in July of 2021.
23              Do you recall that?
24         **A.   Yes.**
25         Q.   And this is proximate to when you were

Calderone, Kenneth                                          May 9, 2024

222

1         August 16, 2021, was marked Calderone

2         Exhibit 9 for identification, as of this

3         date.)

4         Q.   So to be very clear on what this

5    unmarked document is, this is me going to Yahoo

6    Finance, and pulling down the stock values for

7    Cassava from July 19 of 2021 through August 16 of

8    2021.

9              Does that make sense?

10        **A.   Yes.**

11        Q.   Okay.  And if you look at July 29 of

12   2021, you can see that the stock had a high of

13   $146.16 and a low of $98.35 and closed at $103.35.

14             Do you see that?

15        **A.   Yes.**

16        Q.   Does that accord with your recollection

17   of where the stock would have been on July 29,

18   2021?

19             MR. LAVELLE:  Objection to form.

20        **A.   I don't remember.**

21        Q.   Okay.  Well, when we look at your chart

22   on -- or your schedule of transactions, it says

23   that on July 29, 2021, you purchased 800 shares

24   for $127.13.  Is that right?

25        **A.   Oh.  What was the -- the number you were**

Calderone, Kenneth                                    May 9, 2024

223

1    saying?

2         Q.   127.13 on July 29.

3         A.   Yes.

4         Q.   Okay.  Within that range of the high and

5    low for that day.

6         A.   Yes.

7         Q.   Okay.  And then your testimony was, you

8    would have sold the next day except the stop price

9    dropped substantially.  Right?

10        A.   I misspoke.  I -- I thought this

11   citizens' petition had came out when the stock

12   crashed, but it didn't.

13        Q.   So the stock crashed not because of the

14   citizens' petition.

15        A.   The stock did crash because of the

16   citizens' petition.

17        Q.   Well, on July 30, the stock did, in

18   fact, fall to a low of $65, correct?

19        A.   I don't -- I don't have that in front of

20   me.

21        Q.   There's July 30, 2021, the low for the

22   stock was $65.

23             Do you see that?

24        A.   Yes, I do.

25        Q.   Okay.  And then, the close for that day

Calderone, Kenneth                                      May 9, 2024

224

1    was a 69.53.  Is that right?

2         A.    Yes.

3         Q.    So is that the crash you were

4    referencing?

5         A.    Yes.

6         Q.    So the stock did crash on July 30.

7         A.    Correct.

8         Q.    And that's why you didn't sell the

9    stock.

10        A.    Correct.

11        Q.    And then, over the course of all the

12   next two weeks or so, the stock price -- well,

13   first of all, let me ask, do you know why the

14   stock crashed on July 30?

15        A.    I think they -- Cassava received poor --

16   poor reviews on their B2 trials.

17        Q.    Where did you see that?

18        A.    Oh.  I read about it.  I heard about it.

19        Q.    So the crash in the stock on the day

20   after you bought it was not related to the

21   citizens' petition.

22        A.    No.

23        Q.    And over the -- it was related to test

24   results from Cassava?

25        A.    Yes.

Calderone, Kenneth                                    May 9, 2024

269

1       Q.   And you're talking about the decline in
2   Cassava stock on July 30.
3       **A.   Yes.**
4       Q.   You believe that was a result of the
5   citizen's petition.
6       **A.   Yes.**
7       Q.   Do you know when the citizen petition
8   was filed?
9       **A.   No, I do not.**
10           **Oh, wait.  I believe I do.  I think it**
11   **was August of 2021?**
12       Q.   Okay.  Do you know when in August?
13       **A.   I think it was around the 12th or 17th,**
14   **somewhere around there.**
15       Q.   So after the decline in stock price on
16   July 31.
17       **A.   Yes.**
18       Q.   Or July 30?
19       **A.   Yes.**
20       Q.   So given that it was filed after the
21   decline in stock price, could the decline have
22   been caused by the citizen petition?
23           MR. LAVELLE:  Objection to form.
24       **A.   I don't know what could have caused --**
25   **you know, besides the citizen petition, I don't**

Calderone, Kenneth                                          May 9, 2024

270

1   know what else it could have been.

2        Q.   So going back to testimony, do you know

3   what caused the decline in stock value that caused

4   your losses?

