# EXHIBIT 15

1

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TEXAS
                  AUSTIN DIVISION

In re CASSAVA              :
SCIENCES INC.              :
SECURITIES LITIGATION      :   Master File No.
                           :   1:21-cv-00751-DAE
This Document              :
Relations to:              :       CLASS ACTION
    ALL ACTIONS            :


 *******************************************

          C O N F I D E N T I A L

    VIDEOTAPED / REALTIMED DEPOSITION OF

              MANOHAR K. RAO

                MAY 28, 2024

 *******************************************
```

Reported By:

Pat English-Arredondo,

CSR (TX), RMR, CRR, CLR

```
 1   in the Phase B testing and also data
 2   omission, manipulation, and misrepresentation
 3   of the data.
 4              And that's how -- when I think
 5   the Cassava stock went down.  And, I mean,        01:49
 6   that also I heard through the news.
 7       Q.    Okay.  Let's start with the
 8   study that you described.  What did you learn
 9   about that study before you purchased Cassava
10   stock?                                            01:49
11              MR. FALLON:  Object to form.
12       A.    If you're asking exact time, I
13   would not be able to tell you.
14       Q.    (By Mr. Turquet Bravard)  I'm
15   not asking you when.  I'm asking you what you     01:49
16   knew about that stock.
17       A.    It was before I bought the --
18              MR. FALLON:  Object to form.
19       A.    -- before I bought the stock.
20   I learned that they had tested their drug in     01:49
21   a CUNY lab and then they have a positive
22   data.
23              And then, of course, there were
24   a series of articles saying there's other
25   independent company also said, Yeah, they got    01:49
```

```
1    it correct.
2              But then they came back and
3    said, No, we did not really comment anything
4    about that Comtrex or that company.
5              Then the news of -- okay.  I        01:50
6    think maybe I'm answering more than you're
7    asking.
8         Q.   Yeah, I think so, because I
9    want to know what you knew before you ever
10   purchased Cassava stock.                       01:50
11             MR. FALLON:  Object to form.
12        A.   The information I know that
13   Cassava is coming up with a drug, Alzheimer's
14   drug, and it's imminent and so I went and
15   bought the stock because I felt like a        01:50
16   Alzheimer's drug is going to do pretty good.
17   I mean, that's it.
18             So I bought it.  And anyway,
19   it's discussions of the Alzheimer's drug and
20   Cassava company.                              01:50
21        Q.   What do you know about
22   Alzheimer's disease?
23             MR. FALLON:  Object to form.
24        A.   I'm not -- I'm not sure I know
25   very much; but it's a disease which can make  01:50
```

1  **old people can not able to walk, talk, or**
2  **whatever, yeah.  That's...**
3         Q.     (By Mr. Turquet Bravard)  Okay.
4  Are you familiar with the available
5  treatments for Alzheimer's disease?                01:51
6         **A.     No.**
7                MR. FALLON:  Object to form.
8         **A.     I'm not.**
9                MR. TURQUET BRAVARD:  What's
10      the basis?                                    01:51
11               MR. FALLON:  Available
12      treatments?  It's vague.
13               MR. TURQUET BRAVARD:  Okay.
14        Q.     (By Mr. Turquet Bravard)  Do
15  you know what treatments are currently FDA        01:51
16  approved for the treatment of Alzheimer's
17  disease?
18        **A.     No.**
19        Q.     Okay.  Do you know how
20  simufilam, if approved, would compare to          01:51
21  treatments that are currently FDA approved
22  for the treatment of Alzheimer's disease?
23        **A.     I don't have -- I don't have**
24  **that information.**
25        Q.     Okay.  You described Dr. Wang        01:51

```
 1         Q.    Correct?
 2         A.    Yes.
 3         Q.    Okay.  And Transaction Type,
 4    that is whether you bought or sold whatever
 5    asset it is you're trading.  Correct?            02:11
 6         A.    Uh-huh.
 7         Q.    Quantity is the number you
 8    bought or sold?
 9         A.    Yes.
10         Q.    And Unit Price is the price           02:12
11    per -- I guess per share or per option.
12    Correct?
13         A.    Uh-huh.
14         Q.    Okay.  All right.  I think
15    we're on the same page.                          02:12
16               This very top transaction.  On
17    July 6, 2021, you bought 100 shares in
18    Cassava stock --
19         A.    Say -- I'm sorry.  Say the date
20    again.  I'm sorry about that.                    02:12
21         Q.    So just these top two trades...
22         A.    July 6.
23         Q.    July 6, 2021.
24         A.    Oh, two of them, combined 100.
25    Okay.  Yes.                                      02:12
```

240

```
1         Q.    And you bought them -- you
2    bought 50 of them at a price of $90.77 a
3    share.  Right?
4         A.    $92.  Oh, I think one of
5    them -- the first one is $92.69.  And the      02:13
6    other is $90.77.
7         Q.    Okay.  And why did you make
8    this purchase?
9         A.    Because, again, the whole
10   reason of the purchase is that it would go up  02:13
11   significantly more than 92 or 91 in a
12   reasonable time and I would make money on it.
13   That's the reason.
14        Q.    At this point in time when you
15   purchased these shares in Cassava stock, did   02:13
16   you believe in the long-term value of Cassava
17   as a company?
18              MR. FALLON:  Object to form.
19        A.    Yes.
20        Q.    (By Mr. Turquet Bravard)  How       02:13
21   come?
22        A.    Well, I -- at that time at
23   least I'm not aware of any of these
24   allegations going on, and Cassava is
25   introducing the drug.                          02:13
```

241

```
 1              And I believe that Alzheimer's
 2    drug would become quite significantly popular
 3    because -- and then people will buy it and
 4    then it will become quite rich company.
 5         Q.   Okay.  So let's look at the          02:14
 6    next trade.
 7         A.   Okay.
 8         Q.   On July 9, 2021, you sold 100
 9    shares of Cassava stock --
10         A.   Right.                               02:14
11         Q.   -- at $99.16 a share.  Correct?
12         A.   Right.
13         Q.   So that's three days after you
14    had purchased the stock.
15         A.   Right.                               02:14
16         Q.   How come you sold -- how come
17    you sold the stock?
18         A.   Because it has gone to a price,
19    you know, where I feel like I made enough
20    money for this short time, and so I just       02:14
21    said, Let's sell it and make money.
22         Q.   Did you not think the stock
23    would continue to increase in price after
24    that date?
25         A.   Well, right.  But then I would       02:14
```

```
1    be investing, like as time goes, different
2    times and see, like a trend.  If I could
3    prolong it or go higher, I would do that.
4    But this is like a -- I mean, in two days if
5    I'm getting so much money, I felt it's a           02:14
6    reasonable good amount of money.
7              And again, buy it and then and
8    I wait for two days a week and then do the
9    same thing.  Is -- and there could be some
10   transactions which were held for a long time,     02:15
11   too, in this one.
12        Q.   Were you concerned on July 9,
13   2021 that the stock price would go down and
14   you would lose those profits?
15        A.   That's always a concern when            02:15
16   you buy stock, that any time it could have
17   some kind of a glitch in their performance or
18   in their whatever it is and the stock price
19   might just drop and you lose whatever you're
20   getting in the money.  It's always a concern.     02:15
21        Q.   Sure.  I guess what I'm trying
22   to figure out is, you just told me that you
23   believed in the long-term value of the stock.
24   Correct?
25        A.   Right, right.                           02:15
```