UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § § CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT**

- 1 -

Before the Court is plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao's Unopposed Motion for Leave to File in Excess of Page Limit regarding their contemporaneously filed Reply in Further Support of Motion for Class Certification. Having reviewed the motion, and good cause appearing, the Court concludes that the **motion should be, and is hereby GRANTED.** Plaintiffs may file a reply with a page limit of 35 pages, exclusive of the caption, the signature block, any certificate, and any accompanying documents.

\* \* \*

**O R D E R**

IT IS SO ORDERED. DATED:  August 26, 2024

                      THE HONORABLE DAVID ALAN EZRA
                      SENIOR UNITED STATES DISTRICT JUDGE