IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO SEEK LEAVE TO FILE SURREPLY**

Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen hereby move the Court for an order extending Defendants' time to seek leave to file a Surreply responding to Plaintiffs' Reply in Further Support of Motion for Class Certification.

1. Plaintiffs filed their Motion for Class Certification on March 13, 2024 (ECF 148).

2. Defendants filed their Opposition to Plaintiffs' Motion for Class Certification on June 28, 2024 (ECF 179).

3. Plaintiffs filed their Reply in Further Support of Motion for Class Certification eight weeks later, on August 23, 2024 (ECF 214).

4. Plaintiffs' Reply in Further Support of Motion for Class Certification introduces numerous new arguments beyond those contained in Plaintiffs' initial Motion for Class Certification, including arguments that Defendants have failed to show a lack of price impact.

5. In connection with their Reply, Plaintiffs also filed a Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA (ECF 209-5), which includes 110 pages of new opinions. Dr. Feinstein's Rebuttal Report is nearly double the length of Dr.

Feinstein's initial Report, filed on March 13, 2024 (ECF No. 148-7). Dr. Feinstein's Rebuttal Report is also substantially longer than the Expert Report of Dr. Rene M. Stulz, Ph.D. (ECF No. 179, Ex. 1), which the Rebuttal Report purports to rebut.

6. Given the extensive new evidence and arguments raised in Plaintiffs' Reply, Defendants are entitled to a Surreply to respond to Plaintiffs' new arguments and evidence. *See Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770 (5th Cir. 2024) (holding that district court was required to grant leave to file surreply on class certification in securities class action); *see also, e.g.*, *City of Pontiac Gen. Employees' Ret. Sys. v. Dell Inc.*, 2018 WL 1558571 (W.D. Tex. Mar. 29, 2018) (surreply on class certification in securities class action allowed where plaintiffs' reply presented additional evidence); *Marcus v. J.C. Penney Co., Inc.*, 2016 WL 8604331 (E.D. Tex. Aug. 29, 2016), *report and recommendation adopted*, 2017 WL 907996 (E.D. Tex. Mar. 8, 2017) (same); *In re BP p.l.c. Sec. Litig.*, No. 10-MD-2185, 2013 WL 6388408, (S.D. Tex. Dec. 6, 2013) (same).

7. Local Rule CV-7(b) governs the procedures for "motion[s] for leave to file a pleading, motion, or other submission." Under Rule CV-7(b), a party is required to file as an exhibit to the motion for leave "an executed copy of the proposed pleading, motion, or other submission."

8. Given the complexities of this case's class certification briefing, as well as the new arguments raised and the extensive additional evidence submitted with Plaintiffs' Reply, Defendants request an extension of time to file their anticipated Motion for Leave to File Defendants' Surreply. Defendants request six weeks to prepare and

file their Motion for Leave, which is reasonable given that Plaintiffs had eight weeks to prepare and file their Reply.

9. Defendants therefore request an extension until October 4, 2024, which will provide Defendants the time needed to include an executed copy of their proposed Surreply with Defendants' Motion for Leave.

10. Defendants met and conferred with Plaintiffs regarding this request, but the parties were unable to reach agreement.

For these reasons, Defendants respectfully request an extension of time until October 4, 2024 to seek leave to file a surreply.

Dated: August 30, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Gregg Costa*
　　　　　　　　　　　　　　　　　　　　Gregg Costa (Tx. Bar No. 24028160)
　　　　　　　　　　　　　　　　　　　　Trey Cox (Tx. Bar No. 24003722)
　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　811 Main Street Suite 3000
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　Telephone: 346.718.6600
　　　　　　　　　　　　　　　　　　　　gcosta@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　tcox@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　Monica K. Loseman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Scott Campbell (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　John Turquet Bravard (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　1801 California Street
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202-2642
　　　　　　　　　　　　　　　　　　　　Telephone: 303.298.5700
　　　　　　　　　　　　　　　　　　　　mloseman@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　scampbell@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
mmaloney@gibsondunn.com

*Counsel for Defendants Cassava Sciences, Inc. and Eric J. Schoen*

Douglas W. Greene
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.847.7090
dgreene@bakerlaw.com

C. Shawn Cleveland
BAKER & HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201
Telephone: 214.210.1200
scleveland@bakerlaw.com

*Counsel for Defendants Remi Barbier and Lindsay Burns*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 30, 2024, a true and correct copy of the foregoing was served upon each attorney of record.

/s/ *Gregg Costa*
Gregg Costa