IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC.<br>SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SEEK
LEAVE TO FILE SURREPLY**

This Court, having considered Defendants' Motion for Extension of Time to Seek Leave to File a Surreply, hereby GRANTS the Motion and ORDERS the following:

Defendants' deadline to seek leave to file a Surreply responding to Plaintiffs' Reply in Further Support of Motion for Class Certification is extended until October 4, 2024.

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2024.

_____
David Alan Ezra
Senior United States District Judge