UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | § § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SEEK LEAVE TO FILE SUR-REPLY**

- 1 -

I, Kevin A. Lavelle, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Plaintiffs' Opposition to Defendants' Motion for Extension of Time to Seek Leave to File Sur-Reply.

2. Attached is a true and correct copy of the following exhibits:

Exhibit 1: August 29, 2024 Email from Scott Campbell to Kevin Lavelle RE Class Certification Issues;

Exhibit 2: *In re BP p.l.c. Sec. Litig.*, 4:10-md-02185, ECF 686 (S.D. Tex. Nov. 7, 2013);

Exhibit 3: *In re BP p.l.c. Sec. Litig.*, 4:10-md-02185, ECF 693 (S.D. Tex. Nov. 15, 2013);

Exhibit 4: *Marcus v. J.C. Penney Co.*, 6:13-cv-007336, ECF 121 (E.D. Tex. Feb. 5, 2016);

Exhibit 5: *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*, 1:15-cv-00374, ECF 121 (W.D. Tex. July 22, 2017);

Exhibit 6: *In re: Anadarko Petroleum Corp. Sec. Litig.*, 4:20-cv-00576, ECF 228 (S.D. Tex. May, 13, 2024).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024.



*/s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

- 1 -

4893-5810-4290.v1