# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | MDL No. 2185 |
| | Civil Action No. 4:10-md-02185 |
| | Hon. Keith P. Ellison |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants respectfully submit this Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification.

1. Defendants seek leave to file a short 15-page sur-reply (attached hereto as Exhibit A) in further opposition to Plaintiffs' class certification motion to respond to new arguments raised for the first time in Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification.

2. Defendants are mindful of the Court's admonition against the filing of sur-replies as a routine matter and are not attempting to have the last word on every point. Defendants' sur-reply instead addresses only the following arguments:

- In their opening papers, Plaintiffs made no attempt to present a methodology for calculating damages on a classwide basis. They instead waited until their reply to disclose for the first time how they propose to calculate damages in this case. In an attempt to justify their new damages methodology, Plaintiffs also advance on reply a new "one fraud" theory of liability.

- On reply, Plaintiffs abandon their allegations that the challenged statements in BPXP's OSRP and IEP were made public in March and June 2009. They instead

-2-

argue for the first time that Defendants' argument about the "publicity" of those MMS filings is an argument about materiality.

- The Ludlow Plaintiffs did not offer any justification for certifying a subclass in their opening papers. On reply, they now attempt to shift their own burden under Rule 23 to Defendants.

- Plaintiffs address for the first time on reply the issues of whether (i) New York and Ohio profited from the alleged fraud and (ii) the unusual trading patterns of New York and Ohio render them atypical of the proposed Class.

3. Plaintiffs have reserved the right to oppose this Motion.

4. Defendants respectfully move for leave to file a sur-reply in opposition to Plaintiffs' Motion for Class Certification. Defendants have attached a copy of their proposed sur-reply as Exhibit A.

Dated: November 7, 2013

Respectfully submitted,

OF COUNSEL
Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
Elizabeth A. Rose
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Telephone: (202) 956-7500

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000

*Attorneys for Defendants BP p.l.c., BP America, Inc., BP Exploration and Production, Inc., Anthony B. Hayward and Douglas Suttles*

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant Douglas Suttles*

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

-3-

-4-

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for BP has conferred by email with Plaintiffs' counsel, and Plaintiffs have reserved the right to oppose the relief sought in this Motion.

/s/ *Marc De Leeuw*
Marc De Leeuw

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic CM/ECF filing on this 7th day of November 2013.

/s/ *Thomas W. Taylor*
Thomas W. Taylor