# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | MDL No. 10-md-2185<br><br>Civil Action No. 4:10-md-02185<br><br>Honorable Keith P. Ellison |

## ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Response to Defendants' Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification. Having considered the motion, the Court hereby **GRANTS** Plaintiffs' Motion.

Signed this 15th day of November 2013.

Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE

1