# EXHIBIT 4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| ALAN B. MARCUS, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 6:13-cv-00736-MHS-KNM (Consolidated) |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § | |
| J.C. PENNEY COMPANY, INC., et al., | § § | |
| Defendants. | § § § | |

**JOINT MOTION FOR AMENDED SCHEDULING ORDER**

1116589_2

Pursuant to Local Rule CV-7, Lead Plaintiff National Shopmen Pension Fund ("Lead Plaintiff") and Defendants J.C. Penney Company, Inc., Myron E. Ullman, III and Kenneth H. Hannah (collectively, "Defendants") respectfully submit this joint motion to amend the existing schedule governing Lead Plaintiff's Motion for Class Certification. In support of this request, Lead Plaintiff and Defendants state as follows:

1. The parties are mindful of, and have carefully reviewed, the Court's February 1, 2016 Order setting a hearing on February 8, 2016 on the Joint Motion for Entry of Discovery Plan ("February 1 Order").

2. Before the Court entered the February 1 Order, the parties had met and conferred in good faith about the schedule for class certification proceedings, and they had agreed to propose extending the schedule by approximately one month. The parties now raise this agreement with the Court, heedful of the Court's direction to discuss the most expeditious way to resolve the delays in the parties' proposed schedules.

3. On October 26, 2015, the Court entered a Scheduling Order (the "Order") governing the timing of the parties' class certification briefing, submission of relevant expert reports, and depositions of proffered experts and class representative(s). Dkt. No. 107.

4. Pursuant to the Order, Lead Plaintiff submitted its Motion for Class Certification on January 25, 2016. Dkt. No. 116.

5. Despite their best efforts, Lead Plaintiff and Defendants have been unable to schedule the depositions anticipated by the Order within the timeframe originally provided. The parties believe that only a brief extension of the current schedule is required to complete the necessary class certification discovery.

1116589_2

6. The schedule for briefing class certification will not affect other deadlines in the case. Merits discovery is currently underway and will continue in parallel with class certification proceedings. Defendants have begun producing merits-related documents to Lead Plaintiff, and Defendants intend to continue producing merits discovery throughout the class certification stage of the case.

7. The parties are mindful of the Court's interest in advancing the proceedings and look forward to discussing the matters raised in the February 1 Order at the hearing set on February 8, 2016.

WHEREFORE, the parties respectfully request that the Court enter an order, setting the following amended schedule:

| Event | Deadline Based on Prior Order | Deadline |
| --- | --- | --- |
| Plaintiffs shall move for class certification, file any supporting expert report(s), and produce all documents from the proposed class representatives relevant to class certification | January 25, 2016 | January 25, 2016 |
| Plaintiffs shall produce expert documents relevant to class certification | February 4, 2016 | February 4, 2016 |
| Deadline for depositions related to Plaintiffs' motion for class certification, including depositions of class representatives and any expert(s) supporting Plaintiffs' motion | February 19, 2016 | March 10, 2016 |
| Defendants shall file opposition to class certification, together with any supporting expert report(s) | March 28, 2016 | April 15, 2016 |
| Defendants shall produce expert documents relevant to class certification | April 7, 2016 | April 28, 2016 |
| Deadline for deposition(s) of Defendants' expert(s) | April 14, 2016 | May 12, 2016 |
| Plaintiffs shall file reply in support of their motion for class certification and any rebuttal expert report(s) | May 2, 2016 | May 27, 2016 |
| Defendants shall file surreply in opposition to Plaintiffs' motion for class certification | May 20, 2016 | June 20, 2016 |

| Event | Deadline Based on Prior Order | Deadline |
|---|---|---|
| Parties shall submit a joint report regarding their position on the need for an evidentiary hearing on class certification, together with a proposed schedule, if applicable | June 3, 2016 | July 5, 2016 |

DATED:  February 5, 2016               Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
ROBERT R. HENSSLER JR.
DANIELLE S. MYERS
AUSTIN P. BRANE
HILLARY B. STAKEM


               s/ ROBERT R. HENSSLER JR.
              ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

WARD & SMITH LAW FIRM
T. JOHN WARD, JR. (State Bar No. 00794818)
JACK WESLEY HILL (State Bar No. 24032294)
1127 Judson Road, Suite 220
Longview, TX  75601
Telephone:  903/757-6400
903/757-2323 (fax)

