# EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : |
| Plaintiff, | : : |
| vs. | : : : |
| DELL INC., ET AL., | : : |
| Defendants. | : : : |

Case No. 1:15-cv-00374-LY

<u>CLASS ACTION</u>

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rules CV-7(b) and CV-7(f)(1), Defendants Dell Inc., Stephen Felice, Brian Gladden, and Michael Dell (collectively, "Defendants") request Leave to File a Sur-Reply in Opposition to Lead Plaintiff's Motion for Class Certification, and in support show the Court as follows:

1.  On July 13, 2017, Lead Plaintiff filed its Reply Memorandum of Law in Further Support of its Motion for Class Certification. In its Reply, Plaintiff presents new arguments and evidence in support of its Motion to which Defendants should have the opportunity to respond.

2.  For example, Plaintiff asserts for the first time in the Reply that it has alleged no affirmative misstatements and attempts to recast this action as an "omissions only" case. (Reply at 8.) Nothing could be further from the truth. In reality, Plaintiff is straining to avoid the consequences of having its claims impeached by its own expert. The Complaint quotes from various statements made by Defendants and claims that these statements gave the market an overly positive view of Dell and its prospects which led to inflation in Dell's stock price. (*See*, *e.g.*,

1

Compl. ¶¶ 61-65.) But Plaintiff's expert has now conceded that either (i) the alleged misstatements were viewed negatively by the market, which led to a price decline, or (ii) the market failed to react to the statements with any change in Dell's stock price. Defendants respectfully submit that they should be allowed the opportunity to respond to Plaintiff's new argument that the absence of price impact from these alleged misstatements is not fatal to class certification because Plaintiff is now seeking to recover for omissions only.

3. Plaintiff's Reply also attached a new 46-page report from Plaintiff's expert, which Plaintiff purports to rely on in further support of its Motion for Class Certification. In fairness, Defendants should be allowed to address the opinions and arguments offered in this new report, which was not disclosed until Plaintiff filed its Reply.

4. The proposed Sur-Reply that Defendants seek to file, attached as Exhibit A, focuses exclusively on the new arguments and evidence noted above, and complies with the 5-page limitation for replies to non-dispositive motions prescribed by Local Rule CV-7(f)(3).

5. Pursuant to Local Rule CV-7(i), Defendants have conferred with counsel for Plaintiff and Plaintiff opposes the relief requested in this Motion.

For these reasons, Defendants request that the Court grant this Motion for Leave to File the attached Sur-Reply, and grant such other and further relief to which Defendants are entitled.

DATED: July 22, 2017

Respectfully submitted,

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP

By: */s/Marcy Hogan Greer*
Marcy Hogan Greer
(Texas Bar No. 08417650)
515 Congress Ave., Suite 2350
Austin, TX 78701
Tel: (512) 716-8310
Fax: (512) 482-9303
Email: mgreer@adjtlaw.com

2

ALSTON & BIRD LLP
John L. Latham (admitted *pro hac vice*)
Susan E. Hurd (admitted *pro hac vice)*
One Atlantic Center
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309
Tel: (404) 881-7572
Fax: (404) 881-7777
Email: john.latham@alston.com
　　　　susan.hurd@alston.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 22d day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP

By:   */s/Marcy Hogan Greer*
     Marcy Hogan Greer
     (Texas Bar No. 08417650)