UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | AU-21-CV-751-DAE |
| | § | |

**ORDER**

Before the Court is the status of the above case, in which the District Court has designated the undersigned as a Special Discovery Master.  (*See* Docket Entry 203.)   The Court held a status conference in the case on September 30, 2024.

In accordance with the Court's rulings at the conference, it is hereby **ORDERED** as follows:

(1) **On or before October 22, 2024**, the parties must file a Joint Advisory to the Court including the following items:

  a. From Defendants, a list identifying (i) the documents recently received from the Securities and Exchange Commission ("SEC"), and (ii) the persons that, to their knowledge, were deposed as part of the SEC's investigation;

  b. From Plaintiffs, a list of those documents identified in Defendants' privilege log for which the claim of privilege is disputed, even after conferring in good faith; and

  c. From all parties, an advisory as to whether they have agreed to jointly request the disclosure from the SEC of deposition transcripts, or other documents obtained in the course of its investigation, to counsel for all parties in this litigation, and, if not, the basis for their disagreement.

(2) A Status Conference is set for **November 14, 2024**, at **2:30 P.M.**   The conference will be held by video teleconference using the Zoom video platform.   On the designated date and

time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on October 1, 2024.

Henry J. Bemporad
United States Magistrate Judge