UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | Master File No. 1:21-cv-00751-DAE |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

**DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS'S NOTICE OF JOINDER IN JOINT MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE SWEDISH MINISTRY OF JUSTICE TO DIRECT OSKAR HANSSON AND SHORENA JANELIDZE TO PROVIDE ORAL TESTIMONY**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL: Please take notice that Defendants Remi Barbier and Lindsay Burns hereby join in the Joint Motion for Issuance of a Letter of Request for International Judicial Assistance from the Swedish Ministry of Justice to Direct Oskar Hansson and Shorena Janelidza to Provide Oral Testimony, submitted by Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao and defendants Cassava Sciences, Inc. and Eric Schoen and filed on October 3, 2024 (Dkt. #225).

DATED:  October 4, 2024

BAKER & HOSTETLER LLP
C. SHAWN CLEVELAND
(TX. Bar No. 24012433)

*/s/ C Shawn Cleveland*
C. SHAWN CLEVELAND

2850 North Harwood Street
Suite 1100
Dallas, TX  75201
Telephone:  214/210-1200
214/210-1200 (fax)
scleveland@bakerlaw.com

BAKER & HOSTETLER LLP
DOUGLAS W. GREENE (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY  75201
Telephone: 212/847-7090
dgreene@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay Burns