IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**ORDER GRANTING MOTION REQUESTING EVIDENTIARY HEARING ON PLAINTIFFS' OPPOSED MOTION FOR CLASS CERTIFICATION**

This Court, having considered Defendants' Motion Requesting Evidentiary Hearing on Plaintiffs' Opposed Motion for Class Certification, hereby GRANTS the Motion and ORDERS the following:

An evidentiary hearing on Plaintiffs' Opposed Motion for Class Certification is hereby scheduled for _____.

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2024.

_____
JUDGE PRESIDING

1