UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO STRIKE THE EXPERT SUR-REPLY REPORT OF RENÉ M. STULZ, PH.D.**

- 1 -

Before the Court is plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao's Opposed Motion to Strike the Expert Sur-Reply Report of René M. Stulz, Ph.D.  Having reviewed the motion, and good cause appearing, the Court concludes that the motion should be, and is hereby GRANTED.  The Expert Sur-Reply Report of René M. Stulz, Ph.D., at docket entries ECF 227-1 and ECF 228-1, is struck from the record.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
                                                              THE HONORABLE DAVID ALAN EZRA
                                                              SENIOR UNITED STATES DISTRICT JUDGE