UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § |

**PLAINTIFFS' REQUEST FOR CLARIFICATION REGARDING THE COURT'S OCTOBER 25, 2024 ORDER**

4859-4144-8947.v2

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao (collectively, "Plaintiffs") respectfully seek clarification of the Court's October 25, 2024 Order (ECF 238) which granted Plaintiffs' Motion to strike the Expert Sur-Reply Report of René M. Stulz, Ph.D. ("Plaintiffs' Motion to Strike").

In Plaintiffs' Motion to Strike, Plaintiffs requested that the Court strike the Expert Sur-Reply Report of René M. Stulz, Ph.D. (the "Stulz Sur-Reply Report") from the record given the Court's directive that "'the parties should not file any new evidence.'" *See generally* ECF 232.  The Stulz Sur-Reply Report was filed on two separate occasions: once on October 4, 2024 (ECF 227-1) and again on October 7, 2024 (ECF 228-1).  Plaintiffs' Motion to Strike requested that the Court strike both filings of the Stulz Sur-Reply Report from the record.  *See* ECF 232 at 1 (citing both ECFs 227-1 and 228-1); *see also* ECF 232-1 (same).  On October 25, 2024, the Court granted Plaintiffs' Motion to Strike in its entirety and ordered the court clerk to strike the Stulz Sur-Reply Report from the record.  ECF 238.  The Court specifically identified ECF 227-1 as being stricken, but did not mention the second filing on October 7 of the identical Stulz Sur-Reply Report (ECF 228-1).  Therefore, Plaintiffs respectfully request that the Court clarify its October 25, 2024 Order to include ECF 228-1 as being stricken from the record, as well.

DATED:  October 25, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)


          /s/ Kevin A. Lavelle
KEVIN A. LAVELLE

- 2 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao