UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § |

**[PROPOSED] ORDER CLARIFYING THE COURT'S PRIOR ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE EXPERT SUR-REPLY REPORT OF RENÉ M. STULZ, PH.D.**

4879-7345-8163.v1

- 1 -

Before the Court is plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao's request for clarification regarding the Court's October 25, 2024 Order. Consistent with the reasons stated in the Court's October 25, 2024 Order (ECF 238), the Court hereby **ORDERS** the Clerk to **STRIKE** the Expert Sur-Reply Report of René M. Stulz, Ph.D. (ECFs 227-1 and 228-1) from the record.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____        _____
                                                                                    THE HONORABLE SUSAN HIGHTOWER
                                                                                    UNITED STATES MAGISTRATE JUDGE