UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § | Master File No. 1:21-cv-00751-DAE |
| This Document Relates to: | | CLASS ACTION |
| ALL ACTIONS. | | |

**ORDER**

Now before the Court is Plaintiffs' Request for Clarification Regarding the Court's October 24, 2024 Order (Dkt. 238), filed October 25, 2024 (Dkt. 239). By Text Order entered October 28, 2024, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The Court **CLARIFIES** its ruling in its October 24, 2024 Order (Dkt. 238) as follows:

Plaintiffs' Motion to Strike the Expert Sur-Reply Report of René M. Stulz, Ph.D. (Dkt. 232) is **GRANTED**. The Court **ORDERS** the Clerk to **STRIKE** from the record the Expert Sur-Reply Report of René M. Stulz, Ph.D., filed at both Dkt. 227-1 and Dkt. 228-1.

The Court **FURTHER ORDERS** Defendants to file a redacted version of Defendants' Sealed Opposition to Plaintiffs' Motion for Class Certification (Dkt. 179-2) and associated Exhibits by **October 31, 2024**.

**SIGNED** on October 28, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1