UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
RACHEL L. JENSEN AS COUNSEL OF RECORD**

In accordance with W.D. Local Rule AT-3, Rachel L. Jensen, the undersigned counsel of record for Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao (collectively, "Plaintiffs"), respectfully seeks to withdraw because she has been appointed to serve as a San Diego Superior Court Judge.

Robbins Geller Rudman & Dowd LLP will continue to represent Plaintiffs. Defendants do not oppose this motion.

Ms. Jensen also requests removal from the service list and notifications in this case.

DATED: November 8, 2024              Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
RACHEL JENSEN (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)


               s/ Rachel L. Jensen
              RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

- 2 -

        KENDALL LAW GROUP, PLLC
        JOE KENDALL (Texas Bar No. 11260700)
        3811 Turtle Creek Blvd., Suite 825
        Dallas, TX 75219
        Telephone: 214/744-3000
        214/744-3015 (fax)
        jkendall@kendalllawgroup.com

        Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

        GLANCY PRONGAY & MURRAY LLP
        CHARLES H. LINEHAN (admitted *pro hac vice*)
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: 310/201-9150
        310/201-9160 (fax)
        clinehan@glancylaw.com

        Counsel for Additional Plaintiff Manohar K. Rao