UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § § |

**ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW RACHEL L. JENSEN AS COUNSEL OF RECORD**

4893-8778-2388.v1

- 1 -

The Court, having considered Rachel L. Jensen's Unopposed Motion to Withdraw as Counsel of Record, hereby GRANTS the motion. Attorney Rachel L. Jensen is hereby terminated as counsel for Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao. The Clerk is hereby instructed to remove attorney Rachel L. Jensen from notifications and the service list.

    IT IS SO ORDERED.

DATED: _____

                                                THE HONORABLE DAVID ALAN EZRA
                                                UNITED STATES DISTRICT JUDGE

4893-8778-2388.v1