UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § § CLASS ACTION |
| This Document Relates To:  ALL ACTIONS | § § § § § § |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTED COMPLAINT**

4864-6212-5048.v1

- 1 -

This Court, having considered Plaintiffs' Opposed Motion for Leave to File Second Supplemented Complaint ("Motion"), and all papers and argument provided in connection with the Motion, and good cause appearing therefor, hereby GRANTS the Motion and ORDERS the following:

1.  Plaintiffs are hereby authorized to file the Second Supplemented Consolidated Complaint for Violations of the Federal Securities Laws previously submitted to the Court as Exhibit A to the affidavit of Kevin A. Lavelle in support of the Motion.

SIGNED this _____ day of _____ 2024.

_____
THE HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

4864-6212-5048.v1