UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § § This Document Relates To: § § ALL ACTIONS § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTED COMPLAINT**

I, Kevin A. Lavelle, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Plaintiffs' Opposed Motion for Leave to File Second Amended Complaint.

2. Attached is a true and correct copy of the following exhibits:

Exhibit A: [Proposed] [Redacted] Second Supplemented Consolidated Complaint for Violations of the Federal Securities Laws;

Exhibit B: July 19, 2024 Email from Kevin Lavelle to Scott Campbell RE Cassava – complaint supplement;

Exhibit C: July 31, 2024 Email Excerpt from Scott Campbell to Kevin Lavelle RE Cassava;

Exhibit D: *In re Cassava Scis., Inc. Sec. Litig.*, 1:21-cv-00751, Excerpt of Transcript of Motions Hearing/Status Conference before the Honorable David A. Ezra (W.D. Tex. Aug. 1, 2024);

Exhibit E: September 4, 2024 Email Excerpt from Kevin Lavelle to Scott Campbell RE Cassava;

Exhibit F: September 6, 2024 Email Excerpt from Scott Campbell to Kevin Lavelle RE Cassava;

Exhibit G: September 10, 2024 Email Excerpt from Kevin Lavelle to Scott Campbell RE Cassava;

Exhibit H: September 12, 2024 Email Excerpt from Scott Campbell to Kevin Lavelle RE Cassava;

Exhibit I: September 16, 2024 Email Excerpt from Kevin Lavelle to Scott Campbell RE Cassava;

Exhibit J: September 23, 2024 Email Excerpt from Scott Campbell to Kevin Lavelle RE Cassava;

Exhibit K: October 18, 2024 Email from Scott Campbell to Kevin Lavelle RE Cassava – complaint supplement;

Exhibit L: October 23, 2024 Email from Scott Campbell to Kevin Lavelle RE Cassava – complaint supplement;

- 2 -

Exhibit M:   October 25, 2024 Email from Kevin Lavelle to Scott Campbell RE Cassava – complaint supplement; and

Exhibit N:   March 6, 2024 Email Excerpt from Scott Campbell to Kevin Lavelle RE Cassava.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2024.

                                                      */s/ Kevin A. Lavelle*
                                                      KEVIN A. LAVELLE