# EXHIBIT B

| | |
|---|---|
| **From:** | Kevin Lavelle |
| **To:** | "Campbell, Scott" |
| **Cc:** | "Loseman, Monica K."; Dan Drosman; Rachel Jensen; Jeremy Daniels; "Cox, Trey"; "Costa, Gregg J."; "Turquet Bravard, John L."; "Marshall, Lloyd Steven"; Megan Rossi |
| **Subject:** | Cassava - complaint supplement |
| **Date:** | Friday, July 19, 2024 5:57:11 PM |
| **Attachments:** | draft second SUPPLEMENTED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS v2.docx |

Scott,

We are intending on seeking a second supplement to the complaint given the new revelations regarding Dr. Wang and Cassava on June 28, July 1 and July 17, 2024. As new information appears to be coming out every other week, we are still contemplating the timing of our supplement, however, we wanted to raise the issue for you now. Accordingly, while reserving the right to amend or add to these allegations, please find attached a redline draft of a second supplement to the operative complaint. If Defendants would oppose supplementing the complaint with these allegations, please let us know on what grounds, so that we may meet and confer.

-Kevin