# EXHIBIT C

| | |
|---|---|
| **From:** | Campbell, Scott |
| **To:** | Kevin Lavelle |
| **Cc:** | Loseman, Monica K.; Dan Drosman; Rachel Jensen; Jeremy Daniels; Cox, Trey; Costa, Gregg J.; Turquet Bravard, John L.; Marshall, Lloyd Steven; Megan Rossi; Heather Geiger |
| **Subject:** | RE: Cassava |
| **Date:** | Wednesday, July 31, 2024 4:17:02 PM |

EXTERNAL SENDER

Kevin,

Responses to each item are below.  Look forward to seeing you tomorrow.

Best,
Scott

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1801 California Street Suite 4200, Denver, CO 80202-2642

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Tuesday, July 30, 2024 5:50 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; Cox, Trey <TCox@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>; Heather Geiger <HGeiger@rgrdlaw.com>
**Subject:** RE: Cassava

**[WARNING: External Email]**

Scott, there are a number of outstanding items, some of which have been outstanding for weeks or months. Please provide responses to the below by close of business tomorrow:

1. Whether Defendants are signed-off on the joint motion for the Swedish depositions;

   **Your proposed edits to the deposition topics are fine.  The edits to the Joint Motion and Summary of the Case are unnecessary advocacy.  If you remove them, we are signed off to file.**

2. Whether Defendants oppose our motion to file a second supplemental complaint, and, if so, on what grounds.

1

As you know, the deadline to amend the pleadings has passed.  Further, you indicated that your proposed supplements may be incomplete, and that you were not sure when you would file.  We have significant concerns with the timing of this amendment, and with its potential impact on class certification.  Please provide the actual, final amendments you intend to file so we may appropriately assess their impact on the case and the class, and then confer as to whether we oppose and on what grounds.  Alternatively, it makes sense to confer on a proposed overall amended case schedule that accounts for, among other deadlines, an extended deadline to move to supplement the complaint, and supplemental briefing on the motion to certify the proposed class to address any further amendments to the complaint.

3. Whether Defendants have completed their document production, other than documents requested in Plaintiffs' second set of requests for production;

Defendants have completed their review of documents responsive to Plaintiffs' first set of requests.  Defendants reserve the right to supplement their productions.

4. Whether the directors have completed their document production, other than of documents pursuant to Plaintiffs' July 19, 2024 subpoenas;

The directors have completed their document productions.  The directors reserve the right to supplement those productions.

5. Whether Gibson Dunn has accepted service of the July 19, 2024 subpoenas on behalf of the directors;

We are considering your request to accept service and should be able to respond shortly.

6. When responses will be provided to Plaintiffs' outstanding interrogatories;

We proposed that both parties answer all pending interrogatories.  You stated that you "agreed in principle" that the parties would answer pending interrogatories, but then added that Plaintiffs would not in fact answer any pending interrogatories until after the close of discovery because they are contention interrogatories.  This is not in the spirit of the compromise we proposed.  Nonetheless, we can agree to respond to Interrogatories 1-3.  Interrogatory 4 is a contention interrogatory.  If Plaintiffs maintain that these cannot be answered until the close of discovery, we will response to Interrogatory 4 then.  If Plaintiffs will in fact respond to all pending interrogatories, we can do so as well.

7. When Defendants will provide their privilege log;

As previously discussed, upon conclusion of our review of documents last week, we began review and preparation of a privilege log.  At this time, it appears the log may contain up to 4000 entries, so it will take some time to ensure they are properly marked and characterized.  We currently anticipate this process will be complete in approximately 2-3 weeks.

8. Whether Cassava has actually requested the SEC transcripts from the agency; and

**As you know, Cassava made this request to the SEC earlier this year. We also put you in direct contact with the relevant people at the SEC. And Cassava resubmitted its request to the SEC, and has obtained SEC transcript order forms from the SEC that we are told we can submit for Cassava to obtain the transcripts. Those order forms, however, require Cassava to certify that it will not make any copy, including electronic copies, for any other party.**

9. The names of which Cassava employees and directors the SEC has deposed and when.

**We will provide this information pending resolution of the motion to stay.**

-Kevin

---

**From:** Kevin Lavelle
**Sent:** Friday, July 26, 2024 4:29 PM
**To:** 'Campbell, Scott' <SCampbell@gibsondunn.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; Cox, Trey <TCox@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>
**Subject:** RE: Cassava

Scott,

We accepted most of your edits and have made additions of factual information and deposition topics, without characterization. They are reflected in the attached documents, which accepted Defendants' edits and added our additional edits in redline. Please confirm we have approval to file.

-Kevin

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Tuesday, July 23, 2024 3:33 PM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; Cox, Trey <TCox@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>
**Subject:** FW: Cassava

EXTERNAL SENDER
Kevin,