# EXHIBIT K

| | |
|---|---|
| **From:** | Kevin Lavelle |
| **To:** | "Campbell, Scott" |
| **Cc:** | "Loseman, Monica K."; Dan Drosman; Rachel Jensen; Jeremy Daniels; "Cox, Trey"; "Costa, Gregg J."; "Turquet Bravard, John L."; "Marshall, Lloyd Steven"; Megan Rossi; "Greene, Douglas W."; Heather Geiger |
| **Subject:** | RE: Cassava - complaint supplement |
| **Date:** | Friday, October 18, 2024 10:31:57 PM |
| **Attachments:** | draft second SUPPLEMENTED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS v2 RGRD 10.18.pdf |

Scott,

Please find attached an updated version of Plaintiffs' proposed second supplement to the complaint, based on the revelations concerning Cassava that occurred this summer between June 28 and September 26, 2024. If Defendants oppose supplementing the complaint with these allegations, please let us know on what grounds by October 23, so that we may meet and confer. Plaintiffs reserve the right to further amend or add to the allegations.

-Kevin

**From:** Kevin Lavelle
**Sent:** Friday, July 19, 2024 5:57 PM
**To:** 'Campbell, Scott' <SCampbell@gibsondunn.com>
**Cc:** 'Loseman, Monica K.' <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; 'Cox, Trey' <TCox@gibsondunn.com>; 'Costa, Gregg J.' <GCosta@gibsondunn.com>; 'Turquet Bravard, John L.' <JTurquetBravard@gibsondunn.com>; 'Marshall, Lloyd Steven' <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>
**Subject:** Cassava - complaint supplement

Scott,

We are intending on seeking a second supplement to the complaint given the new revelations regarding Dr. Wang and Cassava on June 28, July 1 and July 17, 2024. As new information appears to be coming out every other week, we are still contemplating the timing of our supplement, however, we wanted to raise the issue for you now. Accordingly, while reserving the right to amend or add to these allegations, please find attached a redline draft of a second supplement to the operative complaint. If Defendants would oppose supplementing the complaint with these allegations, please let us know on what grounds, so that we may meet and confer.

-Kevin