# EXHIBIT L

| | |
|---|---|
| **From:** | Campbell, Scott |
| **To:** | Kevin Lavelle |
| **Cc:** | Loseman, Monica K.; Dan Drosman; Rachel Jensen; Jeremy Daniels; Cox, Trey; Costa, Gregg J.; Turquet Bravard, John L.; Marshall, Lloyd Steven; Megan Rossi; "Greene, Douglas W."; Heather Geiger |
| **Subject:** | RE: Cassava - complaint supplement |
| **Date:** | Wednesday, October 23, 2024 6:45:11 PM |

EXTERNAL SENDER

Kevin,

We have reviewed your proposed supplements to the Second Supplemented Complaint. As you know, the deadline for amending the pleadings has long passed. And as we have previously discussed, among other things, we have significant concerns about adding corrective disclosures to your case after briefing on class certification is completed.

To prevent prejudice to Cassava, we can agree not to oppose your motion to supplement if you agree to supplemental class certification briefing addressing the supplemental allegations. Absent such briefing, we oppose.

Best,
Scott

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1801 California Street Suite 4200, Denver, CO 80202-2642

---

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Friday, October 18, 2024 11:32 PM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; Cox, Trey <TCox@gibsondunn.com>; Costa, Gregg J. <GCosta@gibsondunn.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>; Marshall, Lloyd Steven <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>; 'Greene, Douglas W.' <dgreene@bakerlaw.com>; Heather Geiger <HGeiger@rgrdlaw.com>
**Subject:** RE: Cassava - complaint supplement

Scott,

Please find attached an updated version of Plaintiffs' proposed second supplement to the complaint, based on the revelations concerning Cassava that occurred this summer between June 28 and September 26, 2024. If Defendants oppose supplementing the complaint with these allegations, please let us know on what grounds by October 23, so that we may meet and confer. Plaintiffs

1

reserve the right to further amend or add to the allegations.

-Kevin

**From:** Kevin Lavelle
**Sent:** Friday, July 19, 2024 5:57 PM
**To:** 'Campbell, Scott' <SCampbell@gibsondunn.com>
**Cc:** 'Loseman, Monica K.' <MLoseman@gibsondunn.com>; Dan Drosman <DanD@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jeremy Daniels <JDaniels@rgrdlaw.com>; 'Cox, Trey' <TCox@gibsondunn.com>; 'Costa, Gregg J.' <GCosta@gibsondunn.com>; 'Turquet Bravard, John L.' <JTurquetBravard@gibsondunn.com>; 'Marshall, Lloyd Steven' <LMarshall@gibsondunn.com>; Megan Rossi <MRossi@rgrdlaw.com>
**Subject:** Cassava - complaint supplement

Scott,

We are intending on seeking a second supplement to the complaint given the new revelations regarding Dr. Wang and Cassava on June 28, July 1 and July 17, 2024. As new information appears to be coming out every other week, we are still contemplating the timing of our supplement, however, we wanted to raise the issue for you now. Accordingly, while reserving the right to amend or add to these allegations, please find attached a redline draft of a second supplement to the operative complaint. If Defendants would oppose supplementing the complaint with these allegations, please let us know on what grounds, so that we may meet and confer.

-Kevin

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.