UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. <br> SECURITIES LITIGATION | § <br> § | NO. 1:21-CV-751-DAE |

**ORDER**

On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case. (*See* Docket Entry 203.) The parties filed a Joint Advisory as to discovery matters on October 22, 2024 (Docket Entry 233), and the undersigned held a Discovery Status Conference in this matter on November 14, 2024. In accordance with the parties' agreements at the conference, it is hereby **ORDERED** as follows:

1) The next Discovery Status Conference in this case is set for **December 19, 2024, at 3:30 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

   **https://txwd-uscourts.zoomgov.com/j/16126018188**
   **Meeting ID: 161 2601 8188**

   The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

2) **On or before December 12, 2024,** the parties must file a second Joint Advisory with the Court, setting out the following:

   a) The parties' efforts to effectuate the discovery agreements reached on November 14, 2024;

b) The status of negotiations regarding those matters in the parties' October 22, 2024, Joint Advisory (Docket Entry 233) which still remain unresolved;

c) The parties' positions as to any new disputes that should be presented to the undersigned for consideration; and

d) The parties' respective views as to whether it is appropriate that future discovery motions filed in the case be referred to the undersigned for hearing and disposition.[1]

**SIGNED** on November 15, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] In this regard, the undersigned would ask that the Joint Advisory specifically address the extent to which the discovery proceedings before the undersigned will impact upon the motion to compel currently pending before Judge Susan Hightower. (*See* Docket Entry 243; Text Order Nov. 6, 2024).