UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | | |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CASSAVA SCIENCES, INC. AND ERIC J. SCHOEN'S OPPOSED MOTION TO STAY MERITS DISCOVERY**

4864-8804-9148.v1

- 1 -

I, Kevin A. Lavelle, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi. I submit this affidavit in support of Plaintiffs' Opposition to Cassava Sciences, Inc. and Eric J. Schoen's Opposed Motion to Stay Merits Discovery.

2. Attached is a true and correct copy of the following exhibits:

Exhibit 1: Excerpt of Email Thread between Plaintiffs' Counsel and Dr. Wang's Counsel ranging from September 24, 2024 to October 3, 2024;

Exhibit 2: Excerpt of Email Thread between Plaintiffs' Counsel and Defendants' Counsel ranging from September 27, 2024 to October 3, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2024.

                                                            */s/ Kevin A. Lavelle*
                                                          KEVIN A. LAVELLE