UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS'
NOTICE OF JOINDER IN CASSAVA SCIENCES, INC.
AND ERIC J. SCHOEN'S MOTION TO STAY MERITS DISCOVERY**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL: Please take notice that Defendants Remi Barbier and Lindsay Burns hereby join in Cassava Sciences, Inc. and Eric J. Schoen's Motion to Stay Merits Discovery (Dkt. #248, Exhibit 1 and Dkt. #250).

DATED: November 25, 2024     BAKER & HOSTETLER LLP

_C. Shawn Cleveland_ (signature)

C. SHAWN CLEVELAND (TX. Bar No. 24012433)
2850 North Harwood Street
Suite 1100
Dallas, TX  75201
Telephone:  214/210-1200
214/210-1200 (fax)
scleveland@bakerlaw.com

DOUGLAS W. GREENE (admitted *pro hac vice*)
ZACHARY R. TAYLOR (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY  75201
Telephone: 212/847-7090
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay Burns

- 1 -