IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE CLASS CERTIFICATION TESTIMONY OF DR. STEVEN FEINSTEIN**

This Court, having considered Defendants' Motion to Exclude the Class Certification Testimony of Dr. Steven Feinstein ("Motion to Exclude"), and all papers submitted in connection with the Motion to Exclude, hereby ORDERS:

The Motion to Exclude is GRANTED. It is HEREBY ORDERED that the Expert Report of Dr. Steven Feinstein dated March 13, 2024 (ECF 148-7), and the Rebuttal Report of Dr. Steven Feinstein dated August 23, 2024 (ECF 209-5) are EXCLUDED from evidence.

IT IS SO ORDERED.

DATED: Austin, Texas, _____.

_____
David Alan Ezra
Senior United States District Judge