UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § § This Document Relates To: § § ALL ACTIONS § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |

**RESPONSE TO DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS' NOTICE OF JOINDER IN CASSAVA SCIENCES, INC. AND ERIC J. SCHOEN'S MOTION TO STAY MERITS DISCOVERY**

**[FILED UNDER SEAL]**

4907-9896-2434.v2

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (together, "Plaintiffs") respectfully submit this Response to Defendants Remi Barbier's and Lindsay Burns' Notice of Joinder (ECF 265) in Cassava Sciences, Inc. and Eric J. Schoen's Motion to Stay Merits Discovery.  ECF 250.

Barbier's and Burns's eleventh hour joinder changes nothing.  Despite having the benefit of Plaintiffs' opposition to the motion to stay (ECF 257, the "Opp."), Barbier and Burns offer nothing of substance in their one sentence filing.  *First*, Burns and Barbier still provide **no evidence** that the Department of Justice is currently investigating them, let alone that an indictment is imminent or even probable.  *See* Opp. at 4-6.  The motion therefore amounts to an impermissible request for an indefinite stay.  *See id*.  *Second*, they do **not** dispute that:  (i) there are numerous relevant topics to which they could and would testify to in this case; or (ii) there are allegations in this case that do **not** overlap with Dr. Wang's indictment.  *See* Opp. at 6-7.  *Third*, they do **not** dispute that their purported (but unsubstantiated) ▮▮▮▮▮▮▮▮▮▮ can be addressed by an appropriate protective order.  *See* Opp. at 8.  *Fourth*, they do **not** claim that:  (i) they would suffer any prejudice in the absence of a stay; or (ii) they would be prejudiced if document discovery and depositions of witnesses that have not invoked their Fifth Amendment rights were to continue.  *See* Opp. at 7-8, 10.  Defendants' request to stay all merits discovery is therefore vastly overbroad, as well.

In sum, defendants' request to stay all merits discovery remains unsupported, overbroad, and based on mere speculation, which is insufficient to meet their heavy burden of overcoming the presumption in favor of allowing discovery to continue.  *See* Opp. at 3-4.  Defendants' motion should therefore be denied.

| | |
|---|---|
| DATED:  December 2, 2024 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DANIEL S. DROSMAN (admitted *pro hac vice*)<br>KEVIN A. LAVELLE (admitted *pro hac vice*)<br>MEGAN A. ROSSI (admitted *pro hac vice*)<br>HEATHER GEIGER (admitted *pro hac vice*)<br>JEREMY W. DANIELS (admitted *pro hac vice*)<br><br>            */s/ Kevin A. Lavelle*            <br>            KEVIN A. LAVELLE<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>dand@rgrdlaw.com<br>klavelle@rgrdlaw.com<br>mrossi@rgrdlaw.com<br>hgeiger@rgrdlaw.com<br>jdaniels@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone<br><br>KENDALL LAW GROUP, PLLC<br>JOE KENDALL (Texas Bar No. 11260700)<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, TX  75219<br>Telephone:  214/744-3000<br>214/744-3015 (fax)<br>jkendall@kendalllawgroup.com<br><br>Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone<br><br>GLANCY PRONGAY & MURRAY LLP<br>CHARLES H. LINEHAN (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax)<br>clinehan@glancylaw.com<br><br>Counsel for Additional Plaintiff Manohar K. Rao |

- 2 -