UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION  _____  This Document Relates To:  ALL ACTIONS  _____ | § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE  CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO STRIKE DEFENDANTS' MOTION TO EXCLUDE THE CLASS CERTIFICATION TESTIMONY OF DR. STEVEN FEINSTEIN**

4930-7759-2069.v1

- 1 -

Before the Court is plaintiffs Mohammad Bozorgi, Ken Calderone, and Manohar Rao's Opposed Motion to Strike Defendants' Motion to Exclude the Class Certification Testimony of Dr. Steven Feinstein.  Having reviewed the motion, and good cause appearing, the Court concludes that the motion should be, and is hereby GRANTED.  The Motion to Exclude the Class Certification Testimony of Dr. Steven Feinstein (ECF 268), is struck from the record.

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                              THE HONORABLE DAVID ALAN EZRA
                                              SENIOR UNITED STATES DISTRICT JUDGE

- 1 -