UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION § |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

**AFFIDAVIT OF JESSICA T. SHINNEFIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE CLASS CERTIFICATION TESTIMONY OF DR. STEVEN FEINSTEIN**

4900-7722-3173.v1

I, Jessica T. Shinnefield, declare, under penalty of perjury:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am Lead Counsel for Lead Plaintiff Mohammad Bozorgi. I submit this affidavit in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Class Certification Testimony of Dr. Steven Feinstein.

2. Attached is a true and correct copy of the following exhibits:

Exhibit 1: Chart of Cases Where Dr. Feinstein's Market Efficiency Opinions Were Adopted at the Class Certification Stage;

Exhibit 2: Chart of Post-*Comcast* Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage;

Exhibit 3: Excerpts from the September 13, 2024 Deposition Transcript of Steven P. Feinstein, Ph.D., CPA; and

Exhibit 4: Excerpts from the August 8, 2024 Deposition Transcript of René M. Stulz, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2024.

                                                     */s/ Jessica T. Shinnefield*
                                                     JESSICA T. SHINNEFIELD