# EXHIBIT 1

## Cases Where Dr. Feinstein's Market Efficiency Opinions Were Adopted at the Class Certification Stage

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| Cabot Oil & Gas Corporation | *Delaware Cnty. Employees Retirement System v. Cabot Oil & Gas Corporation* | 4:21-cv-02045 | Southern District of Texas | September 27, 2023 |
| Synchrony Financial | *In re Synchrony Financial Securities Litigation* | 3:18-cv-01818-VAB | District of Connecticut | February 3, 2023 |
| EQT Corporation | *In re EQT Corporation Securities Litigation* | 2:19-cv-00754-RJC | Western District of Pennsylvania | August 11, 2022 |
| AmTrust Financial Services, Inc. | *Martinek v. AmTrust Financial Services, Inc.* | 1:19-cv-08030-KPF | Southern District of New York | February 3, 2022 |
| JELD-WEN Holding, Inc. | *In re JELD-WEN Holding, Inc. Securities Litigation* | 3:20-cv-00112-JAG | Eastern District of Virginia | March 29, 2021 |
| BlackBerry Limited | *Pearlstein v. BlackBerry Limited* | 1:13-cv-07060-CM-KHP | Southern District of New York | January 26, 2021 |
| Novo Nordisk | *In re Novo Nordisk Securities Litigation* | 3:17-cv-00209-BRM-LHG | District of New Jersey | January 31, 2020 |
| The Southern Company | *Monroe County Employees' Retirement System v. The Southern Company* | 1:17-cv-00241-WMR | Northern District of Georgia | August 22, 2019 |
| LSB Industries, Inc. | *Wilson v. LSB Industries, Inc.* | 1:15-cv-07614-RA-GWG | Southern District of New York | August 16, 2018 |

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| El Pollo Loco Holdings, Inc. | *Turocy v. El Pollo Loco Holdings, Inc.* | 8:15-cv-01343-DOC-KES | Central District of California | July 3, 2018 |
| American Realty Capital Properties, Inc. | *In re American Realty Capital Properties, Inc. Litigation* | 1:15-mc-00040-AKH | Southern District of New York | August 31, 2017 |
| Silver Wheaton Corp. | *In re Silver Wheaton Corp. Securities Litigation* | 2:15-cv-05146-CAS-JEM | Central District of California | May 11, 2017 |
| STAAR Surgical Company | *Todd v. STAAR Surgical Company* | 2:14-cv-05263-MWF-GJS | Central District of California | January 5, 2017 |
| BancorpSouth, Inc. | *Burges v. BancorpSouth, Inc.* | 3:14-cv-01564 | Middle District of Tennessee | April 28, 2016 |
| Petróleo Brasileiro S.A. – Petrobras | *In re Petrobras Securities Litigation* | 1:14-cv-09662-JSR | Southern District of New York | February 2, 2016 |
| JPMorgan Chase & Co. | *In re JPMorgan Chase & Co. Securities Litigation* | 1:12-cv-04729-GBD | Southern District of New York | September 29, 2015 |
| Prudential Financial, Inc. | *City of Sterling Heights General Employees' Retirement System v. Prudential Financial, Inc.* | 2:12-cv-05275-MCA-LDW | District of New Jersey | August 31, 2015 |
| Las Vegas Sands Corporation | *Fosbre v. Las Vegas Sands Corporation* | 2:10-cv-00765-APG-GWF | District of Nevada | June 15, 2015 |