# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

- - - - - - - - - - - - - - - - - - - x

IN RE:

CASSAVA SCIENCES, INC.,          Master File No.

SECURITIES LITIGATION            1:21-cv-00751-DAE

_____

This Document Relates to:

    ALL ACTIONS

- - - - - - - - - - - - - - - - - - - x


 VIDEO DEPOSITION of STEVEN P. FEINSTEIN, PhD, CPA

     Friday, September 13, 2024 - 10:30 a.m.

       Crowninshield Financial Research

           56 Harvard Street

         Brookline, Massachusetts



Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR

```
 1   conclusion," when you're trying to coach the        10:19:20
 2   witness.                                            10:19:21
 3   BY MR. COSTA:                                       10:19:21
 4       Q    But anyways, sir, you can go ahead         10:19:22
 5   and answer with your lawyer's objection noted.      10:19:24
 6              MS. JENSEN:  And I disagree with         10:19:26
 7   your objection.                                     10:19:28
 8              Okay.  Go ahead.                         10:19:28
 9       A    I wrote the definition in my first         10:19:29
10   report.  Can I refer to it?  Do you have it         10:19:32
11   here?                                               10:19:35
12       Q    Absolutely.                                10:19:36
13              MS. JENSEN:  Do you have a copy          10:19:37
14   of the original report?                             10:19:37
15              MR. MARSHALL:  We do.                    10:19:39
16              MS. JENSEN:  Again --                    10:19:39
17              MR. COSTA:  We'll mark this as           10:19:39
18   Exhibit 2 to the Feinstein rebuttal deposition.    10:19:40
19              (Feinstein Exhibit 2 marked for          10:19:43
20   identification.)                                    10:19:43
21              MS. JENSEN:  Court Reporter --           10:19:49
22   if you don't mind, Madam Court Reporter, if we      10:19:49
23   can just make sure these are all Feinstein          10:19:53
24   exhibit numbers?                                    10:19:56
25              THE REPORTER:  (Nods.)                   10:19:57
```

```
 1              MS. JENSEN:  Okay.  I just don't    10:19:57
 2   want our record in the case to become murky.   10:19:58
 3        A    Well, for the record, I just want to 10:20:19
 4   point out this is not the entire report.  It's 10:20:21
 5   the text of the report without the exhibits.   10:20:23
 6              I have a -- in the table of         10:20:32
 7   contents, Section VI(A) is entitled "Efficient 10:20:33
 8   Market Defined."                               10:20:38
 9              The bolder heading above that,      10:20:39
10   Section VI, is "Marketing Efficiency Definition 10:20:42
11   and Assessment Methodology."  This section    10:20:43
12   begins on page 16 of my report -- my first    10:20:47
13   report.                                        10:20:49
14              Beginning on page 16, I provide     10:20:53
15   a number of definitions from the literature and 10:20:55
16   from prior court cases.                        10:20:59
17        Q    Could you just in your own words say 10:21:01
18   what -- how you would define "market           10:21:04
19   efficiency"?                                   10:21:07
20        A    Well, I was just explaining that I  10:21:09
21   did that.                                      10:21:10
22        Q    Right.                               10:21:11
23              But you just can't -- I mean,       10:21:11
24   you're an expert in this field, right?         10:21:13
25        A    Yes.                                 10:21:15
```

1    Q    You can't just explain in regular             10:21:16
2  words your definition of "market efficiency"?        10:21:19
3              MS. JENSEN:  Objection.  Asked           10:21:24
4  and answered, actually, in the first                 10:21:24
5  deposition, precisely this question.  So I           10:21:26
6  object on that basis.  This is beyond the scope      10:21:28
7  of this deposition.                                  10:21:31
8              Secondly, Doctor, you should             10:21:32
9  answer as you see fit, including the fact that       10:21:33
10 you've already submitted to the court your           10:21:35
11 reports on this matter.                              10:21:37
12   **A    Yeah, I recall these exact same**           **10:21:40**
13 **questions in the first deposition.**               **10:21:42**
14   Q    But you can't recall your answers in          10:21:43
15 the first deposition, it sounds like; is that        10:21:45
16 right?                                               10:21:47
17             MS. JENSEN:  Objection.                  10:21:47
18 Argumentative.                                       10:21:48
19   **A    No, that's not right.**                     **10:21:48**
20   Q    Well, then tell me the answer.                10:21:49
21   **A    Well --**                                   **10:21:51**
22             MS. JENSEN:  Objection.  Asked           10:21:52
23 and answered.                                        10:21:53
24             MR. COSTA:  It hasn't been               10:21:53
25 answered.                                            10:21:54

```
1     A     What I was going to say --                  10:21:55
2              MS. JENSEN:  It was answered in          10:21:56
3     the first deposition.  You should go back and     10:21:57
4     read that deposition.                             10:21:58
5     BY MR. COSTA:                                     10:21:59
6        Q   How much are you charging per hour,        10:22:00
7     Dr. Feinstein, in this case?                      10:22:02
8              MS. JENSEN:  Which question              10:22:11
9     would you like him to answer?                     10:22:12
10             MR. COSTA:  Well, since he               10:22:14
11    didn't want to answer the other ones --           10:22:15
12       Q   How much are you charging per hour?        10:22:17
13       A   I just want -- for the record, I'm         10:22:18
14    perfectly willing to answer it.  I was about to   10:22:19
15    answer it.                                        10:22:21
16       Q   But you need to look at the report to      10:22:21
17    give a definition of "market efficiency"?         10:22:23
18             MS. JENSEN:  Objection.                  10:22:26
19    Argumentative.  Misstates.                        10:22:27
20             MR. COSTA:  Well, I'll note for          10:22:29
21    the record he asked for his old report.  He is    10:22:30
22    thumbing through it and still unable to provide   10:22:32
23    an answer to the question of "Give a definition   10:22:35
24    of 'market efficiency.'"                          10:22:39
25             MS. JENSEN:  Objection.                  10:22:40
```

