# EXHIBIT 4

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF TEXAS
 3                   AUSTIN DIVISION
 4
 5   In re CASSAVA SCIENCES, INC.  Master File No. 1:21-cv-00751-DAE
 6   SECURITIES LITIGATION
 7   ------------------------------------------x
 8   This Document Relates To:
 9   ALL ACTIONS
10   ------------------------------------------x
11
12                      CONFIDENTIAL
13
14            VIDEOTAPED DEPOSITION OF
15               RENE M. STULZ, Ph.D.
16                NEW YORK, NEW YORK
17             THURSDAY, AUGUST 8, 2024
18
19
20
21
22   REPORTED BY:
23   DANIELLE GRANT
24   JOB NO.: 6831748
25
                                                  Page 1
```

```
 1            Q    In this case, among others,
 2   you -- you criticize Dr. Feinstein's
 3   opinions concerning market efficiency.
 4                 Have you ever opined that a
 5   market, in fact, was efficient for a
 6   particular stock?
 7            A    The way this process works is,
 8   if I have nothing to say as a rebuttal
 9   expert on efficiency or I'm not asked what
10   was efficiency, then my report doesn't
11   have a section on efficiency.
12            Q    So is the answer to my
13   question no?
14                 MS. LOSEMAN:  Object to form.
15            Asked and answered.
16            A    The answer is that I have many
17   class certification rebuttal reports,
18   where I do not analyze issues related to
19   efficiency.
20            Q    But my question was a little
21   different.
22                 My question was:  Have you
23   ever opined that a market for a particular
24   stock was efficient?
25                 MS. LOSEMAN:  Object to form.
```

1          Asked and answered.
2          A    Because of the circumstances
3    that I described, I do not have a report
4    where I have an affirmative opinion that
5    the market for a stock is efficient.
6          Q    So the answer is no?
7               MS. LOSEMAN:  Object to form.
8          Asked and answered.
9          A    My answer was that I don't
10   have a report where I have an affirm --
11   affirmative opinion that the market is
12   efficient for a stock.
13         Q    Right.  But my question was
14   just a yes or no.
15              And the answer is no, correct?
16              MS. LOSEMAN:  Object to form.
17          Asked and answered.
18         A    Exactly for the reason that I
19   said, yes.
20         Q    Have you ever opined in a case
21   that the alleged misrepresentations or
22   omissions had price impact?
23         A    Yes.  I'm sorry.  I have
24   opinions on price impact, yes.  But I
25   don't have an affirmative opinion that

```
 1            A    Yes.
 2            Q    The second being that
 3   Dr. Feinstein's opinion about market
 4   efficiency for Cassava options is flawed?
 5            A    Correct.
 6            Q    That certain -- third, certain
 7   alleged corrective disclosure dates were
 8   not statistically significant?
 9            A    I have that opinion.
10            Q    And you disagree with Dr.
11   Feinstein's damages methodology?
12            A    Correct.
13            Q    Did I miss any?
14            A    No.
15            Q    Okay.  So you critique
16   Dr. Feinstein's market efficiency opinion
17   in your report.
18                 You're not offering an
19   affirmative opinion that the market for
20   Cassava stock was inefficient during the
21   class period, are you?
22                 MS. LOSEMAN:  Object to form.
23            A    That's correct.
24                 THE WITNESS:  Sorry.
25            Q    Okay.  So just so you know --
```

Page 38

```
 1                  Would your answer be the same?
 2                  MS. LOSEMAN:  Same objection.
 3          A    My answer would be -- would be
 4   the same.
 5          Q    Okay.  Now, did you find any
 6   evidence of a coordinated short squeeze
 7   amongst traders for Cassava during the
 8   class period?
 9                  MS. LOSEMAN:  Objection.
10             Outside scope.
11          A    I did not go looking for it.
12   I mean, I am explicit about what I looked
13   at, and why what I looked at is important
14   for Dr. Feinstein's report.  No, I'm -- I
15   don't have a report saying that Cassava is
16   a meme stock.  I'm saying that there are a
17   number of indicia that indicates that
18   Cassava may have been influenced by the
19   meme phenomenon and Dr. Feinstein ignores
20   them.
21          Q    Okay.  Turning to another
22   portion of your report, you identify
23   September 20 and 22 of 2021 as dates that
24   are high social media, correct?
25          A    Correct.
```

Page 174

```
 1    that one would have to figure out what to
 2    do with.
 3            Q    So are you saying an event
 4    study is incapable of measuring damages in
 5    this case?
 6                 Is that your position?
 7                 MS. LOSEMAN:  Objection.
 8         Misstates.
 9            A    I am -- didn't say that.  I
10    thought you asked a very general question,
11    and I said sometimes an event study can be
12    used and sometimes it cannot.
13            Q    I understand, but then you
14    pivoted to this case so that's why I did
15    as well.
16            A    Okay.  I just added that this
17    case has a complication that is not
18    typical having to do with the meme
19    activities that may or may not have
20    affected abnormal returns.  And if it did,
21    then that's going to be an issue for what
22    Dr. Feinstein does at the merit stage, if
23    there is a merit stage.
24            Q    So would you agree that --
25    assuming it's handled correctly,
```

Page 311

```
                         CERTIFICATE
 1
 2        STATE OF NEW YORK )
 3                         )ss:
 4        COUNTY OF RICHMOND)
 5

 6        I, DANIELLE GRANT, a Certified Shorthand
 7   Reporter and Notary Public within and for the
 8   State of New York, do hereby certify:
 9        That DR. RENE M. STULZ , the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by such witness.
13        I further certify that I am not related to
14   any of the parties to this action by blood or
15   marriage and that I am in no way interested in
16   the outcome of this matter.
17        In witness whereof, I have hereunto set my
18   hand this 16th day of August, 2024.
19
20                  [signature: Danielle Grant]
21
22             DANIELLE GRANT
23
24
25
```

Page 335