UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates To: | § § | |
| ALL ACTIONS | § § § § | |

**JOINT STIPULATION PURSUANT TO THE DECEMBER 19, 2024 HEARING BEFORE MAGISTRATE JUDGE BEMPORAD**

On December 19, 2024, the Special Discovery Master, Magistrate Judge Henry J. Bemporad, requested the Parties[1] file a stipulation that reflected the agreements reached during the December 19, 2024 hearing by January 3, 2025.  *See* ECF 283.

Whereas, on December 24, 2024, the Cassava Defendants produced to Plaintiffs and counsel for defendants Barbier and Burns the 16 documents identified in the October 22, 2024 Joint Advisory (ECF 233) that Cassava received from the United States Securities and Exchange Commission ("SEC") during the SEC investigation.

Accordingly, the Parties respectfully stipulate as follows:

1.      The Cassava Defendants will produce to Plaintiffs and counsel for defendants Barbier and Burns the deposition transcripts of Benjamin Thornton, Michael Marsman, and Eric Schoen within two business days of receipt from the SEC.

2.      The Defendants will provide their communications with the SEC concerning obtaining the deposition transcripts to Plaintiffs within two business days of the communication.

3.      On or before January 10, 2025, counsel for defendants Burns and Barbier will either: (i) request the deposition transcripts of Dr. Burns and Mr. Barbier from the SEC; or (ii) inform Magistrate Judge Bemporad that counsel will not request such transcripts and provide the basis for the refusal to request the deposition transcripts.

4.      On or before January 17, 2025, the Cassava Defendants will provide descriptions for the third parties on Cassava's privilege log, including each third party's role in relation to the attorney-client relationship with Cassava.  By January 24, 2025, Plaintiffs will then identify which third parties they are challenging as having caused privilege to be waived.  On or before January 31,

---

[1]      The "Parties" are lead plaintiff Mohammad Bozorgi, additional plaintiffs Ken Calderone and Manohar Rao (together, "Plaintiffs"), and Cassava Sciences, Inc. ("Cassava" or the "Company") and Eric J. Schoen (the "Cassava Defendants"), and Remi Barbier and Lindsay Burns (together with the Cassava Defendants, "Defendants").

- 1 -

2025, the Cassava Defendants will provide to Plaintiffs the retention agreements or other documents that describe the scope of the services each third party was to provide to Cassava (*e.g.*, invoices or engagement letters) for the challenged third parties. Additionally, on January 31, 2025, the Cassava Defendants will submit, *in camera*, to Magistrate Judge Bemporad: (i) a sample of the purportedly privileged documents that contain the challenged third parties; (ii) all purportedly privileged communications between Dr. Burns and Dr. Wang where the common interest privilege is claimed and no attorney is present; and (iii) documents evidencing the existence and scope of a common interest agreement between Dr. Wang and the Defendants.[2] No briefing or argument on the common interest privilege will be submitted by the Parties unless requested by Magistrate Judge Bemporad. Plaintiffs dispute that the Cassava Defendants may select the sample documents for the third party disputes identified in category (i), above, without input from Plaintiffs. Additionally, the Parties have not agreed on the appropriate number of sample documents to be submitted for each disputed third party pursuant to category (i), above. However, the Parties agree to follow Magistrate Judge Bemporad's guidance regarding the sample size and whether Plaintiffs and the Cassava Defendants may each select half of the sample.

5.    The Parties will file a Joint Advisory with an update on outstanding discovery disputes on February 18, 2025. *See* ECF 283.

DATED:  January 3, 2025                  Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
JESSICA T. SHINNEFIELD (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
MEGAN A. ROSSI (admitted *pro hac vice*)
HEATHER GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)

---

[2]    The common interest privilege documents will also be provided to counsel for defendants Burns and Barbier.

s/ Kevin A. Lavelle

_____
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jshinnefield@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional
Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional
Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 3 -

DATED:  January 3, 2025

GIBSON, DUNN & CRUTCHER LLP
GREGG COSTA (TX. Bar No. 24028160)
TREY COX (TX. Bar No. 24003722)

<u>s/ Gregg Costa</u>
GREGG COSTA

811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346/718.6600
346/718.6979 (fax)
gcosta@gibsondunn.com
tcox@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN (admitted *pro hac vice*)
SCOTT CAMPBELL (admitted *pro hac vice*)
JOHN TURQUET BRAVARD (admitted *pro hac vice*)
1801 California Street
Denver, CO 80202-2642
Telephone: 303/298.5700
303/298.5907 (fax)
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MARY BETH MALONEY (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: 212/351.4000
212/351.6315 (fax)
mmaloney@gibsondunn.com

Counsel for Defendants Cassava Sciences, Inc. and
Eric Schoen

DATED:  January 3, 2025

BAKER & HOSTETLER LLP
DOUGLAS W. GREENE

<u>s/ Douglas W. Greene</u>
DOUGLAS W. GREENE

- 4 -

45 Rockefeller Plaza
New York, NY  10111
Telephone: 212/847-7090
dgreene@bakerlaw.com

BAKER & HOSTETLER LLP
C. SHAWN CLEVELAND
2850 N. Harwood Street, Suite 1100
Dallas, TX  75201
Telephone: 214/210-1200
scleveland@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay
Burns

- 5 -