UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § § § § § § § § § § § § § Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |

**DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS'S**
<u>**ADVISORY TO MAGISTRATE JUDGE BEMPORAD**</u>

On December 19, 2024, the Special Discovery Master, Magistrate Judge Henry J. Bemporad, ordered counsel for Defendants Remi Barbier and Dr. Lindsay Burns by January 10, 2025 to either (i) request the deposition transcripts of Mr. Barbier and Dr. Burns from the Securities and Exchange Commission ("SEC"); or (ii) inform the Court that counsel will not request such transcripts and provide the basis for the refusal to request the deposition transcripts. *See* ECF 283 and 287. Mr. Barbier and Dr. Burns respectfully submit the following in compliance with that directive.

As discussed at the December 19th conference, Mr. Barbier and Dr. Burns have concerns that by requesting and producing the SEC transcripts, Plaintiffs and/or the Court may construe such request and production as an authentication of the transcripts by Mr. Barbier and Dr. Burns, and an admission as to their admissibility and accuracy. Accordingly, Mr. Barbier and Dr. Burns respectfully request that the Court order Mr. Barbier and Dr. Burns to request and produce the SEC transcripts with the qualification that such request and production shall not be deemed an

authentication by them as to such transcripts, or an admission by them as to the admissibility or accuracy of said transcripts.

DATED:  January 10, 2025

> BAKER & HOSTETLER LLP
> C. SHAWN CLEVELAND
> (TX. BAR NO. 24012433)
>
> /s/ C. Shawn Cleveland
>
> 2850 N. Harwood Street, Suite 1100
> Dallas, TX  75201
> Telephone: 214/210-1200
> scleveland@bakerlaw.com
>
> DOUGLAS W. GREENE
> (ADMITTED *PRO HAC VICE*)
> ZACHARY R. TAYLOR
> (ADMITTED *PRO HAC VICE*)
> 45 Rockefeller Plaza
> New York, NY  10111
> Telephone: 212/847-7090
> dgreene@bakerlaw.com
> ztaylor@bakerlaw.com
>
> **Counsel for Defendants**
> **Remi Barbier and Lindsay Burns**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2025, a true and correct copy of the foregoing was served upon each attorney of record via ECF.

> /s/ C. Shawn Cleveland
> C. Shawn Cleveland