UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates To: | § § | |
| ALL ACTIONS | § § § § | |

**AFFIDAVIT OF JESSICA T. SHINNEFIELD IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS'S
MOTION FOR PROTECTIVE ORDER TO PRESERVE CONFIDENTIALITY
DESIGNATIONS**

I, Jessica T. Shinnefield, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am Lead Counsel for Lead Plaintiff Mohammad Bozorgi.  I submit this affidavit in support of Plaintiffs' Opposition to Defendants Remi Barbier's and Lindsay Burns's Motion for Protective Order to Preserve Confidentiality Designations.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit 1:      Complaint, *Securities and Exchange Commission v. Cassava Sciences, et al.*, No. 1:24-cv-01150 (W.D. Tex. Sept. 26, 2024), ECF 1;

Exhibit 2:      Adam Feuerstein, *With resignations of top leaders, Cassava Sciences exposes a dark, ugly corner of the Alzheimer's disease world*, STAT+ (July 17, 2024);

Exhibit 3:      Jonathan Wosen, *Cassava Sciences and former execs, facing SEC charges for misleading claims, agree to fines*, STAT+ (Sept. 26, 2024);

Exhibit 4:      Adam Feuerstein, *Worst Biopharma CEO of 2024? It's no contest, Remi Barbier, the former CEO of Cassava Sciences, had a very bad year*, STAT+ (Dec. 18, 2024);

Exhibit 5:      Teddy Rosenbluth, *Executives Depart Cassava, Maker of Disputed Alzheimer's Drug*, N.Y. Times (July 18, 2024);

Exhibit 6:      Apoorva Mandavilli, *Scientists Investigating Alzheimer's Drug Faulted in Leaked Report*, N.Y. Times (Oct. 14, 2023); and

Exhibit 7:      Email exchange between counsel from December 2, 2024 to December 13, 2024 [FILED UNDER SEAL].

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 10, 2025.

                                        s/ Jessica T. Shinnefield
                                        JESSICA T. SHINNEFIELD

4934-7734-6574.v1

CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2025, a true and correct copy of the foregoing was served electronically upon each attorney of record.

s/ Jessica T. Shinnefield
_____
JESSICA T. SHINNEFIELD
