# EXHIBIT 2

Case 1:21-cv-00751-DAE   Document 289-2   Filed 01/10/25   Page 2 of 5

# STAT+

## With resignations of top leaders, Cassava Sciences exposes a dark, ugly corner of the Alzheimer's disease world



*By* [Adam Feuerstein](#)July 17, 2024

*Molly Ferguson/STAT*

---

Cassava Sciences is imploding — and as it crumbles, a dark, ugly corner of the Alzheimer's disease world is being exposed and will hopefully get cleaned up.

Remi Barbier, Cassava's longtime CEO, has resigned and is also leaving the board, the company announced Wednesday. Lindsay Burns, Cassava's senior vice president of neuroscience, is gone, too. She is married to Barbier.

Their abrupt departures come after the Justice Department, on June 28, [charged](#) the company's chief scientific collaborator and paid consultant, Hoau-Yan Wang, with multiple counts of fraud related to grants supporting Cassava's experimental Alzheimer's drug, called simufilam.

Days later, Cassava acknowledged for the first time that "[two senior employees](#)" of the company were targets of ongoing investigations by the Justice Department and the Securities and Exchange Commission.

It's not known yet if federal prosecutors or the SEC are about to hand down charges — criminal or civil — against Barbier and Burns, but Wednesday's actions certainly looks like a move by Cassava's board to clean house before the two executives become even more deeply entangled in the alleged simufilam fraud case.

"The company has no knowledge of any potential criminal action against the company or any of its current or former employees," a Cassava spokesperson told me.

Rick Barry, Cassava's chairman, is assuming the CEO role while the company searches for a permanent replacement.

"As a public company, and one dedicated to developing a drug for Alzheimer's disease, we hold ourselves to the highest standards," Barry said in a statement. "While our priority remains the development of a potentially effective treatment for Alzheimer's disease, the Board has a steadfast commitment to doing so with transparency, accountability, and highest ethical business practices."

Read between the lines. Barry's statement speaks volumes about the trouble that Barbier and Burns find themselves in.

Of course, Barry and the rest of the Cassava board share the blame for enabling Barbier and Burns. The board took no preemptive or corrective action as the allegations and charges of simufilam data manipulation piled up.

Cassava's stock price fell 33% to $9 Wednesday, its lowest level in more than three years.

The real tragedy here is that Cassava was allowed to advance simufilam into two, Phase 3 studies despite <u>overwhelming evidence that the drug was not real</u>. More than 1,700 people with Alzheimer's were recruited into these studies, which are still underway. Participants are losing cognition and the ability to live and function because Cassava chose greed over the well-being of desperately ill people.

The Food and Drug Administration, which is supposed to ensure the safety of participants in clinical trials, has <u>done nothing to halt Cassava's studies</u>, despite convincing evidence that simufilam is a fake drug.

## About the Author

Cassava Sciences exposes a dark, ugly corner of the Alzheimer's disease world



## **Adam Feuerstein**

Senior Writer, Biotech

Adam Feuerstein is a senior writer and biotech columnist, reporting on the crossroads of drug development, business, Wall Street, and biotechnology. He is also a co-host of the weekly biotech podcast The Readout Loud and author of the newsletter Adam's Biotech Scorecard.

adam.feuerstein@statnews.com
@adamfeuerstein

To submit a correction request, please visit our Contact Us page.