# EXHIBIT 3

Case 1:21-cv-00751-DAE Document 289-3 Filed 01/10/25 Page 2 of 4

**BIOTECH**

# Cassava Sciences and former execs, facing SEC charges for misleading claims, agree to fines

The biotech has agreed to a $40 million civil penalty over claims it made about its Alzheimer's drug



Adobe

By <u>Jonathan Wosen</u>    Sept. 26, 2024

West Coast Biotech & Life Sciences Reporter

Facing charges from the Securities and Exchange Commission for misleading claims related to a controversial Alzheimer's drug candidate, Cassava Sciences and two of the company's former executives have agreed to pay fines, the company announced Thursday.

The news comes on the same day that the SEC filed charges against Cassava, former CEO Remi Barbier, and former senior vice president of neuroscience Lindsay Burns. In a lawsuit filed with the U.S. District Court for the Western District of Texas, the agency accused Cassava of making several misleading claims in September 2020 related to a mid-stage trial of its Alzheimer's drug, simufilam. The SEC's charges included allegations that the company and its former execs failed to disclose that trial samples were analyzed by a Cassava collaborator, Hoau-Yan Wang, who had a financial stake in the drug's success, and that a company audit later found Wang's lab was "unacceptable and temporarily not qualified" to help with the analysis of future studies.

The agency also alleged that Cassava and Burns didn't fully disclose that Burns hand-picked data that made simufilam seem more effective in improving memory and cognition than the findings of the full data set, or that Burns selected certain outcome measurements only after she knew which patients had been given drug or placebo.

"The announced final Phase 2b results were misleading," said the SEC in its lawsuit. "After Cassava reported its Phase 2b trial results, the company raised more than $260 [million] in new funding."

In a related order, the SEC also charged Wang, a neuroscientist at City University of New York and the drug's co-developer, with manipulating clinical trial results.

The SEC has charged Cassava, Barbier, and Burns with violating portions of the Securities Act of 1933 and the Securities Exchange Act of 1934, federal laws meant to prevent fraud and ensure investors have accurate information. SEC and Cassava press releases issued Thursday noted that the biotech has agreed to pay a $40 million civil penalty, subject to court approval, without admitting or denying the allegations. Barbier and Burns, who are married, have agreed to fines of $175,000, and $85,000, respectively. Barbier has also agreed to a three-year ban preventing him from serving as an officer or director of a public company, while Burns has agreed to a five-year ban. The defendants also agreed to refrain from future violations and Wang has agreed to pay a $50,000 fine.

In its press release, Cassava CEO Richard Barry said the company was glad to put the matter behind it. He added that he does not expect the Department of Justice to file charges against the biotech as part of another previously-disclosed investigation.

"We can now focus all of our attention on completion of the ongoing Phase 3 trials of simufilam," he said. "While no one can accurately predict the future, we remain hopeful that the trials will be successful and that, after a rigorous FDA review, simufilam could become available to help those suffering from Alzheimer's disease."

But Thursday's announcement is likely to only intensify calls for the company to halt its ongoing late-stage trials of the drug, and to put pressure on the Food and Drug Administration to force Cassava to stop the studies. Simufilam, a small-molecule drug, has for years drawn intense criticism because Cassava claimed in September 2020 that the therapy can improve cognitive function — even though Alzheimer's drugs currently on the market only slow decline.

Experts have found plenty of reasons to doubt that claim. A panel of researchers at City University of New York found that the work of Wang, who published papers supporting the effectiveness of simufilam, contained extensive data manipulations. That report also concluded that Burns, who co-authored key papers with Wang, was likely responsible for some of the misconduct.

The Department of Justice charged Wang in June with defrauding the National Institutes of Health. Soon after the DOJ charges against Wang, Burns and Barbier resigned from Cassava.

Cassava Sciences stock dipped to $28.19 during after-hours trading Thursday, down 11.6%.