# EXHIBIT 4

Case 1:21-cv-00751-DAE   Document 280-4   Filed 01/10/25   Page 2 of 3

ADAM'S TAKE

# Worst Biopharma CEO of 2024? It's no contest

Remi Barbier, the former CEO of Cassava Sciences, had a very bad year



Hyacinth Empinado/STAT

By Adam Feuerstein    Dec. 18, 2024

Senior Writer, Biotech

Remi Barbier, the former — and currently disgraced — CEO of Cassava Sciences, is the Worst Biopharma CEO of 2024.

He's also the easiest, most obvious selection I've ever made for this particular dishonor, something I've been doing annually for 17 years.

Case 1:21-cv-00751-DAE Document 289-4 Filed 01/10/25 Page 3 of 3

Barbier had a bad year. Cassava's Alzheimer's drug candidate simufilam proved to be nothing more than a placebo in a large clinical trial. The company blew up. He lost his job. He was penalized by the Securities and Exchange Commission. And he remains a defendant in ongoing shareholder and class-action lawsuits.

These are all deserving punishments. Any CEO with an ounce of integrity would have shelved a drug like simufilam given the overwhelming evidence of its futility. Not Barbier. He spent more than four years making excuses, spinning bad data, misleading investors, and exploiting the desperation of Alzheimer's patients. At his direction, Cassava tried suing critics into silence.

Why? Greed. Barbier got rich. As satisfying as the end of Cassava has been, it still disgusts me that he — and his wife/accomplice Lindsay Burns, Cassava's former head of neuroscience — actually profited from all of this. They walked away with millions of dollars, while people struggling to live with Alzheimer's — duped into simufilam studies — lost months, if not years, that they will never get back.

Cassava is a tragedy that should have been avoided.

I included Barbier on my 2021, 2022 and 2023 Worst CEO lists. I truly hope this year is the last time.

Postscript: I compiled a list of "other" Worst CEOs for 2024. Of course I did! Here they are:

**Jean-Paul Kress**, MorphoSys; **Shoshana Shendelman**, Applied Therapeutics; **Jason Kelly**, Ginkgo Bioworks; **Rachel McMinn**, Neurogene; **Scott Koenig**, MacroGenics; and **Peter Greenleaf**, Aurinia Pharmaceuticals.