UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS. | § § § § § § § § § <br><br> Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

### ORDER

Now before the Court are Plaintiffs' Opposed Motion to Compel Defendants to Produce Documents Disclosed to the U.S. Securities and Exchange Commission and U.S. Department of Justice, filed November 1, 2024 (Dkt. 243); Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal, filed January 3, 2025 (Dkt. 286); and the associated response and reply briefs.[1]

The Court **ORDERS** the parties, or counsel of record appearing on their behalf, to appear **via Zoom** for a hearing on both motions at **2 p.m. CST Thursday, February 13, 2025**. The parties will receive a link for the Zoom hearing from Courtroom Deputy Katherine Wallace (Katherine_Wallace@txwd.uscourts.gov).

**SIGNED** on January 29, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Orders issued November 5, 2024 and January 7, 2025, the District Court referred the motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.