UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re CASSAVA SCIENCES INC. §
SECURITIES LITIGATION § NO. 1:21-CV-751-DAE
 §

## ORDER

Before the Court is the Advisory submitted by Defendants Remi Barbier and Lindsay Burns. (Docket Entry 288.), The undersigned has been designated as a Special Discovery Master in this case. (*See* Docket Entry 203.)

In light of the Advisory, it is hereby **ORDERED** that Defendants Barbier and Burns must request from the Securities and Exchange Commission ("SEC")—and produce to the other parties in the litigation—the transcripts of their SEC depositions, with the qualification that such request and production shall not be deemed an authentication by these Defendants as to such transcripts, or an admission by them as to the admissibility or accuracy of said transcripts.

**SIGNED** on February 5, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge