IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**JOINT MOTION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL AND PARTIALLY VACATE HEARING SCHEDULED FOR FEBRUARY 13, 2025**

Defendant Cassava Sciences, Inc. ("Defendant") and Lead Plaintiff Mohammad Bozorgi and additional Plaintiffs Ken Calderone and Manohar Rao jointly move the Court to withdraw Plaintiffs' Opposed Motion to Compel Defendants to Produce Documents Disclosed to the U.S. Securities and Exchange Commission and U.S. Department of Justice, filed November 1, 2024 (Dkt. 243, "Motion to Compel"), and vacate the hearing scheduled for that Motion on February 13, 2025. Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal (Dkt. 286) is not withdrawn, and may proceed for hearing as scheduled on February 13, 2025.

1. Plaintiffs filed their Motion to Compel on November 1, 2024, seeking to compel Defendants to produce certain withheld documents included in Defendants' December 12, 2023 privilege log.

2. On January 29, 2025, the Court set a hearing for February 13, 2025 on both Plaintiffs' Motion to Compel and Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal, filed January 3, 2025 (Dkt. 286), along with the associated response and reply briefs. *See* Dkt. 292.

3. The parties have conferred and reached an agreement whereby Defendant will voluntarily produce documents that were the subject of Plaintiffs' Motion to Compel.

4. Accordingly, Plaintiffs' Motion to Compel is moot and the parties agree it should be withdrawn.

5. Because the Motion to Compel is moot, the currently scheduled hearing on the Motion to Compel, set for February 13, 2025, is unnecessary.

6. Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal (Dkt. 286) is not withdrawn, and may proceed for hearing as scheduled on February 13, 2025.

For these reasons, Plaintiffs and Defendant respectfully request that Plaintiffs' Motion to Compel, Dkt. 243, be withdrawn, and that the hearing on that motion scheduled for February 13, 2025, before Judge Susan Hightower be vacated. The hearing on Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal (Dkt. 286), scheduled for the same date, should proceed as scheduled.

Dated: February 12, 2025         Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6979
gcosta@gibsondunn.com
tcox@gibsondunn.com

Monica K. Loseman (admitted *pro hac vice*)
Scott Campbell (admitted *pro hac vice*)
John Turquet Bravard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.6315
mmaloney@gibsondunn.com

*Counsel for Defendants Cassava Sciences, Inc. and Eric J. Schoen*

Douglas W. Greene
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.847.7090
dgreene@bakerlaw.com

3

|  |  |
|---|---|
|  | C. Shawn Cleveland<br>BAKER & HOSTETLER LLP<br>2850 N. Harwood Street, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.210.1200<br>scleveland@bakerlaw.com<br><br>*Counsel for Defendants Remi Barbier and Lindsay Burns* |
| Dated: February 12, 2025 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>DANIEL S. DROSMAN (admitted *pro hac vice*)<br>JESSICA T. SHINNEFIELD (admitted *pro hac vice*)<br>KEVIN A. LAVELLE (admitted pro *hac vice*)<br>MEGAN A. ROSSI (admitted *pro hac vice*)<br>HEATHER GEIGER (admitted *pro hac vice*)<br>JEREMY W. DANIELS (admitted *pro hac vice*)<br><br>/s/ *Kevin A. Lavelle*<br>KEVIN A. LAVELLE<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>dand@rgrdlaw.com<br>jshinnefield@rgrdlaw.com<br>klavelle@rgrdlaw.com<br>mrossi@rgrdlaw.com<br>hgeiger@rgrdlaw.com<br>jdaniels@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone* |

        KENDALL LAW GROUP, PLLC
        JOE KENDALL (Texas Bar No. 11260700)
        3811 Turtle Creek Blvd., Suite 825
        Dallas, TX 75219
        Telephone: 214/744-3000
        214/744-3015 (fax)
        jkendall@kendalllawgroup.com

*Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone*

        GLANCY PRONGAY & MURRAY LLP
        CHARLES H. LINEHAN (admitted pro hac vice)
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: 310/201-9150
        310/201-9160 (fax)
        clinehan@glancylaw.com

*Counsel for Additional Plaintiff Manohar K. Rao*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 12, 2025, a true and correct copy of the foregoing was served upon each attorney of record.

/s/ *Gregg Costa*
Gregg Costa
