IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE |
| This Document Relates to: | | CLASS ACTION |
| ALL ACTIONS | | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL AND VACATE HEARING ON THAT MOTION**

This Court, having considered Defendant Cassava Sciences, Inc. and Lead Plaintiff Mohammad Bozorgi and additional Plaintiffs Ken Calderone and Manohar Rao's (together, "Plaintiffs") Joint Motion to Withdraw Plaintiffs' Opposed Motion to Compel and Vacate Hearing on that Motion (the "Joint Motion to Withdraw Plaintiffs' Motion to Compel"), hereby ORDERS:

The Joint Motion to Withdraw Plaintiffs' Motion to Compel is GRANTED. It is HEREBY ORDERED that Plaintiffs' Opposed Motion to Compel Defendants to Produce Documents Disclosed to the U.S. Securities and Exchange Commission and U.S. Department of Justice, filed November 1, 2024 (Dkt. 243) is withdrawn. The hearing on that Motion currently scheduled for February 13, 2025 is vacated.

The hearing on Defendants' Motion that is the subject of their Sealed Motion Seeking Leave to File under Seal (Dkt. 286) shall proceed as scheduled on February 13, 2025.

2

IT IS SO ORDERED.


DATED: Austin, Texas, _____, 2025.


_____
Susan Hightower
United States Magistrate Judge