UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re CASSAVA SCIENCES INC.           §
SECURITIES LITIGATION                 §           NO. 1:21-CV-751-DAE
                                      §

### ORDER SETTING FOURTH VIDEO
### DISCOVERY STATUS CONFERENCE

On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case. (*See* Docket Entry 203.) Before the Court is the parties' Joint Advisory to Magistrate Judge Bemporad in Advance of Discovery Status Conference. (Docket Entry 300.) It is hereby **ORDERED** that a Fourth Discovery Status Conference is set for **March 18, 2025**, at **2:30 P.M.** (*See* Docket Entries 204, 224 and 255.)

The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

> https://txwd-uscourts.zoomgov.com/j/16126018188
> Meeting ID: 161 2601 8188

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on February 19, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge