IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |
| This Document Relates to:  ALL ACTIONS | | |

**UNOPPOSED MOTION TO RESET DISCOVERY STATUS CONFERENCE**

Defendants Cassava Sciences, Inc. and Eric J. Schoen (the "Cassava Defendants") respectfully submit this Unopposed Motion to Reset the discovery status conference currently scheduled for March 18, 2025.

1. On February 19, 2025, the Court set a discovery status conference for March 18, 2025, at 2:30 p.m.

2. Counsel for the Cassava Defendants has a preexisting scheduling conflict on March 18, 2025.

3. Counsel for the Cassava Defendants conferred with counsel for Plaintiffs and counsel for Remi Barbier and Lindsay Burns, who do not oppose resetting the discovery status conference to March 28, 2025, at 1:30 p.m.

4. On February 27, 2025, Counsel for the Cassava Defendants confirmed with Court staff that this new date and time is available on the Court's calendar.

For these reasons, the Cassava Defendants respectfully request that the discovery status conference currently scheduled for March 18, 2025, be reset to 1:30 p.m. on March 28, 2025.

1

| | |
|---|---|
| Dated: February 27, 2025 | Respectfully submitted,<br><br>/s/ *Gregg Costa*<br>Gregg Costa (Tx. Bar No. 24028160)<br>Trey Cox (Tx. Bar No. 24003722)<br>GIBSON, DUNN & CRUTCHER LLP<br>811 Main Street Suite 3000<br>Houston, TX 77002<br>Telephone: 346.718.6600<br>Facsimile: 346.718.6979<br>gcosta@gibsondunn.com<br>tcox@gibsondunn.com<br><br>Monica K. Loseman (admitted *pro hac vice*)<br>Scott Campbell (admitted *pro hac vice*)<br>John Turquet Bravard (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street<br>Denver, CO 80202-2642<br>Telephone: 303.298.5700<br>Facsimile: 303.298.5907<br>mloseman@gibsondunn.com<br>scampbell@gibsondunn.com<br>jturquetbravard@gibsondunn.com<br><br>Mary Beth Maloney (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.6315<br>mmaloney@gibsondunn.com<br><br>*Counsel for Defendants Cassava Sciences, Inc. and Eric J. Schoen* |

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 27, 2025, a true and correct copy of the foregoing was served upon each attorney of record.

/s/ *Gregg Costa*
Gregg Costa
