UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | NO. 1:21-CV-751-DAE |

### ORDER RESETTING FOURTH VIDEO
### DISCOVERY STATUS CONFERENCE

On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case. (*See* Docket Entry 203.) The current matters before the Court are Defendant's two Unopposed Motion to Reset the Fourth Discovery Conference (Docket Entries 303 and 304). (*See* Text Orders dated February 28, 2025.)

It is hereby **ORDERED** that Defendant's motion to reset the conference (Docket Entry 303) is **GRANTED** and the Fourth Discovery Status Conference is reset to **March 28, 2025**, at **1:30 P.M.** It is **FURTHER ORDERED** that Defendants' second motion to reset the conference (Docket Entry 304) appear to be a duplicate filing and is therefore **DENIED AS MOOT**.

The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

> **https://txwd-uscourts.zoomgov.com/j/16126018188**
> **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on February 28, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge