UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | NO. 1:21-CV-751-DAE |

**ORDER**

Before the Court is the status of the above case, in which the District Court has designated the undersigned as a Special Discovery Master.  (*See* Docket Entry 203.)

The Court held a status conference on March 28, 2025.  In accordance with the Court's rulings at the status conference, it is hereby **ORDERED** as follows:

(1) ***Briefing on the privilege claim with regard to communications between Dr. Lindsay Burn and Dr. Hoau-Yan Wang where counsel was not included.***  Counsel for Plaintiffs must, **on or before April 11, 2025**, submit a letter brief, setting out legal authority supporting its view that the privilege was waived for these communications.  Counsel for Defendants must, **on or before April 25, 2025**, submit responsive letter brief(s).  These letter briefs shall not exceed five single-spaced pages in length.

(2) ***Redacted, non-privileged material in Dr. Burns's journal.***  Counsel for Dr. Burns must, **on or before April 18, 2025**, review the material that has been redacted from Dr. Burn's journal and, with regard to any material that was redacted due to its sensitive or personal nature, either: (a) produce the material to Plaintiffs' counsel subject to an "attorney-eyes-only" designation or similar confidentiality agreement; or (b) submit the material to the undersigned for *in camera* review.[1]

---

[1] Any *ex parte* documents to be submitted should be emailed to chambers at wendy_branham@txwd.uscourts.gov and daniel_moss@txwd.uscourts.gov.

(3) Further discovery-advisory requests and status conferences will be set by separate order.

**SIGNED** on March 28, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge