UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re CASSAVA SCIENCES INC. §
SECURITIES LITIGATION § NO. 1:21-CV-751-DAE
§

## ORDER

On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case. (*See* Docket Entry 203.) The parties filed a Joint Advisory as to discovery matters on June 2, 2025 (Docket Entry 322), and the undersigned held a Discovery Status Conference in this matter on June 9, 2025.

In accordance with the parties' agreements at the conference, it is hereby **ORDERED** that, **on or before August 8, 2025**, the parties must file another Joint Advisory with the Court, setting out (1) the status of the parties' efforts to resolve their outstanding discovery disputes and (2) their positions as to any new disputes they wish to present to the undersigned for consideration.

**SIGNED** on June 9, 2025.

Henry J. Bemporad
United States Magistrate Judge