AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| In re Cassava Sciences, Inc. Securities Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-751-DAE |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remi Barbier and Lindsay Burns.

Date:   06/16/2025

*/s/ Marissa Peirsol*
*Attorney's signature*

Marissa A. Peirsol (Texas Bar No. 24075626)
*Printed name and bar number*

200 Civic Center Drive, Suite 1200
Columbus, OH 43215
*Address*

mpeirsol@bakerlaw.com
*E-mail address*

(614) 462-2656
*Telephone number*

(614) 462-2616
*FAX number*