UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § | |
| ALL ACTIONS | § § § § | |

**AFFIDAVIT OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS' RENEWED OPPOSED MOTION FOR CLASS CERTIFICATION**

4900-6795-2975.v1

- 1 -

I, Kevin A. Lavelle, declare, under penalty of perjury:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, the State Bar of California, am admitted *pro hac vice* to the above-referenced action, and am lead counsel for lead plaintiff Mohammad Bozorgi.  I submit this affidavit in support of Plaintiffs' Renewed Opposed Motion for Class Certification.

2.      Attached is a true and correct copy of the following exhibits:

Exhibit A:    Declaration of Mohammad Bozorgi in Support of Plaintiffs' Motion for Class Certification;

Exhibit B:    Declaration of Kenneth W. Calderone in Support of Plaintiffs' Motion for Class Certification;

Exhibit C:    Declaration of Manohar K. Rao in Support of Plaintiffs' Motion for Class Certification;

Exhibit D:    Firm Resume of Robbins Geller Rudman & Dowd LLP; and

Exhibit E:    Expert Report of Steven Feinstein, Ph.D., CFA.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 20, 2025.

*/s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

- 1 -

4900-6795-2975.v1