# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § | |

**DECLARATION OF KENNETH W. CALDERONE IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

I, Kenneth W. Calderone, hereby declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' motion for class certification, appointment of myself and the other plaintiffs, Mohammad Bozorgi and Manohar K. Rao, as Class representatives, and appointment of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Class counsel. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could competently testify to them.

2.      I purchased securities in Cassava Sciences, Inc. ("Cassava") during the Class Period of September 14, 2020, to October 12, 2023. I believe my Class-Period transactions in Cassava securities are set forth in my filed certification. ECF 129-5 at 185 of 185.

3.      I have retained experienced counsel to represent my best interests and those of the Class. My attorneys at Robbins Geller are prosecuting the claims as Lead Counsel and working with attorneys at Kendall Law Group, PLLC and Glancy Prongay & Murray LLP (collectively, "Counsel"). I ask the Court to appoint Robbins Geller as Class counsel based on its extensive securities litigation experience and expertise in prosecuting such claims on behalf of investors, as reflected in its effective representation in other cases and this case to date.

4.      I understand that I am seeking to represent a class of Cassava investors for the Class Period above. I understand that the claims in this case allege, among other things, that Defendants Cassava, CEO Remi Barbier, CFO Eric Schoen, and Senior VP of Neuroscience Lindsay Burns (collectively, "Defendants") violated the federal securities laws by misleading investors about simufilam. Consistent with Appendix A referenced in Local Rule CV-23, Counsel has explained to me the nature of a class action and potential advantages and disadvantages to proceeding in a class action rather than individually.

5.      I am willing to serve as a class representative. I have responded to discovery requests from Defendants and am willing to provide testimony at deposition and at trial. As a class

- 1 -

4887-2015-2747.v3

- 2 -

representative, I will continue to actively monitor and direct Robbins Geller and this action for the benefit of the Class, as discussed further below.  I understand that I owe a fiduciary duty to Class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the Class, consistent with good faith, sound judgement, and meritorious advocacy.

6.      As my prior certification (ECF 129-5 at 184 of 185) attests, I will not accept any payment for serving as a class representative beyond my pro rata share of any recovery, except such reasonable costs and expenses, including any lost wages directly relating to the representation of the Class, as ordered or approved by the Court.

7.      I will continue to monitor the progress of this litigation, including by reviewing court filings and receiving periodic updates from Robbins Geller.  I have provided my input and direction to Counsel to date, and will continue to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 7 day of March, 2024, in _____.

KENNETH W. CALDERONE

4887-2015-2747.v3