IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION | § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**DEFENDANTS CASSAVA SCIENCES, INC. AND ERIC J. SCHOEN'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

On May 21, 2025, the Court granted Plaintiffs' Motion for Leave to File Second Supplemental Complaint. ECF 317 (the "Order"). In that Order, the Court instructed Plaintiffs to "refile their Motion for Class Certification within 30 days," but stated that "Plaintiffs' new filing shall solely be to incorporate the existing class certification briefing in this Court's docket" that "was considered in the Report of Recommendation filed on November 15, 2024." *Id.* at 13. The Court further instructed that "[n]o new arguments, evidence, or nonexisting briefing shall by filed any parties" with respect to Plaintiffs' renewed Motion for Class Certification. *Id.*

Plaintiffs filed their Second Supplemental Complaint on May 22, 2025. ECF 319. On June 20, 2025, Plaintiffs filed their Renewed Motion for Class Certification, which is a copy of Plaintiff's original Motion for Class Certification filed on March 13, 2024. ECF 326; *see* ECF 148.

Defendants Cassava Sciences, Inc. and Eric J. Schoen (the "Cassava Defendants") oppose Plaintiffs' Renewed Motion for Class Certification, for all the reasons already explained in Defendants' prior briefing on the matter. *See* ECF 179; ECF 215; ECF 218; ECF 227; ECF 228; ECF 234; ECF 241; ECF 242; ECF 268; ECF 270; ECF 282; ECF 284. The Cassava Defendants hereby incorporate all such filings in the record, and all record evidence submitted with those

filings, by reference.  Pursuant to the Court's Order, the Cassava Defendants will not be submitting any new arguments, evidence, or briefing on Plaintiffs' Renewed Motion for Class Certification.

Plaintiffs' Renewed Motion for Class Certification therefore is ripe for resolution.  The Motion should be denied.

Dated: July 2, 2025

Respectfully submitted,

/s/ *Gregg Costa*
Gregg Costa (Tx. Bar No. 24028160)
Trey Cox (Tx. Bar No. 24003722)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6600
Facsimile: 346.718.6979
gcosta@gibsondunn.com
tcox@gibsondunn.com

Monica K. Loseman (admitted *pro hac vice*)
Scott Campbell (admitted *pro hac vice*)
John Turquet Bravard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

Mary Beth Maloney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.6315
mmaloney@gibsondunn.com

*Counsel for Defendants Cassava Sciences, Inc. and Eric J. Schoen*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 2, 2025, a true and correct copy of the foregoing was served electronically upon each counsel of record.

/s/ *Gregg Costa*
Gregg Costa
