UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § | |

**DEFENDANTS REMI BARBIER'S AND LINDSAY BURNS'S NOTICE OF JOINDER IN CASSAVA SCIENCES, INC. AND ERIC J. SCHOEN'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL: Please take notice that Defendants Remi Barbier and Lindsay Burns hereby join in Cassava Sciences, Inc. and Eric J. Schoen's Opposition to Plaintiff's Renewed Motion for Class Certification, filed on July 2, 2025 (Dkt. #327; "Plaintiff's Renewed Motion for Class Certification").

Mr. Barbier and Dr. Burns oppose Plaintiff's Renewed Motion for Class Certification for all the reasons already explained in Defendants' prior briefing on the matter. *See* ECF 179; ECF 215; ECF 218; ECF 227; ECF 228; ECF 234; ECF 241; ECF 242; ECF 268; ECF 270; ECF 282; ECF 284. Mr. Barbier and Dr. Burns hereby incorporate all such filings in the record, and all record evidence submitted with those filings, by reference. Pursuant to the Court's Order, Mr. Barbier and Dr. Burns will not be submitting any new arguments, evidence, or briefing on Plaintiffs' Renewed Motion for Class Certification.

Plaintiffs' Renewed Motion for Class Certification therefore is ripe for resolution. The Motion should be denied.


DATED:  July 2, 2025                    BAKER & HOSTETLER LLP
                                        C. SHAWN CLEVELAND (TX. Bar No. 24012433)



                                        _____
                                              C. SHAWN CLEVELAND

                                        2850 North Harwood Street
                                        Suite 1100
                                        Dallas, TX  75201
                                        Telephone:  214/210-1200
                                        214/210-1200 (fax)
                                        scleveland@bakerlaw.com
                                        BAKER & HOSTETLER LLP
                                        DOUGLAS W. GREENE (admitted *pro hac vice*)
                                        ZACHARY R. TAYLOR (admitted *pro hac vice*)
                                        45 Rockefeller Plaza
                                        New York, NY  75201

- 3 -

Telephone: 212/847-7090
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

COUNSEL FOR DEFENDANTS REMI BARBIER
AND LINDSAY BURNS