UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION |
| This Document Relates To: ALL ACTIONS | § § § § § § |

**AGREED MOTION REGARDING EXTENSION OF TIME TO FILE JOINT ADVISORY TO MAGISTRATE JUDGE HENRY J. BEMPORAD**

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") and defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") (together with Plaintiffs, the "Parties") submit this agreed motion regarding an extension of time to file a joint advisory pursuant to Magistrate Judge Henry J. Bemporad's June 9, 2025 order (ECF 324) (the "Order") and August 8, 2025 text order. The Parties respectfully request a one-week extension to August 22, 2025 to submit the joint advisory and stipulate as follows:

1.  On August 5, 2024, District Judge David Alan Ezra designated Magistrate Judge Bemporad as a Special Discovery Master in this case (ECF 203).

2.  On June 2, 2025, the Parties filed the Joint Advisory to Magistrate Judge Bemporad in Advance of Discovery Status Conference (ECF 322).

3.  On June 9, 2025, the Parties participated in a Discovery Status Conference with Magistrate Judge Bemporad (ECF 323).

4.  Also on June 9, 2025, Magistrate Judge Bemporad ordered the Parties to file a "Joint Advisory" with the Court "setting out (1) the status of the [P]arties' efforts to resolve their outstanding discovery disputes and (2) their positions as to any new disputes they wish to present to the undersigned for consideration" (ECF 324).

5.  On August 8, 2025, the Parties requested a one-week extension to file the Joint Advisory pursuant to the Order (ECF 331).

6.  Also on August 8, 2025, Magistrate Judge Bemporad granted the Parties' request for a one-week extension to file the Joint Advisory (August 8, 2025 text order).

7.  The Parties are in advanced settlement negotiations and therefore request an additional one-week extension for the Parties to file the Joint Advisory.

- 1 -

8.   The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the Parties respectfully request that the Court extend the deadline for the Parties to file the Joint Advisory until August 22, 2025.

DATED:  August 15, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
JESSICA T. SHINNEFIELD (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
HEATHER G. GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jshinnefield@rgrdlaw.com
klavelle@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

|  |  |
|---|---|
|  | GLANCY PRONGAY & MURRAY LLP<br>CHARLES H. LINEHAN (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax)<br>clinehan@glancylaw.com<br><br>Counsel for Additional Plaintiff Manohar K. Rao |
| DATED:  August 15, 2025 | GIBSON, DUNN & CRUTCHER LLP<br>GREGG COSTA (TX. Bar No. 24028160)<br>TREY COX (TX. Bar No. 24003722)<br><br>         /s/ Gregg Costa (with permission)         <br>GREGG COSTA<br><br>811 Main Street Suite 3000<br>Houston, TX 77002<br>Telephone: 346/718.6600<br>346/718.6979 (fax)<br>gcosta@gibsondunn.com<br>tcox@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MONICA K. LOSEMAN (admitted *pro hac vice*)<br>SCOTT CAMPBELL (admitted *pro hac vice*)<br>JOHN TURQUET BRAVARD (admitted *pro hac vice*)<br>1801 California Street<br>Denver, CO 80202-2642<br>Telephone: 303/298.5700<br>303/298.5907 (fax)<br>mloseman@gibsondunn.com<br>scampbell@gibsondunn.com<br>jturquetbravard@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MARY BETH MALONEY (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212/351.4000<br>212/351.6315 (fax)<br>mmaloney@gibsondunn.com |

|  |  |
|---|---|
|  | Counsel for Defendants Cassava Sciences, Inc. and Eric Schoen |
| DATED:  August 15, 2025 | BAKER & HOSTETLER LLP<br>DOUGLAS W. GREENE |

/s/ Douglas W. Greene (with permission)<br>DOUGLAS W. GREENE

45 Rockefeller Plaza
New York, NY  10111
Telephone: 212/847-7090
dgreene@bakerlaw.com

BAKER & HOSTETLER LLP
C. SHAWN CLEVELAND
2850 N. Harwood Street, Suite 1100
Dallas, TX  75201
Telephone: 214/210-1200
scleveland@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay Burns

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the Parties' counsel conferred by email.

/s/ Kevin A. Lavelle<br>KEVIN A. LAVELLE