UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE  CLASS ACTION |
| This Document Relates To:  ALL ACTIONS | | |

**[PROPOSED] ORDER GRANTING AGREED FOURTH MOTION REGARDING EXTENSION OF TIME TO FILE JOINT ADVISORY TO MAGISTRATE JUDGE HENRY J. BEMPORAD**

- 1 -

This Court, having considered the Agreed Fourth Motion Regarding Extension of Time to File Joint Advisory to Magistrate Judge Henry J. Bemporad, hereby GRANTS the motion and ORDERS the following:

The Parties' deadline to file a Joint Advisory is extended to Friday, August 29, 2025.

IT IS SO ORDERED.

DATED:  August __, 2025

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE