UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § <br> § Master File No. 1:21-cv-00751-DAE <br> § <br> § <br> § CLASS ACTION <br> § <br> § <br> § <br> § <br> § <br> § |

**AGREED SIXTH MOTION REGARDING EXTENSION OF TIME TO FILE JOINT ADVISORY TO MAGISTRATE JUDGE HENRY J. BEMPORAD**

4897-8771-7990.v2

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") and defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") (together with Plaintiffs, the "Parties") submit this agreed motion regarding an extension of time to file a joint advisory pursuant to Magistrate Judge Henry J. Bemporad's June 9, 2025 order (ECF 324) (the "Order"), August 8, 2025 text order, August 15, 2025 text order, August 22, 2025 text order, August 28, 2025 text order, and September 3, 2025 text order.  The Parties respectfully request a two-week extension to Friday, September 19, 2025 to submit the joint advisory.  Accordingly, the Parties stipulate as follows:

1. On August 5, 2024, District Judge David Alan Ezra designated Magistrate Judge Bemporad as a Special Discovery Master in this case (ECF 203).

2. On June 2, 2025, the Parties filed the Joint Advisory to Magistrate Judge Bemporad in Advance of Discovery Status Conference (ECF 322).

3. On June 9, 2025, the Parties participated in a Discovery Status Conference with Magistrate Judge Bemporad (ECF 323).

4. Also on June 9, 2025, Magistrate Judge Bemporad ordered the Parties to file a "Joint Advisory" with the Court "setting out (1) the status of the [P]arties' efforts to resolve their outstanding discovery disputes and (2) their positions as to any new disputes they wish to present to the undersigned for consideration" (ECF 324).

5. On August 8, 2025, the Parties requested a one-week extension to file the Joint Advisory pursuant to the Order (ECF 331).

6. Also on August 8, 2025, Magistrate Judge Bemporad granted the Parties' request for a one-week extension to file the Joint Advisory (August 8, 2025 text order).

- 1 -

- 2 -

7. On August 15, 2025, the Parties informed the Court that they were in advanced settlement negotiations and therefore requested an additional one-week extension for the Parties to file the Joint Advisory (ECF 333).

8. Also on August 15, 2025, Magistrate Judge Bemporad granted the Parties' request and extended the deadline to file the Joint Advisory to August 22, 2025 (August 15, 2025 text order).

9. On August 22, 2025, the Parties informed the Court that advanced settlement negotiations continued and therefore requested an additional five-day extension for the Parties to file the Joint Advisory (ECF 334).

10. Also on August 22, 2025, Magistrate Judge Bemporad granted the Parties' request and extended the deadline to file the Joint Advisory to August 27, 2025 (August 22, 2025 text order).

11. On August 27, 2025, the Parties requested an additional two-day extension for the Parties to file the Joint Advisory (ECF 335), which Magistrate Judge Bemporad granted via text order on August 28, 2025.

12. On August 29, 2025, the Parties requested an additional four-business-day extension for the Parties to file the Joint Advisory (ECF 336), which Magistrate Judge Bemporad granted via text order on September 3, 2025.

13. The Parties request a two-week extension to file the Joint Advisory due to ongoing discussions.

14. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the Parties respectfully request that the Court extend the deadline for the Parties to file the Joint Advisory until Friday, September 19, 2025.

| | |
|---|---|
| DATED: September 5, 2025 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DANIEL S. DROSMAN (admitted *pro hac vice*)<br>JESSICA T. SHINNEFIELD (admitted *pro hac vice*)<br>KEVIN A. LAVELLE (admitted *pro hac vice*)<br>HEATHER G. GEIGER (admitted *pro hac vice*)<br>JEREMY W. DANIELS (admitted *pro hac vice*) |

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jshinnefield@rgrdlaw.com
klavelle@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 3 -

DATED: September 5, 2025         GIBSON, DUNN & CRUTCHER LLP
                                 GREGG COSTA (TX. Bar No. 24028160)
                                 TREY COX (TX. Bar No. 24003722)

                                 _____/s/ Gregg Costa (with permission)_____
                                                GREGG COSTA

                                 811 Main Street Suite 3000
                                 Houston, TX 77002
                                 Telephone: 346/718.6600
                                 346/718.6979 (fax)
                                 gcosta@gibsondunn.com
                                 tcox@gibsondunn.com

                                 GIBSON, DUNN & CRUTCHER LLP
                                 MONICA K. LOSEMAN (admitted *pro hac vice*)
                                 SCOTT CAMPBELL (admitted *pro hac vice*)
                                 JOHN TURQUET BRAVARD (admitted *pro hac vice*)
                                 1801 California Street
                                 Denver, CO 80202-2642
                                 Telephone: 303/298.5700
                                 303/298.5907 (fax)
                                 mloseman@gibsondunn.com
                                 scampbell@gibsondunn.com
                                 jturquetbravard@gibsondunn.com

                                 GIBSON, DUNN & CRUTCHER LLP
                                 MARY BETH MALONEY (admitted *pro hac vice*)
                                 200 Park Avenue
                                 New York, NY 10166
                                 Telephone: 212/351.4000
                                 212/351.6315 (fax)
                                 mmaloney@gibsondunn.com

                                 Counsel for Defendants Cassava Sciences, Inc. and
                                 Eric Schoen

- 5 -

DATED: September 5, 2025                BAKER & HOSTETLER LLP
                                        DOUGLAS W. GREENE

                                        _____/s/ Douglas W. Greene (with permission)_____
                                                DOUGLAS W. GREENE

                                        45 Rockefeller Plaza
                                        New York, NY  10111
                                        Telephone: 212/847-7090
                                        dgreene@bakerlaw.com

                                        BAKER & HOSTETLER LLP
                                        C. SHAWN CLEVELAND
                                        2850 N. Harwood Street, Suite 1100
                                        Dallas, TX  75201
                                        Telephone: 214/210-1200
                                        scleveland@bakerlaw.com

                                        Counsel for Defendants Remi Barbier and Lindsay Burns

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the Parties' counsel conferred by email.

/s/ Kevin A. Lavelle<br>KEVIN A. LAVELLE