IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES INC. SECURITIES LITIGATION § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |
| This Document Relates to: <br><br> ALL ACTIONS | |
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, <br><br> Defendants. § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:24-cv-01525-DAE <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS CASSAVA SCIENCES, INC., REMI BARBIER, LINDSAY BURNS, AND ERIC J. SCHOEN'S OPPOSED MOTION TO CONSOLIDATE**

This Court, having considered Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen's Opposed Motion to Consolidate (the "Motion to Consolidate"), hereby ORDERS:

The Motion to Consolidate is GRANTED. It is HEREBY ORDERED that *Ugarte v. Cassava Sciences, Inc., et al.*, No. 1:24-cv-01525 (W.D. Tex.) shall be consolidated with *In re Cassava Sciences, Inc. Securities Litigation*, No. 1:21-cv-00751-DAE (W.D. Tex.) ("Lead Case"). The Clerk is instructed to add the consolidated Plaintiffs, Defendants, and their counsel of record into the Lead Case. All parties are instructed to file all future filings in the Lead Case only. The Clerk is instructed to administratively close No. 1:24-cv-01525.

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2025.

_____
David Alan Ezra
Senior United States District Judge