UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | | |

**AGREED SEVENTH MOTION REGARDING EXTENSION OF TIME TO FILE JOINT ADVISORY TO MAGISTRATE JUDGE HENRY J. BEMPORAD**

Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs") and defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen ("Defendants") (together with Plaintiffs, the "Parties") submit this agreed motion regarding an extension of time to file a joint advisory pursuant to Magistrate Judge Henry J. Bemporad's June 9, 2025 order (ECF 324) (the "Order"), August 8, 2025 text order, August 15, 2025 text order, August 22, 2025 text order, August 28, 2025 text order, September 3, 2025 text order, and September 5, 2025 text order. The Parties respectfully request a two-week extension to Friday, October 3, 2025 to submit the joint advisory. Accordingly, the Parties stipulate as follows:

1. On August 5, 2024, District Judge David Alan Ezra designated Magistrate Judge Bemporad as a Special Discovery Master in this case (ECF 203).

2. On June 2, 2025, the Parties filed the Joint Advisory to Magistrate Judge Bemporad in Advance of Discovery Status Conference (ECF 322).

3. On June 9, 2025, the Parties participated in a Discovery Status Conference with Magistrate Judge Bemporad (ECF 323).

4. Also on June 9, 2025, Magistrate Judge Bemporad ordered the Parties to file a "Joint Advisory" with the Court "setting out (1) the status of the [P]arties' efforts to resolve their outstanding discovery disputes and (2) their positions as to any new disputes they wish to present to the undersigned for consideration" (ECF 324).

5. On August 8, 2025, the Parties requested a one-week extension to file the Joint Advisory pursuant to the Order (ECF 331).

6. Also on August 8, 2025, Magistrate Judge Bemporad granted the Parties' request for a one-week extension to file the Joint Advisory (August 8, 2025 text order).

7. On August 15, 2025, the Parties informed the Court that they were in advanced settlement negotiations and therefore requested an additional one-week extension for the Parties to file the Joint Advisory (ECF 333).

8. Also on August 15, 2025, Magistrate Judge Bemporad granted the Parties' request and extended the deadline to file the Joint Advisory to August 22, 2025 (August 15, 2025 text order).

9. On August 22, 2025, the Parties informed the Court that advanced settlement negotiations continued and therefore requested an additional five-day extension for the Parties to file the Joint Advisory (ECF 334).

10. Also on August 22, 2025, Magistrate Judge Bemporad granted the Parties' request and extended the deadline to file the Joint Advisory to August 27, 2025 (August 22, 2025 text order).

11. On August 27, 2025, the Parties requested an additional two-day extension for the Parties to file the Joint Advisory (ECF 335), which Magistrate Judge Bemporad granted via text order on August 28, 2025.

12. On August 29, 2025, the Parties requested an additional four-business-day extension for the Parties to file the Joint Advisory (ECF 336), which Magistrate Judge Bemporad granted via text order on September 3, 2025.

13. On September 5, 2025 the Parties requested an additional two-week extension for the Parties to file the Joint Advisory (ECF 337), which Magistrate Judge Bemporad granted via text order on September 5, 2025

14. On September 18, 2025, Defendants Cassava Sciences, Inc., Remi Barbier, Lindsay Burns, and Eric J. Schoen filed an Opposed Motion to Consolidate. ECF 338. In that motion, the Defendants stated that "the parties have been engaged in 'advanced settlement negotiations' to

resolve [this] Consolidated Action" but that allegations in an amended complaint filed in *Ugarte v. Cassava Scis., Inc.*, No. 1:24-cv-01525 (W.D. Tex.) "have upended those efforts." *Id*. at 1, n.2. As noted therein, Plaintiffs oppose the motion on the ground that "Plaintiffs and Cassava/Schoen signed a binding and enforceable term sheet on August 18, 2025 to settle this litigation." *Id.* at 10.

15. The Parties request a two-week extension to file the Joint Advisory due to ongoing discussions.

16. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the Parties respectfully request that the Court extend the deadline for the Parties to file the Joint Advisory until Friday, October 3, 2025.

DATED: September 19, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
JESSICA T. SHINNEFIELD (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
HEATHER G. GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)

/s/ Kevin A. Lavelle
KEVIN A. LAVELLE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jshinnefield@rgrdlaw.com
klavelle@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

| DATED: September 19, 2025 | GIBSON, DUNN & CRUTCHER LLP<br>GREGG COSTA (TX. Bar No. 24028160)<br>TREY COX (TX. Bar No. 24003722) |
|---|---|

                                        /s/ Gregg Costa (with permission)
                                                 GREGG COSTA

811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346/718.6600
346/718.6979 (fax)
gcosta@gibsondunn.com
tcox@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN (admitted *pro hac vice*)
SCOTT CAMPBELL (admitted *pro hac vice*)
JOHN TURQUET BRAVARD (admitted *pro hac vice*)
1801 California Street
Denver, CO 80202-2642
Telephone: 303/298.5700
303/298.5907 (fax)
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MARY BETH MALONEY (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: 212/351.4000
212/351.6315 (fax)
mmaloney@gibsondunn.com

Counsel for Defendants Cassava Sciences, Inc. and Eric Schoen

DATED: September 19, 2025      BAKER & HOSTETLER LLP
                               DOUGLAS W. GREENE

                               _____/s/ Douglas W. Greene (with permission)_____
                               DOUGLAS W. GREENE

                               45 Rockefeller Plaza
                               New York, NY 10111
                               Telephone: 212/847-7090
                               dgreene@bakerlaw.com

                               BAKER & HOSTETLER LLP
                               C. SHAWN CLEVELAND
                               2850 N. Harwood Street, Suite 1100
                               Dallas, TX 75201
                               Telephone: 214/210-1200
                               scleveland@bakerlaw.com

                               Counsel for Defendants Remi Barbier and Lindsay Burns

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the Parties' counsel conferred by email.

                                              /s/ Kevin A. Lavelle
                                              KEVIN A. LAVELLE