UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | NO. 1:21-CV-751-DAE |

**ORDER SETTING
VIDEO HEARING**

The matter before the Court is the parties' Agreed Eight Motion Regarding Extension of Time to File Joint Advisory to Magistrate Judge Henry J. Bemporad. (Docket Entry 341.) On August 5, 2024, the District Court designated the undersigned as a Special Discovery Master in this case. (*See* Docket Entry 203.)

It is hereby **ORDERED** that the parties' motion (Docket Entry 341) is set for a hearing on **October 24, 2025**, at **1:00 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV meeting using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188
Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, in advance of the hearing, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on October 6, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge