UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES INC. | § | |
| SECURITIES LITIGATION | § | NO. 1:21-CV-751-DAE |

**ORDER**

Before the Court is the parties' Agreed Eighth Motion Regarding Extension of Time to File Joint Advisory to Magistrate Judge Henry J. Bemporad. (Docket Entry 341). In accordance with the Court's ruling at the hearing held on October 24, 2025, it is hereby **ORDERED** that the parties' motion (Docket Entry 341) is **GRANTED**.

It is **FURTHER ORDERED** that the parties must file a Sixth Joint Advisory **on or before November 24, 2025**, setting out the status of the parties' efforts to resolve any outstanding discovery disputes and their position as to any new disputes they wish to present to the undersigned for consideration.

**SIGNED** on October 24, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge