**FILED**
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
          DEPUTY

A True Copy
Certified order issued Oct 21, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

**FILED**
October 21, 2025
Lyle W. Cayce
Clerk

No. 25-90021

---

Mohammad Bozorgi; Ken Calderone; Manohar K. Rao, *Individually and on Behalf of All Others Similarly Situated*; All persons or entities who, between September 14, 2020 and October 12, 2023, purchased or otherwise acquired Cassava Sciences, Inc. securities,

*Plaintiffs—Respondents,*

versus

Cassava Sciences, Incorporated; Remi Barbier; Eric J. Schoen; Lindsay Burns,

*Defendants—Petitioners.*

---

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)
USDC No. 1:21-CV-751

---

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

No. 25-90021

IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(f) is GRANTED.[1]

---

[1] Judges Smith and Oldham grant. Judge Haynes would deny.