**FILED**

October 21, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

*United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

BY: _Christian Rodriguez_

DEPUTY

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

        No. 25-90021    Bozorgi v. Cassava Sciences
                        USDC No. 1:21-CV-751

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc w/encl:
    Mr. Gregg Costa
    Mr. Joseph David Daley I
    Mr. Daniel S. Drosman
    Mr. Charles H. Linehan
    Mr. Lloyd Steven Marshall
    Mr. Zachary Rowen Taylor I