IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | No. 1:21-cv-00751-DAE |
| This Document Relates to:<br><br>ALL ACTIONS | § § § § | |

ORDER OF REFERRAL

Before the Court is Defendants' Motion to Consolidate (Dkt. # 338) and Motion to Strike (Dkt. # 346). In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(A) & Rule 1(c) of Appendix C to the Local Rules, the following pending motions are hereby **REFERRED** to United States Magistrate Judge Susan Hightower: Dkt. # 338 – Defendants' Motion to Consolidate Cases, filed September 18, 2025, and Dkt. # 346 – Defendants' Sealed Motion to Strike Plaintiff's Opposition to Motion to Consolidate, filed October 20, 2025.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, November 10, 2025.

_____
David Alan Ezra
Senior United States District Judge