UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | § §<br>§ Master File No. 1:21-cv-00751-DAE<br>§<br>§ CLASS ACTION<br>§<br>§<br>§<br>§<br>§<br>§ |

**SIXTH JOINT ADVISORY TO MAGISTRATE JUDGE BEMPORAD**

On October 24, 2025, Magistrate Judge Bemporad, acting as Special Discovery Master, ordered the Parties to file a Sixth Joint Advisory on or before November 24, 2025, setting out the status of the Parties' efforts to resolve any outstanding discovery disputes and their position as to any new disputes.  ECF 350.[1]

Pursuant to that order, the Parties advise that there are no discovery disputes to resolve at this time.  As discussed during the October 24, 2025 hearing (*see* ECF 342, 349), it is Plaintiffs' position that an agreement to settle was reached in August 2025, and therefore the litigation is no longer ongoing.  Defendants' position is that a settlement was not reached and the litigation is active, but settlement discussions are ongoing and settlement remains possible pending a ruling on Defendants' Motion to Consolidate *Ugarte v. Cassava Scis., Inc.*, No. 1:24-cv-01525 (W.D. Tex.) into this case.  *See* ECF 338, 345.  The Parties are actively engaged in mediation with a private mediator to try to resolve their disputes.

Accordingly, in order to preserve the Parties' and the Court's resources, the Parties jointly request that the Court postpone further Joint Advisories and Discovery Conferences until the mediator renders a determination, or the Parties otherwise resolve their dispute, at which time the Parties will provide an update to the Court.

DATED:  November 24, 2025        ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 DANIEL S. DROSMAN (admitted *pro hac vice*)
                                 JESSICA T. SHINNEFIELD (admitted *pro hac vice*)
                                 KEVIN A. LAVELLE (admitted *pro hac vice*)
                                 HEATHER G. GEIGER (admitted *pro hac vice*)
                                 JEREMY W. DANIELS (admitted *pro hac vice*)

---

[1]   "Parties" refers to lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao ("Plaintiffs"), Cassava Sciences, Inc. and Eric Schoen (the "Cassava Defendants"), and Remi Barbier and Lindsay Burns (together with the Cassava Defendants, the "Defendants").

- 1 -

|  |  |
|---|---|
|  | *s/ Kevin A. Lavelle* |
|  | KEVIN A. LAVELLE |
|  | |
|  | 655 West Broadway, Suite 1900 |
|  | San Diego, CA 92101 |
|  | Telephone: 619/231-1058 |
|  | 619/231-7423 (fax) |
|  | dand@rgrdlaw.com |
|  | jshinnefield@rgrdlaw.com |
|  | klavelle@rgrdlaw.com |
|  | hgeiger@rgrdlaw.com |
|  | jdaniels@rgrdlaw.com |
|  | |
|  | Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone |
|  | |
|  | KENDALL LAW GROUP, PLLC |
|  | JOE KENDALL (Texas Bar No. 11260700) |
|  | 3811 Turtle Creek Blvd., Suite 825 |
|  | Dallas, TX 75219 |
|  | Telephone: 214/744-3000 |
|  | 214/744-3015 (fax) |
|  | jkendall@kendalllawgroup.com |
|  | |
|  | Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone |
|  | |
|  | GLANCY PRONGAY & MURRAY LLP |
|  | CHARLES H. LINEHAN (admitted *pro hac vice*) |
|  | 1925 Century Park East, Suite 2100 |
|  | Los Angeles, CA 90067 |
|  | Telephone: 310/201-9150 |
|  | 310/201-9160 (fax) |
|  | clinehan@glancylaw.com |
|  | |
|  | Counsel for Additional Plaintiff Manohar K. Rao |
| DATED: November 24, 2025 | GIBSON, DUNN & CRUTCHER LLP |
|  | GREGG COSTA (TX. Bar No. 24028160) |
|  | TREY COX (TX. Bar No. 24003722) |
|  | |
|  | *s/ Gregg J. Costa* (with permission) |
|  | GREGG J. COSTA |

- 2 -

4917-1116-0409.v5

|  |  |
|---|---|
|  | 811 Main Street Suite 3000<br>Houston, TX 77002<br>Telephone: 346/718.6600<br>346/718.6979 (fax)<br>gcosta@gibsondunn.com<br>tcox@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MONICA K. LOSEMAN (admitted *pro hac vice*)<br>SCOTT CAMPBELL (admitted *pro hac vice*)<br>JOHN TURQUET BRAVARD (admitted *pro hac vice*)<br>1801 California Street<br>Denver, CO 80202-2642<br>Telephone: 303/298.5700<br>303/298.5907 (fax)<br>mloseman@gibsondunn.com<br>scampbell@gibsondunn.com<br>jturquetbravard@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MARY BETH MALONEY (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212/351.4000<br>212/351.6315 (fax)<br>mmaloney@gibsondunn.com<br><br>Counsel for Defendants Cassava Sciences, Inc. and Eric Schoen |
| DATED:  November 24, 2025 | BAKER & HOSTETLER LLP<br>DOUGLAS W. GREENE<br><br>_____*s/ Douglas W. Greene* (with permission)_____<br>         DOUGLAS W. GREENE<br><br>45 Rockefeller Plaza<br>New York, NY  10111<br>Telephone: 212/847-7090<br>dgreene@bakerlaw.com |

- 3 -

4917-1116-0409.v5

BAKER & HOSTETLER LLP
C. SHAWN CLEVELAND
2850 N. Harwood Street, Suite 1100
Dallas, TX  75201
Telephone: 214/210-1200
scleveland@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay Burns

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the Parties' counsel conferred by email.

*s/ Kevin A. Lavelle*
KEVIN A. LAVELLE

- 4 -

4917-1116-0409.v5