UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION § § § § This Document Relates To: § § ALL ACTIONS § § § § | Master File No. 1:21-cv-00751-DAE <br><br> CLASS ACTION |

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION/MEDIATION OUTCOME**

At the direction of mediator David M. Murphy, Plaintiffs file the following Notice of Alternative Dispute Resolution/Mediation Outcome.

*   *   *

David M. Murphy of Phillips ADR submits this Notice of Outcome of ADR Proceeding pursuant to Local Rule CV-88(g).

## I.     FINAL ADR REPORT (Local Rule CV-88(g))

Style and Number of Case: *In re Cassava Scis., Inc. Sec. Litig.*, Master File No. 1:21-cv-00751-DAE (W.D. Tex.)

Type of Case: Securities Class Action

Method of ADR: Mediation

Outcome: Defendants Cassava Sciences, Inc. and Eric J. Schoen (the "Cassava Defendants") and Plaintiffs have accepted a double-blind Mediator's Recommendation and executed a binding Term Sheet pursuant to which the Cassava Defendants will pay Plaintiffs $31,250,000.00 to achieve a complete settlement of all claims and causes of action that have been or could be asserted by Plaintiffs in exchange for full and complete releases.  Although Defendants Remi Barbier and Lindsay Burns did not execute the term sheet, they are indemnified by Cassava Sciences and under the term sheet are entitled to receive full and complete releases along with Cassava upon final Rule 23 approval of a settlement by the Court.

In the Mediator's view, the Settlement is complete and enforceable as signed.  The Mediator rejected the Cassava Defendants' request to amend the executed agreement to require consolidation of the *Ugarte* class action, ruling that the Cassava Defendants signed a binding term sheet with a certified class prior to the filing of an amended complaint in the *Ugarte* action.  The Mediator believes the question as to consolidation is a matter solely for the Court to decide.

| | |
|---|---|
| DATED:  December 19, 2025 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>DANIEL S. DROSMAN (admitted *pro hac vice*)<br>JESSICA T. SHINNEFIELD (admitted *pro hac vice*)<br>KEVIN A. LAVELLE (admitted *pro hac vice*)<br>HEATHER G. GEIGER (admitted *pro hac vice*)<br>JEREMY W. DANIELS (admitted *pro hac vice*) |

                                                                          */s/ Kevin A. Lavelle*
                                                                          KEVIN A. LAVELLE

                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)
                                      dand@rgrdlaw.com
                                      jshinnefield@rgrdlaw.com
                                      klavelle@rgrdlaw.com
                                      hgeiger@rgrdlaw.com
                                      jdaniels@rgrdlaw.com

                                      Lead Counsel for Lead Plaintiff and Additional
                                      Plaintiff Ken Calderone

                                      KENDALL LAW GROUP, PLLC
                                      JOE KENDALL (Texas Bar No. 11260700)
                                      3811 Turtle Creek Blvd., Suite 825
                                      Dallas, TX  75219
                                      Telephone:  214/744-3000
                                      214/744-3015 (fax)
                                      jkendall@kendalllawgroup.com

                                      Local Counsel for Lead Plaintiff and Additional
                                      Plaintiff Ken Calderone

                                      GLANCY PRONGAY & MURRAY LLP
                                      CHARLES H. LINEHAN (admitted *pro hac vice*)
                                      1925 Century Park East, Suite 2100
                                      Los Angeles, CA  90067
                                      Telephone:  310/201-9150
                                      310/201-9160 (fax)
                                      clinehan@glancylaw.com

                                      Counsel for Additional Plaintiff Manohar K. Rao