# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § Master File No. 1:21-cv-00751-DAE § § CLASS ACTION § |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § § |

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION/MEDIATION OUTCOME**

4937-9565-2483.v3

At the direction of mediator David M. Murphy, Plaintiffs file the following Notice of Alternative Dispute Resolution/Mediation Outcome.

\* \* \*

David M. Murphy of Phillips ADR submits this Notice of Outcome of ADR Proceeding pursuant to Local Rule CV-88(g).

I.   **FINAL ADR REPORT (Local Rule CV-88(g))**

Style and Number of Case: *In re Cassava Scis., Inc. Sec. Litig.*, Master File No. 1:21-cv-00751-DAE (W.D. Tex.)

Type of Case: Securities Class Action

Method of ADR: Mediation

Outcome: Defendants Cassava Sciences, Inc. and Eric J. Schoen (the "Cassava Defendants") and Plaintiffs have accepted a double-blind Mediator's Recommendation and executed a binding Term Sheet pursuant to which the Cassava Defendants will pay Plaintiffs $31,250,000.00 to achieve a complete settlement of all claims and causes of action that have been or could be asserted by Plaintiffs in exchange for full and complete releases. Although Defendants Remi Barbier and Lindsay Burns did not execute the term sheet, they are indemnified by Cassava Sciences and under the term sheet are entitled to receive full and complete releases along with Cassava upon final Rule 23 approval of a settlement by the Court.

In the Mediator's view, the Settlement is complete and enforceable as signed. The Mediator rejected the Cassava Defendants' request to amend the executed agreement to require consolidation of the *Ugarte* class action, ruling that the Cassava Defendants signed a binding term sheet with a certified class prior to the filing of an amended complaint in the *Ugarte* action. The Mediator believes the question as to consolidation is a matter solely for the Court to decide.

- 1 -

4937-9565-2483.v3

| | |
|---|---|
| DATED: December 19, 2025 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DANIEL S. DROSMAN (admitted *pro hac vice*) <br> JESSICA T. SHINNEFIELD (admitted *pro hac vice*) <br> KEVIN A. LAVELLE (admitted *pro hac vice*) <br> HEATHER G. GEIGER (admitted *pro hac vice*) <br> JEREMY W. DANIELS (admitted *pro hac vice*) <br><br>                */s/ Kevin A. Lavelle* <br> KEVIN A. LAVELLE <br><br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br> dand@rgrdlaw.com <br> jshinnefield@rgrdlaw.com <br> klavelle@rgrdlaw.com <br> hgeiger@rgrdlaw.com <br> jdaniels@rgrdlaw.com <br><br> Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone <br><br> KENDALL LAW GROUP, PLLC <br> JOE KENDALL (Texas Bar No. 11260700) <br> 3811 Turtle Creek Blvd., Suite 825 <br> Dallas, TX  75219 <br> Telephone:  214/744-3000 <br> 214/744-3015 (fax) <br> jkendall@kendalllawgroup.com <br><br> Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone <br><br> GLANCY PRONGAY & MURRAY LLP <br> CHARLES H. LINEHAN (admitted *pro hac vice*) <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, CA  90067 <br> Telephone:  310/201-9150 <br> 310/201-9160 (fax) <br> clinehan@glancylaw.com <br><br> Counsel for Additional Plaintiff Manohar K. Rao |

- 2 -