IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § § § § § No. 1:21-cv-00751-DAE |
| This Document Relates to: ALL ACTIONS | |

ORDER OF REFERRAL

Before the Court are several motions for leave to file further briefing regarding the underlying Motion to Strike (Dkt. # 346) and Motion to Consolidate (Dkt. # 338): Dkts. ## 360; 362; 363; and 364.  In light of the Court's Order referring the underlying motions to Magistrate Judge Susan Hightower (Dkt. # 356), the Court hereby **ORDERS** that Dkts. ## 360, 362, 363, and 364 are also **REFERRED** to Magistrate Judge Hightower.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, January 21, 2026.

_____
David Alan Ezra
Senior United States District Judge