UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § § | Master File No. 1:21-cv-00751-DAE<br><br>CONSOLIDATED CLASS ACTION |
| CARLOS PÉREZ-COTAPOS UGARTE, *et al.*,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>CASSAVA SCIENCES, INC., *et al.*,<br><br>                              Defendants. | § § § § § § § § § § § § § § | Case No. 1:24-cv-01525-DAE<br><br>CLASS ACTION |

**AGREED MOTION TO RESCHEDULE JUNE 17, 2026 HEARING**

4900-9928-6954.v5

The Parties in *In re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751-DAE (W.D. Tex.) ("Class Action") and *Ugarte v. Cassava Scis., Inc.*, No. 1:24-cv-01525-DAE (W.D. Tex.) ("*Ugarte* Action") [1] submit this agreed motion to reschedule the June 17, 2026 hearing set in Magistrate Judge Hightower's April 10, 2026 order.  Class Action, ECF 371; *Ugarte* Action, ECF 85.

Because Lead Counsel for plaintiffs in the Class Action, will be out of the country on June 17, 2026, the Parties respectfully request that the above hearing be rescheduled to June 24, 2026 or another date convenient to the Court between July 9 and August 14, 2026.  The Parties have met and conferred and are available during those time frames.

DATED:  May 12, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (admitted *pro hac vice*)
JESSICA T. SHINNEFIELD (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)
HEATHER G. GEIGER (admitted *pro hac vice*)
JEREMY W. DANIELS (admitted *pro hac vice*)


*/s/ Daniel S. Drosman*
DANIEL S. DROSMAN

---

[1]   The "Parties" refers collectively to:

1. Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao in the Class Action;

2. Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada and additional plaintiffs Sheryl Grove and Hoorieh Alaghemand in the *Ugarte* Action;

3. Defendants Cassava Sciences, Inc. ("Cassava"), Remi Barbier, Lindsay Burns, and Eric J. Schoen in the Class Action; and

4. Defendants Cassava, Remi Barbier, Richard Jon Barry, Lindsay Burns, James W. Kupiec, and Eric Schoen in the *Ugarte* Action.

- 1 -

4900-9928-6954.v5

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jshinnefield@rgrdlaw.com
klavelle@rgrdlaw.com
hgeiger@rgrdlaw.com
jdaniels@rgrdlaw.com

Lead Counsel for Lead Plaintiff Mohammad
Bozorgi and Additional Plaintiff Ken Calderone

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff Mohammad
Bozorgi and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

DATED:  May 12, 2026          GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN (admitted *pro hac vice*)
SCOTT CAMPBELL (admitted *pro hac vice*)
JOHN TURQUET BRAVARD (admitted *pro hac vice*)

                         */s/ Monica L. Loseman* (with permission)
                         _____
                              MONICA K. LOSEMAN

- 2 -

4900-9928-6954.v5

1801 California Street
Denver, CO 80202-2642
Telephone: 303/298-5700
303/298-5907 (fax)
mloseman@gibsondunn.com
scampbell@gibsondunn.com
jturquetbravard@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
GREGG COSTA (Tx. Bar No. 24028160)
TREY COX (Tx. Bar No. 24003722)
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346/718-6600
346/718-6979 (fax)
gcosta@gibsondunn.com
tcox@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MARY BETH MALONEY (admitted *pro hac
vice*)
200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-6315 (fax)
mmaloney@gibsondunn.com

Counsel for Defendants Cassava Sciences, Inc.,
Eric Schoen, Richard Jon Barry, and James W.
Kupiec

DATED:  May 12, 2026 BAKER & HOSTETLER LLP
DOUGLAS W. GREENE (admitted *pro hac vice*)

_/s/ Douglas W. Greene_ (with permission)
DOUGLAS W. GREENE

45 Rockefeller Plaza
New York, NY  10111
Telephone: 212/847-7090
dgreene@bakerlaw.com

- 3 -

BAKER & HOSTETLER LLP
C. SHAWN CLEVELAND
2850 N. Harwood Street, Suite 1100
Dallas, TX  75201
Telephone: 214/210-1200
scleveland@bakerlaw.com

Counsel for Defendants Remi Barbier and Lindsay Burns

DATED:  May 12, 2026

POMERANTZ LLP
MURIELLE J. STEVEN WALSH (admitted *pro hac vice*)
(State of New York Juris No. 2837631)
JEREMY A. LIEBERMAN(admitted *pro hac vice*)
(State of New York Juris No. 4161352)
EMILY C. FINESTONE(admitted *pro hac vice*)
(State of New York Juris No. 5394820)

*/s/ Murielle J. Steven Walsh* (with permission)
MURIELLE J. STEVEN WALSH

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212/661-1100
917/463-1044 (fax)
mjsteven@pomlaw.com
jalieberman@pomlaw.com
efinestone@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN (admitted *pro hac vice*)
(State of New York Juris No. 2155067)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: 212/697-6484
peretz@bgandg.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
MICHAEL J. BOYLE (admitted *pro hac vice*)
(State of Ohio Juris No. 0091162)
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: 614/578-5582
mboyle@bgandg.com

- 4 -

4900-9928-6954.v5

Counsel for Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada and additional Plaintiffs Sheryl Grove and Hoorieh Alaghemand

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE (Tx. Bar Number 24001788)
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972/521-6868
wbriscoe@thebriscoelawfirm.com

Counsel for Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada and additional Plaintiffs Sheryl Grove and Hoorieh Alaghemand

THE ROSEN LAW FIRM, P.A.
Phillip Kim (*pro hac vice* application forthcoming)
(State of New York Juris No. 4145397)
275 Madison Avenue, 40th Floor
New York, New York 10116
Telephone: 212/686-1060
philkim@rosenlegal.com

Additional Counsel for Lead Plaintiffs Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, and Inversiones Ane Miren Limitada and additional Plaintiffs Sheryl Grove and Hoorieh Alaghemand

- 5 -

4900-9928-6954.v5