UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | § § § § § | Master File No. 1:21-cv-00751-DAE |
| | | CLASS ACTION |
| This Document Relates To: | § § § § § § | |
| ALL ACTIONS | | |

**DECLARATION OF KEVIN A. LAVELLE IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING
SETTLEMENT AND PROVIDING FOR NOTICE**

4901-9786-5909.v2

I, KEVIN A. LAVELLE, declare as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel in the above-captioned action.  I submit this declaration, along with the attached exhibit, in support of Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement and Providing for Notice.

2.      Attached hereto as Exhibit 1 is the Stipulation of Settlement ("Stipulation").  Included as attachments to the Stipulation are:

Exhibit A:      [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

Exhibit A-1:   Notice of Pendency and Proposed Settlement of Class Action;

Exhibit A-2:   Proof of Claim and Release;

Exhibit A-3:   Summary Notice;

Exhibit A-4:   Postcard Notice; and

Exhibit B:      [Proposed] Final Judgment and Order of Dismissal with Prejudice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 18, 2026, at San Diego, California

_____
                                                          *s/ Kevin A. Lavelle*
                                                          KEVIN A. LAVELLE

- 1 -

4901-9786-5909.v2