# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| CARLOS PÉREZ-COTAPOS UGARTE, MARIA ISABEL URETA BAZÁN, CARLOS PÉREZ-COTAPOS SUBERCASEAUX, INVERSIONES ANE MIREN LIMITADA, SHERYL GROVE, and HOORIEH ALAGHEMAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CASSAVA SCIENCES, INC., REMI BARBIER, RICHARD JON BARRY, LINDSAY BURNS, JAMES W. KUPIEC, and ERIC SCHOEN, <br><br> Defendants. | Case No. 1:24-CV-01525-DAE |
| IN RE CASSAVA SCIENCES INC. SECURITIES LITIGATION | Case No. 1:21-CV-00751-DAE |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DENYING CONSOLIDATION**

Carlos Pérez-Cotapos Ugarte, Maria Isabel Ureta Bazán, Carlos Pérez-Cotapos Subercaseaux, Inversiones Ane Miren Limitada, Sheryl Grove, and Hoorieh Alaghemand (collectively, the "*Ugarte* plaintiffs") respectfully submit this unopposed motion for an extension of time to file their response to the Defendants' objection to the Magistrate Judge's order denying consolidation. The *Ugarte* plaintiffs state as follows:

1. On June 29, 2026, Magistrate Judge Hightower denied the Defendants' motion to consolidate *Ugarte v. Cassava Sciences, Inc.*, No. 1:24-CV-01525-DAE (W. D. Tex) into *In re Cassava Sciences Inc. Securities Litigation*, No. 1:21-CV-00751-DAE (W. D. Tex.) (the "Consolidated Action"). *Ugarte* ECF No. 92; Consolidated Action ECF No. 384.

2. On July 13, 2026, the Defendants filed an objection to the order denying their motion to consolidate. *Ugarte* ECF No. 94; Consolidated Action ECF No. 388.

3. The *Ugarte* plaintiff's deadline to respond to the Defendants' objection is currently July 27, 2026. *See* Fed. R. Civ. P. 72(B)(2).

4. In order to ensure a full and adequate response to the objection, including time to coordinate amongst co-counsel, the *Ugarte* plaintiffs respectfully request a seven-day extension to file their response, thereby moving the deadline to August 3, 2026.

5. Counsel for both the Defendants, and the plaintiffs in the Consolidated Action, have indicated that they do not oppose this request.

6. The request for an extension is not sought for purposes of delay and will not affect any other case deadlines.

For these reasons, the *Ugarte* plaintiffs respectfully request that the Court extend the deadline for them to file their response to the Defendants' objection until August 3, 2026.

1

Dated:  July 22, 2026

Respectfully submitted,

Luc W. M. Mitchell (*pro hac vice*)
(State of New York Juris No. 5671037)
**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
(State of New York Juris No. 4161352)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: lmitchell@pomlaw.com
jalieberman@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice*)
(State of New York Juris No. 2155067)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

Michael J. Boyle (*pro hac vice*)
(State of Ohio Juris No. 0091162)
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: (614) 578-5582
Email:  mboyle@bgandg.com

*Counsel for Plaintiffs and*
*Co-Lead Counsel for the Class*

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe (Tx. Bar Number 24001788)
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
Email: wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiffs and*

2

*Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice* application
forthcoming)
(State of New York Juris No. 4145397)
275 Madison Avenue, 40th Floor
New York, NY 10116
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I, Luc W. M. Mitchell, hereby certify that on July 22, 2026, the foregoing was served upon each attorney of record through the Court's CM/ECF system.

Luc W. M. Mitchell (*pro hac vice*)

## CERTIFICATE OF CONFERENCE

I, Luc W. M. Mitchell, hereby certify that all parties affected by this motion have conferred, and both the Defendants and the plaintiffs in the Consolidated Action do not oppose this motion.

Luc W. M. Mitchell (*pro hac vice*)

4