UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Pierre Brazeau et al., | § | |
| | § | |
| vs. | § | NO:  AU:21-CV-00751-DAE |
| | § | |
| Cassava Sciences, Inc., et al | § | |

## ORDER SETTING STATUS CONFERENCE VIA ZOOM

It is hereby ORDERED that the above entitled and numbered case is set for  STATUS CONFERENCE VIA ZOOM before Senior U.S. District Judge David Alan Ezra on Friday, July, 24 2026 at 09:00 AM.

Counsel for parties shall log on to the Zoom session no later than 15–20 minutes before the scheduled start time in order to test their video and audio equipment and confirm a stable internet connection.

The Court will admit participants from the waiting room promptly at the scheduled time once all parties are verified to be present and ready. Each participant shall ensure that their display name clearly identifies their full name and party or role in the case (e.g., "Jane Smith – Plaintiff's Counsel").  Participants must appear from a quiet, private location free of distractions, use the "mute" function when not speaking, and maintain courtroom decorum at all times.

The Zoom meeting link and access credentials will be provided by the Court separately and shall not be shared except with authorized participants. Unauthorized recording, broadcasting, or distribution of the proceeding, in any form, is strictly prohibited.

IT IS SO ORDERED July 23,  2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE