POMERANTZ LLP

**Luc W. M. Mitchell**

September 23, 2026

**Via ECF**

The Honorable David A. Ezra
United States Courthouse
262 West Nueva Street
San Antonio, TX 78207

**Re: *Ugarte v. Cassava Scis., Inc.*, No. 1:24-cv-01525 (W.D. Tex.) ("*Ugarte*"); *In Re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751 (W.D. Tex.) (the "Consolidated Action")**

Dear Judge Ezra,

We write on behalf of the plaintiffs in *Ugarte*. As Your Honor is aware, the Defendants' Objection to the Magistrate Judge's Order Denying Consolidation is presently pending before the Court. *Ugarte* ECF No. 94; Consolidated Action ECF No. 388. In a separate motion—the *Ugarte* plaintiffs' Motion to View Sealed Documents—we had respectfully asked "that the Court suspend disposition of that objection [to the Magistrate Judge's order] until after it rules on this motion [to view sealed documents]. If this motion is granted, we would then request the opportunity to file a short sur-reply addressing any relevant arguments or information from the sealed filings that we have so far been unable to access." *Ugarte* ECF No. 95 at 3 n.2; Consolidated Action ECF No. 389 at 3 n.2. Last Thursday, Magistrate Judge Lane granted the Motion to View Sealed documents. *Ugarte* ECF No. 110. The Defendants have subsequently provided copies of such filings.

Having reviewed the filings that the Defendants have provided, we do not believe that further briefing related to consolidation is necessary. We respectfully submit, therefore, that the Defendants' objection is now ripe for disposition.[1]

Very truly yours,

*/s/ Luc W. M. Mitchell*
Luc W. M. Mitchell

---

[1] The parties disagree as to whether disposition of the Defendants' objection should wait for the Fifth Circuit's forthcoming ruling regarding class certification in the Consolidated Action. This will be decided at a scheduling conference by Magistrate Judge Hightower. *See Ugarte* ECF No. 109; Consolidated Action ECF No. 401.

lmitchell@pomlaw.com
600 Third Avenue, New York, NY 10016 Main: 212.661.1100 Direct: 646.581.9961