# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Nov 06, 2026

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

FILED
November 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

United States Court of Appeals
Fifth Circuit
FILED
October 16, 2026
Thomas B. Plunkett, III
Clerk

---

No. 25-50855

---

MOHAMMAD BOZORGI; KEN CALDERONE; MANOHAR K. RAO, *Individually and on Behalf of All Others Similarly Situated*; ALL PERSONS OR ENTITIES WHO, BETWEEN SEPTEMBER 14, 2020 and OCTOBER 12, 2023, PURCHASED or OTHERWISE ACQUIRED CASSAVA SCIENCES, INC. SECURITIES,

*Plaintiffs—Appellees*,

*versus*

CASSAVA SCIENCES, INCORPORATED; REMI BARBIER; ERIC J. SCHOEN; LINDSAY BURNS,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-751

---

## JUDGMENT

Before WILLETT, ENGELHARDT, and DOUGLAS, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.