# Exhibit A

# Timeline of Certification & Consolidation

