# Exhibit C

**From:** Luc Mitchell
**Sent:** Wednesday, November 11, 2026 3:25 PM
**To:** Campbell, Scott
**Cc:** Loseman, Monica K.; peretz@bgandg.com; Turquet Bravard, John L.
**Subject:** Re: Cassava Scheduling Conference

Works for us. Can you please send a dial in?

Luc W. M. Mitchell
646-581-9961

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Wednesday, 11 November 2026 13:51:02
**To:** Luc Mitchell <lmitchell@pomlaw.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; peretz@bgandg.com <peretz@bgandg.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>
**Subject:** RE: Cassava Scheduling Conference

Thanks Luc. I board my flight to Austin around 5:30 this evening, so tomorrow morning seems best. How is 10am CT?

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

**From:** Luc Mitchell <lmitchell@pomlaw.com>
**Sent:** Wednesday, November 11, 2026 11:31 AM
**To:** Campbell, Scott <SCampbell@gibsondunn.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; peretz@bgandg.com; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>
**Subject:** Re: Cassava Scheduling Conference

Hi Scott,

Thanks for your email; hope you're doing well also. We believe the effect of the order is clear. Our disagreement over the order of operations has been mooted: The Court is now free to take up your objection to the Magistrate Judge's order denying consolidation, and then (assuming the objection is denied) move on to the motions to dismiss.

Nevertheless, we are happy to have a call. I am about to take off for Austin, but could speak after around 5:30 Austin time. Tomorrow morning also works.

Best,
Luc

Luc W. M. Mitchell
646-581-9961

---

**From:** Campbell, Scott <SCampbell@gibsondunn.com>
**Sent:** Wednesday, November 11, 2026 1:21 PM
**To:** Luc Mitchell <lmitchell@pomlaw.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; peretz@bgandg.com <peretz@bgandg.com>; Turquet Bravard, John L. <JTurquetBravard@gibsondunn.com>
**Subject:** Cassava Scheduling Conference

Luc,

I hope you are well. Do you have time for a short call to touch base in advance of tomorrow's hearing with Judge Hightower?

We'd like to briefly discuss the effect of the Fifth Circuit's mandate. I'm available for the next few hours, and tomorrow morning if there is a convenient time.

Thanks,
Scott

**Scott Campbell**
Of Counsel

T: +1 303.298.5989 | M: +1 303.775.5547
SCampbell@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1900 Lawrence Street Suite 3000, Denver, CO 80202-2211

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.