POMERANTZ LLP

Luc W. M. Mitchell
Associate

Monday, November 23, 2026

**<u>Via ECF</u>**

The Honorable David A. Ezra
United States Courthouse
262 West Nueva Street
San Antonio, TX 78207

**Re: *Ugarte v. Cassava Scis., Inc.*, No. 1:24-cv-01525 (W.D. Tex.) ("Ugarte"); *In Re Cassava Scis., Inc. Sec. Litig.*, No. 1:21-cv-00751 (W.D. Tex.) (the "Consolidated Action")**

**Dear Judge Ezra,**

We write on behalf of the plaintiffs in *Ugarte*. On Friday, we filed a supplemental brief in the above-captioned matters. The rough transcript of the November 12, 2026, scheduling hearing is attached as Exhibit B to this brief. *Ugarte* ECF No. 117-3; Consolidated Action ECF No. 410-3. As we noted, "Counsel intends to file an updated copy of this exhibit once the final version is received." *Ugarte* ECF No. 117-1 at ¶ 3; Consolidated Action ECF No. 410-1 at ¶ 3.

We are now in receipt of the final transcript from the November 12, 2026, hearing, and attach it herewith. In addition, we attach a version of our supplemental brief with updated transcript citations. The emendations are:

| Page | Citation to rough transcript | Citation to final transcript |
|---|---|---|
| 6 | 30:4–12 | 33:3–11 |
| 6 | 9:13–19 | 11:17–23 |
| 6 | "we did not" | "[w]e did not" |
| 8 | 4:19–5:23, 8:25–10:6 | 6:20–7:24, 11:4–12:9 |
| 10 | 16:20–19:5 | 19:7–21:19 |
| 10 | 16:20–19:5, 30:4–12 | 19:7–21:19, 33:3–11 |

Very truly yours,

**Luc W. M. Mitchell**
– Associate

Office: 212-661-1100
Direct: 646-581-9961

lmitchell@pomlaw.com
www.pomlaw.com

600 Third Avenue
New York, NY 10016