5        A.   Yes.

6        Q.   What?

7        A.   The citizen's petition.

8        Q.   But you know the citizen's petition came

9   weeks after that decline?

10        A.   Yes.

11        Q.   So how could something that came weeks

12   after the decline cause the decline?

13        A.   With my stock loss?  I'm getting the --

14   the days confused with when -- when my stock

15   tanked.

16        Q.   We've looked at the days --

17        A.   Yeah.

18        Q.   -- that your stock tanked, have we not?

19        A.   You know what?  I can't -- I don't know.

20             I -- I don't know.

21        Q.   You purchased your shares on July 26th

22   and 29th, correct?

23        A.   Yeah.

24             Yes.

25        Q.   And the reason you suffered damages is

Calderone, Kenneth                                    May 9, 2024

271

1   you didn't have a stop-loss in effect after hours

2   on July 29, correct?

3       **A.   Yes.**

4           MR. LAVELLE:   Objection to form.

5       Misstates his testimony.

6       Q.   Is that correct?

7       **A.   Yes.**

8       Q.   Okay.   And you don't know what caused

9   that drop in the stock value.   Is that right?

10      **A.   Correct.**

11      Q.   But it was not the citizen's petition,

12  correct?

13          MR. LAVELLE:   Objection to form.

14      **A.   On the 30th of July?   Yes.**

15      Q.   Yes, it was not the citizen's petition?

16      **A.   Yes.**

17      Q.   And that's when you suffered your

18  losses, correct?

19      **A.   Yes.**

20      Q.   And for other dates or times, you had a

21  stop-loss in effect, correct?

22          MR. LAVELLE:   Objection to form.

23      **A.   Yes.**

24          MR. LAVELLE:   Misstates his testimony.

25      Q.   Since the complaint was filed in August

Calderone, Kenneth                                        May 9, 2024

273

1        Q.   Okay.  So the -- that's the genesis of

2    my question.

3             Have you suffered any additional damages

4    since the filing of the complaint in August of

5    2022, through the sought amended class period in

6    October of 2023?

7             MR. LAVELLE:  Objection to the form.

8        **A.   Yes.**

9        Q.   How so?

10       **A.   My stock keeps going down.**

11       Q.   Anything that Cassava has done to cause

12   you additional damages since the complaint was

13   filed in August of 2022, that you're aware of?

14            MR. LAVELLE:  Objection to form.

15       **A.   Yes.**

16       Q.   What?

17       **A.   One was not getting enough people for**

18   **trial.  I'm sure there's others.  I just -- I**

19   **don't remember offhand.**

20       Q.   Anything else you know of that caused

21   you damage?

22       **A.   No.**

23       Q.   And you believe that not getting enough

24   people for trials was before the stock drop in

25   July.  Correct?

Calderone, Kenneth                                    May 9, 2024

274

1           MR. LAVELLE:  Objection to form.

2      **A.   No.  It was the citizen's petition that**

3  **really was the nail in the coffin.**

4      Q.   But the citizen's petition wasn't a

5  thing in July of 2021.  Right?

6      **A.   Yes.**

7      Q.   So it didn't cause a drop in the -- your

8  stock price --

9      **A.   No.**

10     Q.   -- on July 30, correct?

11     **A.   Correct.**

12     Q.   Okay.  So, anything else you're aware

13 of, after the complaint was filed in August of

14 2022, that Cassava did to cause you damages?

15     **A.   Not that I can recall.**

16     Q.   And during that period subsequent to

17 August 2022, you, in fact, purchased additional

18 stock in Cassava, right?

19     **A.   Correct.**

20     Q.   We went through earlier when we were

21 looking at purchases, in September of 2022; is

22 that right?

23     **A.   Yes.**

24     Q.   So that was approximately one month

25 after the complaint was filed?

Calderone, Kenneth                                    May 9, 2024

275

1          A.   Yes.

2          Q.   And then you bought additional stock in

3     May of 2023, another hundred shares; is that

4     right?

5          A.   Yes.

6          Q.   Have you made additional purchases of

7     Cassava stock since then?

8          A.   Yes.

9          Q.   What purchases have you made?

10         **A.   From the -- the warrants, I bought an**

11    **additional 15 shares, and they gave me 30 shares,**

12    **something like that.  I have 30 more shares from**

13    **the warrants.**

14         Q.   Can you explain to me how that works?

15         **A.   No.  I don't know how it works.**

16         Q.   Okay.  How did you come to buy an

17    additional 15 that turned into 30 shares?