Liaison Counsel

DATED:  February 5, 2016               GIBSON, DUNN & CRUTCHER LLP
                                       ROBERT C. WALTERS (SBN 20820300)


               s/ ROBERT C. WALTERS
              ROBERT C. WALTERS

2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone:  214/698-3100
214/571-2900 (fax)
rwalters@gibsondunn.com

- 3 -

1116589_2

GIBSON, DUNN & CRUTCHER LLP
MERYL L. YOUNG (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949/451-3800
949/451-4220 (fax)
myoung@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JASON J. MENDRO (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202/995-8500
202/467-0539 (fax)
jmendro@gibsondunn.com

POTTER MINTON, PC
MICHAEL E. JONES (SBN 10929400)
JOHN F. BUFE (SBN 03316930)
110 North College, Suite 500
Tyler, TX 75702
Telephone: 903/597-8311
903/593-0846 (fax)
mikejones@potterminton.com
johnbufe@potterminton.com

Attorneys for Defendants J.C. Penney Company, Inc., Myron E. Ullman, III and Kenneth H. Hannah

- 4 -

1116589_2

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2016.

      s/ ROBERT R. HENSSLER JR.
      ROBERT R. HENSSLER JR.

      ROBBINS GELLER RUDMAN
          & DOWD LLP
      655 West Broadway, Suite 1900
      San Diego, CA 92101-8498
      Telephone: 619/231-1058
      619/231-7423 (fax)

      E-mail:bhennsler@rgrdlaw.com

1116589_2

## Mailing Information for a Case 6:13-cv-00736-MHS-KNM Marcus v. J.C. Penney Company, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dmolloy@ajamie.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Benjamin D Bianco**
  bbianco@frankandbianco.com,info@frankandbianco.com

- **Thomas Emerson Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Austin P Brane**
  abrane@rgrdlaw.com,jillk@rgrdlaw.com

- **John Frederick Bufe**
  johnbufe@potterminton.com,vrt@potterminton.com

- **James Albert Caputo**
  jimc@rgrdlaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com,ldeem@rgrdlaw.com

- **Roger Bruce Greenberg**
  roger@smglawgroup.com,sam@smglawgroup.com

- **David J Harris , Jr**
  dharris@rgrdlaw.com

- **Claire Abernathy Henry**
  claire@wsfirm.com,wbc@wsfirm.com,ak@wsfirm.com

- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,jillk@rgrdlaw.com,ldeem@rgrdlaw.com

- **Jack Wesley Hill**
  wh@wsfirm.com,wbc@wsfirm.com,ak@wsfirm.com

- **Michael Kevin Hurst**
  mhurst@ghetrial.com,tashworth@ghetrial.com,bcongdon@ghetrial.com,jguild@ghetrial.com,mslusser@ghetrial.com,hturgeon@ghetrial.com

- **JC Penney Investor Group**
  kpuls@pulslaw.com

- **Daniel Ward Jackson**
  daniel@jacksonlaw-tx.com,beverly@jacksonlaw-tx.com,scott@jacksonlaw-tx.com

- **Michael E Jones**
  mikejones@potterminton.com,CMECF@potterminton.com,jovallery@potterminton.com

- **Elton Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Brian C Kerr**
  kerr@browerpiven.com

- **Rocky M Lawdermilk**
  rocky@rocklaws.com,brenda@rocklaws.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,mwilliams@kendalllawgroup.com,jamie.mckey@hotmail.com,administrator@kendalllawgroup.com

- **Jason Jacob Mendro**
  jmendro@gibsondunn.com,kohara@gibsondunn.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ira Michael Press**
  ipress@kmllp.com

- **William Kelly Puls**
  kpuls@pulslaw.com,msmith@pulslaw.com,kelly.puls@gmail.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com,ldeem@rgrdlaw.com

- **Michael W Stocker**
  mstocker@labaton.com,drogers@labaton.com,ravan@labaton.com,lmehringer@labaton.com,electroniccasefiling@labaton.com

- **Robert C Walters**
  rwalters@gibsondunn.com,kmoody@gibsondunn.com,cfitzgerald@gibsondunn.com

- **David Conrad Walton**
  davew@rgrdlaw.com,ldeem@rgrdlaw.com

- **Thomas John Ward , Jr**
  jw@wsfirm.com,wbc@wsfirm.com,ak@wsfirm.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com,cfitzgerald@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)