24

```
1   Counsel, that is completely inappropriate.          10:22:40
2                He's going to refer to his             10:22:43
3   report, and your baiting the witness this way       10:22:45
4   is completely inappropriate.                        10:22:48
5                MR. COSTA:  You can provide            10:22:50
6   commentary all day long.  Maybe we will be here     10:22:51
7   until 6:30.                                         10:22:55
8       A    Well, what I do want to say about the     10:22:57
9   definition is that I chose the words carefully     10:22:59
10  in my report.  You have those words, and I just    10:23:01
11  want to make sure that I'm as careful with my      10:23:04
12  answer here at the deposition as I was when I      10:23:06
13  was writing the report, which is why I wanted      10:23:09
14  to refer to my report, not that I couldn't give    10:23:11
15  an off-the-cuff definition.                        10:23:14
16               But to be sure that it would be       10:23:16
17  precise, correct, concise and accurate, I would    10:23:20
18  want to use the words that I chose when I wrote    10:23:24
19  the report.                                        10:23:27
20               And your answer -- the answer to      10:23:30
21  the second question is in paragraph 16, $1,050     10:23:31
22  per hour for my work and a range of lower rates    10:23:35
23  for analysts and other personnel who assisted      10:23:38
24  me.                                                10:23:40
25       Q    So what is the accurate, precise         10:23:42
```

25

```
 1   definition of "market efficiency" that you take      10:23:49
 2   in your work in this case?                           10:23:52
 3                MS. JENSEN:  Objection.  Form.          10:23:55
 4        A    Paragraph 65 is where we should be         10:24:00
 5   looking, of the first report.  It's, "An             10:24:05
 6   efficient market... is a market in which             10:24:08
 7   publicly available information is incorporated       10:24:11
 8   into the price of a security such that trading       10:24:13
 9   price" -- "such that the trading price reflects      10:24:15
10   publicly available information with reasonable       10:24:19
11   promptness."                                         10:24:21
12        Q    And if you can now look -- go back to      10:24:25
13   Exhibit 1, which is your rebuttal report, and        10:24:26
14   look at -- it's the one in the binder, sir.          10:24:31
15        A    I know.                                    10:24:33
16        Q    Look at I think page 4.  It's              10:24:37
17   paragraph 16.                                        10:24:39
18                In paragraph 16, you state that,        10:24:45
19   "If a market reacts to new information rather        10:24:47
20   than ignores that information, that market is        10:24:50
21   informationally efficient."                          10:24:54
22                Do you see that in your report,         10:24:56
23   sir?                                                 10:24:57
24        A    Well, that's -- that's one sentence        10:24:58
25   within a wider -- a broader paragraph that           10:25:00
```

| | | |
|---|---|---|
| 1 | begins with the words, "An informationally | 10:25:02 |
| 2 | efficient market is one in which value-relevant | 10:25:05 |
| 3 | information is impounded into the security | 10:25:08 |
| 4 | price with reasonable promptness." | 10:25:10 |
| 5 | Then it continues -- I continue. | 10:25:12 |
| 6 | "If a market reacts to new information rather | 10:25:14 |
| 7 | than ignores that information, that market is | 10:25:16 |
| 8 | informationally efficient." | 10:25:18 |
| 9 | So the second sentence is more | 10:25:20 |
| 10 | about how you would test for efficiency, how | 10:25:21 |
| 11 | you know if a market's efficient, and the first | 10:25:24 |
| 12 | sentence here that I read -- and, more | 10:25:27 |
| 13 | importantly, the paragraph in my first | 10:25:29 |
| 14 | report -- is the definition. | 10:25:31 |
| 15 | Q   So you described that second | 10:25:33 |
| 16 | sentence, which is the one I read, as basically | 10:25:35 |
| 17 | providing a test for determining market | 10:25:37 |
| 18 | efficiency. | 10:25:40 |
| 19 | Can you give an example of a | 10:25:41 |
| 20 | price reaction that would be inconsistent with | 10:25:44 |
| 21 | an efficient market? | 10:25:50 |
| 22 | MS. JENSEN:  Hold on a second. | 10:25:53 |
| 23 | I'm just going to object to the extent that the | 10:25:54 |
| 24 | preamble misstates anything. | 10:25:56 |
| 25 | Go ahead. | 10:25:58 |