18         **A.   I -- I don't know how -- I don't know**

19    **how it happened, but I wound up with 30 shares of**

20    **Cassava Science.**

21         Q.   Did you pay for them?

22         **A.   No.**

23         Q.   Do you understand the process by which

24    you took ownership of those shares?

25         **A.   No.**

Calderone, Kenneth                                    May 9, 2024

277

1    record of a purchase of 100 shares of Cassava

2    stock on October 30.

3            Do you see that?

4        A.   Uh-huh.  Yes.

5        Q.   Did you buy a hundred shares of Cassava

6    stock on October 30?

7        A.   Yes, I guess I did.

8        Q.   Do you know whether you did?

9        A.   Yeah, I -- I do because I'm looking at

10   the total based on the other sheets, and I have

11   1430.  I think I even said that in the beginning

12   of the deposition.  So that's -- my -- my math was

13   off.  I was never good at math, but yes, that's

14   the hundred shares.

15       Q.   So, end of July, 2021, you had a

16   thousand shares.  Is that right?

17       A.   Yes.

18       Q.   And then in September, you bought

19   another -- September of 2022, you bought another

20   200 shares after the complaint was filed, right?

21       A.   Yes.

22       Q.   And then May of 2023, you bought another

23   hundred shares.  Is that right?

24       A.   Yes.

25       Q.   And that's how you got to 1300?

Calderone, Kenneth                                    May 9, 2024

278

1          A.    Yes.

2          Q.    And then on October 30th of 2023, so

3     after the end of the new class period, you

4     purchased another hundred shares.

5          A.    Yes.

6          Q.    Why?

7          A.    Cost average down.

8          Q.    Do you have a strategy for cost

9     averaging down your Cassava Sciences stock?

10         A.    No, because there are times when I could

11    have purchased it even lower but didn't.  I'm not

12    planning on buying any more stock in Cassava.

13         Q.    Any particular reason you bought this

14    hundred shares on October 30?

15         A.    No.

16         Q.    On October 31, there's a purchase of

17    another 25 shares.

18               Do you see that?

19         A.    Yes.

20         Q.    Did you make that purchase?

21         A.    Yes.

22         Q.    Why?

23         A.    No reason.

24         Q.    Did you think the stock was undervalued?

25         A.    In my opinion, I think the stock is

Calderone, Kenneth                                                    May 9, 2024

279

1    **undervalued.**

2            MR. CAMPBELL:  Mark this Exhibit 13.

3            (Account statement for December 2023

4       was marked Calderone Exhibit 13 for

5       identification, as of this date.)

6       Q.   This is your account statement for

7    December of 2023; is that right?

8       **A.   Yes.**

9       Q.   And if you look on page 6 of 13, which

10   is SAVA_KC271, you see that?

11      **A.   Yes.**

12      Q.   It says that on December 27, 2023, you

13   bought another 5 shares in Cassava stock?

14      **A.   Yes.**

15      Q.   Is that accurate?

16      **A.   Yes.**

17            MR. LAVELLE:  Sorry, which page are you

18      on, Scott?

19            MR. CAMPBELL:  271.

20            MR. LAVELLE:  Thanks.

21            MR. CAMPBELL:  The bottom.

22            MR. LAVELLE:  Got it.

23      Q.   But why did you purchase those shares?

24      **A.   Cost average down.**

25      Q.   Any particular reason you bought it at

Calderone, Kenneth                                          May 9, 2024

280

1   the end of December 2023?

2          A.    No.

3          Q.    Continue to think the stock was

4   undervalued?

5          A.    Yes.

6          MR. CAMPBELL:  That's all I have.

7          A.    That's it?

8          MR. LAVELLE:  I have no questions.

9          We can conclude the deposition.

10         THE VIDEOGRAPHER:  May I close out the

11   deposition for today?

12         MR. LAVELLE:  You may.

13         THE VIDEOGRAPHER:  Thank you.

14         We are off the record.  At 3:36 p.m.,

15   and this concludes today's testimony given by

16   Kenneth Calderone.  The total -- the total

17   number of media used was six and will be

18   retained by Henderson Legal Services.

19         Thanks, everyone.

20         (Time noted: 3:36 p.m.)

21

22

23

24

25