58

| | | |
|---|---|---|
| 1 | MS. JENSEN: Objection. | 11:00:41 |
| 2 | Misstates. | 11:00:41 |
| 3 | A They've come back to me with | 11:00:44 |
| 4 | examples, and I'll look at it and say there's a | 11:00:46 |
| 5 | good chance you're right that that stock meets | 11:00:49 |
| 6 | that -- those criteria and the price seems to | 11:00:51 |
| 7 | be wrong, so it would be fundamentally | 11:00:58 |
| 8 | efficient. That's what you're looking for if | 11:01:01 |
| 9 | you're trying to beat the market. | 11:01:04 |
| 10 | So I've opined -- I've never -- | 11:01:05 |
| 11 | yeah, I've opined that they've come back with | 11:01:07 |
| 12 | examples of stocks that appear to be | 11:01:09 |
| 13 | inefficiently priced, over-the-counter, pink | 11:01:11 |
| 14 | sheet stocks, local, small, not covered with | 11:01:14 |
| 15 | any analyst coverage, no volume, that sort of | 11:01:16 |
| 16 | thing. | 11:01:19 |
| 17 | Q Can you remember the names of any of | 11:01:19 |
| 18 | those stocks? | 11:01:21 |
| 19 | A No. | 11:01:23 |
| 20 | Q And you've never on your own without | 11:01:25 |
| 21 | these students given any examples, identified | 11:01:27 |
| 22 | such a stock, correct? | 11:01:32 |
| 23 | A Well, maybe I have. I'd have to | 11:01:39 |
| 24 | think hard about that, but I can tell you that | 11:01:41 |
| 25 | these examples are extremely rare because of | 11:01:44 |

59

| | | |
|---|---|---|
| 1 | how efficient markets are. | 11:01:46 |
| 2 | And, you know, when people do | 11:01:48 |
| 3 | find examples of inefficiency, what they think | 11:01:50 |
| 4 | is inefficiency, they usually get a top-tier | 11:01:52 |
| 5 | publication out of it with a title "Anomalous | 11:01:56 |
| 6 | Stock Price." | 11:01:58 |
| 7 | So they're so rare that they're | 11:02:00 |
| 8 | usually labeled as anomalies, and the people | 11:02:02 |
| 9 | that find them are renowned for it.  I haven't | 11:02:05 |
| 10 | published an article about finding an anomaly | 11:02:10 |
| 11 | of that sort.  Most stocks trade efficiently. | 11:02:12 |
| 12 | And then we also know from my | 11:02:15 |
| 13 | research and other people's research that even | 11:02:17 |
| 14 | though it's more likely than not that a | 11:02:20 |
| 15 | randomly selected stock would be trading | 11:02:23 |
| 16 | efficiently, once a stock satisfies the | 11:02:25 |
| 17 | Cammer-Krogman factors, it's extremely more | 11:02:27 |
| 18 | likely than not that it trades efficiently. | 11:02:30 |
| 19 | And then if you couple that with | 11:02:33 |
| 20 | a demonstration of it trading efficiently, that | 11:02:34 |
| 21 | allows someone to make a conclusion that it's | 11:02:36 |
| 22 | an efficient stock or an efficient market. | 11:02:39 |
| 23 | Q   You said if you thought hard about | 11:02:42 |
| 24 | it, you might be able to come up with an | 11:02:43 |
| 25 | example on your own of an inefficient -- stock | 11:02:45 |

1    in an inefficient market, but --                    11:02:52
2       A    That's not what I said.  I just want        11:02:54
3    to make sure that's -- I didn't say that.           11:02:56
4       Q    Tell me what you said.                      11:02:58
5       A    I said I might be able to recall a          11:02:59
6    time when I've agreed with a student that the       11:03:01
7    stock they have found was priced inefficiently.     11:03:03
8       Q    So on your own, you've never observed       11:03:05
9    that phenomena?                                     11:03:08
10      A    No, I just said that I did.  A              11:03:11
11   student would bring to me an example after          11:03:14
12   doing that research, and I -- I think it has        11:03:16
13   occurred -- I know it has occurred where I said     11:03:19
14   I think I agree with you.  I think you found an     11:03:21
15   anomalously priced stock.                           11:03:24
16              But, I mean, the stocks that             11:03:27
17   they bring back are small, local, no analyst        11:03:29
18   coverage, no volume, pink-sheet-type stocks.        11:03:32
19   That's where you're going to find the               11:03:35
20   anomalies.                                          11:03:36
21      Q    It was a bad question.                      11:03:37
22              Forgetting when your students            11:03:39
23   came to you with an example, have you on your      11:03:40
24   own ever looked at movement of a stock price        11:03:44
25   and determined it was not an efficient market?      11:03:46

| | | |
|---|---|---|
| 1 | MS. JENSEN: Objection. Asked | 11:03:52 |
| 2 | and answered. | 11:03:52 |
| 3 | A   I'm going to answer that question, | 11:03:56 |
| 4 | but I'm also going to -- at a -- | 11:03:58 |
| 5 | I found examples where I've told | 11:04:01 |
| 6 | people I don't think I would be able to prove | 11:04:04 |
| 7 | it is efficient, but I also can't prove it's | 11:04:06 |
| 8 | inefficient.  That's what I've done. | 11:04:11 |
| 9 | Q   What are those examples? | 11:04:13 |
| 10 | A   I don't recall as I sit here now, but | 11:04:15 |
| 11 | that happens.  It happens from time to time, I | 11:04:18 |
| 12 | mean, with some regularity. | 11:04:21 |
| 13 | And, again, it's usually a small | 11:04:22 |
| 14 | stock, micro cap, no analyst coverage, not | 11:04:26 |
| 15 | listed on an exchange, no volume, that sort of | 11:04:28 |
| 16 | thing. | 11:04:31 |
| 17 | But I would say looking at those | 11:04:31 |
| 18 | factors, maybe it's trading efficiently.  But | 11:04:33 |
| 19 | no one's going to be able to prove it, | 11:04:40 |
| 20 | including me. | 11:04:43 |
| 21 | Q   Have you ever testified in connection | 11:04:44 |
| 22 | with a pending litigation that a market was | 11:04:46 |
| 23 | inefficient for a stock? | 11:04:49 |
| 24 | MS. JENSEN: Again, I'm going to | 11:04:53 |
| 25 | object.  This is -- certainly could have been | 11:04:54 |

104

```
1      A    Oh, there are impacts.  I've observed    12:01:20
2   impacts.                                         12:01:24
3                And taken in the context that       12:01:25
4   Cassava is -- was in an interesting situation,   12:01:27
5   this is -- this is not surprising that the       12:01:31
6   price moved this much.                           12:01:34
7                As I explain in my report,          12:01:36
8   Cassava was a stock that could be worth --       12:01:37
9   well, in the company's CEO's own words, it       12:01:40
10  could be the next, what did he say, Google?      12:01:43
11               It could be the next Google, you    12:01:45
12  know, which is a trillion-dollar stock, or it    12:01:48
13  could go to zero, depending on whether or not    12:01:52
14  their drug worked.                               12:01:55
15               So there was a wide range of        12:01:56
16  potential valuations, and the market was         12:01:58
17  working to figure out which one it should be,    12:02:01
18  the high valuation or the low valuation.         12:02:08
19               And when a signal comes out that    12:02:11
20  the insiders are buying, that's going to send    12:02:12
21  the stock up.                                    12:02:15
22               MR. COSTA:  Object as               12:02:15
23  nonresponsive.                                   12:02:16
24      Q    Do you remember what the question       12:02:17
25  was?                                             12:02:18
```

1                    C E R T I F I C A T E

2              I, Jill K. Ruggieri, Registered Merit

3    Reporter and Certified Realtime Reporter, do certify

4    that the deposition of STEVEN P. FEINSTEIN, PhD,

5    CFA, in the above-captioned matter, on September 13,

6    2024, was stenographically recorded by me; that the

7    witness provided satisfactory evidence of

8    identification, as prescribed by Executive Order 455

9    (03-13) issued by the Governor of the Commonwealth

10   of Massachusetts, before being sworn by me, a Notary

11   Public in and for the Commonwealth of Massachusetts;

12   that the transcript produced by me is a true record

13   and accurate record of the proceedings to the best

14   of my ability; that I am neither counsel for,

15   related to, nor employed by any of the parties to

16   the above action; and further that I am not a

17   relative or employee of any attorney or counsel

18   employed by the parties thereto, nor financially or

19   otherwise interested in the outcome of the action.

20

21              _____*Jill K. Ruggieri*_____

22              Jill K. Ruggieri, RPR, RMR, FCRR, CRR

23

24   Transcript review was requested of the reporter.

25